| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |

*versus*

| | |
|---|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**       **This lawyer is admitted *pro hac vice*.**

Dated: _____       _____
United States District Judge

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**ALEC GEORGE KARAKATSANIS**

was, on the __4th__ day of __April__ A.D. __2014__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __18th__ day of __May__ A.D. 2016.



**ANGELA D. CAESAR,** CLERK

By: _Simone Bledsoe_
**Public Operations Administrator**