IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL,<br>    On behalf of herself and all others<br>    similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br><br>SHERIFF RON HICKMAN,<br><br>ERIC STEWART HAGSTETTE,<br>JOSEPH LICATA III,<br>RONALD NICHOLAS,<br>BLANCA ESTELA VILLAGOMEZ,<br>JILL WALLACE,<br><br>        Defendants. | Case No. 4:16-cv-01414<br>(Class Action) |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

**PLEASE TAKE NOTICE that named** Plaintiff Maranda ODonnell hereby withdraws her Motion for Temporary Restraining Order, filed with the Court on May 19, 2016. Shortly after the named Plaintiff filed her motion, she was released from Harris County custody. The relief requested is therefore not necessary at this time.

Plaintiff intends to confer with the Defendants in order to prepare a joint proposed briefing schedule and hearing date for the Motion for Preliminary Injunction on behalf of the class.

Respectfully submitted,

/s/ Neal S. Manne
Neal S. Manne
Lexie G. White
Susman Godfrey
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
nmanne@susmangodfrey.com
lwhite@susmangodfrey.com
Michael Gervais
560 Lexington Avenue, 15th Floor
New York, NY 10022
Phone: (212) 336-8330
mgervais@susmangodfrey.com

/s/ Rebecca Bernhardt
Rebecca Bernhardt (Texas Bar No. 24001729)
Texas Fair Defense Project
314 E. Highland Mall Blvd, Suite 108
Austin, Texas 78752
(512) 637-5220
rbernhardt@fairdefense.org

/s/ Alec Karakatsanis
Alec Karakatsanis (D.C. Bar No. 999294)
(*Pro Hac Vice* Application Pending)
Elizabeth Rossi (*Pro Hac Vice* Application Pending)
Attorneys, Equal Justice Under Law
601 Pennsylvania Ave. NW
South Building, 9th Floor
Washington, DC 20004
(202) 670-1004
alec@equaljusticeunderlaw.org
erossi@equaljusticeunderlaw.org

*Attorneys for Plaintiff*