United States District Court
Southern District of Texas

**ENTERED**
May 24, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Southern | Case Number | 4:16-cv-1414 |
|---|---|---|---|

| Maranda Lynn ODonnell |
|---|
| *versus* |
| Harris County, Texas, Sheriff Ron Hickman, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, Jill Wallace |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alec Karakatsanis<br>Equal Justice Under Law<br>601 Pennsylvania Ave. NW<br>Washington, DC 20004<br>202-670-1004<br>alec@equaljusticeunderlaw.org<br>Licensed: District of Columbia, Bar No. 999294<br>Federal Bar: District of District Columbia, Bar no. 999294 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/19/2016 | Signed: | /s/ Alec G. Karakatsanis |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 5/23/16 | Clerk's signature |

**Order**

Dated: May 23, 2016

This lawyer is admitted *pro hac vice*.

_____
United States District Judge