IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, On behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br>SHERIFF RON HICKMAN,<br><br>ERIC STEWART HAGSTETTE,<br>JOSEPH LICATA III,<br>RONALD NICHOLAS,<br>BLANCA ESTELA VILLAGOMEZ,<br>JILL WALLACE,<br><br>      Defendants. | Case No: 16-cv-01414 (LHR)<br>Class Action<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |
| LOETHA SHANTA MCGRUDER,<br>ROBERT RYAN FORD, On behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br><br>SHERIFF RON HICKMAN,<br><br>ERIC STEWART HAGSTETTE,<br>JOSEPH LICATA III,<br>RONALD NICHOLAS,<br>BLANCA ESTELA VILLAGOMEZ,<br>JILL WALLACE,<br><br>      Defendants. | Case No.: 16-cv-01436 (MH)<br>Class Action |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiffs file this Certificate of Interested Persons in accordance with this Court's Order, (Docket Entry No. 6 in 16-cv-01414), and would respectfully show that the interested persons are as follows:

1. Maranda ODonnell, Plaintiff

2. Loetha Shanta McGruder, Plaintiff

3. Robert Ryan Ford, Plaintiff

4. Harris County Texas, a County in the State of Texas, Defendant.

5. Ron Hickman, in his official capacity as Harris County Sheriff of Harris County, Defendant.

6. Eric Stewart Hastette, in his individual and official capacities as a Harris County Criminal Law Hearing Officer, Defendant.

7. Joseph Licata III, in his individual and official capacities as a Harris County Criminal Law Hearing Officer, Defendant.

8. Ronald Nicholas, in his individual and official capacities as a Harris County Criminal Law Hearing Officer, Defendant.

9. Blanca Estela Villagomez, in her individual and official capacities as a Harris County Criminal Law Hearing Officer, Defendant.

10. Jill Wallace, in her individual and official capacities as a Harris County Criminal Law Hearing Officer. Defendant.

Dated this 12th day of August, 2016.

1

Respectfully submitted,

*/s/ Lexie G. White*
Neal S. Manne
State Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Michael Gervais
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330

Rebecca Bernhardt
Texas Bar No. 24001729
rbernhardt@fairdefense.org
Susanne Pringle
Texas Bar No. 24083686
springle@fairdefense.org
Texas Fair Defense Project
314 E. Highland Mall Blvd.
Suite 180
Austin, Texas 78752
Telephone:  (512) 637-5220
Facsimile:  (512) 637-5224

Alec George Karakatsanis
alec@equaljusticeunderlaw.org
Elizabeth Rossi
erossi@equaljusticeunderlaw.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2016, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*Lexie G. White*
Lexie G. White