IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, On behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br>SHERIFF RON HICKMAN,<br><br>ERIC STEWART HAGSTETTE,<br>JOSEPH LICATA III,<br>RONALD NICHOLAS,<br>BLANCA ESTELA VILLAGOMEZ,<br>JILL WALLACE,<br><br>     Defendants. | Case No: 16-cv-01414 (LHR)<br>Class Action<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |
| LOETHA SHANTA MCGRUDER,<br>ROBERT RYAN FORD, On behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS,<br><br>SHERIFF RON HICKMAN,<br><br>ERIC STEWART HAGSTETTE,<br>JOSEPH LICATA III,<br>RONALD NICHOLAS,<br>BLANCA ESTELA VILLAGOMEZ,<br>JILL WALLACE,<br><br>     Defendants. | Case No.: 16-cv-01436 (MH)<br>Class Action |

## **CERTIFICATE OF INTERESTED PARTIES**

Defendants file this Certificate of Interested Parties and list the following parties as having a potential financial interest in this lawsuit:

1. Harris County
2. Sheriff Ron Hickman
3. Eric Hagstette
4. Joseph Licata
5. Ronald Nicholas
6. Blanca Villagomez
7. Jill Wallace

           Respectfully Submitted,

           GARDERE WYNNE SEWELL LLP

           */s/ Katharine D. David*
           Mike Stafford
           Federal I.D. No. 20898
           Texas Bar No. 18996970
           mstafford@gardere.com
           Katharine D. David
           Federal I.D. No. 577391
           Texas Bar No. 24045749
           kdavid@gardere.com
           Philip J. Morgan
           Federal I.D. No. 1708541
           Texas Bar No. 24069008
           pmorgan@gardere.com
           Ben Stephens
           Federal I.D. No. 2898153
           Texas Bar No. 24098472
           bstephens@gardere.com
           2000 Wells Fargo Plaza
           1000 Louisiana Street
           Houston, TX  77002-5011
           Ph: 713-276-5500 – Fax: 713-276-5555

OFFICE OF THE HARRIS COUNTY ATTORNEY

*/s/ Melissa Spinks*
Melissa Spinks
Sr. Assistant County Attorney
Federal I.D. No. 1312334
Texas Bar No. 24029431
melissa.spinks@cao.hctx.net
John Odam
Assistant County Attorney
Texas Bar No. 15192000
Federal I.D. No. 6944
john.odam@cao.hctx.net
1019 Congress, 15th Floor
Houston, Texas 77002
Ph: 713-274-5101 – Fax: 713-755-8924
*Counsel for Harris County, Texas, Sheriff Ron Hickman, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace*

## CERTIFICATE OF SERVICE

I certify that on the 15th of August, 2016, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

*/s/ Katharine D. David*
Katharine D. David