IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, On behalf of herself and all others similarly situated, | § § § § |
| Plaintiffs, | §  CIVIL ACTION NO. H-16-1414 |
| v. | § § |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § |
| Defendants. | § |

## ORDER

Sheriff Ron Hickman's motion to expedite hearing his motion to dismiss, (Docket Entry No. 58), is denied. In the interest of judicial economy and in order to consider the similarities between this action and comparable actions in other jurisdictions, this court will consider the defendants' motions to dismiss all together on the schedule already set. (Docket Entry No. 57).

SIGNED on September 8, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge