# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MARANDA LYNN ODONNELL, et al.** | § § § | |
| **Plaintiffs,** | § § | **Case No: 16-cv-01414** |
| v. | § § | **(Consolidated Class Action)** |
| | § § | **The Honorable Lee H. Rosenthal** |
| **HARRIS COUNTY, TEXAS, et al.** | § § § | **U.S. District Judge** |
| **Defendants.** | § | |

## HARRIS COUNTY SHERIFF ED GONZALEZ' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

**To the Honorable Judge of Said Court:**

Harris County Sheriff Ed Gonzalez now files his Unopposed Motion for an Extension of Time to Answer or Otherwise Respond, up to and including January 23, 2017, to Plaintiffs' First Amended Class Action Complaint and would respectfully show the Court as follows:

### Introduction

1. On November 8, 2016, Ed Gonzalez, a former Houston police officer and city council member, was elected Sheriff of Harris County, Texas.

2.     Sheriff Gonzalez formally took over the Harris County Sheriff's Office on January 1, 2017, approximately two weeks prior to the filing of this Motion.

3.     At the time Plaintiffs filed this suit, Ron Hickman was the Harris County Sheriff.

4.     Newly elected Sheriff Gonzalez respectfully asks this Court for an extension of time of 10 days to answer Plaintiffs' First Amended Class Action Complaint.

## Argument

5.     A court may grant a request to extend time for good cause. FED. R. CIV. P. 6(b)(1)(A).

6.     Sheriff Gonzalez requests an extension of time to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint. As stated above, Sheriff Gonzalez is a newly elected official who took office approximately two weeks ago. Previous to the election, Sheriff Gonzalez was not an employee of the Harris County Sheriff's Office and was not employed by Harris County, Texas. Sheriff Gonzalez requests an adequate opportunity to become familiar with the allegations in the Complaint and the facts that pertain to the operation of the jail. Additionally, in order to answer the allegations fully and completely he needs time to investigate the matter. Finally, due to the nature and complexity of the claims asserted against Sheriff Gonzalez in this case, he seeks additional time to respond.

7. For these reasons, Sheriff Gonzalez respectfully requests an extension until January 23, 2017, in which to answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint. Defendant's Counsel has conferred with Plaintiffs' Counsel who is unopposed to this motion. This request is not made for purposes of delay but rather so that the interests of justice will be served.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Sheriff Gonzalez prays the Court grant this Motion for Extension of Time to Answer or Otherwise Respond until January 23, 2017, and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

VINCE RYAN
Harris County Attorney

*/s/Victoria Jimenez*
VICTORIA JIMENEZ
Assistant County Attorney
FBN: 2522937
SBN No. 24060021
1019 Congress, 15th Floor
Houston, Texas  77002
Telephone:  (713) 274-5140
Fax:  (713) 755-8924
Email: Victoria.jimenez@cao.hctx.net
ATTORNEY FOR DEFENDANT,
ED GONZALEZ, HARRIS COUNTY SHERIFF

## CERTIFICATE OF CONFERENCE

     I hereby certify that on January 13, 2017, I conferred with Plaintiffs' counsel regarding this motion. Plaintiffs' counsel responded by email that they were unopposed to this motion.

                                   */s/ Victoria Jimenez*  
                                   VICTORIA JIMENEZ

## CERTIFICATE OF SERVICE

     I hereby certify that on **January 13, 2017** a true and correct copy of Sheriff Ed Gonzalez' Motion for Extension of Time to Answer Plaintiffs' First Amended Class Action Complaint was served electronically and by certified mail to all parties of record.

                                   */s/ Victoria Jimenez*  
                                   VICTORIA JIMENEZ