IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 16-cv-01414<br>(Consolidated Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

All Defendants' responses to Plaintiffs' Amended Motion for Preliminary Injunction and Amended Motion for Class Certification, as well as replies in support of the Hearing Officers' Motion for Partial Summary Judgment are due January 30, 2017. (Docket Entry No. 109.) Harris County and the Hearing Officers move for a three-day extension for all Defendants to file their briefing. Plaintiffs do not oppose this relief.

Therefore, Harris County and the Hearing Officers respectfully request that the Court grant this motion and amend the schedule order (Docket Entry No. 109) such that Defendants' responses and replies are now due February 2, 2017.

Respectfully Submitted,

**GARDERE WYNNE SEWELL LLP**

*/s/ Katharine D. David*
Mike Stafford
Federal I.D. No. 20898
Texas Bar No. 18996970
mstafford@gardere.com
Katharine D. David
Federal I.D. No. 577391
Texas Bar No. 24045749
kdavid@gardere.com
Philip J. Morgan
Federal I.D. No. 1708541
Texas Bar No. 24069008
pmorgan@gardere.com
Ben Stephens
Federal I.D. No. 2898153
Texas Bar No. 24098472
bstephens@gardere.com
2000 Wells Fargo Plaza
1000 Louisiana Street
Houston, TX 77002-5011
Ph: 713-276-5500 – Fax: 713-276-5555

**OFFICE OF THE HARRIS COUNTY ATTORNEY**

*s/ John Odam*
John Odam
Assistant County Attorney
Texas Bar No. 15192000
Federal I.D. No. 6944
john.odam@cao.hctx.net
1019 Congress, 15th Floor
Houston, Texas 77002
Ph: 713-274-5101 – Fax: 713-755-8924

***Counsel for Harris County, Texas, Sheriff Ron Hickman, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace***

2

## Certificate of Conference

I certify that I conferred with Plaintiffs' counsel on January 27, 2017 and they do not oppose the relief sought.

/s/ Mike Stafford
Mike Stafford

## Certificate of Service

I certify that on the 27th of January, 2017, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

/s/ Katharine D. David
Katharine D. David