United States District Court
˅ Southern District of Texas

**ENTERED**

February 01, 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-cv-01414 |
| ) | (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. ) | The Honorable Lee H. Rosenthal |
| ) | U.S. District Judge |
| Defendants. ) | |
| ) | |
| ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon consideration of the Unopposed Motion for Extension of Time, the Court hereby grants the motion. As to Plaintiffs' replies to the Amended Motions for Preliminary Injunction and Class Certification, the Court modifies the Scheduling Order (Docket Entry No. 109) such that Plaintiffs' replies are now due February 16, 2017.

SIGNED this _1st_ day of _Februay_ , 2017

_____
Hon. Lee H. Rosenthal
United States District Judge

4417190v1/015183