IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) | ) |
| Plaintiffs, ) | ) |
| v. ) | ) |
| ) | Case No. 16-cv-01414 |
| HARRIS COUNTY, TEXAS, et al. ) | (Consolidated Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| ) | U.S. District Judge |
| Defendants. ) | ) |

**Emergency Request for Oral Hearing on Defendants' Opposed Motion to Stay, or, in the Alternative, Motion to Continue the Preliminary Injunction Hearing and Consolidate with Expedited Hearing on the Merits**

Harris County, the Hearing Officers, the County Criminal Court at Law Judges Nos. 1 through 15, and Sheriff Gonzalez (collectively, "Defendants") file this Emergency Request for Oral Hearing on Defendants' Motion to Stay, or, in the Alternative, Motion to Continue the Preliminary Injunction Hearing and Consolidate with Expedited Hearing on the Merits ("Motion").

All the parties and the Court would benefit from an oral hearing on Defendants' Motion. An oral hearing will allow some of the key stakeholders to explain the changes to the system, and explain why, a hastily entered preliminary injunction, will do more harm than good. An oral hearing will also allow both the Court and the Plaintiffs the opportunity to question the stakeholders. The system that is on the near horizon will resolve all the claims in this lawsuit. An oral hearing is the best way to satisfy both the Court and the Plaintiff of this fact.

Accordingly, Defendants respectfully request that the Court set an oral hearing on their Motion. Defendants further request that the hearing be set in advance of the February 21, 2017 preliminary injunction hearing. The Defendants are available any day, except that Kelvin Banks, the director of Pretrial Services—a key stakeholder and key witness at the hearing—in unavailable on February 15th and 16th.

Therefore, Defendants respectfully request an oral hearing on their Motion any day prior to February 21, 2017, except February 15 and 16.

Respectfully Submitted,

**GARDERE WYNNE SEWELL LLP**

 */s/ Katharine D. David*
Mike Stafford
Federal I.D. No. 20898
Texas Bar No. 18996970
mstafford@gardere.com
Katharine D. David
Federal I.D. No. 577391
Texas Bar No. 24045749
kdavid@gardere.com
Philip J. Morgan
Federal I.D. No. 1708541
Texas Bar No. 24069008
pmorgan@gardere.com
Ben Stephens
Federal I.D. No. 2898153
Texas Bar No. 24098472
bstephens@gardere.com
2000 Wells Fargo Plaza
1000 Louisiana Street
Houston, TX 77002-5011
Ph: 713-276-5500 – Fax: 713-276-5555

**OFFICE OF THE HARRIS COUNTY ATTORNEY**

 */s/ John Odam*
John Odam
Assistant County Attorney
Texas Bar No. 15192000
Federal I.D. No. 6944
john.odam@cao.hctx.net
1019 Congress, 15th Floor
Houston, Texas 77002
Ph: 713-274-5101 – Fax: 713-755-8924

***Counsel for Harris County, Texas, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace***

WINSTON & STRAWN, LLP

  */s/ John E. O' Neill*
John. E. O' Neill
Attorney-in-Charge
Texas State Bar No. 15297500
S.D. Tex. Bar No. 2813
joneill@winston.com
John R. Keville
Texas State Bar No. 00794085
Federal I.D. No. 20922
jkeville@winston.com
Sheryl A. Falk
Texas State Bar No. 06795350
Federal I.D. No. 17499
sfalk@winston.com
Robert L. Green
Texas State Bar No. 24087625
Federal I.D. No. 2535614
rgreen@winston.com
1111 Louisiana, 25th Floor
Houston, Texas 77002
Ph: (713) 651-2600 – Fax: (713) 651-2700

***Counsel for The Harris County Criminal Courts At Law 1-15 Judges***

  */s/ Victoria Jimenez*
Victoria Jimenez
Assistant County Attorney
Federal I.D. No. 2522937
Texas State Bar No. 24060021
1019 Congress, 15th Floor
Houston, Texas 77002
Ph: (713) 274-5140 – Fax: (713) 755-8924
Victoria.jimenez@cao.hctx.net

***Counsel for Sheriff Ed Gonzalez***

## Certificate of Service

I certify that on the 2nd of February, 2017, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

*/s/ Katharine D. David*
Katharine D. David