United States District Court
Southern District of Texas
**ENTERED**
February 13, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-cv-01414 |
|---|---|---|---|

| MARANDA LYNN ODONNELL, et al., |
|---|
| *versus* |
| HARRIS COUNTY, TEXAS, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | CHRISTOPHER G. MICHEL<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW<br>Washington, DC 20005<br>T: (202) 879-5000<br>F: (202) 879-5200<br>christopher.michel@kirkland.com<br>District of Columbia Bar No. 1034557 | United States Courts<br>Southern District of Texas<br>**FILED**<br>FEB 09 2017<br>David J. Bradley, Clerk of Court |
|---|---|---|

| Name of party applicant seeks to appear for: | American Bail Coalition, Professional Bondsmen of Texas, and Professional Bondsmen of Harris County (Amici Curiae) |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 2/9/2017 | Signed: | /s/ Christopher G. Michel |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/13/17  Clerk's signature |

### Order

Dated: Feb. 13, 2017

This lawyer is admitted *pro hac vice*.

_____
United States District Judge