**Exhibit 4**



p5

CASE NO. 214415801010
INCIDENT NO./TRN: 9265128739A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE COUNTY CRIMINAL |
| v. | § § | COURT AT LAW NO. 5 |
| ODONNELL, MARANDA LYNN | § § | HARRIS COUNTY, TEXAS |
| STATE ID NO.: TX08718926 | § | |

## ORDER OF DEFERRED ADJUDICATION

| Judge Presiding: | HON. JAMES ANDERSON | Date Order Entered: | 04/04/2017 |
|---|---|---|---|
| Attorney for State: | CASEY O'MALEY | Attorney for Defendant: | MOORE, MICHAEL HARDIE |

**Offense:**
POSS CS PG 3 <28 GRAMS

| Charging Instrument: | Statute for Offense: |
|---|---|
| INFORMATION | N/A |

**Date of Offense:**
04/01/2017

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| CLASS A MISDEMEANOR | GUILTY | N/A |

**Terms of Plea Bargain:**
1 YEAR DEFERRED ADJUDICATION

| Plea to 1st Enhancement Paragraph: | ABANDONED | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | ABANDONED | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

**ADJUDICATION OF GUILT DEFERRED;
DEFENDANT PLACED ON COMMUNITY SUPERVISION.**

**PERIOD OF COMMUNITY SUPERVISION: 1 YEARS**

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ N/A | $ As Assessed | $ N/A | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Time Credited: *If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.*
N/A DAYS    NOTES: N/A

☐ **Family Violence:**
The Court FINDS that Defendant was prosecuted for an offense under Title 5 of the Penal Code that involved family violence. TEX. CODE CRIM. PROC. art. 42.013.

☐ **Weapon Forfeiture:**
The Court FINDS that a law enforcement agency, namely , seized a weapon, namely , in connection with an offense involving the use of a weapon or an offense under Chapter 46 of the Penal Code. The Court FINDS that 1) Defendant has been previously convicted under Chapter 46 of the Penal

**Name changed from**

*All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.*

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

JUDGES 001022

This cause was called for trial in **Harris County, Texas**. The State appeared by her District Attorney as named above.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered a plea as indicated above. The Court admonished the Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court **FINDS** such evidence substantiates Defendant's guilt. The Court **FINDS** that, in this cause, it is in the best interest of society and Defendant to defer proceedings without entering an adjudication of guilt and to place Defendant on community supervision.

The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** that Defendant is given credit noted above for the time spent incarcerated. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

The Court **ORDERS** that no judgment shall be entered at this time. The Court further **ORDERS** that Defendant be placed on community supervision for the adjudged period so long as Defendant abides by and does not violate the terms and conditions of community supervision. See TEX. CODE CRIM. PROC. art. 42.12 § 5(a).

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated. The Court further **ORDERS** that if the defendant is convicted of two or more offenses in a single criminal action, that each cost or fee amount must be assessed using the highest category of offense. Tex. Code Crim. P. art. 102.073.

<u>**Furthermore, the following special findings or orders apply:**</u>

**Signed and entered on 04/04/2017**

X _____
**JAMES ANDERSON**
**JUDGE PRESIDING**

Community Supervision Expires On: 04/03/2018

Ntc Appeal Filed:    Mandate Rec'd:

After Mandate Received, Sentence to Begin Date is:

Def. Received on    at    ☐ AM ☐ PM

By: , Deputy Sheriff of Harris County



Right Thumbprint

Clerk: M HERNANDEZ
Case Number: 214415801010
Defendant: ODONNELL, MARANDA LYNN

EN/KR13: 998        LCBT:        LCBU:

Certified Document Number: 74599059 - Page 2 of 5

CAUSE NUMBER 214415801010

| | |
|---|---|
| THE STATE OF TEXAS | IN COUNTY CRIMINAL COURT |
| VS. | AT LAW NO. 5 |
| MARANDA LYNN ODONNELL | HARRIS COUNTY, TEXAS |

## CONDITIONS OF COMMUNITY SUPERVISION

On this the 4th day of April, 2017, the defendant being granted 1 Year Community Supervision for the misdemeanor offense of POSS CS PG 3 <28 GRAMS in accordance with section 5 of Article 42.12, of the Texas Code of Criminal Procedure is hereby ordered to abide by all of the following conditions and terms of Community Supervision during the period of community supervision.

(1) **Commit no offense** against the laws of this or any other State or of the United States.
You are to report any new arrests within 24 hours by telephone, by email, or in person.

