UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HARRIS COUNTY, TEXAS, et al., )<br>)<br>Defendants. )<br>) | No. 4:16-CV-01414<br>(Consolidated Class Action)<br>Honorable Lee H. Rosenthal<br>U.S. District Judge |

## Notice of Appeal by Harris County and Hearing Officers

Defendants Harris County, Texas; Joseph Licata III; Ronald Nicholas; Blanca Estela Villagomez; Eric Stewart Hagstette; and Jill Wallace appeal to the U.S. Court of Appeals, Fifth Circuit, (a) from the Memorandum and Opinion entered Dec. 16, 2016 (Doc. 125), (b) from the Memorandum and Opinion entered April 28, 2017 (Doc. 302), and (c) from the Temporary Injunction Order entered April 28, 2017 (Doc. 304).

Respectfully submitted,

*/s/ Stacy R. Obenhaus*

| | |
|---|---|
| Stacy R. Obenhaus | John Odam |
| [Attorney-in-charge] | Assistant County Attorney |
| SD Tex. No. 11260 | Texas Bar No. 15192000 |
| Texas Bar No. 15161570 | S.D. Tex. No. 6944 |
| sobenhaus@gardere.com | john.odam@cao.hctx.net |
| Mike Stafford | Melissa Spinks |
| S.D. Tex. No. 20898 | Assistant County Attorney |
| Texas Bar No. 18996970 | Texas Bar No. 24029431 |
| mstafford@gardere.com | S.D. Tex. No. 1312334 |
| Katharine D. David | melissa.spinks@cao.hctx.net |
| S.D. Tex. No. 577391 | Office of the Harris County Attorney |
| Texas Bar No. 24045749 | 1019 Congress, 15th Floor |
| kdavid@gardere.com | Houston, Texas 77002 |
| Philip J. Morgan | Tel:  713.274.5101 |
| S.D. Tex. No. 1708541 | Fax:  713.755.8924 |
| Texas Bar No. 24069008 | |
| pmorgan@gardere.com | |
| Ben Stephens | |
| S.D. Tex. No. 2898153 | |
| Texas Bar No. 24098472 | |
| bstephens@gardere.com | |
| 2000 Wells Fargo Plaza | |
| 1000 Louisiana Street | |
| Houston, Texas 77002-5011 | Attorneys for Harris County, Texas, and |
| Tel:  713.276.5500 | Hearing Officers: Eric Stewart Hagstette, |
| Fax:  713.276.5555 | Joseph Licata III, Ronald Nicholas, Blanca |
| Houston, Texas 77002 | Estela Villagomez, and Jill Wallace |

## Certificate of Service

I certify that copies of this document were served by delivering them to the following on May 9, 2017, by email or through the CM/ECF system:

Lexie G. White
lwhite@susmangodfrey.com
Neal S. Manne
nmanne@susmangodfrey.com
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002

Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Civil Rights Corps
910 17th Street NW Suite 500
Washington DC 20001

Victoria Jimenez
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Victoria.Jimenez@cao.hctx.net

Michael Gervais
mgervais@susmangodfrey.com
1301 Avenue of the Americas, 32d Floor
New York, New York 10019

Rebecca Bernhardt
rbernhardt@fairdefense.org
Susan Pringle
springle@fairdefense.org
Texas Fair Defense Project
314 E. Highland Mall, Suite 180
Austin, Texas 78752

John. E. O' Neill
joneill@winston.com
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002

Laura Beckham Hedge
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Laura.Hedge@cao.hctx.net

*/s/ Philip J. Morgan*
Philip J. Morgan