IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 4:16-CV-01414 |
| vs. ) | (Consolidated Class Action) |
| ) | Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al., ) | U.S. District Judge |
| ) | |
| Defendants. ) | |

### Notice of Appeal by County Criminal Court at Law Judges Nos. 1-15

Defendants Harris County Criminal Court at Law Judges Paula Goodhart, Bill Harmon, Natalie C. Fleming, John Clinton, Margaret Harris, Larry Standley, Pam Derbyshire, Jay Karahan, Analia Wilkerson, Dan Spjut, Diane Bull, Robin Brown, Don Smyth, Mike Fields, and Jean Spradling (the "County Criminal Court at Law Judges Nos. 1-15") appeal to the U.S. Court of Appeals, Fifth Circuit, (a) from the Memorandum and Opinion entered Dec. 16, 2016 (Dkt. 125), (b) from the Memorandum and Opinion entered April 28, 2017 (Dkt. 302), and (c) from the Temporary Injunction Order entered April 28, 2017 (Dkt. 304).

Dated: May 9, 2017                                  Respectfully Submitted,

*/s/ John E. O' Neill*
John. E. O' Neill
Attorney-in-Charge
Texas State Bar No. 15297500
S.D. Tex. Bar No. 2813
joneill@winston.com
John R. Keville
Texas State Bar No. 00794085
S.D. Tex. Bar No. 20922
jkeville@winston.com

Sheryl A. Falk
Texas State Bar No. 06795350
S.D. Tex. Bar No. 17499
sfalk@winston.com
Robert L. Green
Texas State Bar No. 24087625
S.D. Tex. Bar No. 2535614
rgreen@winston.com

WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Charles J. Cooper (*Pro Hac Vice Pending*)
District of Columbia Bar No. 248070
ccooper@cooperkirk.com
Michael W. Kirk (*Pro Hac Vice Pending*)
District of Columbia Bar No. 424648
mkirk@cooperkirk.com

COOPER & KIRK, PLLC
1523 New Hampshire Avenue. N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

**ATTORNEYS FOR THE HARRIS COUNTY CRIMINAL COURTS AT LAW 1-15 JUDGES**

**Certificate of Service**

I certify that a true and correct copy of the foregoing document was served to the following on May 9, 2017, by email or through the Court's CM/ECF system:

Neal S. Manne
Lexie G. White
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Email: nmanne@susmangodfrey.com
Email: lwhite@susmangodfrey.com

Michael Gervais
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32d Floor
New York, New York 10019
Email: mgervais@susmangodfrey.com

Alec George Karakatsanis
Elizabeth Rossi
CIVIL RIGHTS CORPS
910 17th Street NW Suite 500
Washington DC 20001
Email: alec@civilrightscorps.org
Email: elizabeth@civilrightscorps.org

Rebecca Bernhardt
Susan Pringle
TEXAS FAIR DEFENSE PROJECT
314 E. Highland Mall, Suite 180
Austin, Texas 78752
Email: rbernhardt@fairdefense.org
Email: springle@fairdefense.org

Victoria Jimenez
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Email: Victoria.Jimenez@cao.hctx.net

Laura Beckham Hedge
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Email: Laura.Hedge@cao.hctx.net

Mike Stafford
Katherine D. David
Philip J. Morgan
Ben Stephens
GARDERE WYNNE SEWELL LLP
2000 Wells Fargo Plaza
1000 Louisiana Street
Houston, Texas 77002
Email: mstafford@gardere.com
Email: kdavid@gardere.com
Email: pmorgan@gardere.com
Email: bstephens@gardere.com

John Odam
Assistant County Attorney
OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress, 15th Floor
Houston, Texas 77002
Email: john.odam@cao.hctx.net

> */s/ John E. O'Neill*
> John E. O'Neill