IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, et al. | § § | |
| Plaintiffs, | § | Case No: 16-cv-01414 |
| v. | § | (Consolidated Class Action) |
| | § | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. | § § | U.S. District Judge |
| Defendants. | § | |

**HARRIS COUNTY CRIMINAL COURT AT LAW NO. 16 JUDGE DARRELL WILLIAM JORDAN'S RESPONSE AND OBJECTION TO HARRIS COUNTY DEFENDANTS' EMERGENCY MOTION TO STAY PENDING APPEAL**

Defendant, Harris County Criminal Court at Law No. 16 Judge Darrell William Jordan, in his official capacity ("Judge Jordan"), now files his Response and Objection to the Harris County Defendants[1]' Emergency Motion to Stay Pending Appeal [Doc. No. 311] and would respectfully show this Court as follows:

1.  On April 28, 2017, the Court entered an Order denying the Harris County Defendants' contingent motion to stay pending appeal. [Doc. No. 305]. This Order provided that defendants may refile their motion to stay following entry of a preliminary injunction. *Id*. This Order further requested a statement of position for any nonmoving party to the motion to stay. *Id*.

---

[1] The "Harris County Defendants" include Harris County, the Hearing Officers and Harris County Criminal Court at Law Judges 1-15.

2.	On May 9, 2017, the Harris County Defendants filed the subject Motion to Stay.  The Court subsequently entered an Order requiring all nonmoving parties to file their response with the Court by 5:00 p.m. on May 10, 2017.  [Doc. No. 312].

3.	Judge Jordan opposes the Harris County Defendants' Motion to Stay.

                          Respectfully submitted,

                          */s/ Laura Beckman Hedge*
                          **Laura Beckman Hedge**
                          Assistant County Attorney
                          **ATTORNEY-IN-CHARGE**
                          State Bar No. 00790288
                          So. District No. 23243
                          Laura.Hedge@cao.hctx.net
                          1019 Congress, 15th Floor
                          Houston, Texas  77002
                          Telephone:  (713) 274-5137
                          Facsimile:  (713) 755-8924

                          **ATTORNEY FOR DEFENDANT, HARRIS COUNTY CRIMINAL COURT AT LAW NO. 16 JUDGE DARRELL WILLIAM JORDAN, IN HIS OFFICIAL CAPACITY**

**OF COUNSEL:**
VINCE RYAN,
HARRIS COUNTY ATTORNEY

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 9, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas, Houston Division, using the electronic case filing system of the Court and served all parties of record in accordance with same.

*/s/ Laura Beckman Hedge*
**Laura Beckman Hedge**