UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Southern | Case Number | 4:16-cv-01414 |
|---|---|---|---|

| Maranda Lynn ODonnell |
|---|
| *versus* |
| Harris County, Texas, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Charles J. Cooper<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>202-220-9600, ccooper@cooperkirk.com<br>Licensed: District of Columbia, Bar No. 248070<br>Federal Bar: District of Columbia, Bar No. 248070 |
|---|---|

| Name of party applicant seeks to appear for: | see attachment |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/8/2017 | Signed: | s/ Charles J. Cooper |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 5/9/17 | Clerk's signature |

## Order

Dated: May 9, 2017

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge

Name of Parties Applicant Seeks to Appear for:

Paula Goodhart

Bill Harmon

Natalie C. Fleming

John Clinton

Margaret Harris

Larry Standley

Pam Derbyshire

Jay Karahan

Analia Wilkerson

Dan Spjut

Diane Bull

Robin Brown

Don Smyth

Mike Fields

Jean Spradling