IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-16-1414 |
| VS. | § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER DENYING DEVIN COLE'S MOTIONS**

Devin Paul Cole filed several motions seeking to intervene, amend the class-action complaint to seek damages and injunctive relief not currently sought, hold a defense attorney in contempt, and otherwise alter the litigation posture of the case. (Docket Entry Nos. 294, 296, 298, 299, 300, and 306). Mr. Cole is currently in Harris County jail on felony charges. *See* (Docket Entry No. 297, Ex. 1). He is not a member of the class of misdemeanor arrestees on whose behalf this case is being litigated. To the extent that, during the pendency of this class action, Mr. Cole is arrested and held solely on misdemeanor charges in Harris County, his interests are more than adequately represented by able class counsel. Mr. Cole's motions seek dramatic changes in the scope of relief and grounds for relief after lengthy motions practice has defined both. These motions lack any basis in the record or in the case law. Mr. Cole's additional motion to hold an attorney in contempt for making an ostensibly offensive argument in court is similarly meritless.

1

Mr. Cole's motions, (Docket Entries No. 294, 296, 298, 299, 300, and 306), are denied. The defendants' motions to strike Mr. Cole's motions, (Docket Entries No. 297, 301), are moot.

SIGNED on May 10, 2017, at Houston, Texas.

                                          Lee H. Rosenthal
                                   Chief United States District Judge