IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, et al. | § § | |
| Plaintiffs, | § | Case No: 16-cv-01414 |
| v. | § | (Consolidated Class Action) |
| | § | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. | § § | U.S. District Judge |
| Defendants. | § § | |

### DEFENDANT, HARRIS COUNTY SHERIFF ED GONZALEZ' RESPONSE AND OBJECTION TO HARRIS COUNTY DEFENDANTS' EMERGENCY MOTION TO STAY PENDING APPEAL

Defendant, Harris County Sheriff Ed Gonzalez, in his official capacity ("The Sheriff"), now files his Response and Objection to the Harris County Defendants[1]' Emergency Motion to Stay Pending Appeal [Dkt. No. 311] and would respectfully show this Court as follows:

1. On April 28, 2017, the Court entered an Order denying the Harris County Defendants' contingent motion to stay pending appeal. [Dkt. No. 305]. This Order provided that defendants may refile their motion to stay following entry of a preliminary injunction. *Id*. This Order further requested a statement of position for any nonmoving party to the motion to stay. *Id*.

---

[1] The "Harris County Defendants" include Harris County, the Hearing Officers and Harris County Criminal Court at Law Judges 1-15.

2.     On April 28, 2017, the Court issued its Memorandum and Opinion Setting Out Finding of Facts and Conclusions of Law [Dkt. No. 302] and her Order of Preliminary Injunction [Dkt. No. 304].

3.     On May 9, 2017, the Harris County Defendants filed the subject Motion to Stay.  The Court subsequently entered an Order requiring all nonmoving parties to file their response with the Court by 5:00 p.m. on May 10, 2017.  [Doc. No. 312].

4.     On May 10, 2017, the Sheriff filed a Motion to Clarify and Partial Modification of the Order of Preliminary Injunction [Dkt. No. 316] stating his intent to accept the Court's Order and implement release procedures by May 15, 2017.

5.     The Sheriff will not seek a Stay and will not appeal the Order.

        Respectfully submitted,

        VINCE RYAN
        Harris County Attorney

        */s/ Victoria Jimenez*
        VICTORIA JIMENEZ
        Assistant County Attorney
        FBN: 2522937
        SBN No. 24060021
        1019 Congress, 15th Floor
        Houston, Texas  77002
        Telephone:  (713) 274-5140
        Fax:  (713) 755-8924
        Email: Victoria.jimenez@cao.hctx.net

        ATTORNEY FOR DEFENDANT, HARRIS COUNTY SHERIFF ED GONZALEZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2017 a true and correct copy of the foregoing document was served electronically and by certified mail to all parties of record.

                                        */s/ Victoria Jimenez*
                                        VICTORIA JIMENEZ