316 Lorraine Dr
Rockville, MD 20852-4130
May 9, 2017

United States Courts
Southern District of Texas
FILED
MAY 12 2017
David J. Bradley, Clerk of Court

The Honorable Lee H. Rosenthal
Chief United States District Judge
United States District Court for the
 Southern District of Texas
Houston Division
515 Rusk Street
Houston, Texas 77002

    Re:    O'Donnell, et al. vs. Harris County, Texas, et al.
            Civil Action No. H-16-1414

Dear Judge Rosenthal:

    I write today to thank you for recognizing the manner in which the bail system discriminates against the poor. For those of us who have long believed that the system is unjust, your opinion in the above-referenced matter provides hope that long-overdue change may be imminent.

    I applaud your decision, and your courage in standing for what is truly right and just.

                                        Sincerely,

                                        Joseph P. Morra



Joseph Morra
316 Lorraine Dr
Rockville, MD 20852

Hon. Lee H. Rosenthal
Chief United States District Judge
Houston Division
U.S. District Court for the
Southern District of Texas
515 Rusk St.
Houston, Texas 77002

CAPITAL DISTRICT 209
09 MAY 2017 PM 5 L

David J. Bradley, Clerk of Court
FILED
MAY 12 2017

John Fitzgerald Kennedy
1917–1963