IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

MAY 15 2017

David J. Bradley, Clerk of Court

No. 17-20333

4:16CV1414
4:16CV1436

MARANDA LYNN ODONNELL,

    Plaintiff - Appellee

v.

HARRIS COUNTY, TEXAS; ERIC STEWART HAGSTETTE; JOSEPH LICATA, III; RONALD NICHOLAS; BLANCA ESTELA VILLAGOMEZ; JILL WALLACE; PAULA GOODHART; BILL HARMON; NATALIE C. FLEMNG; JOHN CLINTON; MARGARET HARRIS; LARRY STANDLEY; PAM DERBYSHIRE; JAY KARAHAN; JUDGE ANALIA WILKERSON; DAN SPJUT; JUDGE DIANE BULL; JUDGE ROBIN BROWN; DONALD SMYTH; JUDGE MIKE FIELDS; JEAN HUGHES,

    Defendants - Appellants

-------------------------------------------------------

LOETHA SHANTA MCGRUDER; ROBERT RYAN FORD,

    Plaintiffs - Appellees

v.

HARRIS COUNTY, TEXAS; JILL WALLACE; ERIC STEWART HAGSTETTE; JOSEPH LICATA, III; RONALD NICHOLAS; BLANCA ESTELA VILLAGOMEZ,

    Defendants - Appellants

Appeals from the United States District Court for the
Southern District of Texas, Houston

---

Before HIGGINBOTHAM, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the opposed motion of appellants Judge Robin Brown, Judge Diane Bull, John Clinton, Pam Derbyshire, Judge Mike Fields, Natalie C. Fleming, Paula Goodhart, Bill Harmon, Margaret Harris, Jean Hughes, Jay Karahan, Donald Smyth, Dan Spjut, Larry Standley and Judge Analia Wilkerson for leave to exceed the word count limit for their motion to stay the preliminary injunction is GRANTED.

*In light of the lack of time before the district court's injunction will take effect and in order to allow full consideration of the following motions and any responses thereto, the court enters the following orders of temporary relief:*

IT IS FURTHER ORDERED that the opposed motion of appellants Harris County, Texas, Eric Stewart Hagstette, Joseph Licata, III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace to stay the preliminary injunction of the district court pending appeal is TEMPORARILY GRANTED until further order of this court; and

IT IS FURTHER ORDERED that the opposed motion of appellants Judge Robin Brown, Judge Diane Bull, John Clinton, Pam Derbyshire, Judge Mike Fields, Natalie C. Fleming, Paula Goodhart, Bill Harmon, Margaret Harris, Jean Hughes, Jay Karahan, Donald Smyth, Dan Spjut, Larry Standley and Judge Analia Wilkerson to stay the preliminary injunction of the district

court pending appeal is TEMPORARILY GRANTED until further order of this court.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 12, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-20333    Maranda ODonnell, et al v. Harris County, Texas, et al
                    USDC No. 4:16-CV-1414
                    USDC No. 4:16-CV-1436

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Ms. Rebecca Bernhardt
Mr. David J. Bradley
Mr. Charles Justin Cooper
Mr. Michael Gervais
Mr. Alec George Karakatsanis
Mr. Michael Kirk
Mr. Neal Stuart Manne
Mr. William C. Marra
Mr. Philip J. Morgan
Mr. John E. O'Neill
Mr. Stacy R. Obenhaus
Mr. John David Ohlendorf
Ms. Susanne Ashley Pringle
Mr. Harold Reeves
Ms. Elizabeth Anne Rossi
Ms. Alexandra Giselle White
Ms. Krisina Janaye Zuniga