United States District Court
Southern District of Texas
FILED

JUN - 6 2017

David J. Bradley, Clerk of Court

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 06, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-20333   Maranda ODonnell, et al v. Harris County, Texas, et al
                    USDC No. 4:16-CV-1414
                    USDC No. 4:16-CV-1436

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Ms. Rebecca Bernhardt
Mr. David J. Bradley
Mr. Charles Justin Cooper
Ms. Katharine D. David
Ms. Sheryl Anne Falk
Mr. Murray Jules Fogler
Mr. Michael Gervais
Mr. Alec George Karakatsanis
Mr. John R. Keville
Mr. Michael Kirk
Mr. Neal Stuart Manne
Mr. William C. Marra
Mr. Philip J. Morgan
Mr. John E. O'Neill
Mr. Stacy R. Obenhaus
Mr. John David Ohlendorf
Ms. Susanne Ashley Pringle
Mr. Harold Reeves
Ms. Elizabeth Anne Rossi
Mr. Mike Anthony Stafford
Ms. Alexandra Giselle White
Ms. Krisina Janaye Zuniga

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-20333
_____

MARANDA LYNN ODONNELL,

    Plaintiff - Appellee

v.

HARRIS COUNTY, TEXAS; ERIC STEWART HAGSTETTE; JOSEPH LICATA, III; RONALD NICHOLAS; BLANCA ESTELA VILLAGOMEZ; JILL WALLACE; PAULA GOODHART; BILL HARMON; NATALIE C. FLEMNG; JOHN CLINTON; MARGARET HARRIS; LARRY STANDLEY; PAM DERBYSHIRE; JAY KARAHAN; JUDGE ANALIA WILKERSON; DAN SPJUT; JUDGE DIANE BULL; JUDGE ROBIN BROWN; DONALD SMYTH; JUDGE MIKE FIELDS; JEAN HUGHES,

    Defendants - Appellants

------------------------------------------------------

LOETHA SHANTA MCGRUDER; ROBERT RYAN FORD,

    Plaintiffs - Appellees

v.

HARRIS COUNTY, TEXAS; JILL WALLACE; ERIC STEWART HAGSTETTE; JOSEPH LICATA, III; RONALD NICHOLAS; BLANCA ESTELA VILLAGOMEZ,

    Defendants - Appellants

_____

Appeals from the United States District Court for the
Southern District of Texas, Houston

---

Before HIGGINBOTHAM, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the opposed motion of appellants Harris County, Texas, Eric Stewart Hagstette, Joseph Licata, III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace to stay the preliminary injunction of the district court pending appeal is DENIED.

IT IS FURTHER ORDERED that the opposed motion of appellants Judge Robin Brown, Judge Diane Bull, John Clinton, Pam Derbyshire, Judge Mike Fields, Natalie C. Fleming, Paula Goodhart, Bill Harmon, Margaret Harris, Jean Hughes, Jay Karahan, Donald Smyth, Dan Spjut, Larry Standley and Judge Analia Wilkerson to stay the preliminary injunction of the district court pending appeal is DENIED.