# PX 6(b)(ii)

| Date and time | Inmates | All M inmates | All M no holds inmates | All M no holds 2+ days | All M no holds 3+ days | All M no holds 4+ days | All M no holds 5+ days | All M no holds 7+ days | All M no holds 10+ days | All M no holds 15+ days | All M no holds 20+ days | All M no holds 25+ days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/15/17 | 416 | 312 | 218 | 147 | 130 | 117 | 107 | 90 | 71 | 43 | 25 | 13 |
| 2/16/17 | 385 | 282 | 195 | 152 | 127 | 115 | 103 | 87 | 70 | 43 | 26 | 10 |
| 2017-02-17 19-28 | 387 | 289 | 204 | 144 | 129 | 113 | 104 | 84 | 65 | 41 | 22 | 10 |
| 2017-02-19 21-29 | 453 | 348 | 256 | 203 | 175 | 140 | 127 | 102 | 76 | 49 | 25 | 11 |
| 2017-02-20 18-35 | 417 | 312 | 220 | 181 | 161 | 147 | 129 | 105 | 75 | 48 | 27 | 15 |
| 2017-02-21 18-53 | 394 | 297 | 205 | 163 | 156 | 140 | 132 | 111 | 79 | 53 | 32 | 19 |
| 2017-02-22 14-33 | 381 | 288 | 199 | 143 | 134 | 128 | 120 | 99 | 70 | 43 | 24 | 12 |
| 2017-02-23 08-30 | 445 | 345 | 254 | 160 | 145 | 138 | 130 | 113 | 83 | 47 | 28 | 14 |
| 2017-02-24 08-30 | 406 | 308 | 222 | 159 | 134 | 127 | 120 | 107 | 85 | 44 | 25 | 9 |
| 2017-02-25 21-03 | 419 | 313 | 221 | 172 | 144 | 135 | 122 | 110 | 90 | 51 | 29 | 10 |
| 2017-02-26 13-48 | 478 | 369 | 272 | 192 | 162 | 145 | 128 | 114 | 98 | 57 | 33 | 12 |
| 2017-02-27 08-49 | 494 | 384 | 284 | 212 | 178 | 152 | 137 | 116 | 98 | 58 | 32 | 15 |
| 2017-02-28 08-30 | 466 | 356 | 262 | 181 | 166 | 144 | 136 | 110 | 95 | 59 | 31 | 18 |
| 2017-03-01 08-30 | 462 | 349 | 262 | 176 | 156 | 146 | 131 | 114 | 89 | 63 | 32 | 19 |
| 2017-03-02 08-30 | 441 | 335 | 254 | 174 | 153 | 137 | 131 | 111 | 84 | 64 | 32 | 21 |
| 2017-03-03 08-30 | 445 | 335 | 250 | 178 | 158 | 141 | 129 | 109 | 85 | 65 | 35 | 22 |
| 2017-03-04 08-30 | 431 | 323 | 248 | 164 | 147 | 135 | 124 | 109 | 87 | 63 | 35 | 20 |
| 2017-03-05 08-30 | 444 | 332 | 253 | 199 | 161 | 144 | 132 | 110 | 89 | 61 | 35 | 15 |
| 2017-03-06 08-30 | 484 | 368 | 281 | 218 | 198 | 160 | 143 | 120 | 93 | 60 | 38 | 16 |
| 2017-03-07 08-30 | 448 | 329 | 244 | 182 | 164 | 154 | 137 | 118 | 94 | 58 | 40 | 14 |
| 2017-03-08 08-30 | 445 | 322 | 246 | 167 | 154 | 141 | 134 | 112 | 86 | 51 | 37 | 12 |
| 2017-03-09 08-30 | 427 | 309 | 234 | 162 | 143 | 131 | 121 | 101 | 82 | 51 | 33 | 13 |
| 2017-03-10 08-30 | 448 | 331 | 248 | 169 | 146 | 134 | 123 | 109 | 87 | 52 | 36 | 19 |
| 2017-03-11 08-30 | 437 | 318 | 242 | 153 | 139 | 126 | 117 | 100 | 81 | 48 | 32 | 18 |
| 2017-03-12 08-30 | 410 | 291 | 216 | 172 | 148 | 136 | 123 | 103 | 84 | 56 | 32 | 21 |
| 2017-03-13 08-30 | 459 | 342 | 258 | 192 | 168 | 146 | 133 | 111 | 90 | 55 | 33 | 21 |
| 2017-03-14 08-30 | 422 | 306 | 226 | 166 | 151 | 134 | 125 | 107 | 90 | 60 | 37 | 21 |
| average | 435 | 326 | 240 | 173 | 153 | 137 | 126 | 107 | 84 | 53 | 31 | 16 |