# PX 6(C)
# (Sample from Courts 1 and 2)

| 1 | Arrestee | Date Arrested | Bail Amount | Charge | Next Setting | County Court | Has the arrestee had his/her first appearance? |
|---|---|---|---|---|---|---|---|
| 2 | **In Jail on Sunday, August 14, 2016 around 8:30 pm EST arrested August 10-14; assigned to County Court 1 or 2** | | | | | | |
| 3 | Kenneth Wayne Murray | 8/11/16 | $5,000 | Criminal Mischief between $100 and $750 | 8/18/16 | 1 | No |
| 4 | Clarence Lamonte Missouri | 8/12/16 | $10,000 | Interfering with Duties of a Public Servant | 8/18/16 | 1 | No |
| 5 | Mohinder Singh Tiwana | 8/12/16 | $1,500 | Evading Arrest / Detention | 8/19/16 | 1 | No |
| 6 | Casey Gaedchens | 8/12/16 | $5,000 | Trespass | 8/19/16 | 1 | No |
| 7 | Lance Mears | 8/12/16 | $5,000 | Trespass | 8/19/16 | 1 | No |
| 8 | Lesley Ann Aguirre | 8/14/16 | $3,000 | Driving While Intoxicated | 8/19/16 | 1 | No |
| 9 | Ociel Dominguez | 8/14/16 | $1,000 | Failure to Identify to a Peace Officer | 8/19/16 | 1 | No |
| 10 | Ronnie Signs | 8/14/16 | $500 (set in Mr. Signs's absence) | Interfering with the Duties of a Public Servant | 8/19/16 | 1 | No |
| 11 | Zackary Isaak Bernal | 8/11/16 | $3,500 | Theft between $750 and $2500 | 8/18/16 | 2 | No |
| 12 | Michael Dejean Brown | 8/12/16 | $4,500 | Possession of a Controlled Substance, Between 3 and 28 Grams | 8/19/16 | 2 | No |
| 13 | Renee Marshal Moody | 8/14/16 | $5,000 | Assault, Family Member | 8/19/16 | 2 | No |
| 14 | Christopher Michael Foster | 8/11/16 | $10,000 | Assault, Bodily Injury ($5,000); Interference with Emergency Phone Call ($5,000) | 8/18/16 | 2 | No |
| 15 | Timothy McDuff | 8/11/16 | $5,000 | Burglary of a Vehicle | 8/15/16 | 2 | Yes |
| 16 | **In Jail on Saturday, December 24, 2016 around 5:30 pm EST, arrested December 20-24; assigned to County Court 1 or 2** | | | | | | |
| 17 | Joseph Michael Turner | 12/22/16 | $4,500 | Trespass | 12/28/16 | 1 | No |
| 18 | Daniel Martinez | 12/22/16 | $2,500 | Terroristic Threat | 12/29/16 | 1 | No |
| 19 | Matthew Aldrin Priebe | 12/21/16 | $3,000 | Trespass | 12/29/16 | 1 | No |
| 20 | Oscar Alvarez Flores | 12/24/16 | $2,500 | Driving While Intoxicated, Second Offense | 12/30/16 | 1 | No |
| 21 | Roberta Shamekia Johnlouis | 12/23/16 | $500 | Theft Between $100 and $750 | 12/30/16 | 2 | No |
| 22 | Lakesha Lee | 12/23/16 | $500 | Trespass | 12/30/16 | 2 | No |
| 23 | Antonio Davidson | 12/23/16 | $5,000 | Failure to Identify to a Peace Officer | 12/30/16 | 2 | No |
| 24 | Fiera Jefferson | 12/24/16 | $1,000 | Theft Between $100 and $750 | 12/30/16 | 2 | No |
| 25 | Juan Jose Diaz | 12/24/16 | $5,000 | Driving While Intoxicated, Second Offense | 1230/16 | 2 | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | **In Jail on Sunday, January 8, 2017 around 7:30PM EST (Court 1) and 9:30PM EST (Court 2), arrested Jan. 4-8; County Courts 1 and 2** | | | | | | |
| 27 | Franchesca Aoram Griffin | 1/7/17 | $2,000 | Failure to Identify to a Peace Officer | 1/13/17 | 1 | No |
| 28 | Cedric Dewayne Johnson | 1/6/17 | $5,000 | Failure to Identify to a Peace Officer | 1/13/17 | 1 | No |
| 29 | William Truly Kelly | 1/5/17 | $3,000 | Theft between $750 and $2500 | 1/12/17 | 1 | No |
| 30 | Desiree Dominique Gibson | 1/5/17 | $5,000 | Prostitution (Non-Public Offer) | 1/13/17 | 1 | No |
| 31 | Jonathan Richards | 1/7/17 | $4,000 | Resisting Arrest/Search | 1/13/17 | 2 | No |
| 32 | Anthony Giacona | 1/6/17 | $5,000 | Trespass | 1/13/17 | 2 | No |
| 33 | Gregory Richard Dobbs | 1/5/17 | $4,000 | Possession of Less Than 2 Ounces of Marijuana | 1/13/17 | 2 | No |
| 34 | Michael Carranza | 1/6/17 | $50,000 | Violation of a Protective Order | 1/13/17 | 2 | No |
| 35 | Patricia Mayberry | 1/6/17 | $3,500 | Trespass | 1/13/17 | 2 | No |
