# PX 9
# Sample Probable Cause Froms

BOND· 1000 ~~2,500~~ No. 211440601010  SPN: 01990347

The State of Texas

vs.

GOODSON, ANDREW , Defendant

06/17/1970 , DOB

In the _____ District Court
County Criminal Court at Law No. 016
Harris County, Texas
INS: MIN   PFG   O

## PROBABLE CAUSE FOR FURTHER DETENTION & STATUTORY WARNINGS BY MAGISTRATE

Today, the above named defendant, charged with __UNLAW CARRY WPN__, appeared before the undersigned authority. (the Court) ☐ in person ☑ by video teleconference.

All statements in bold should be addressed to defendant.

**Do you request appointment of counsel? (check one)**
☐ **NO.** The defendant did not request appointment of counsel.
☑ **YES.** The defendant requested appointment of counsel. The Court **ORDERS** the Office of Pre-Trial Services (PTS) to immediately assist defendant in preparing a request for appointment of counsel. PTS shall forward defendant's request to the judge of the court in which the case is pending **within 24 hours.**

**If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. Do you want us to notify your country's consular officials?** (check one)
☐ **NO.**
☐ **YES.** What country? _____. If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.
☐ **MANDATORY NOTIFICATION. CLERK, NOTIFY** _____ (Country) **CONSULATE.**

**If you are a foreign national, please provide the following information:**
Mr./Ms: _____
(father's name {surname}/ mother's maiden name / first name)     Date of birth (mm/dd/yy)

Place of birth _____

Passport number _____   Date of passport issuance _____   Place of passport issuance _____

This proceeding was interpreted by: _____ (Print name of interpreter)

## ORDER

☐ The Court **FINDS** probable cause for further detention **DOES NOT EXIST.** Accordingly, in this case, the Court **ORDERS** the law enforcement agency/officer having custody of the defendant, to **immediately release** the defendant from custody.

☑ The Court **FINDS PROBABLE CAUSE** for further detention **EXISTS.** The Court set and/or reviewed the defendant's bond, and in clear and unambiguous language, the Court 1) advised defendant of his rights as enumerated in Article 15.17 of the Texas Code of Criminal Procedure and 2) provided him with information required by law. Accordingly, The Court **ORDERS** defendant **committed** to the custody of the Sheriff of Harris County, Texas. Defendant shall remain in the Sheriff's custody until he posts bail in this cause, or until further orders by the Court.

☑ Bail is set at $ 2,500   ☐ Personal Bond is:   ☐ APPROVED   ☑ DISAPPROVED   ☐ REFERRED

Violence   SAFETY of Community out of Florida Homeless

10/02/2016
DATE/ TIME (Print)   JUDGE PRESIDING/HEARING OFFICER

N RCV3001 P   Rev 08/24/05

2|6|14|13|9999??

BOND: 3000  No  211519301010  SPN: 02319735

The State of Texas
vs.
SHELVIN, DALTON                    , Defendant
06/21/1989                         , DOB

In the _____ District Court
County Criminal Court at Law No. 003
Harris County, Texas
INS   MIN   PFG  O

### PROBABLE CAUSE FOR FURTHER DETENTION & STATUTORY WARNINGS BY MAGISTRATE

Today, the above named defendant, charged with  TRESPASS PROP/BLDG-NO FORB ENT  , ~~appeared before the undersigned authority (the Court)~~  ☐ in person  ☑ by video teleconference

All statements in bold should be addressed to defendant.

**Do you request appointment of counsel? (check one)**
☐ NO.   The defendant did not request appointment of counsel
☑ YES.  The defendant requested appointment of counsel. The Court **ORDERS** the Office of Pre-Trial Services (PTS) to immediately assist defendant in preparing a request for appointment of counsel. PTS shall forward defendant's request to the judge of the court in which the case is pending **within 24 hours.**

**If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. Do you want us to notify your country's consular officials?** (check one)
☐ NO.
☐ YES.  What country? _____. **If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.**
☐ MANDATORY NOTIFICATION. CLERK, NOTIFY _____ (Country) CONSULATE.

