# PX 10(d)
# Harris County - System Map

# Harris County, Texas: Criminal Justice System Map



**Decision 1: Arrest**
2014 Total: 104,813
Violent Felonies: 7,909
Non Violent Felonies: 36,641
Misdemeanors: 7,909
Infractions: 13,531

**Decision 2: Prosecutorial Charging**
2014 Total Number of cases: 104,533
Accepted: 104,460
Declined: 42,224*
Prosecutorial diversion before charges: 73
Unknown/Missing: Blank

**Decision 5: Case Processing**
Total # of cases diverted (at any point from the filing of charges): 16,147
Pre-plea: 2710 **
Post-plea/not yet sentenced (Deferred Adjudication): 9,662
Post-sentence (Straight Probation): 5,485
Unknown/Missing: Blank

**Decision 6: Disposition and Sentencing**
Total # of cases disposed: 104,460
Dismissed/acquitted: 26,021
Convicted: 72,427
Other: 116
Unknown/Missing: 5896

**Decision 7: Post-Conviction Supervision**
Total # on probation: 50,504
Def. Adjudication: 35,026
Straight Probation: 15,478

**Decision 3: Assignment of Counsel**
2014 Total number of cases: 104,460
Assigned an institutional public defender: 3,116
Assigned court-appointed counsel: 57,137
Obtained private counsel: 34,517
Other: 1,353
Unknown/Missing: 8,337

**Decision 4: Pretrial Release**
2014 Total number of cases cont'd: 104,460
Remand at $0 bond: 10,760
Released on bail/bond within 4 days: 41,827
Released on bail/bond prior to case disposition: 4,683
Detained on bail/bond (no holds): 38,459
Detained on bail/bond (with holds): 4,643
RoR: 24
Supervised release (or other non-monetary alternative program): 2,797
Other: 1.267
Unknown: Blank

**Decision 5: Case Processing Cont'd**
Total number of cases arraigned: 146,771
Dismissed (filed in 2014): 15,522
Dismissed (filed in a previous year): 9,933
Continued: 41,168
Disposed (filed in 2014): 47,788
Disposed (filed in a previous year): 32,630

Total number of cases cont'd (go through court processing): 41,168
Avg. # of days between arraignment and disposition: 76
Time on warrant included (yes/no): N
Avg. # of court appearances between arraignment and disposition: 3

**Decision 6: Disposition and Sentencing Cont'd**
Total # of cases convicted: 72,427
Prison: 11,413
Jail (including split sentences and excluding time served): 6,329
Straight Probation: 5,485
Time served: 31,064
Alt. to incarceration, treatment, or service mandate: Blank
Conditional discharge: Blank
Other: 18,136
Unknown/Missing: Blank

**Decision 7: Post-Conviction Supervision Cont'd**
# of revocations resulting in jail stay: 4,118
Technical violation: 2,372
New arrest/conviction: 1,746
Unknown/Missing: 0

Total # on parole: Unknown
# of violations resulting in jail: 3,705
Technical violation: 2,292
New arrest/conviction: 1,413
Unknown/Missing: Blank

\* Figure calculated by District Attorney's Office, not in data warehouse.
\** Figure calculated by Office of Court Administration.