UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARRIS COUNTY, TEXAS, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 16-cv-01414 <br> (Consolidated Class Action) <br> The Honorable Lee H. Rosenthal <br> U.S. District Judge |

## NOTICE OF FILING OF PLAINTIFFS' EXHIBITS TO BE INCLUDED IN THE ELECTRONIC RECORD ON APPEAL

Plaintiffs hereby file electronically exhibits that were admitted into the record at the preliminary injunction hearing in the above-captioned case, but that were not previously filed on CM/ECF.  Exhibits that are subject to a protective order are being filed under seal.  Plaintiffs ask that these exhibits be included in the Electronic Record on Appeal.  Plaintiffs will promptly notify the appellate court of their filing.  Plaintiffs' exhibits that were previously filed on CM/ECF are already included in the electronic record on appeal.

Some of Plaintiffs' exhibits cannot reasonably be uploaded on CM/ECF — specifically, audio-visual evidence (Exhibits 2(c) and 3(a)), data spreadsheets (portions of Exhibit 4 and Exhibit 5), and HTML reports (Exhibit 6).  All exhibits, including the ones that cannot be uploaded to CM/ECF, are available on a hard drive in the Clerk's Office for the Southern District of Texas.

Respectfully submitted,

*/s/ Neal S. Manne*_____

*/s/ Lexie G. White*_____

*/s/ Michael Gervais*_____

Neal S. Manne
Lexie G. White
Susman Godfrey
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Phone: (713) 651-9366
nmanne@susmangodfrey.com
lwhite@susmangodfrey.com

Michael Gervais
(Appearing *Pro Hac Vice*)
1301 Avenue of the Americas, 32nd Floor
New York, NY  10019
(212) 336-8330
mgervais@susmangodfrey.com

*/s/ Rebecca Bernhardt*_____
*/s/ Susanne Pringle*_____

Rebecca Bernhardt (Texas Bar No. 24001729)
Susanne Pringle (Texas Bar No. 24083686)
Texas Fair Defense Project
314 E. Highland Mall Blvd, Suite 108
Austin, Texas 78752
(512) 637-5220
rbernhardt@fairdefense.org
springle@fairdefense.org

       */s/ Alec Karakatsanis*
       */s/ Elizabeth Rossi*

Alec Karakatsanis (D.C. Bar No. 999294)
(Appearing *Pro Hac Vice*)
Elizabeth Rossi
(Appearing *Pro Hac Vice*)

Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
alec@civilrightscorps.org
elizabeth@civilrightscorps.org
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of June 2017, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sends a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

       *Lexie G. White*

       Lexie G. White
       Susman Godfrey, LLP
       1000 Louisiana Street, Suite 5100
       Houston, Texas 77002
       (713) 651-9366
       lwhite@susmangodfrey.com