# PX 11
# ODonnell Bail Bond Documents

# A B A
## Allied Bonding Agency
### 888 Franklin at Travis
### Houston, Texas 77002
### (713) 225-1761

No. __2091862__  _____ ~~5/24/16~~ _____

**STATE OF TEXAS**

VS.

~~ODONNELL, MARANDA LYNN~~
**(Defendant)**

IN THE COUNTY CRIMINAL COURT
~~CRIMINAL DISTRICT~~

#___5___

OF HARRIS COUNTY, TEXAS  *Wednesday*
~~(Thursday)~~ HOJ

The above styled and numbered cause is set in the above named court on the __26TH__ day of

*June*
____~~MAY~~ HOJ____ , 20 __16__

*June*

I understand the above named defendant must appear in court on the listed date, and also appear at Allied Bonding Agency's office within 24 hours of release from jail. Failure to comply may result in a warrant of arrest being issued.

X _____
**Defendant/Indemnitor**

**LOCATION OF COURT**

JUDGE __HARRIS, MARGARET STEWART__

__9TH__  Floor. 1201 Franklin at San Jacinto
Criminal Building
Houston, Texas 77002
713-755-6196

Allied Bonding Agency has not recommended an attorney to me.

X _____
**Defendant/Indemnitor**

TIME: __~~8XX~~ 8:00__ a.m.

**NOTE: A good source for a criminal defense attorney is the Harris County Criminal Lawyers Association. You may contact them at (713) 227-2404**

**DEFENDANT MUST CHECK WITH BONDSMAN AFTER EACH AND EVERY COURT APPEARANCE AND MUST ALSO CHECK IN BY PHONE EVERY WEEK (MONDAYS)!**

X _____

Scanned by CamScanner

# PROMISSORY NOTE

I.   For a valuable consideration, the receipt and sufficiency of which is hereby acknowledged, we or either of us, as principals, promise to pay to the order of ALLIED BONDING AGENCY, in the City of _____HOUSTON_____, _____HARRIS_____ County, Texas, the sum of $2500.00+330.00 COURT COST in legal money of the United States of America, with interest thereon at the rate of Ten Percent (10%) per annum from date until date.

II.   This note is due and payable in full as follows at the election of the holder:
Without demand or notice upon the forfeiture of the Bail Bond of ODONNELL, MARANDA LYNN posted on MAY 20TH, 20 16, on Case Number 2091862. Upon DEMAND, and a demand upon one maker of this note shall be sufficient notice as a demand upon all said makers, whether made orally or in writing.

III.   It is expressly agreed and provided that upon default in the punctual payment of this note when it becomes due and payable (punctual payment shall mean not to exceed five days after the note becomes due and payable as provided above) then an additional sum as reasonable collection fees shall be added to said principal and interest, and further, if the same is placed in the hands of an attorney for collection, then the undersigned agree and promise to pay an additional sum as a reasonable attorney's fee, which in no event shall be less than Twenty percent (20%) of the principal and interest then owing.

IV.   It is expressly agreed and provided that after this note becomes due and payable, the holder hereof may agree with any of us to accept partial payments or payments in installments and such agreement or payments shall not affect the liability of the other makers who shall remain bound for the payment hereof. Venue of any action on this note shall be in _____HARRIS_____ County, Texas.

V.   It is expressly agreed and provided that if suit is necessary for collection of this note, the holder hereof may sue any or all of the undersigned and any party not served with citation therein shall not be released but shall remain bound for the payment hereof.

X
Initials
Here

VI.   Principals hereby acknowledge receipt of a copy of this Promissory Note and have read and understand the provisions of same before signing it, and understand that said note is made to induce Allied Bonding Agency into undertaking the above bail bond obligations.

DATED THIS ___20TH___ DAY OF ___MAY___, 20 16

X _____    10280 Windmill Lakes Blvd    8329074988
   Principal         Address                      Phone

_____    _____    _____
   Principal         Address          Phone

_____    _____    _____
   Principal         Address          Phone

Scanned by CamScanner

2160025

# BAIL BOND

CASE NO. 2091862

CHARGE DRV W/LIC INV W/PR

CN/SUS/W/O

COURT SETTING: 6/29/16

MAY 26TH, 2016

DATE MAYX26THX2016

TIME 8:00 AM

SPN 02775229

**Known All Men By These Presents:**

That we, **ODONNELL, MARANDA LYNN** _____, or principal, and the

undersigned Indiana Lumbermens Mutual Insurance Co.  (Agent, Carl R. Pruett) _____

as sureties, are held and firmly bound unto the STATE OF TEXAS, in the penal sum of

**TWO THOUSAND FIVE HUNDRED NO/100** ($ **2500.00** ) Dollars and, in addition thereto, we are bound for the payment of all fees and expenses that may be incurred by any peace officer in re-arresting the said principal in the event any of the hereinafter stated conditions of this bond are violated for the payment of which sum or sums well and truly to be made, we do bind ourselves, and each of us, our heirs, executors and administrators, jointly and severally.

THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGE WITH A **MISDEMEANOR**

(Felony-Misdemeanor)

offense and to secure his release from custody is entering into this obligation binding him to appear before _____

**CCCL#5** _____ County of Harris County, Texas.

NOW THEREFORE, IF THE SAID PRINCIPAL SHALL WELL AND TRULY MAKE HIS PERSONAL APPEARANCE BEFORE SAID COURT INSTANTER AS well as before any other court to which the same may be transferred and for any an all subsequent proceedings that may be had relative to said charge in the course of criminal actions based on said charge, and there remain from day to day and term to term of said courts, until discharged by due course of law, then and there to answer said accusation against him, this obligation shall become void, otherwise to remain in full force and effect.

Taken and approved this **20TH**

day of **MAY** , 20 **16**

by _____ Deputy
Sheriff, Harris County Texas

Indiana Lumbermens Mutual Insurance Co

Carl R. Pruett _____ Surety

888 Franklin

Houston, Texas 77002   713-225-1761
(City and State)                (Phone)

Lic.# 74456 _____ Empl. _____

SIGNED AND DATED **MAY   20TH** ,20 **16**

Maranda O'donnell
(Principal Signature)

10288 windmill lakes blvd
(Mailing Address)

Houston tx   832 9674488
(City and State)

RACE ____ SEX ____ DOB ____ HT. ____ WT. ____

HAIR ____ EYES ____ DL# _____ STATE ____

THUMB PRINT

**THE DEFENDANT SHALL NOT HAVE ANY CONTACT WITH THE PROSECUTION /S/, WITNESS /S/, THE COMPLAINANT/S/, OR THE ALLEGED VICTIM /S/.**

Jail Location **HARRIS COUNTY**

Citizen Status: _____

Holds: _____

ICE: A# _____

SB COST RECEIPT # 751372

**RECORDER'S MEMORANDUM**
This instrument is of poor quality at the time of imaging

FILED
Chris Daniel
District Clerk

MAY 21 2016

Time: _____
Harris County, Texas

By _____
Deputy

OATH OF SURETIES
THE STATE OF TEXAS
COUNTY OF HARRIS

Indiana Lumbermens Mutual Insurance Co

I, _____ do swear that I am worth in our own right, at least double the amount of the sum for which I am bound, exclusive of all property exempted by law from execution, and of debts or other encumbrances, that I am a resident of the State of Texas and I have property in the State of Texas liable to execution worth the sum for which I am bound.

Carl R. Pruett
Surety (Signature)

Presenter (Signature)

BRENDA E. HERRERA
Notary Public, State of Texas
My Commission Expires
August 19, 2018

SUBSCRIBED AND SWORN to before me this **20TH**

day of **MAY** _____ A.D. 20 **16**

Brenda E Herrera
NOTARY PUBLIC HARRIS COUNTY

My Commission Expires: 8/19/2018

Presenter Rt. Thumb Print

ID #: 00179596

**OOonnell 000006**

**ORIGINAL-DISTRICT CLERK**

11-01-2009



THE FACE OF THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND MICRO PRINTING - THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK
THIS DOCUMENT IS VOID IF THE PINK HEAT SENSITIVE INK BOX IN THE LOWER RIGHT HAND CORNER DOES NOT DISAPPEAR WHEN RUBBED WITH WARM HANDS

**POWER OF ATTORNEY**

**POWER AMOUNT $5,000**   VOID IF NOT EXECUTED BY: **JAN 08 2017**   **Indiana Lumbermens Mutual Insurance Company**   **US5  612697**

P.O. Box 68932, Indianapolis, IN 46268

KNOW ALL MEN BY THESE PRESENTS: that INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.
This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. No authority is provided to a copy or facsimile of this power of attorney without the prior written consent of Indiana Lumbermens Mutual Insurance Company. The obligation of the company shall not exceed the sum of FIVE THOUSAND ($5,000.00) DOLLARS

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.   **20TH**   **MAY**   **16**
IN WITNESS WHEREOF, INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _____day of_____, 20___.

Bond Amount $ **2500.00**   Appearance Date _____
Defendant: **ODONNELL, MARANDA LYNN**
Court **CCCL#5**   Case # **2091862**
County **HARRIS**   City **HOUSTON**   St **TX**   Zip **77002**
Offense **DRV W/LIC INV W/PR CNV SUS/W/O**   LIC. # **71456**
Executing Agent _____

INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY

*John F. Wolf*
John F. Wolf, President   ILM-9B

**ODonnell 000007**



**ABA Lic. #74456**
**Allied Bonding Agency**
888 Franklin at Travis
Houston, Texas 77002
713-225-1761



| Customer's Order No. | Phone No. | Date 5-20-16 |
|---|---|---|

**Sold to** USI

**Address** 250 E. 96th st, suite 202

**City** INDIANAPOLIS, IN 46260

| Sold By | Cash | C.O.D. | Charge | On Acct. | Mdse. Retd. | Paid Out | |
|---|---|---|---|---|---|---|---|

| Qty. | Description | Price | Amount |
|---|---|---|---|
| | Bond on: | | |
| | Odonnell, Maranda L. | | |
| | 2091862 #5. | | |
| | Bond $2500.00 | | |
| | | | |
| | | | |
| | | | |
| | Check# 5308 | | |
| | POA#US5·612697 | | |

All claims and returned goods MUST be accompanied by this bill.

| | Tax | |
|---|---|---|
| Rec'd. By | Total | 0 |

Item# G3R

65408

*Thank You!*

ODonnell 000013