United States District Court
Southern District of Texas
**ENTERED**
June 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, On behalf of herself and all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-16-1414 |
| VS. | § § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Any nonmoving party intending to respond to the fourteen County Judges' motion for clarification, Docket Entry No. 347, must do so by the end of the day Thursday, June 29, 2017.

SIGNED on June 29, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge