United States District Court
Southern District of Texas
**ENTERED**
August 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, § <br> On behalf of themselves and all others § <br> similarly situated, § <br> § <br> Plaintiffs, § <br> § CIVIL ACTION NO. H-16-1414 <br> VS. § <br> § <br> HARRIS COUNTY, TEXAS, *et al.*, § <br> § <br> Defendants. § | |

## ORDER DISMISSING MOTION FOR CLARIFICATION AS MOOT

Prospective plaintiff Devin Paul Cole has moved for clarification of this court's preliminary injunction order, issued April 28, 2017, and other related matters. (Docket Entry No. 351). On July 26, 2017, Mr. Cole's appeal to the 5th Circuit was dismissed for want of prosecution. (*ODonnell v. Harris County, et al.*, 17-20392 5th Cir. 2017). The court accordingly dismisses Mr. Cole's motion as moot.

SIGNED on August 15, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge