# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-16-1414 |
| VS. | § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The plaintiffs' motion for clarification is granted. (Docket Entry No. 362). The defendants will begin using the following language to provide notice to arrestees regarding the nature and significance of the financial affidavit:

> I am [First Name] from Harris County Pretrial Services. There are two separate reasons I am talking with you today. First, I will be interviewing you to gather information that the court will use when making decisions about eligibility for release on a personal bond, money bail, and appropriate conditions of release. Second, I will be asking you to complete a Financial Affidavit, which will be considered by the court in determining your ability to pay money bail, the amount of money bail, and assessing alternatives to imposing money bail, including a personal bond. The Sheriff may not keep you in jail just because you cannot afford money bail. Therefore, you will be asked to state the amount of money you can afford to pay within 24 hours of your arrest. The Financial Affidavit will also be used to determine your eligibility for appointed counsel. You have the right to refuse the Interview, the Financial Affidavit, or both. The information gathered during the interview, along with the affidavit, will go to the Court, the District Attorney, and your attorney can receive a copy. Other criminal justice or law enforcement agencies may also request a copy of your answers to the Affidavit and your answers to other questions I ask in this Interview in specific situations. Do you want to participate in the Interview, or complete the Affidavit, or both?

SIGNED on September 29, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge