**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|   |   |
|---|---|
| MARANDA LYNN ODONNELL, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HARRIS COUNTY, TEXAS, et al., )<br>)<br>Defendants. )<br>) | No. 4:16-CV-01414<br>(Consolidated Class Action)<br>Honorable Lee H. Rosenthal<br>U.S. District Judge |

**MOTION TO WITHDRAW COUNSEL AND CHANGE OF LEAD ATTORNEY FOR DEFENDANTS COUNTY CRIMINAL COURT AT LAW JUDGES 1-13 AND 15**

John E. O'Neill of Winston & Strawn, lead attorney for Defendants County Criminal Court at Law Judges 1-13 and 15 (the "Judges") respectfully requests to withdraw from representation of the Judges pursuant to Local Rule 83.2.  The Judges request that Sheryl A. Falk, also of Winston & Strawn LLP, be designated the lead attorney moving forward.

Mr. O'Neill's withdrawal is not being sought for purposes of delay.  Mr. O'Neill is retiring from active trial practice after 45 years.  The Judges are adequately represented by Sheryl A. Falk and John R. Keville of Winston & Strawn LLP, and Charles J. Cooper and Michael W. Kirk of Cooper Kirk, PLLC.  Accordingly, Mr. O'Neill's withdrawal and substituting Ms. Falk as lead counsel will not cause any delay or prejudice.

In view of the foregoing, the County Criminal Court at Law Judges 1-13 and 15 respectfully request that this Court remove John E. O'Neill from this matter, including removing him from the ECF email notification system, and assign the lead attorney designation to Sheryl A. Falk. A Proposed Order granting this motion is attached.

DATED: December 21, 2017                    Respectfully Submitted,

*/s/ Sheryl A. Falk*
Sheryl A. Falk (Attorney-in-Charge)
Texas State Bar No. 06795350
S.D. Tex. Bar No. 17499
sfalk@winston.com
John R. Keville
Texas State Bar No. 00794085
S.D. Tex. Bar No. 20922
jkeville@winston.com
Robert L. Green
Texas State Bar No. 24087625
S.D. Tex. Bar No. 2535614
rgreen@winston.com
Corinne Stone
Texas State Bar No. 24102541
S.D. Tex. Bar No. 3019917
cstone@winston.com
WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Charles J. Cooper
District of Columbia Bar No. 248070
ccooper@cooperkirk.com
Michael W. Kirk
District of Columbia Bar No. 424648
mkirk@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Avenue. N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

**ATTORNEYS FOR THE HARRIS COUNTY CRIMINAL COURTS AT LAW 1-13 AND 15 JUDGES**

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service on this December 21, 2017, via electronic filing using the Court's CM/ECF system.

                        /s/ *Sheryl A. Falk*