UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Maranda Lynn ODonnell

v.                                             Case Number: 4:16–cv–01414

Harris County, Texas, et al.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**     Courtroom 11B
                 United States District Court
                 515 Rusk Avenue
                 Houston, Texas 77002

**DATE:** 1/23/2018

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:     January 18, 2018

                                                                                  David J. Bradley, Clerk