United States District Court
Southern District of Texas
**ENTERED**
January 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, § On behalf of themselves and all others § similarly situated, § § Plaintiffs, § § VS. § HARRIS COUNTY, TEXAS, *et al.*, § § Defendants. § | CIVIL ACTION NO. H-16-1414 |

### ORDER SETTING PREMOTION HEARING

The plaintiffs have requested a premotion hearing to address the prior production of materials, and whether they were incomplete or insufficient so as to require orders compelling timely, corrected, and sworn responses, and imposing sanctions. Specifically, the plaintiffs request materials concerning whether Harris County Criminal Courts at Law Judges instructed Hearing Officers on how to set bail and grant or recommend bond, and whether the Hearing Officers' discretion to recommend bond was limited by such instructions. The plaintiffs also request materials and testimony submitted to the Texas State Commission on Judicial Conduct, which publicly admonished and sanctioned the Hearing Officers on January 10, 2018 for "strictly following directives not to issue personal bonds to defendants per the instructions of the judges in whose court the underlying cases were assigned."

A hearing is set for **Tuesday, January 23, 2018** at **2:00 p.m.** in Courtroom 11B. The Hearing Officers who testified or who submitted affidavits in this court or to the Commission on Judicial Conduct and the Harris County Criminal Courts at Law Judge defendants are ordered to appear in person.

SIGNED on January 18, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge