United States District Court
Southern District of Texas
**ENTERED**
February 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, § <br> On behalf of themselves and all others § <br> similarly situated, § <br> § <br> Plaintiffs, § <br> § CIVIL ACTION NO. H-16-1414 <br> VS. § <br> § <br> HARRIS COUNTY, TEXAS, *et al.*, § <br> § <br> Defendants. § | |

## ORDER

Based on the decision issued by the Fifth Circuit, the parties will confer and submit either an agreed proposed modified order or, if not agreed, a redlined version showing the disputed provisions no later than **February 26, 2018.** The parties will appear for a status conference on **February 28, 2018 at 9:00 a.m.**

SIGNED on February 15, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge