SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
_____

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880
_____

32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
_____

NEAL S. MANNE
DIRECT DIAL (713) 653-7827

E-MAIL NMANNE@SUSMANGODFREY.COM

February 16, 2018

The Honorable Lee H. Rosenthal
Chief United States District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re: *ODonnell et al. v. Harris County et al.*, No. 16-CV-01414

Dear Chief Judge Rosenthal:

We write to respond to Docket Entry No. 383 scheduling a status conference for February 28, 2018. We respectfully request that the settlement conference be briefly adjourned due to counsel for Plaintiffs' prior professional commitments and travel schedules, and note that counsel for Plaintiffs would be available anytime on March 5-6, March 19-20, and March 27-30. In addition, counsel for Plaintiffs ask that the deadline for the written submissions be postponed accordingly.

On February 16, we informed counsel for Defendants of our conflict on February 28 and requested that they advise us of their availability on the alternate dates. Counsel for the Defendant Harris County and the Defendant Hearing Officers responded that they are available on March 5-6 and March 27-20, counsel for the Defendant Judges responded that they are available on March 5-6, counsel for Defendant Judge Fields responded that he is available on any of the alternate dates, and counsel for Defendant Sheriff responded that they are available on March 5-6 and March 27-30. Counsel for Defendant Judge Jordan did not respond.

We thank the Court for its consideration of our request.

5604120v1/015183

February 16, 2018
Page 2

        Respectfully submitted,

        */s/Neal S. Manne*
        Neal S. Manne
        Texas State Bar No. 12937980
        nmanne@susmangodfrey.com
        Lexie G. White
        Texas Bar No. 24048876
        lwhite@susmangodfrey.com
        SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone:  (713) 651-9366

        */s/Michael Gervais*
        Michael Gervais
        mgervais@susmangodfrey.com
        (Admitted *Pro Hac Vice)*
        SUSMAN GODFREY L.L.P.
        1301 Avenue of the Americas, 32nd Floor
        New York, New York 10019
        Telephone: (212) 336-8330

        */s/Susanne Pringle*
        Susanne Pringle
        Texas State Bar No. 24083686
        springle@fairdefense.org
        Texas Fair Defense Project
        314 E. Highland Mall Blvd, St. 108
        Austin, Texas 78752
        Telephone: (512) 637-5220

February 16, 2018
Page 3

                              */s/Alec Karakatsanis*
                              */s/Elizabeth Rossi*
Alec George Karakatsanis
alec@civilrightscorps.org
(Admitted *Pro Hac Vice*)
Elizabeth Rossi [1]
elizabeth@civilrightscorps.org
(Admitted *Pro Hac Vice*)
Civil Rights Corps
910 17th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 681-2409

*Attorneys for Plaintiffs*

---

[1] Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).

5604120v1/015183