IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNEL, ET AL. | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action |
| | § | Case No. 4:16-CV-01414 |
| | § | |
| HARRIS COUNTY, TEXAS, et al. | § | |
|     Defendants. | § | |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND CHANGE OF ADDRESS

Kate David, Mike Stafford, Philip Morgan and Ben Stephens, counsel for the Harris County, Texas, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace, in the above-styled and captioned case, hereby files this Notice of Change of Law Firm Affiliation and Change of Address, and respectfully request the Court, all counsel of record, and parties in interest to take notice of the following law firm information effective immediately:

**Mike Stafford**
State Bar No. 18996970
**Katharine D. David**
State Bar No. 24045749
**Philip J. Morgan**
State Bar No. 24069008
**Benjamin Stephens**
State Bar No. 24098472
1800 Bering Drive, Suite 750
Houston, Texas 77057
Phone: (713) 647-6800
Fax: (713) 647-6884
mike.stafford@huschblackwell.com
kate.david@huschblackwell.com
phil.morgan@huschblackwell.com
ben.stephens@huschblackwell.com

All future correspondence and notices should be directed to the above-specified address.

**Notice of Change of Firm Affiliation and Address – Page 1**
AUS-6495129-1

Respectfully submitted:

**HUSCH BLACKWELL LLP**

By: */s/ Mike Stafford*
Mike Stafford
State Bar No. 18996970
Katharine D. David
State Bar No. 24045749
Philip J. Morgan
State Bar No. 24069008
Benjamin Stephens
State Bar No. 24098472
1800 Bering Drive, Suite 750
Houston, Texas 77057
Phone: (713) 647-6800
Fax:  (713) 647-6884
mike.stafford@huschblackwell.com
kate.david@huschblackwell.com
phil.morgan@huschblackwell.com

*Counsel for Harris County, Texas, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace*

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Texas Rules of Civil Procedure, a true and correct copy of the foregoing was served upon the following counsel of record via the court's email on this the 6th day of April, 2018.

*s/ Philip J. Morgan*
Philip J. Morgan

**Notice of Change of Firm Affiliation and Address – Page 2**
AUS-6495129-1