# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 16-cv-01414 |
| HARRIS COUNTY, TEXAS, et al. ) | (Consolidated Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| ) | U.S. District Judge |
| Defendants. ) | |

## SUPPLEMENTAL RESPONSE

On June 11, 2018, Plaintiffs filed a Joint Response to the Court's Order requesting that the parties confer on a revised preliminary injunction. (ECF No. 401.) Attached to Plaintiffs' filing was Harris County and the Hearing Officers' proposed injunction. (ECF No. 401, Ex. 3.) The attachments to Harris County and the Hearing Officers' proposed injunction were inadvertently not included.

Accordingly, attached as Exhibit 1 is a complete copy of Harris County and the Hearing Officers' proposed injunction.

Respectfully submitted:

**HUSCH BLACKWELL LLP**

By: */s/ Mike Stafford*
    Mike Stafford
    State Bar No. 18996970
    Katharine D. David
    State Bar No. 24045749
    Philip J. Morgan
    State Bar No. 24069008
    Benjamin Stephens
    State Bar No. 24098472
    1800 Bering Drive, Suite 750
    Houston, Texas 77057
    Phone: (713) 647-6800
    Fax:  (713) 647-6884
    mike.stafford@huschblackwell.com
    kate.david@huschblackwell.com
    phil.morgan@huschblackwell.com

*Counsel for Harris County, Texas, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace*

## Certificate of Service

I certify that on the 12th day of June, 2018, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

*s/ Philip J. Morgan*
Philip J. Morgan