United States District Court
Southern District of Texas
**ENTERED**
June 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-16-1414 |
| VS. | § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

### NOTICE TO ALL COUNSEL OF RECORD

The court has received the parties' comments and appreciates the thorough and careful response to the tentative amended preliminary injunction order. The court is reviewing the comments and will be revising the order in light of the comments, the record, and the applicable law. The Amended Order of Preliminary Injunction, consistent with the Fifth Circuit's opinions and orders entered on February 14, 2018 and June 1, 2018, and accompanying Memorandum and Opinion, will be issued on Friday, June 29 or Monday, July 2, since July 1 falls on a Sunday.

SIGNED on June 26, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1