IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:16-CV-01414 |
|  | ) (Consolidated Class Action) |
|  | ) Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al., | ) U.S. District Judge |
| Defendants. | ) |

### NOTICE OF APPEAL OF DEFENDANTS JUDGES OF HARRIS COUNTY CRIMINAL COURTS AT LAW NO. 1–13 AND 15

Defendants Harris County Criminal Court at Law Judges Paula Goodhart, Bill Harmon, Natalie C. Fleming, John Clinton, Margaret Harris, Larry Standley, Pam Derbyshire, Jay Karahan, Analia Wilkerson, Dan Spjut, Diane Bull, Robin Brown, Don Smyth, and Jean Hughes (Jean Spradling) appeal to the United States Court of Appeals for the Fifth Circuit from (a) the Memorandum and Opinion entered June 29, 2018 (Doc. 426) and (b) the Amended Order of Preliminary Injunction entered June 29, 2018 (Doc. 427).

Date: July 10, 2018

Respectfully submitted,

*/s/ Charles J. Cooper*
Charles J. Cooper
District of Columbia Bar No. 248070
ccooper@cooperkirk.com
Michael W. Kirk
District of Columbia Bar No. 424648
William C. Marra
District of Columbia Bar No. 1019098
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9600

*/s/ Sheryl A. Falk*
Sheryl A. Falk
Attorney-in-Charge
Texas State Bar No. 06795350
sfalk@winston.com
Robert L. Green
Texas State Bar No. 24087625
Corinne Stone
Texas State Bar No. 24102541
WINSTON & STRAWN LLP
1111 Louisiana St., 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600

*Counsel for Defendants Fourteen Judges of Harris County Criminal Courts at Law*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2018, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF system for service this day via transmission of Notice of Electronic Filing generated by ECF to all counsel of record.

                                             */s/ Charles J. Cooper*
                                             Charles J. Cooper