IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al., | )<br>) |
| Plaintiffs, | ) Case No. 4:16-cv-01414<br>) (Consolidated Class Action) |
| v. | ) The Honorable Lee H. Rosenthal<br>) U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al., | )<br>) |
| Defendants. | )<br>) |

## ALL DEFENDANTS' OPPOSED MOTION FOR COURT ORDERED MEDIATION

Harris County, the Hearing Officers, Judges 1-13 and 15, Judge Fields, Judge Jordan, and the Sheriff—*all Defendants*—request that the Court appoint a mediator and order the parties to mediation. Between the Fifth Circuit's opinion and the Court's Amended Preliminary Injunction, the Defendants believe that a workable settlement that maximizes expeditious pretrial release of misdemeanor arrestees while protecting public safety can be achieved.

With the new injunction set to take effect soon, the Defendants propose that mediation be conducted within the next two weeks. Both this Court and Plaintiffs have recognized that multiple changes to a pretrial system can be disruptive. (*See* ECF No. 392) (*see also* ECF No. 389.) The least disruptive path forward would be for a permanent settlement, as opposed to a preliminary injunction, to go into effect.

### Conclusion

The Defendants request that the Court appoint a mediator and order that the parties mediate within the next two weeks.

Respectfully submitted:
**HUSCH BLACKWELL LLP**

By: */s/ Mike Stafford*
Mike Stafford
State Bar No. 18996970
Katharine D. David
State Bar No. 24045749
Philip J. Morgan
State Bar No. 24069008
Benjamin Stephens
State Bar No. 24098472
1800 Bering Drive, Suite 750
Houston, Texas 77057
Phone: (713) 647-6800
Fax:  (713) 647-6884
mike.stafford@huschblackwell.com
kate.david@huschblackwell.com
phil.morgan@huschblackwell.com
ben.stephens@huschblackwell.com

**Office of the Harris County Attorney**
By: */s/ Melissa Spinks*
Melissa Spinks
Texas Bar No. 24029431
Telphone: 713-274-5101
melissa.spinks@cao.hctx.net

*Counsel for Harris County, Texas, Eric Stewart Hagstette, Joseph Licata III, Ronald Nicholas, Blanca Estela Villagomez, and Jill Wallace*

By: */s/ Charles J. Cooper*
Charles J. Cooper
District of Columbia Bar No. 248070
ccooper@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9600

By: */s/ Sheryl A. Falk*
Sheryl A. Falk
Attorney-in-Charge
Texas State Bar No. 06795350
sfalk@winston.com

>Robert L. Green
>Texas State Bar No. 24087625
>Corinne Stone
>Texas State Bar No. 24102541
>WINSTON &STRAWN LLP
>1111 Louisiana St., 25th Floor
>Houston, TX 77002
>Telephone: (713) 651-2600

*Counsel for Defendants Fourteen Judges of Harris County Criminal Courts at Law*

>**Office of the Harris County Attorney**
>By: */s/ Bruce Stephen Powers*
>
>>Bruce Stephen Powers
>>State Bar: 16215500
>>713-274-5144
>>bruce.powers@cao.hctx.net

*Counsel for Defendant Mike Fields*

>**Office of the Harris County Attorney**
>By: */s/ Victoria Lynn Jimenez*
>
>>Victoria Lynn Jimenez
>>FBN: 2522937
>>State Bar No. 24060021
>>Telephone : 713-274-5140
>>victoria.jimenez@cao.hctx.net

*Counsel for Defendant Harris County Sheriff Ed Gonzalez*

>By: */s/ George Allan Van Fleet*
>George Allan Van Fleet
>G. Allan Van Fleet, P.C.
>State Bar: 20494700
>Telephone 713-826-1954
>Email: allanvanfleet@gmail.com

*Counsel for Defendant Darrell William Jordan*

## Certificate of Conference

I certify that on July 12, 2018, I conferred with Plaintiffs' counsel and that they are opposed to the relief sought.

                                              */s/ Philip J. Morgan*
                                              Philip J. Morgan

## Certificate of Service

I certify that on July 13, 2018, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

                                              */s/ Philip J. Morgan*
                                              Philip J. Morgan