UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Maranda Lynn ODonnell

v.                                                  Case Number: 4:16−cv−01414

Harris County, Texas, et al.

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**   by telephone
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/16/2018

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Telephone Conference

Date:   July 13, 2018

                                                            David J. Bradley, Clerk