

# THE OFFICE OF VINCE RYAN
## COUNTY ATTORNEY

July 19, 2018

*<u>Via electronic filing</u>*
The Honorable Chief Judge Lee H. Rosenthal
515 Rusk, Room 11353
Houston, Texas 77002

Re:   Cause No. 4:16-CV-01414; *Maranda Lynn Odonnell v. Harris County, Texas, et al*; In the United States District Court for the Southern District of Texas, Houston Division.

Dear Chief Judge Rosenthal:

    We write to clarify that Sheriff Ed Gonzalez has not agreed to the written settlement proposal currently offered by the County and certain of the County Judges.  We apologize if there was any misunderstanding regarding this.

    Very truly yours,

    */s/ Victoria Jimenez* _____
**VICTORIA JIMENEZ**
Assistant County Attorney
State Bar No. 24060021
Southern Dist. Bar No. 2522937
Victoria.Jimenez@cao.hctx.net
1019 Congress, 15th Floor
Houston, Texas  77002
Telephone:  (713) 274-5140
Facsimile:  (713) 755-8924
**ATTORNEY FOR HARRIS
COUNTY SHERIFF ED GONZALEZ**