# G. Allan Van Fleet, P.C.

| | | |
|---|---|---|
| 2228 Ship's Mechanic Row | | 6218 Elm Heights Lane |
| Suite 307 | (713) 826-1954 | Suite 201 |
| Galveston, Texas 77550 | allanvanfleet@gmail.com | Houston, Texas 77081 |

July 19, 2018

Hon. Lee H. Rosenthal
VIA S.D. TEX. ECF

Re: 4:16-cv-01414 ODonnell v. Harris County, Texas, et al.

Dear Judge Rosenthal:

Judge Darrel W. Jordan does not agree to the settlement currently proposed by 13 of the 14 other Defendant Judges and the County.

His concerns have been communicated to Ms. Falk.

Yours respectfully,

Allan Van Fleet