IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HARRIS COUNTY, TEXAS, et al., ) <br> ) <br> Defendants. ) <br> ) | No. 4:16-CV-01414 <br> (Consolidated Class Action) <br> Honorable Lee H. Rosenthal <br> U.S. District Judge |

**NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANTS
COUNTY CRIMINAL COURT AT LAW JUDGES 1-13 AND 15**

COMES NOW, Defendants County Criminal Court at Law Judges 1-13 and 15 (the "Judges"), and hereby notifies the Court and all parties of record that Charles J. Cooper, of the law firm of Cooper & Kirk, PLLC, is designated as lead counsel for Judges in the above-captioned matter.

Dated: July 20, 2018

Respectfully Submitted,

*/s/ Sheryl A. Falk*
Sheryl A. Falk
Texas State Bar No. 06795350
S.D. Tex. Bar No. 17499
sfalk@winston.com
John R. Keville
Texas State Bar No. 00794085
S.D. Tex. Bar No. 20922
jkeville@winston.com
Robert L. Green
Texas State Bar No. 24087625
S.D. Tex. Bar No. 2535614
rgreen@winston.com
Corinne Stone
Texas State Bar No. 24102541
S.D. Tex. Bar No. 3019917
cstone@winston.com

1

WINSTON & STRAWN, LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Charles J. Cooper (Attorney-in Charge)
District of Columbia Bar No. 248070
ccooper@cooperkirk.com
Michael W. Kirk
District of Columbia Bar No. 424648
mkirk@cooperkirk.com
William C. Marra
District of Columbia Bar No. 1019098
wmarra@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Avenue. N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

**ATTORNEYS FOR THE HARRIS
COUNTY CRIMINAL COURTS
AT LAW 1-13 AND 15 JUDGES**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service on this July 20, 2018, via electronic filing using the Court's CM/ECF system.

                                                                                            /s/ *Sheryl A. Falk*