

**THE OFFICE OF VINCE RYAN**
**COUNTY ATTORNEY**

July 20, 2018

*Via electronic filing*
The Honorable Chief Judge Lee H. Rosenthal
515 Rusk, Room 11353
Houston, Texas 77002

Re:   Cause No. 4:16-CV-01414; *Maranda Lynn Odonnell v. Harris County, Texas, et al*; In the United States District Court for the Southern District of Texas, Houston Division.

Dear Chief Judge Rosenthal:

    We write in compliance with your Minute Entry of July 17, 2018, requesting status reports from the defendants. We previously advised the Court that the Sheriff has not agreed to the written proposal being circulated among the defendants. While that is still the case, we wish to provide the Court with a few additional comments on behalf of the Sheriff.

    There are many aspects of the current injunction order that are outside the Sheriff's bailiwick, and he therefore leaves those aspects to others. He has three main desires: (1) the law requires that wealth-based detention be replaced with a wealth-neutral system, as the Court has already done, (2) public safety requires that an exception be made for "revolving door" arrestees, and (3) common sense requires the litigation come to an end. He believes all three requirements can be met.

    It is unlikely that all defendants will agree on a specific settlement proposal. Nevertheless, it seems there is renewed interest in trying to get the case resolved, and the Sheriff joined in the motion for mediation because he hopes the parties can work on an agreed injunction. The Sheriff has confidence that this Court will not permit any mediation process to delay the effort to get this matter to a final hearing if no agreement can be reached. Therefore, if it can be done in a timely manner, the Sheriff is prepared to participate in a mediation.

Very truly yours,

*/s/ Victoria Jimenez* _____
**VICTORIA JIMENEZ**
Assistant County Attorney
State Bar No. 24060021
Southern Dist. Bar No. 2522937
 Victoria.Jimenez@cao.hctx.net
1019 Congress, 15th Floor
Houston, Texas  77002
Telephone:  (713) 274-5140
 Facsimile:  (713) 755-8924
**ATTORNEY FOR HARRIS**
**COUNTY SHERIFF ED GONZALEZ**