IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## NOTICE TO ALL COUNSEL OF RECORD

The court has received the parties' status reports and appreciates the continued efforts. The defendants submitted a written settlement proposal to the plaintiffs on July 20, 2018. Harris County, the Hearing Officers, and a supermajority of the County Criminal Court at Law Judges agreed to the substance of the proposal, but the Sheriff did not. The court will not order mediation at this juncture. The defendants have not agreed on a settlement proposal and the plaintiffs assert that the defendants' July 20 proposal is far from what is needed to make settlement discussions fruitful. If the plaintiffs have not done so, they must by 5:00 p.m. CDT July 24 send the defendants a written counter proposal, based on a good faith, reasonable, and cooperative attempt to narrow the areas of disagreement. If the plaintiffs have done so, or do so by July 24, the defendants must send a response in the same spirit, no later than 5:00 p.m. CDT July 26. But as of the present, the disparity between the parties' positions indicates that mediation will not be useful at this time.

SIGNED on July 23, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1