IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER DENYING MEDIATION MOTION

The defendants moved for mediation with a court-appointed mediator. (Docket Entry No. 442). The plaintiffs opposed the relief sought. (Docket Entry No. 445). The court deferred ruling on the motion until the defendants had agreed on a written settlement proposal to present to the plaintiffs. (Docket Entry No. 447). Although the defendants did not agree to all aspects of a proposal, they submitted one to the plaintiffs, who responded. After reviewing the plaintiffs' counterproposal, Harris County, the Hearing Officers, and fourteen of the Criminal Court at Law Judges informed the court that mediation would not be useful at this point. The defendants' motion for mediation, (Docket Entry No. 442), is denied, without prejudice to reassertion by any party if circumstances change. The court appreciates the parties' efforts.

SIGNED on July 27, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1