IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § |
| Plaintiffs, | § § |
| VS. | § CIVIL ACTION NO. H-16-1414 § § |
| HARRIS COUNTY, TEXAS, *et al.*, | § § |
| Defendants. | § § |

## ORDER OF CLARIFICATION

Harris County and the Hearing Officers requested clarification of the Amended Preliminary Injunction Order issued on June 29, 2018, and the plaintiffs responded. (Docket Entry Nos. 457, 458). The court clarifies the Order, as stated below.

The County and Hearing Officers request clarification on whether misdemeanor arrestees who are rearrested on warrants for failing to appear, and who otherwise meet Section (7)'s qualifying criteria, are eligible for relief under Section (7). The answer is yes. Section (7) applies to misdemeanor arrestees who are rearrested on warrants for failing to appear who would be released before a hearing and individual assessment if they could pay a preset bail amount, but who are unable to pay. The County's and Hearing Officers' request to modify Section (16) is denied. *Id.* at 3.

The court appreciates Harris County's, the Hearing Officers', and the plaintiffs' commitment to ensuring timely compliance with the court's Amended Preliminary Injunction Order.

SIGNED on July 27, 2018, at Houston, Texas.

_____
Lee H. Rosenthal

1

Chief United States District Judge