**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

Harris County Sheriff Ed Gonzalez has asked for clarification of the Amended Preliminary Injunction Order issued on June 29, 2018. (Docket Entry No. 463). The court clarifies the Order, as stated below.

The Sheriff asked the court to clarify whether, with the Fifth Circuit's temporary stay of Sections (7), (8), (9), and (16) of the Amended Preliminary Injunction Order, any misdemeanor arrestees must be released by the Sheriff on an unsecured bond. The answer is no. The original Preliminary Injunction Order will dissolve when the Amended Preliminary Injunction Order takes effect on July 30, 2018. Sections (1)–(6), (10)–(15), and (17)–(18) do not require the Sheriff to release misdemeanor arrestees, either before a hearing and individual assessment or after 48 hours if a hearing and individual assessment are not provided. The Amended Preliminary Injunction Order does not, however, prohibit the Sheriff from releasing, or otherwise limit the Sheriff's authority to release, misdemeanor arrestees as appropriate under the law or any other rule, custom, or practice.

The court appreciates the Sheriff's commitment to ensuring timely compliance with the court's Amended Preliminary Injunction Order.

SIGNED on July 29, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge