**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-16-1414 |
| VS. | § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER AND NOTICE TO ALL COUNSEL OF RECORD**

On August 14, 2018, the Fifth Circuit issued a ruling staying four sections of the Revised Amended Preliminary Injunction, pending the merits appeal of that injunction. The court seeks input from the parties about the current schedule and the impact of the pending appeal. The parties should submit a written statement no later than **August 22, 2018** addressing the following issues:

1. whether the court can and should proceed with deciding the summary judgment motions while the current appeal is pending; and

2. whether the court can and should proceed with the permanent bench injunction trial while the current appeal is pending.

SIGNED on August 15, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge