# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-cv-01414 |
| ) | (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. ) | The Honorable Lee H. Rosenthal |
| ) | U.S. District Judge |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING OF PROPOSED ORDER

Pursuant to the Court's Order, Dkt. 473, the parties have conferred and file the attached proposed order.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| */s/ Alec Karakatsanis* | */s/ Neal S. Manne* |
| */s/ Elizabeth Rossi* | Neal S. Manne |
| */s/ Charles Gerstein* | Texas Bar No. 12937980 |
| Alec George Karakatsanis | nmanne@susmangodfrey.com |
| alec@civilrightscorps.org | Lexie G. White |
| Elizabeth Rossi[*] | Texas Bar No. 24048876 |
| elizabeth@civilrightscorps.org | lwhite@susmangodfrey.com |
| Charles Gerstein | Joseph S. Grinstein |
| charlie@civilrightscorps.org | Texas Bar No. 24002188 |
| Civil Rights Corps | jgrinstein@susmangodfrey.com |
| 910 17th Street NW, Suite 200 | SUSMAN GODFREY L.L.P. |
| Washington, DC 20006 | 1000 Louisiana Street, Suite 5100 |
| Telephone: (202) 681-2721 | Houston, Texas 77002 |
|  | Telephone: (713) 651-9366 |
| */s/ Susanne Pringle* | Facsimile: (713) 654-6666 |
| Susanne Pringle |  |

---

[*] Admitted solely to practice law in Maryland; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).

Case 4:16-cv-01414   Document 477   Filed in TXSD on 08/15/18   Page 2 of 3

- 2 -

| | |
|---|---|
| Texas Bar No. 24083686<br>springle@fairdefense.org<br>Texas Fair Defense Project<br>314 E. Highland Mall Blvd.<br>Suite 180<br>Austin, Texas 78752<br>Telephone: (512) 637-5220<br>Facsimile: (512) 637-5224 | */s/ Michael Gervais*<br>Michael Gervais<br>mgervais@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 336-8330 |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On this 15th day of August, 2018, I electronically filed the foregoing with this Court using the Court's electronic-case-filing system. That system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Elizabeth Rossi*
Elizabeth Rossi