United States District Court
Southern District of Texas

**ENTERED**

August 16, 2018

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. H-16-1414 |
| VS. | § | |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Harris County moved for a protective order to quash the deposition of Harris County Commissioner Steve Radack. (Docket Entry No. 478). The plaintiffs must respond to the motion no later than **August 22, 2018.**

SIGNED on August 16, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge