IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-cv-01414 |
| ) | (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. ) | The Honorable Lee H. Rosenthal |
| ) | U.S. District Judge |
| Defendants. ) | |
| ) | |

**ORDER**

The plaintiffs submitted a letter to the court on August 7, 2018 raising several discovery issues. Harris County and the Hearing Officers and the County Criminal Court at Law Judges 1-13 and 15 separately responded. The court held a telephonic hearing on August 13, 2018, indicating the court's rulings and requesting that the parties draft an order reflecting the court's rulings. Harris County requested leave to move for a protective order to quash the deposition of Commissioner Steve Radack.

The court's rulings are as follows:

1. The plaintiffs are permitted to depose the following individuals in person:
    a. County Commissioner Steve Radack, subject to the pending motion to reconsider
    b. County Commissioner Rodney Ellis
    c. Aldo Martinez
    d. Jennifer Gaut
    e. Erin Epley
    f. Hearing Officer Villagomez
    g. Hearing Officer Wallace
    h. Hearing Officer Hagstette
    i. County Criminal Court at Law Judge Natalie Fleming
    j. County Criminal Court at Law Judge Jay Karahan
    k. Marie Van Nostrand
    l. Alex Bunin

2. Over Harris County's objections, the plaintiffs are permitted to depose Commissioners Radack, subject to the motion to reconsider, and Ellis. After deposing Commissioner Radack and Commissioner Ellis, the plaintiffs may seek leave of the Court to depose County Judge Ed Emmett, which may be granted on the plaintiffs showing good cause.

3. The plaintiffs are permitted to depose the following individuals. The depositions may take place in person, by video-conference, or telephone conference call:
    a. Bo Zeerip
    b. Jacob Sills
    c. John Clark
    d. Roseanne Scotti
    e. Tim Murray
    f. Tim Schnacke
    g. Spurgeon Kennedy
    h. Mike Jones
    i. Margie Enquist
    j. Penny Stinson
    k. Insha Rahman

4. The County must inform the plaintiffs by Friday, August 17, of the corporate representative or representatives it will make available for a Rule 30(b)(6) deposition and the date on which the deposition will take place.

5. The County must respond to any discovery requests arising out of the deposition of the County's corporate representatives by September 14, 2018, the close of fact discovery. The County may seek leave from the Court for an extension of that deadline on a showing of good cause.

SIGNED on August 20, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge