UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Maranda Lynn ODonnell

v.                                                             Case Number: 4:16–cv–01414

Harris County, Texas, et al.

---

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**    Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/1/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:    September 18, 2018

David J. Bradley, Clerk