United States District Court
Southern District of Texas
**ENTERED**
September 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, § | |
| On behalf of themselves and all others § | |
| similarly situated, § | |
| § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. H-16-1414 |
| VS. § | |
| § | |
| HARRIS COUNTY, TEXAS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Section (10) of the Revised Amended Preliminary Injunction orders Harris County to "make a weekly report to this court of any misdemeanor arrestee identified in Sections (8), (11), and (12) for whom a hearing and individual assessment has not been held within 48 hours of arrest." (Docket Entry No. 427 at 6). The County's September 11, 2018 report states that from September 1 through September 9, there were 62 misdemeanor arrestees "who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest." (September 11, 2018 Report at 1.) The report does not identify arrestees who were released on money bail or on a personal bond. The court believes that it would be helpful for the County to include in subsequent reports: (1) the number of arrestees released on money bail that did not require paying some amount or posting a bond before release; (2) the number of arrestees released on money bail that required prepaying some amount or posting a bond before release; and (3) the number of arrestees released on personal

bond with no financial condition.[1]  The court asks the County to either include this information in the next and subsequent reports, or to state in the next report reasons why this information is not appropriately included.

        SIGNED on September 19, 2018, at Houston, Texas.

                                          Lee H. Rosenthal
                                    Chief United States District Judge

---

[1] This applies only to those who have had their individualized hearings within 48 hours after arrest and are released.