# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

1800 Bering Drive, Suite 750
Houston, TX  77057
Direct: 713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

September 25, 2018

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the September 15, 2018 through September 23, 2018 weekly report.  Of 539 misdemeanor arrestees, there were a total of 61 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 27 |
| Mental-illness or Intellectual-disability | 10 |
| Other reason not present | 18 |
| Hearing more than 48 hours after arrest | 6 |

                Sincerely,

                */s/ Kate David*

                Kate D. David