IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. H-16-1414 |
| VS. | § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The court thanks Harris County and the plaintiffs for promptly responding to the court's September 19, 2018, order. (Docket Entry Nos. 498, 503, 504). The plaintiffs have volunteered to report the additional data identified in the order:

> (1) the number of people released each week on unsecured financial conditions (i.e. people who were not required to pay money upfront for release, but who could be required to pay money if they fail to appear and the bond is forfeited), (2) the number of people released each week on secured financial conditions of release (i.e. people who paid some amount of money, either to a bonding company or in cash to the court, upfront to be released), (3) the number of people released without any financial conditions (i.e. there was no secured or unsecured financial condition of release).

(Docket Entry No. 504). The plaintiffs will report this data as a supplement to what the County provides, mooting the County's objection.

SIGNED on September 27, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge