CONFIDENTIAL Weekly Report: Hearing over 48 hours or not present from Sep 29, 2018 to Oct 07, 2018.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | 222650601010 | 6 | 9/27/2018 15:57 | 9/29/2018 7:00 | No | Removed Disruptive | 2046203 | HOUSTON POLICE DEPARTMENT |
| ▮▮▮ | 222662701010 | 10 | 9/28/2018 16:46 | 9/29/2018 7:00 | No | Removed disruptive | 337596 | BELLAIRE POLICE DEPARTMENT |
| ▮▮▮ | 222655001010 | 11 | 9/27/2018 21:29 | 9/29/2018 10:00 | No | Comb/Disr | 2965181 | HOUSTON POLICE DEPARTMENT |
| ▮▮▮ | 222655101010 | 11 | 9/27/2018 21:29 | 9/29/2018 10:00 | No | Comb/Disr | 2965181 | HOUSTON POLICE DEPARTMENT |
| ▮▮▮ | 217739601010 | 3 | 9/28/2018 7:15 | 9/29/2018 13:00 | No | Medical-condition | 1914422 | HOUSTON POLICE DEPARTMENT |
| ▮▮▮ | 215684001010 | 8 | 9/29/2018 4:00 | 9/29/2018 13:00 | No | Comb/Disr | 2909278 | CONSTABLE PCT 6 |
| ▮▮▮ | 222664601010 | 14 | 9/28/2018 15:03 | 9/29/2018 18:00 | No | Mental-illness or Intellectual-disability | 2965342 | HOUSTON POLICE DEPARTMENT |
| ▮▮▮ | 222664701010 | 14 | 9/28/2018 15:03 | 9/29/2018 18:00 | No | Mental-illness or Intellectual-disability | 2965342 | HOUSTON POLICE DEPARTMENT |

| | SPN | Bond Amount | Arrest Date/Time | Release Date/Time | Released? | Reason | Case # | Agency |
|---|---|---|---|---|---|---|---|---|
| ■ | 222664801010 | 15 | 9/29/2018 12:00 | 9/29/2018 18:00 | No | per HCSO Defendant was combative | 2613144 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222675501010 | 10 | 9/29/2018 9:15 | 9/29/2018 23:00 | No | Medical-condition | 2615666 | HOUSTON POLICE DEPARTMENT |
| ■ | 217335401010 | 8 | 9/28/2018 18:13 | 9/29/2018 23:00 | No | Medical-condition | 1718036 | HOUSTON POLICE DEPARTMENT |
| ■ | 222678501010 | 11 | 9/29/2018 18:24 | 9/30/2018 7:00 | No | Medical-condition | 2031187 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222679001010 | 15 | 9/29/2018 14:20 | 9/30/2018 13:00 | No | Medical-condition | 2831012 | PASADENA POLICE DEPARTMENT |
| ■ | 222676001010 | 15 | 9/29/2018 11:50 | 9/30/2018 13:00 | No | Mental-illness or Intellectual-disability | 1615941 | HOUSTON POLICE DEPARTMENT |
| ■ | 222678101010 | 6 | 9/29/2018 15:23 | 9/30/2018 16:00 | No | Medical-condition | 1756612 | HOUSTON POLICE DEPARTMENT |
| ■ | 216060001010 | 14 | 9/30/2018 3:53 | 9/30/2018 16:00 | No | Medical-condition | 1742163 | HOUSTON POLICE DEPARTMENT |
| ■ | 214918401010 | 14 | 9/30/2018 3:53 | 9/30/2018 16:00 | No | Medical-condition | 1742163 | METRO P. D. CITY OF HOUSTON |
| ■ | 222679601010 | 5 | 9/29/2018 15:40 | 9/30/2018 20:00 | No | Medical-condition | 2154553 | HOUSTON POLICE DEPARTMENT |
| ■ | 222588701010 | 11 | 9/29/2018 16:54 | 9/30/2018 20:00 | No | Medical-condition | 805295 | CONSTABLE PCT 6 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▮ | 222588801010 | 11 | 9/29/2018 16:54 | 9/30/2018 20:00 | No | Medical-condition | 805295 | CONSTABLE PCT 6 |
| ▮ | 220868601010 | 10 | 9/29/2018 22:39 | 9/30/2018 23:00 | No | Medical-condition | 2446997 | HARRIS COUNTY D. A. |
