**CONFIDENTIAL** - Weekly Report: Hearing over 48 hours or not present from Oct 06, 2018 to Oct 14, 2018

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▆▆▆▆▆▆▆▆ | 222761801010 | 5 | 10/5/2018 11:45 | 10/6/2018 2:00 | No | Medical-condition | 2087329 | CONSTABLE PCT 4 |
| ▆▆▆▆▆▆▆▆ | 222764901010 | 8 | 10/5/2018 22:30 | 10/6/2018 7:00 | No | refused to come to Court | 2152837 | HOUSTON POLICE DEPARTMENT |
| ▆▆▆▆▆▆▆▆ | 222760001010 | 4 | 10/4/2018 0:56 | 10/6/2018 7:00 | Yes | | 1690417 | HOUSTON POLICE DEPARTMENT |
| ▆▆▆▆▆▆▆▆ | 222767701010 | 3 | 10/5/2018 20:00 | 10/6/2018 13:00 | No | Medical-condition | 2955399 | CONSTABLE PCT 4 |
| ▆▆▆▆▆▆▆▆ | 222765901010 | 15 | 10/5/2018 18:00 | 10/6/2018 13:00 | No | combative | 2544140 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▆▆▆▆▆▆▆▆ | 222765001010 222765101010 | 6 | 10/5/2018 9:30 | 10/6/2018 18:00 | No | Medical-condition | 2481543 | HOUSTON POLICE DEPARTMENT |
| ▆▆▆▆▆▆▆▆ | 219996801010 | 7 | 10/6/2018 15:51 | 10/6/2018 23:00 | No | Medical-condition | 1734495 | HOUSTON POLICE DEPARTMENT |
| ▆▆▆▆▆▆▆▆ | 222765301010 | 9 | 10/5/2018 12:11 | 10/7/2018 2:00 | No | Medical-condition | 2628034 | HOUSTON POLICE DEPARTMENT |
| ▆▆▆▆▆▆▆▆ | 222765701010 222765801010 | 14 | 10/6/2018 9:20 | 10/7/2018 7:00 | No | Med/MHU | 2966367 | BAYTOWN POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 221639401010 222481001010 | 2 | 10/7/2018 8:20 | 10/7/2018 13:00 | No | Medical-condition | 2654261 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222785001010 | 13 | 10/6/2018 20:00 | 10/7/2018 23:00 | No | Medical-condition | 2737191 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222788601010 | 4 | 10/7/2018 3:24 | 10/7/2018 23:00 | No | Medical-condition | 2526067 | LA PORTE POLICE DEPARTMENT |
| ■ | 222795601010 | 10 | 10/6/2018 21:30 | 10/8/2018 7:00 | No | Medical-condition | 1236675 | HOUSTON POLICE DEPARTMENT |
| ■ | 220470101010 | 3 | 10/7/2018 10:28 | 10/8/2018 13:00 | No | Combative | 1939953 | DEER PARK POLICE DEPARTMENT |
| ■ | 222801701010 | 9 | 10/7/2018 20:21 | 10/8/2018 13:00 | No | hospital | 988838 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222425601010 | 1 | 10/3/2018 14:10 | 10/8/2018 16:00 | No | Mental-illness or Intellectual-disability | 2680439 | HOUSTON POLICE DEPARTMENT |
| ■ | 221665701010 | 7 | 9/30/2018 22:31 | 10/8/2018 16:00 | Yes | | 2000390 | HOUSTON POLICE DEPARTMENT |
| ■ | 222800901010 | 16 | 10/7/2018 15:21 | 10/8/2018 16:00 | No | Mental-illness or Intellectual-disability | 2724589 | HOUSTON POLICE DEPARTMENT |
| ■ | 222802701010 | 1 | 10/8/2018 0:45 | 10/8/2018 20:00 | No | Medical-condition | 2136519 | PASADENA POLICE DEPARTMENT |
| ■ | 217284601010 | 14 | 10/8/2018 8:00 | 10/8/2018 20:00 | No | Medical-condition | 2705935 | CONSTABLE PCT 5 |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▅▅▅ | 222802101010 | 5 | 10/7/2018 19:05 | 10/8/2018 20:00 | No | Medical-condition | 1199097 | HUMBLE PD |
| ▅▅▅ | 222341801010 222811101010 | 6 | 10/8/2010 15:58 | 10/9/2018 16:00 | Yes | | 1238426 | HOUSTON POLICE DEPARTMENT |
| ▅▅▅ | 216396801010 | 2 | 10/8/2018 14:56 | 10/9/2018 16:00 | No | per sheriff uncooperative | 2175177 | CONSTABLE PCT 5 |
| ▅▅▅ | 221409001010 | 12 | 10/9/2018 11:36 | 10/9/2018 18:00 | No | per sheriff's office combative | 2955019 | HOUSTON POLICE DEPARTMENT |
| ▅▅▅ | 222812001010 | 11 | 10/8/2018 3:33 | 10/9/2018 20:00 | No | Combative per HCSO | 2686249 | HOUSTON POLICE DEPARTMENT |
| ▅▅▅ | 219911501010 | 1 | 10/9/2018 13:00 | 10/9/2018 23:00 | No | Medical-condition | 2122632 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▅▅▅ | 222822701010 | 6 | 10/9/2018 0:20 | 10/10/2018 7:00 | No | Medical-condition | 2966881 | HOUSTON POLICE DEPARTMENT |
| ▅▅▅ | 222824801010 | 9 | 10/9/2018 16:09 | 10/10/2018 7:00 | No | DISRUPTIVE PER HCSO | 973444 | BELLAIRE POLICE DEPARTMENT |
| ▅▅▅ | 222823401010 | 13 | 10/9/2018 8:30 | 10/10/2018 7:00 | No | Mental-illness or Intellectual-disability | 1816849 | METRO P. D. CITY OF HOUSTON |
