United States District Court
Southern District of Texas
**ENTERED**
October 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARRIS COUNTY, TEXAS, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 16-cv-01414 <br> (Consolidated Class Action) <br> The Honorable Lee H. Rosenthal <br> U.S. District Judge |

**ORDER GRANTING JOINT MOTION BY PLAINTIFFS
AND THE COUNTY TO AMEND DOCKET ENTRY NO. 363**

Upon consideration of Plaintiffs' and the County's Unopposed, Joint Motion to Amend the Court's Order, Dkt. 363, regarding the Notice to be provided to arrestees, it is ORDERED that the motion is GRANTED, subject to further requests for modifications.

To comply with Due Process, the County is ORDERED to immediately begin using the following language to provide Notice to arrestees regarding the nature and significance of the Financial Affidavit:

> I am [First Name] from Harris County Pretrial Services. I am here to interview you and report your answers to the Court. What you tell me will be used to make decisions about your release from jail. I will ask you to provide financial information which will be used to decide whether a lawyer will be appointed in your defense. Also, you will need to state the amount of money that you can afford to pay for a bond within 24 hours of your arrest. This amount includes any money you may have and can obtain from family and friends while you are in jail. I will then also ask you to sign a paper with the financial information that you provided. Your answers must be truthful under penalty of law. False answers may be used against you. The information will be shared with the Court, the District Attorney and possibly other agencies. You may refuse to complete the interview, provide me with the financial information, or both. You will be allowed to talk to an attorney before your bail hearing. You may decide to participate in an interview after speaking with your lawyer. Do you agree to go forward with both the interview and providing financial information?

Ordered this 22d day of October, 2018.

_____
Hon. Lee H. Rosenthal District Judge