CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Oct 13, 2018 to Oct 21, 2018.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▇▇ | 222854901010 | 2 | 10/10/2018 23:40 | 10/13/2018 2:00 | Yes | | 2255494 | HOUSTON POLICE DEPARTMENT |
| ▇▇ | 222855301010 | 6 | 10/11/2012 1:54 | 10/13/2018 2:00 | No | Medical-condition | 1565814 | HOUSTON POLICE DEPARTMENT |
| ▇▇ | 216664201010 | 3 | 10/12/2018 8:31 | 10/13/2018 2:00 | No | Medical-condition | 2875325 | HOUSTON POLICE DEPARTMENT |
| ▇▇ | 213710701010 | 11 | 10/12/2018 9:05 | 10/13/2018 10:00 | No | Medical-condition | 2337303 | HOUSTON POLICE DEPARTMENT |
| ▇▇ | 222884901010 | 13 | 10/13/2018 11:00 | 10/14/2018 2:00 | No | Mental-illness or Intellectual-disability | 2549359 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇▇ | 222881101010 | 6 | 10/13/2018 5:25 | 10/14/2018 2:00 | No | Medical-condition | 2967552 | JERSEY VILLAGE POLICE DEPARTMENT |
| ▇▇ | 222876601010 | 11 | 10/12/2018 23:55 | 10/14/2018 2:00 | No | Medical-condition | 1381627 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇▇ | 222698401010 222879701010 222879801010 | 3 | 10/13/2018 5:00 | 10/14/2018 10:00 | No | Unc & Disruptive | 2199821 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▇ | 222891001010 | 11 | 10/13/2018 16:30 | 10/14/2018 13:00 | No | Medical-condition | 2967599 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 222894101010 | 9 | 10/13/2018 23:10 | 10/14/2018 18:00 | No | Mental-illness or Intellectual-disability | 1960543 | HUMBLE PD |
| ▇ | 222895001010 222895101010 | 2 | 10/13/2018 18:00 | 10/14/2018 20:00 | No | Medical-condition | 382023 | HUMBLE PD |
| ▇ | 222891901010 | 5 | 10/13/2018 16:20 | 10/14/2018 20:00 | No | Medical-condition | 2967610 | HOUSTON POLICE DEPARTMENT |
| ▇ | 222892101010 | 7 | 10/13/2018 13:49 | 10/14/2018 23:00 | No | Medical-condition | 2967612 | HOUSTON POLICE DEPARTMENT |
| ▇ | 222550401010 | 5 | 10/13/2018 16:40 | 10/15/2018 2:00 | No | Medical-condition | 2768235 | METRO P. D. CITY OF HOUSTON |
| ▇ | 222908801010 | 12 | 10/14/2018 16:41 | 10/15/2018 13:00 | No | Disruptive, per hcso | 1547441 | HOUSTON POLICE DEPARTMENT |
| ▇ | 222904301010 | 1 | 10/14/2018 10:58 | 10/15/2018 16:00 | No | disruptive per SO | 1590073 | METRO P. D. CITY OF HOUSTON |
| ▇ | 217156801010 | 10 | 10/9/2018 19:30 | 10/15/2018 18:00 | No | Medical-condition | 1394170 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 219422901010 | 5 | 10/14/2018 21:30 | 10/15/2018 18:00 | No | Medical-condition | 2938702 | HOUSTON POLICE DEPARTMENT |
| ▇ | 218083001010 | 14 | 10/15/2018 10:00 | 10/15/2018 20:00 | No | Medical-condition | 2157733 | CONSTABLE PCT 4 |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 222912201010 | 12 | 10/14/2018 18:20 | 10/15/2018 23:00 | No | uncooperative per hcso | 2630017 | HOUSTON POLICE DEPARTMENT |
| ■ | 222915501010 | 11 | 10/14/2018 22:20 | 10/15/2018 23:00 | No | uncooperative per hcso | 2001004 | HUMBLE PD |
| ■ | 222917201010 | 2 | 10/15/2018 3:54 | 10/16/2018 2:00 | No | disruptive | 2840502 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222916501010 222916601010 | 5 | 10/14/2018 18:45 | 10/16/2018 2:00 | No | Medical-condition | 748872 | HOUSTON POLICE DEPARTMENT |
| ■ | 222919301010 | 1 | 10/14/2018 18:40 | 10/16/2018 4:00 | No | Medical-condition | 748011 | HOUSTON POLICE DEPARTMENT |
| ■ | 222920301010 | 9 | 10/14/2018 23:47 | 10/16/2018 7:00 | No | Mental-illness or Intellectual-disability | 2766543 | HOUSTON POLICE DEPARTMENT |
| ■ | 222924401010 | 5 | 10/14/2018 6:59 | 10/16/2018 13:00 | Yes | | 1299786 | HOUSTON POLICE DEPARTMENT |
| ■ | 221230301010 | 2 | 10/15/2018 19:00 | 10/16/2018 16:00 | No | Medical-condition | 2953782 | HOUSTON POLICE DEPARTMENT |
| ■ | 204989701010 | 8 | 10/14/2018 9:25 | 10/16/2018 20:00 | Yes | | 2813754 | KATY PD |
| ■ | 221975901010 220910501010 | 6 | 10/11/2018 9:50 | 10/16/2018 23:00 | No | combative per hcso | 2951133 | WEST UNIVERSITY POLICE DEPARTMENT |

CONFIDENTIAL

| | ID | Count | Start | End | Flag | Condition | Number | Agency |
|---|---|---|---|---|---|---|---|---|
| ▓ | 222748501010 | 2 | 10/16/2018 13:30 | 10/17/2018 2:00 | No | Medical-condition | 2383609 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222642601010 | 13 | 10/16/2018 3:31 | 10/17/2018 2:00 | No | Medical-condition | 1191570 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222933101010 | 10 | 10/16/2018 13:00 | 10/17/2018 7:00 | No | Mental-illness or Intellectual-disability | 2946566 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222938701010 | 1 | 10/17/2018 0:13 | 10/17/2018 16:00 | No | combative per SO | 1484548 | CONSTABLE PCT 4 |
| ▓ | 215937601010 | 16 | 10/17/2018 1:24 | 10/17/2018 18:00 | No | Medical-condition | 2435757 | HOUSTON POLICE DEPARTMENT |
| ▓ | 220779201010 | 12 | 10/16/2018 17:50 | 10/17/2018 23:00 | No | Medical-condition | 2003609 | HOUSTON POLICE DEPARTMENT |
| ▓ | 220589301010 | 10 | 10/17/2018 12:30 | 10/17/2018 23:00 | No | Medical-condition | 2437671 | HOUSTON POLICE DEPARTMENT |
| ▓ | 222942401010 | 12 | 10/17/2018 5:01 | 10/18/2018 2:00 | No | combative | 2553668 | HOUSTON POLICE DEPARTMENT |
| ▓ | 199950001010 | 10 | 10/16/2018 18:35 | 10/18/2018 2:00 | No | Medical-condition | 1333607 | HOUSTON POLICE DEPARTMENT |
| ▓ | 218586201010 222942101010 | 13 | 10/16/2018 15:20 | 10/18/2018 2:00 | No | Medical-condition | 2896868 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▓ | 222946701010 | 13 | 10/17/2018 10:00 | 10/18/2018 4:00 | No | Medical-condition | 1730232 | CONSTABLE PCT 1 |

CONFIDENTIAL

|  | ID | # | Start | End | No | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|---|
| ▉ | 218519801010 | 11 | 10/17/2018 16:15 | 10/18/2018 7:00 | No | Medical-condition | 1726626 | HOUSTON POLICE DEPARTMENT |
| ▉ | 213327801010 | 2 | 10/17/2018 9:20 | 10/18/2018 10:00 | No | Medical-condition | 2760679 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222951901010 | 13 | 10/18/2018 1:57 | 10/18/2018 18:00 | No | Mental-illness or Intellectual-disability | 2199533 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222950801010 | 3 | 10/17/2018 15:19 | 10/18/2018 23:00 | No | Medical-condition | 2295945 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222953101010 222953201010 | 5 | 10/17/2018 17:06 | 10/19/2018 2:00 | No | disruptive | 2862786 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222956601010 | 14 | 10/18/2018 4:37 | 10/19/2018 4:00 | No | disruptive per hcso | 2555167 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222955801010 | 5 | 10/18/2018 3:59 | 10/19/2018 4:00 | No | disruptive per hcso | 2393258 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222957201010 | 6 | 10/18/2018 7:50 | 10/19/2018 10:00 | No | disruptive | 1864450 | METRO P. D. CITY OF HOUSTON |
| ▉ | 222412901010 | 8 | 10/19/2018 6:20 | 10/19/2018 13:00 | No | Medical-condition | 2551938 | SEABROOK POLICE DEPARTMENT |
| ▉ | 219135301010 | 9 | 10/18/2018 13:20 | 10/19/2018 18:00 | No | Medical-condition | 2756543 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222972201010 | 10 | 10/19/2018 10:30 | 10/20/2018 2:00 | No | Medical-condition | 2652348 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 222962001010<br>222962101010 | 3 | 10/18/2018<br>16:36 | 10/20/2018<br>2:00 | No | Per HCSO, D was disruptive. | 2004063 | METRO P. D. CITY OF HOUSTON |
| ■ | 222976401010<br>222761601010 | 3 | 10/19/2018<br>17:32 | 10/20/2018<br>7:00 | No | Disruptive | 2680924 | CONSTABLE PCT 6 |
| ■ | 222988101010 | 15 | 10/20/2018<br>16:43 | 10/21/2018<br>10:00 | No | Medical-condition | 2719401 | LA PORTE POLICE DEPARTMENT |
| ■ | 222999101010 | 8 | 10/20/2018<br>21:37 | 10/21/2018<br>23:00 | No | Medical-condition | 2968659 | HOUSTON POLICE DEPARTMENT |
| ■ | 222994001010 | 16 | 10/20/2018<br>21:25 | 10/21/2018<br>23:00 | No | Medical-condition | 2852738 | HOUSTON POLICE DEPARTMENT |
| ■ | 211933401010 | 16 | 10/22/2018<br>12:11 | 10/21/2018<br>23:00 | No | Medical-condition | 2809397 | HOUSTON POLICE DEPARTMENT |