## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Maranda Lynn ODonnell

v.                                              Case Number: 4:16−cv−01414

Harris County, Texas, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**     Courtroom 11B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/30/2018

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:    October 26, 2018

David J. Bradley, Clerk