United States District Court
Southern District of Texas
**ENTERED**
October 29, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | §<br>§<br>§<br>§ |
| Plaintiffs, | §<br>§  CIVIL ACTION NO. H-16-1414 |
| VS. | §<br>§ |
| HARRIS COUNTY, TEXAS, *et al.*, | §<br>§ |
| Defendants. | § |

## ORDER RESETTING HEARING

On October 25, 2018, Harris County and the Fourteen Judges submitted a pre-motion letter requesting guidance on whether fact discovery is still open, and, if so, to what extent. They also requested a telephone conference. On October 26, the plaintiffs submitted a pre-motion letter seeking leave to depose certain witnesses. The court scheduled a hearing for October 30. On October 29, the County and Fourteen Judges moved to postpone the hearing, arguing that pre-existing conflicts preclude counsel from attending the hearing. (Docket Entry No. 522). The plaintiffs responded, opposing postponement. (Docket Entry No. 523). The motion is granted. The hearing set for October 30, is rescheduled to **November 13, 2018, at 8:00 a.m in Courtroom 11-D**.

SIGNED on October 29, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge