**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| MARANDA LYNN ODONNELL, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 16-cv-01414 |
| | ) | (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. | ) | The Honorable Lee H. Rosenthal |
| | ) | U.S. District Judge |
| Defendants. | ) ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, Michael Gervais, for Plaintiffs in the above-captioned matter, hereby gives notice of the change in counsel's office address for service of notices and documents as follows:

> Michael Gervais
> SUSMAN GODFREY L.L.P.
> 1900 Avenue of the Stars, Suite 1400
> Los Angeles, CA 90067
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150
> mgervais@susmangodfrey.com

Please adjust your records accordingly.

Dated: November 9, 2018

Respectfully submitted,

By: */s/ Michael Gervais*
  Michael Gervais
Neal S. Manne
State Bar No. 12937980
NMANNE@SUSMANGODFREY.COM
LEXIE G. WHITE

6166218v1/015183

TEXAS BAR NO. 24048876
LWHITE@SUSMANGODFREY.COM
JOSEPH GRINSTEIN
State Bar No. 24002188
JGRINSTEIN@SUSMANGODFREY.COM
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Michael Gervais
mgervais@susmangodfrey.com
SUSMAN GODFREY, LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

Susanne Pringle
Texas Bar No. 24083686
springle@fairdefense.org
Texas Fair Defense Project
314 E. Highland Mall Blvd.
Suite 180
Austin, Texas 78752
Telephone: (512) 637-5220
Facsimile: (512) 637-5224

Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Civil Rights Corps
601 17th Street Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
Telephone: (202) 681-2721

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 9th day of November, 2018, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.

Date: November 9, 2018                                   *Michael Gervais*
                                                                        Michael Gervais