(2) Report immediately in person to the Community Supervision Officer for the County Criminal Court at Law No. 5 and continue to report as directed by a Community Supervision Officer for the remainder of the supervision term unless so ordered differently by the Court.

(3) Permit a Community Supervision Officer to visit you at your home, place of employment or elsewhere.

(4) Find and maintain lawful full- time employment, approved schooling, or a full- time combination of both. You shall present either verification of employment and/or school enrollment, or provide a log of all attempts to secure employment to your Community Supervision Officer as directed.You shall notify HCCSCD of any change in your employment/enrollment status by your next scheduled reporting date.

(5) Provide your community supervision officer (either in person, by phone, or by email) with your new address at **least 48 hours before changing your residence.** You may not move to a residence outside Harris County, Texas, unless and until you receive written permission from the court through your community supervision officer.

(6) Remain within the State of Texas at all times. You may not travel outside the State of Texas unless and until you receive written permission from the court through your community supervision officer.

(7) Submit a non- diluted, valid, unaltered biological sample for the purpose of drug/alcohol analysis not later than 60 days after beginning your term of community supervision, and thereafter as directed by HCCSCD personnel.

(8) Submit to an assessment through HCCSCD Assessment Unit by **04/30/2017;** participate and successfully complete any program(s) as indicated by the assessment or until further order of the court.

(9) Submit to an evaluation of your **educational skill level by 05/04/2017.** If it is determined that you have not attained the average skill of students who have completed the sixth grade in public schools in this State, you shall participate in a program that teaches functionally illiterate persons to read.

(10) Support your dependents as required by law. Provide your Community Supervision Officer with proof that you are in compliance with all court- ordered support of dependents.

(11) Participate in the HCCSCD Community Service Restitution Program (CSRP). You shall perform 0 hours as directed by HCCSCD CSRP policy. Hours must be completed 60 days prior to termination.

(12) Pay the following fees through HCCSCD. All payments MUST be in the form of a Money Order, Cashier 's Check or credit card. A credit card can be used to submit online payments at http://www.go2gov.net/go/hccscdPay a $ 2.00 transaction fee each time you make a payment to the HCCSCD.

    12.1    Pay a Supervision Fee at the rate of **$ 60.00** per month for the duration of your community supervision beginning **05/04/2017** or as otherwise ordered by the court,to HCCSCD.

    12.2    Pay **$ 10.00** per month to cover expenses of drug testing.

Certified Document Number: 74599059 - Page 3 of 5

**CONDITIONS OF COMMUNITY SUPERVISION**

For: MARANDA LYNN ODONNELL                                         Cause: 214415801010

    12.3    Pay a $ 12.50 fee and obtain an Offender Identification Card no later than 60 days after the beginning of your term of community supervision.

    12.4    Pay a $ 100.00 fee to HCCSCD for the expense of the assessment.

    12.5    Pay a fine of $ 0.00 and court costs at the rate of $ 50.00 per month beginning 05/04/2017 to Harris County through HCCSCD. Court grants credit for 3 days served. .

(13) You shall not use, possess, or consume any illegal drug or prescription drug not currently prescribed to you by a medical professional.
You shall bring all current prescription containers to your Community Supervision Officer on your first reporting date.
If new medication is prescribed, you must bring the new prescription container to your Community Supervision Officer on your next scheduled report date.

(14) Not ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition, or attempt to ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition.

Certified Document Number: 74599059 - Page 4 of 5

JUDGES 001025

**CONDITIONS OF COMMUNITY SUPERVISION**

For: MARANDA LYNN ODONNELL

Cause: 214415801010

You are hereby advised that under the laws of this State, the Court shall determine the terms and conditions of Community Supervision, and may at any time during the period of Community Supervision, alter or modify the Conditions of Community Supervision.

The Court also has the authority at anytime during the period of Community Supervision to revoke the Community Supervision when a preponderance of the evidence establishes a violation of one or more of the conditions set forth above. The Clerk of the Court has furnished me with a copy of the terms and conditions of Community Supervision.

Community Supervision expires the 3rd day of April A.D. 2018

_____
MARANDA LYNN ODONNELL, DEFENDANT

April 6, 2017
DATE

Signed this 6th day of April, A.D. 2017

_____
BROCK THOMAS, PRESIDING JUDGE

_____
NATALIE WALKER, CLO/CSO OFFICER

April 6, 2017
DATE

SPN: 02775229
PLEA: GUILTY
FINE: $ 0.00



Defendant's Right Thumbprint

Certified Document Number: 74599059 - Page 5 of 5

JUDGES 001026



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 7, 2017

Certified Document Number:        74599059 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

JUDGES 001027