| 36 | **In Jail on Monday, January 9, 2017 around 7:30PM EST, arrested Jan. 5-9; County Courts 1 and 2** | | | | | | |
| 37 | Eric Allen | 1/8/17 | $5,000 | Trespass | 1/17/16 | 1 | No |
| 38 | Eddi Lopez-Franco | 1/8/17 | $1,000 | Driving While Intoxicated, First Offense, BAC Over 0.15 | 1/17/16 | 2 | No |
| 39 | Daniel Serapio-Garcia | 1/8/17 | $2,000 | Driving While Intoxicated, Second Offense, BAC Over 0.15 | 1/10/16 | 2 | Yes |
| 40 | **In Jail on Sunday, January 22, 2017 around 10:00PM EST, arrested January 18-22; County Courts 1 and 2** | | | | | | |
| 41 | Vincent Marino | 1/21/17 | $2,000 | Driving With License Invalid | 1/27/17 | 1 | No |
| 42 | Roberto Castro | 1/22/17 | $5,000 | False Report to Police Officer | 1/27/17 | 1 | No |
| 43 | Laquitha Danya Hogan | 1/20/17 | $1,500 | Criminal Mischief between $100 and $750 | 1/27/17 | 1 | No |
| 44 | Deon Dandre Bonner | 1/21/17 | $3,500 | Trespass | 1/27/17 | 1 | No |
| 45 | John Thomas Cooper | 1/21/71 | $500 | Trespass | 1/27/17 | 1 | No |
| 46 | Ezra Seth Araiza | 1/19/17 | $5,000 | Possession of Less Than 2 Ounces of Marijuana; Driving With a Suspended License | 1/27/17 | 1 | No |
| 47 | William Logan Burke | 1/18/17 | $5,000 | Trespass | 1/23/17 | 1 | Yes |
| 48 | Rudy Dejesus Estrada | 1/21/17 | $500 | Trespass | 1/27/17 | 2 | No |
| 49 | Amy Reba Gosey | 1/22/17 | $5,000 | Driving While Intoxicated | 1/27/17 | 2 | No |
| 50 | Rodney Louis Guichard | 1/20/17 | $4,000 | Burglary of a Vehicle | 1/27/17 | 2 | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51 | **In Jail on Monday, January 23, 2017 around 10:15PM EST, arrested Jauary 19-23; County Courts 1 and 2** | | | | | | |
| 52 | Omar Doain Fullerton | 1/22/17 | $2,500 | Assault, Family Member | 1/27/17 | 1 | No |
| 53 | Amy Reba Gosey | 1/22/17 | $5,000 | Driving While Intoxicated | 1/24/17 | 2 | Yes |
| 54 | Joshua Ray Kelly | 1/22/17 | $3,500 | Trespass | 1/30/17 | 2 | No |
| 55 | **In Jail on Sunday, February 5, 2017 around 7:10PM EST, arrested February 1-5; County Courts 1 and 2** | | | | | | |
| 56 | Demetrius Newsome | 2/4/17 | $5,000 | Trespass | 2/10/17 | 1 | No |
| 57 | Mark Visser | 2/4/17 | $500; $500 | Driving While Intoxicated; Failure to Stop and Give Information - Attended Vehicle | 2/10/17 | 1 | No |
| 58 | Luis Antonio Romero | 2/3/17 | $5,000 | Driving While Intoxicated, Second Offense | 2/10/17 | 1 | No |
| 59 | Joshua Thompson | 2/4/17 | $2,000 | Trespass | 2/10/17 | 1 | No |
| 60 | Karl Crampton | 2/4/17 | $4,000 | Driving With License Invalid | 2/10/17 | 1 | No |
| 61 | Bemness, Brent | 2/3/17 | $1,500 | Burglary of a Vehicle | 2/10/17 | 1 | No |
| 62 | Tyler Heistand | 2/3/17 | $1,000 | Burglary of a Vehicle | 2/10/17 | 1 | No |
| 63 | Alexandra Gallardo | 2/4/17 | $500 | Prostitution (Public Offer) | 2/10/17 | 2 | No |
| 64 | Bernardo J Gonzalez | 2/4/17 | $1,000 | Driving While Intoxicated, BAC Over .15 | 2/10/17 | 2 | No |
| 65 | Mark Anthony Perez | 2/5/17 | $500 | Racing on the Highway | 2/10/17 | 2 | No |
| 66 | Cornell Cory Everhart | 2/5/17 | $500 | Racing on the Highway | 2/10/17 | 2 | No |
| 67 | Marco Antonio Nava Juan | 2/5/17 | $500 | Interfering with the Duties of a Public Servant; Possession of Marijuana, Under 2 Ounces | 2/10/17 | 2 | No |
| 68 | Michael Jawan Bogany | 2/3/17 | $1,000 | Driving While Intoxicated, BAC Over .15; Possession of Marijuana Under 2 Ounces | 2/10/17 | 2 | No |
| 69 | Howard Pratt | 2/3/17 | $1,500 | Trespass | 2/10/17 | 2 | No |
| 70 | **In Jail on Monday, February 6, 2017 around 7:10PM EST, arrested February 2-6; County Courts 1 and 2** | | | | | | |
| 71 | Quiatalla Renay Daniels | 2/5/17 | $2,000 | Assault, Bodily Injury | 2/13/17 | 2 | No |
| 72 | Enrique Valdes | 2/6/17 | $4,000 | Burglary of a Vehicle | 2/13/17 | 2 | No |
| 73 | Marco Antonio Garcia | 2/5/17 | $500 | Driving While Intoxicated | 2/13/17 | 2 | No |