**If you are a foreign national, please provide the following information:**
Mr/Ms _____  _____
(father's name {surname}/ mother's maiden name / first name)        Date of birth (mm/dd/yy)

_____
Place of birth

_____  _____  _____
Passport number          Date of passport issuance  Place of passport issuance

This proceeding was interpreted by _____ (Print name of interpreter)

### ORDER

☐ The Court **FINDS** probable cause for further detention **DOES NOT EXIST.** Accordingly, in this case, the Court **ORDERS** the law enforcement agency/officer having custody of the defendant, to **immediately release** the defendant from custody
☑ The Court **FINDS PROBABLE CAUSE** for further detention **EXISTS.** The Court set and/or reviewed the defendant's bond, and in clear and unambiguous language, the Court 1) advised defendant of his rights as enumerated in Article 15.17 of the Texas Code of Criminal Procedure and 2) provided him with information required by law. Accordingly, The Court **ORDERS** defendant **committed** to the custody of the Sheriff of Harris County, Texas. Defendant shall remain in the Sheriff's custody until he posts bail in this cause, or until further orders by the Court
☑ Bail is set at $ 3000   ☐ Personal Bond is   ☐ APPROVED   ☐ DISAPPROVED   ☑ REFERRED

10/07/2016   12h                  _____
DATE/ TIME (Print)                JUDGE PRESIDING/HEARING OFFICER

N RCV3001 P                                                          Rev 08/24/05

Had seizure) 122.10  1st
in court    5 m/sd

BOND: 4000 ~~5,000~~   No. 213351301010   SPN: 01056590   *bmg*

Added 4/3/1999

The State of Texas  
vs.  
RANDLE, EDWARD BERNARD, Defendant  
10/08/1969, DOB

In the _____ District Court  
County Criminal Court at Law No. 013  
Harris County, Texas  
INS: MIN    PFG: O

## PROBABLE CAUSE FOR FURTHER DETENTION & STATUTORY WARNINGS BY MAGISTRATE

Today, the above named defendant, charged with __THEFT >=$100<$750__, appeared before the undersigned authority. (the Court)   ☐ in person.   ☑ by video teleconference.

All statements in bold should be addressed to defendant.

**Do you request appointment of counsel? (check one)**
- ☐ NO. The defendant did not request appointment of counsel.
- ☑ YES. The defendant requested appointment of counsel. The Court **ORDERS** the Office of Pre-Trial Services (PTS) to immediately assist defendant in preparing a request for appointment of counsel. PTS shall forward defendant's request to the judge of the court in which the case is pending **within 24 hours**.

**If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. Do you want us to notify your country's consular officials?** (check one)
- ☐ NO.
- ☐ YES. What country? _____. If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.
- ☐ MANDATORY NOTIFICATION. CLERK, NOTIFY _____ (Country) CONSULATE.

**If you are a foreign national, please provide the following information:**  
Mr./Ms: _____  
(father's name {surname}/ mother's maiden name /(first name))   Date of birth (mm/dd/yy)

Place of birth _____

Passport number _____   Date of passport issuance _____   Place of passport issuance _____

This proceeding was interpreted by: _____ (Print name of interpreter)

## ORDER

- ☐ The Court **FINDS** probable cause for further detention **DOES NOT EXIST.** Accordingly, in this case, the Court **ORDERS** the law enforcement agency/officer having custody of the defendant, to **immediately release** the defendant from custody.
- ☑ The Court **FINDS PROBABLE CAUSE** for further detention **EXISTS.** The Court set and/or reviewed the defendant's bond, and in clear and unambiguous language, the Court 1) advised defendant of his rights as enumerated in Article 15.17 of the Texas Code of Criminal Procedure and 2) provided him with information required by law. Accordingly, The Court **ORDERS** defendant **committed** to the custody of the Sheriff of Harris County, Texas. Defendant shall remain in the Sheriff's custody until he posts bail in this cause, or until further orders by the Court.

☑ Bail is set at $ __5,000__   ☐ Personal Bond is:   ☐ APPROVED   ☑ DISAPPROVED   ☐ REFERRED

*Randle*

01/27/2017   **10 A.M.**   _Jill Wallen_  
DATE/ TIME (Print)   ~~JUDGE PRESIDING~~/ HEARING OFFICER

N.RCV3001.P   Rev.08/24/05

BOND: 1500    No. ___213505001010___    SPN: ___02893269___

The State of Texas

vs.

___PRATT, HOWARD_____, Defendant

___06/30/1998_____, DOB

In the _____ District Court

County Criminal Court at Law No. __002__

Harris County, Texas

INS: MIN    PFG: O

## PROBABLE CAUSE FOR FURTHER DETENTION & STATUTORY WARNINGS BY MAGISTRATE

Today, the above named defendant, charged with ___TRESPASS PROP/BLDG-NO FORB ENT___, appeared before the undersigned authority. (the Court)    ☐ in person.    ☒ by video teleconference.

All statements in bold should be addressed to defendant.

**Do you request appointment of counsel? (check one)**
☐ NO.   The defendant did not request appointment of counsel.
☒ YES.  The defendant requested appointment of counsel. The Court **ORDERS** the Office of Pre-Trial Services (PTS) to immediately assist defendant in preparing a request for appointment of counsel. PTS shall forward defendant's request to the judge of the court in which the case is pending **within 24 hours.**

**If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. Do you want us to notify your country's consular officials? (check one)**
☐ NO.
☐ YES.  What country? _____. If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.
☐ MANDATORY NOTIFICATION. CLERK, NOTIFY _____ (Country) CONSULATE.

If you are a foreign national, please provide the following information:
Mr./Ms: _____
(father's name {surname}/ mother's maiden name / first name)    Date of birth (mm/dd/yy)

Place of birth

Passport number    Date of passport issuance    Place of passport issuance

This proceeding was interpreted by: _____ (Print name of interpreter)

## ORDER

☐ The Court **FINDS** probable cause for further detention **DOES NOT EXIST.** Accordingly, in this case, the Court **ORDERS** the law enforcement agency/officer having custody of the defendant, to **immediately release** the defendant from custody.

☒ The Court **FINDS PROBABLE CAUSE** for further detention **EXISTS.** The Court set and/or reviewed the defendant's bond, and in clear and unambiguous language, the Court 1) advised defendant of his rights as enumerated in Article 15.17 of the Texas Code of Criminal Procedure and 2) provided him with information required by law. Accordingly, The Court **ORDERS** defendant **committed** to the custody of the Sheriff of Harris County, Texas. Defendant shall remain in the Sheriff's custody until he posts bail in this cause, or until further orders by the Court.

☒ Bail is set at $ __1500__    ☐ Personal Bond is:    ☐ APPROVED    ☒ DISAPPROVED   ☐ REFERRED

SAFETY

___02/04/2017___   7 am
DATE/ TIME (Print)    JUDGE PRESIDING/ HEARING OFFICER

N.RCV3001.P    Rev. 08/24/05

BOND: 5000      No. __213512501010__      SPN: __02477560__

The State of Texas

vs.

__ROMERO, LUIS ANTONIO__, Defendant

__09/15/1974__, DOB

In the _____ District Court
County Criminal Court at Law No. __001__
Harris County, Texas

INS: MIN      PFG: O

## PROBABLE CAUSE FOR FURTHER DETENTION & STATUTORY WARNINGS BY MAGISTRATE

Today, the above named defendant, charged with __DWI 2ND__, appeared before the undersigned authority. (the Court)   ☐ in person.   ☐ by video teleconference.

All statements in bold should be addressed to defendant.

**Do you request appointment of counsel? (check one)**
☐ NO.   The defendant did not request appointment of counsel.
☒ YES.  The defendant requested appointment of counsel. The Court **ORDERS** the Office of Pre-Trial Services (PTS) to immediately assist defendant in preparing a request for appointment of counsel. PTS shall forward defendant's request to the judge of the court in which the case is pending **within 24 hours**.

**If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. Do you want us to notify your country's consular officials?** (check one)

☐ NO.
☐ YES.  What country? _____. If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

☐ MANDATORY NOTIFICATION. CLERK, NOTIFY _____ (Country) CONSULATE.

**If you are a foreign national, please provide the following information:**
Mr./Ms: _____
(father's name {surname}/ mother's maiden name / first name)      Date of birth (mm/dd/yy)

Place of birth

Passport number      Date of passport issuance      Place of passport issuance

This proceeding was interpreted by: _____ (Print name of interpreter)

## ORDER

☐ The Court **FINDS** probable cause for further detention **DOES NOT EXIST**. Accordingly, in this case, the Court **ORDERS** the law enforcement agency/officer having custody of the defendant, to **immediately release** the defendant from custody.

☒ The Court **FINDS PROBABLE CAUSE** for further detention **EXISTS**. The Court set and/or reviewed the defendant's bond, and in clear and unambiguous language, the Court 1) advised defendant of his rights as enumerated in Article 15.17 of the Texas Code of Criminal Procedure and 2) provided him with information required by law. Accordingly, The Court **ORDERS** defendant **committed** to the custody of the Sheriff of Harris County, Texas. Defendant shall remain in the Sheriff's custody until he posts bail in this cause, or until further orders by the Court.

☒ Bail is set at $ __5,000__      ☐ Personal Bond is:   ☐ APPROVED   ☒ DISAPPROVED   ☐ REFERRED

SAFETY

__02/04/2017__
DATE/ TIME (Print)      ~~JUDGE PRESIDING~~/ HEARING OFFICER

N.RCV3001.P      Rev. 08/24/05

BOND: 5000   NO. 211981501010   SPN 02273338

**The State of Texas**
vs.
WHILLEY-AUMADA, MEGHAN VICTORIA, Defendant
07/30/1989, DOB

In the _____ District Court
County Criminal Court at Law No. 001
Harris County, Texas
INS: MIN   PFG: O

*OMR Medical*

## PROBABLE CAUSE FOR FURTHER DETENTION & STATUTORY WARNINGS BY MAGISTRATE

Today, the above named defendant, charged with POSS CS PG 3 <28 GRAMS, appeared before the undersigned authority. (the Court)  ☐ in person  ☐ by video teleconference

All statements in bold should be addressed to defendant.

**Do you request appointment of counsel? (check one)**
☒ NO. The defendant did not request appointment of counsel.
☐ YES. The defendant requested appointment of counsel. The Court ORDERS the Office of Pre-Trial Services (PTS) to immediately assist defendant in preparing a request for appointment of counsel. PTS shall forward defendant's request to the judge of the court in which the case is pending **within 24 hours.**

**If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. Do you want us to notify your country's consular officials?** (check one)
☐ NO.
☐ YES. What country? _____. If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

☐ MANDATORY NOTIFICATION. CLERK, NOTIFY _____ (Country) CONSULATE.

If you are a foreign national, please provide the following information:
Mr./Ms: _____
(father's name {surname}/ mother's maiden name/ first name)
Date of birth (mm/dd/yy)

Place of birth

Passport number   Date of passport issuance   Place of passport issuance

This proceeding was interpreted by: _____ (Print name of interpreter)

## ORDER

☐ The Court **FINDS** probable cause for further detention **DOES NOT EXIST.** Accordingly, in this case, the Court **ORDERS** the law enforcement agency/officer having custody of the defendant, to **immediately release** the defendant from custody
☒ The Court **FINDS PROBABLE CAUSE** for further detention **EXISTS.** The Court set and/or reviewed the defendant's bond, and in clear and unambiguous language, the Court 1) advised defendant of his rights as enumerated in Article 15.17 of the Texas Code of Criminal Procedure and 2) provided him with information required by law. Accordingly, The Court **ORDERS** defendant **committed** to the custody of the Sheriff of Harris County, Texas. Defendant shall remain in the Sheriff's custody until he posts bail in this cause, or until further orders by the Court.

☒ Bail is set at $ 5,000   ☐ Personal Bond is:   ☐ APPROVED   ☐ DISAPPROVED   ☐ REFERRED

11/02/2016   4 P.M.
DATE/TIME (Print)   JUDGE PRESIDING/HEARING OFFICER

N RCV3001 P   Rev 08/24/05