| ▮ | 222695801010 | 4 | 9/30/2018 15:35 | 10/1/2018 2:00 | No | per HCSO defendant was not cooperative | 1930618 | CONSTABLE PCT 4 |
| ▮ | 222693301010 | 13 | 9/29/2018 22:20 | 10/1/2018 7:00 | No | per HCSO combative | 2876747 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222693401010 | 13 | 9/29/2018 22:20 | 10/1/2018 7:00 | No | per HCSO combative | 2876747 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222010201010 | 5 | 9/30/2018 19:30 | 10/1/2018 10:00 | No | Mental-illness or Intellectual-disability | 976805 | METRO P. D. CITY OF HOUSTON |
| ▮ | 222698901010 | 6 | 9/30/2018 21:34 | 10/1/2018 16:00 | No | Mental-illness or Intellectual-disability | 1425066 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222697701010 | 10 | 9/30/2018 16:59 | 10/1/2018 18:00 | No | Mental-illness or Intellectual-disability | 2121606 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222702901010 | 8 | 9/30/2018 16:10 | 10/1/2018 20:00 | No | Mental-illness or Intellectual-disability | 2252400 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222707801010 | 12 | 10/1/2018 13:10 | 10/1/2018 23:00 | No | Medical-condition | 1942425 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 222658801010 | 5 | 10/2/2018 14:58 | 10/2/2018 23:00 | No | Medical-condition | 2965255 | JACINTO CITY POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▓ | 222709601010 | 14 | 10/1/2018 9:35 | 10/2/2018 23:00 | No | Uncooperative per hcso | 2674703 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222659001010 | 5 | 10/3/2018 14:39 | 10/2/2018 23:00 | No | Medical-condition | 1745651 | JACINTO CITY POLICE DEPARTMENT |
| ▓ | 222717501010 | 11 | 10/2/2018 7:33 | 10/3/2018 2:00 | No | uncooperative in seg cell | 1992355 | CONSTABLE PCT 6 |
| ▓ | 222096601010 | 5 | 10/2/2018 19:02 | 10/3/2018 13:00 | No | Disruptive | 1730232 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222359901010 | 11 | 10/3/2018 2:15 | 10/3/2018 16:00 | No | Medical-condition | 1527371 | CONSTABLE PCT 6 |
| ▓ | 222694901010 | 10 | 10/3/2018 5:08 | 10/4/2018 7:00 | No | DISRUPTIVE PER HCSO | 2166717 | HOUSTON POLICE DEPARTMENT |
| ▓ | 216681501010 | 11 | 10/3/2018 9:45 | 10/4/2018 13:00 | No | Medical-condition | 2487623 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222737201010 | 4 | 10/4/2018 1:10 | 10/4/2018 13:00 | No | Medical-condition | 1052927 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▓ | 222130801010 | 8 | 10/3/2018 22:45 | 10/4/2018 13:00 | No | disputive per hcso | 2610033 | PASADENA POLICE DEPARTMENT |
| ▓ | 222742301010 | 4 | 10/4/2018 0:49 | 10/4/2018 18:00 | No | Mental-illness or Intellectual-disability | 1764710 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222187501010 | 10 | 10/4/2018 9:30 | 10/4/2018 18:00 | No | Medical-condition | 2960924 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | 221878101010 | 8 | 10/4/2018 16:00 | 10/5/2018 7:00 | No | Removed from Ct, Disruptive | 2763069 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222742101010 | 2 | 10/4/2018 1:36 | 10/5/2018 7:00 | No | Med/ MHU | 2966101 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222751601010 | 3 | 10/4/2018 21:00 | 10/5/2018 10:00 | No | Mental-illness or Intellectual-disability | 2966200 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 222750601010 | 4 | 10/4/2018 15:34 | 10/5/2018 13:00 | No | disruptive | 2681935 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222751701010 | 4 | 10/4/2018 16:47 | 10/5/2018 16:00 | No | combative | 2755018 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222751801010 | 7 | 10/4/2018 16:47 | 10/5/2018 16:00 | No | combative | 2755018 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222753401010 | 6 | 10/4/2018 16:21 | 10/5/2018 16:00 | No | Medical-condition | 1547441 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222741601010 | 11 | 10/3/2018 16:30 | 10/5/2018 23:00 | Yes | | 2966090 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222514901010 | 7 | 10/5/2018 8:40 | 10/5/2018 23:00 | No | Medical-condition | 2957195 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222761801010 | 5 | 10/5/2018 11:45 | 10/6/2018 2:00 | No | Medical-condition | 2087329 | CONSTABLE PCT 4 |
| ▉ | 222764901010 | 8 | 10/5/2018 22:30 | 10/6/2018 7:00 | No | refused to come to Court | 2152837 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 222760001010 | 4 | 10/4/2018 0:56 | 10/6/2018 7:00 | Yes | | 1690417 | HOUSTON POLICE DEPARTMENT |
| ■ | 222767701010 | 3 | 10/5/2018 20:00 | 10/6/2018 13:00 | No | Medical-condition | 2955399 | CONSTABLE PCT 4 |
| ■ | 222765901010 | 15 | 10/5/2018 18:00 | 10/6/2018 13:00 | No | combative | 2544140 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222765001010 | 6 | 10/5/2018 9:30 | 10/6/2018 18:00 | No | Medical-condition | 2481543 | HOUSTON POLICE DEPARTMENT |
| ■ | 222765101010 | 6 | 10/5/2018 9:30 | 10/6/2018 18:00 | No | Medical-condition | 2481543 | HOUSTON POLICE DEPARTMENT |
| ■ | 219996801010 | 7 | 10/6/2018 15:51 | 10/6/2018 23:00 | No | Medical-condition | 1734495 | HOUSTON POLICE DEPARTMENT |
| ■ | 222765301010 | 9 | 10/5/2018 12:11 | 10/7/2018 2:00 | No | Medical-condition | 2628034 | HOUSTON POLICE DEPARTMENT |
| ■ | 222765701010 | 14 | 10/6/2018 9:20 | 10/7/2018 7:00 | No | Med/MHU | 2966367 | BAYTOWN POLICE DEPARTMENT |
| ■ | 222765801010 | 14 | 10/6/2018 9:20 | 10/7/2018 7:00 | No | Med/MHU | 2966367 | BAYTOWN POLICE DEPARTMENT |
| ■ | 222778601010 | 12 | 10/6/2017 10:07 | 10/7/2018 13:00 | Yes | | 2276774 | HOUSTON POLICE DEPARTMENT |
| ■ | 221639401010 | 2 | 10/7/2018 8:20 | 10/7/2018 13:00 | No | Medical-condition | 2654261 | SHERIFFS DEPARTMENT HARRIS COUNTY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 222481001010 | 2 | 10/7/2018 8:20 | 10/7/2018 13:00 | No | Medical-condition | 2654261 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222788601010 | 4 | 10/7/2018 3:24 | 10/7/2018 23:00 | No | Medical-condition | 2526067 | LA PORTE POLICE DEPARTMENT |
| ■ | 222785001010 | 13 | 10/6/2018 20:00 | 10/7/2018 23:00 | No | Medical-condition | 2737191 | SHERIFFS DEPARTMENT HARRIS COUNTY |