| ▅▅▅ | 222825301010 | 1 | 10/9/2018 11:34 | 10/10/2018 13:00 | No | disruptive and uncooperative per hcso | 1584730 | HOUSTON POLICE DEPARTMENT |
| ▅▅▅ | 222836201010 | 8 | 10/9/2018 18:00 | 10/10/2018 20:00 | No | Medical-condition | 2951773 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | 220729701010 | 9 | 10/10/2018 10:51 | 10/10/2018 23:00 | No | Medical-condition | 1408060 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 214509301010 | 3 | 10/10/2018 17:15 | 10/11/2018 4:00 | No | Medical-condition | 2304530 | UNIVERSITY OF TEXAS POLICE DEPT. |
| ▇▇▇ | 222837801010 | 10 | 10/10/2018 2:00 | 10/11/2018 4:00 | No | Medical-condition | 2435269 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 222838701010 | 1 | 10/10/2018 11:30 | 10/11/2018 4:00 | No | Medical-condition | 1316631 | CONSTABLE PCT 7 |
| ▇▇▇ | 222843501010 | 6 | 10/10/2018 17:40 | 10/11/2018 7:00 | No | Mental-illness or Intellectual-disability | 2619577 | CONSTABLE PCT 4 |
| ▇▇▇ | 222842401010 | 12 | 10/10/2018 18:00 | 10/11/2018 7:00 | No | Medical-condition | 1801321 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇▇▇ | 222843401010 | 6 | 10/10/2018 17:40 | 10/11/2018 7:00 | No | Mental-illness or Intellectual-disability | 2619577 | CONSTABLE PCT 4 |
| ▇▇▇ | 222840001010 | 4 | 10/10/2018 13:30 | 10/11/2018 10:00 | No | Mental-illness or Intellectual-disability | 2967109 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇▇▇ | 213358501010 | 9 | 10/11/2018 10:45 | 10/11/2018 18:00 | No | Medical-condition | 2892404 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 220565201010 | 16 | 9/28/2018 23:36 | 10/11/2018 20:00 | Yes | | 1540570 | LA PORTE POLICE DEPARTMENT |
| ▇▇▇ | 222851101010 | 9 | 10/10/2018 17:06 | 10/11/2018 23:00 | No | Medical-condition | 2967238 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ██████ | 222858301010 | 16 | 10/11/2018 20:33 | 10/12/2018 13:00 | No | Medical-condition | 1664376 | HUMBLE PD |
| ██████ | 222860701010 | 14 | 10/11/2018 20:51 | 10/12/2018 16:00 | No | combative | 2186938 | HOUSTON POLICE DEPARTMENT |
| ██████ | 221690701010 | 10 | 10/11/2018 18:51 | 10/12/2018 16:00 | No | Mental-illness or Intellectual-disability | 331598 | HOUSTON POLICE DEPARTMENT |
| ██████ | 218206801010 | 15 | 10/11/2018 11:45 | 10/12/2018 18:00 | No | Medical-condition | 2929669 | HOUSTON POLICE DEPARTMENT |
| ██████ | 222854901010 | 2 | 10/10/2018 23:40 | 10/13/2018 2:00 | Yes | | 2255494 | HOUSTON POLICE DEPARTMENT |
| ██████ | 222855301010 | 6 | 10/11/2012 1:54 | 10/13/2018 2:00 | No | Medical-condition | 1565814 | HOUSTON POLICE DEPARTMENT |
| ██████ | 216664201010 | 3 | 10/12/2018 8:31 | 10/13/2018 2:00 | No | Medical-condition | 2875325 | HOUSTON POLICE DEPARTMENT |
| ██████ | 213710701010 | 11 | 10/12/2018 9:05 | 10/13/2018 10:00 | No | Medical-condition | 2337303 | HOUSTON POLICE DEPARTMENT |
| ██████ | 222884901010 | 13 | 10/13/2018 11:00 | 10/14/2018 2:00 | No | Mental-illness or Intellectual-disability | 2549359 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ██████ | 222881101010 | 6 | 10/13/2018 5:25 | 10/14/2018 2:00 | No | Medical-condition | 2967552 | JERSEY VILLAGE POLICE DEPARTMENT |
| ██████ | 222876601010 | 11 | 10/12/2018 23:55 | 10/14/2018 2:00 | No | Medical-condition | 1381627 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 222698401010<br>222879701010<br>222879801010 | 3 | 10/13/2018 5:00 | 10/14/2018 10:00 | No | Unc & Disruptive | 2199821 | HOUSTON POLICE DEPARTMENT |
| ■ | 222891001010 | 11 | 10/13/2018 16:30 | 10/14/2018 13:00 | No | Medical-condition | 2967599 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222894101010 | 9 | 10/13/2018 23:10 | 10/14/2018 18:00 | No | Mental-illness or Intellectual-disability | 1960543 | HUMBLE PD |
| ■ | 222895001010<br>222895101010 | 2 | 10/13/2018 18:00 | 10/14/2018 20:00 | No | Medical-condition | 382023 | HUMBLE PD |
| ■ | 222891901010 | 5 | 10/13/2018 16:20 | 10/14/2018 20:00 | No | Medical-condition | 2967610 | HOUSTON POLICE DEPARTMENT |
| ■ | 222892101010 | 7 | 10/13/2018 13:49 | 10/14/2018 23:00 | No | Medical-condition | 2967612 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL