# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:   713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

November 13, 2018

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the November 3, 2018 through November 11, 2018 weekly report.  Of 469 misdemeanor arrestees, there were a total of 54 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 25 |
| Mental-illness or Intellectual-disability | 6 |
| Other reason not present | 14 |
| Hearing more than 48 hours after arrest | 9 |

                        Sincerely,

                        */s/ Kate David*

                        Kate D. David

# HUSCH BLACKWELL

CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Nov 03, 2018 to Nov 11, 2018.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 223177201010 181525501010 | 13 | 11/2/2018 1:10 | 11/3/2018 2:00 | No | Medical-condition | 1651200 | HOUSTON POLICE DEPARTMENT |
| | 222586601010 | 6 | 11/2/2018 18:09 | 11/3/2018 2:00 | No | Medical-condition | 1831519 | DEER PARK POLICE DEPARTMENT |
| | 223183801010 | 11 | 11/2/2018 21:50 | 11/3/2018 10:00 | No | Medical-condition | 826784 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 223186001010 | 1 | 11/2/2018 19:04 | 11/3/2018 13:00 | No | Mental-illness or Intellectual-disability | 2970436 | CONSTABLE PCT 5 |
| | 223169801010 | 11 | 11/2/2018 12:43 | 11/3/2018 16:00 | No | Medical-condition | 2719883 | CONSTABLE PCT 4 |
| | 223098501010 | 7 | 11/1/2018 23:30 | 11/3/2018 18:00 | No | D in housing. Unable to bring to court. | 873436 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 223194501010 223194601010 | 1 | 11/3/2018 1:00 | 11/3/2018 20:00 | No | Per HCSO, D uncooperative. | 2562308 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 218366901010 | 3 | 10/24/2018 16:44 | 11/3/2018 20:00 | Yes | | 2930759 | HOUSTON POLICE DEPARTMENT |
| | 219066601010 | 16 | 10/18/2018 8:53 | 11/3/2018 20:00 | Yes | | 2935971 | SHERIFFS DEPARTMENT HARRIS COUNTY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▇ | 223188101010 | 5 | 11/2/2018 22:55 | 11/3/2018 23:00 | No | Medical-condition | 2970453 | HOUSTON POLICE DEPARTMENT |
| ▇ | 219805201010 | 8 | 10/23/2018 11:11 | 11/4/2018 7:00 | Yes | | 1941916 | CONSTABLE PCT 7 |
| ▇ | 223200701010 | 5 | 11/3/2018 15:25 | 11/4/2018 10:00 | No | removed from Ct disruptive | 1038201 | HUMBLE PD |
| ▇ | 219773001010 | 4 | 11/4/2018 15:49 | 11/4/2018 20:00 | No | | 2459826 | BAYTOWN POLICE DEPARTMENT |
| ▇ | 223215501010 223215601010 | 8 | 11/4/2018 4:20 | 11/4/2018 23:00 | No | Per HCSO, D combative. | 2399286 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 222494901010 223211501010 | 11 | 11/4/2018 22:53 | 11/5/2018 4:00 | No | Medical-condition | 2551307 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 223212801010 | 10 | 11/4/2018 2:20 | 11/5/2018 10:00 | No | Mental-illness or Intellectual-disability | 1727028 | HOUSTON POLICE DEPARTMENT |
| ▇ | 216309201010 | 1 | 9/19/2018 11:49 | 11/5/2018 13:00 | Yes | | 2698960 | HOUSTON POLICE DEPARTMENT |
| ▇ | 217604101010 | 11 | 11/5/2018 9:00 | 11/5/2018 18:00 | No | Medical-condition | 1100169 | HUMBLE PD |
| ▇ | 221366401010 | 6 | 11/4/2018 16:30 | 11/5/2018 18:00 | No | Mental-illness or Intellectual-disability | 2954739 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223220401010 | 7 | 11/4/2018 20:34 | 11/5/2018 18:00 | No | Mental-illness or Intellectual-disability | 2971848 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▮ | 223222601010 | 14 | 11/5/2018 0:20 | 11/5/2018 23:00 | No | Medical-condition | | 1670728 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223219501010 | 9 | 11/4/2018 4:43 | 11/6/2018 10:00 | No | Medical-condition | 2739116 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223221201010 | 1 | 11/4/2018 3:20 | 11/6/2018 16:00 | No | Medical-condition | 2971853 | HOUSTON POLICE DEPARTMENT |
| ▮ | 219112701010 | 9 | 10/29/2018 15:42 | 11/6/2018 23:00 | Yes | | 2936222 | HOUSTON POLICE DEPARTMENT |
| ▮ | 220412001010 | 8 | 11/6/2018 9:40 | 11/6/2018 23:00 | No | uncooperative per hcso | 2918417 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223238201010 | 9 | 11/6/2018 12:35 | 11/7/2018 4:00 | No | uncooperative per hcso | 1785477 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223238701010 | 14 | 11/6/2018 11:55 | 11/7/2018 4:00 | No | uncooperative per hcso | 2700397 | HOUSTON POLICE DEPARTMENT |
| ▮ | 221930201010 | 1 | 11/6/2018 9:30 | 11/7/2018 13:00 | No | disruptive per bailiff | 2937985 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223243801010 | 15 | 11/6/2018 18:34 | 11/7/2018 16:00 | No | Medical-condition | 2568554 | HOUSTON POLICE DEPARTMENT |
| ▮ | 216895401010 | 13 | 10/28/2018 6:00 | 11/8/2018 7:00 | Yes | | 2918195 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 221717001010 | 3 | 11/8/2018 0:48 | 11/8/2018 10:00 | No | Medical-condition | 1268210 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 223257101010 | 7 | 11/7/2018 23:10 | 11/8/2018 13:00 | No | Medical-condition | 2972245 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 223255001010 | 15 | 11/7/2018 19:25 | 11/8/2018 13:00 | No | Medical-condition | 2719401 | HOUSTON POLICE DEPARTMENT |
| | 223258401010 | 3 | 11/7/2018 23:25 | 11/8/2018 16:00 | No | Medical-condition | 2809847 | CONSTABLE PCT 8 |
| | 223255601010 | 5 | 11/7/2018 16:23 | 11/8/2018 23:00 | No | combative per hcso | 1744250 | HOUSTON POLICE DEPARTMENT |
| | 223264901010 | 14 | 11/8/2018 12:40 | 11/9/2018 4:00 | No | Medical-condition | 2493084 | CONSTABLE PCT 7 |
| | 223262501010 | 7 | 11/8/2018 0:45 | 11/9/2018 7:00 | No | Mental-illness or Intellectual-disability | 2418443 | HOUSTON POLICE DEPARTMENT |
| | 221943901010 223255901010 | 4 | 11/7/2018 13:30 | 11/9/2018 13:00 | Yes | | 1611029 | HOUSTON POLICE DEPARTMENT |
| | 223267501010 | 10 | 11/8/2018 13:00 | 11/9/2018 16:00 | No | Disruptive | 2345890 | HOUSTON POLICE DEPARTMENT |
| | 221022501010 | 13 | 11/7/2018 12:50 | 11/9/2018 16:00 | No | Medical-condition | 2952161 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 221785801010 | 12 | 11/7/2018 12:50 | 11/9/2018 16:00 | Yes | | 2957983 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 218696501010 223274701010 | 9 | 11/9/2018 1:37 | 11/9/2018 18:00 | No | Medical-condition | 2411173 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223271501010 223271401010 | 5 | 11/8/2018 13:36 | 11/9/2018 23:00 | No | Mental-illness or Intellectual-disability | 2696041 | HOUSTON POLICE DEPARTMENT |
| ■ | 221728601010 | 9 | 11/8/2018 18:05 | 11/10/2018 2:00 | No | Per HCSO, D was disruptive. | 2867890 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222617401010 | 7 | 11/8/2018 21:10 | 11/10/2018 2:00 | No | Medical-condition | 1746984 | HOUSTON POLICE DEPARTMENT |
| ■ | 216478501010 | 14 | 11/8/2018 21:30 | 11/10/2018 2:00 | No | Medical-condition | 2658422 | HOUSTON POLICE DEPARTMENT |
| ■ | 218715101010 | 16 | 11/8/2018 20:16 | 11/10/2018 2:00 | No | Medical-condition | 1437237 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222291701010 223277601010 | 8 | 11/8/2018 20:00 | 11/10/2018 2:00 | No | Per HCSO, D was disruptive. | 2961777 | HOUSTON POLICE DEPARTMENT |
| ■ | 223281101010 | 1 | 11/9/2018 15:40 | 11/10/2018 7:00 | No | Med/MHU | 2705935 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223282901010 | 3 | 11/9/2018 23:00 | 11/10/2018 10:00 | No | Medical-condition | 2896851 | HOUSTON POLICE DEPARTMENT |
| ■ | 220729601010 | 16 | 11/10/2018 21:36 | 11/11/2018 4:00 | No | Medical-condition | 2540180 | CONSTABLE PCT 5 |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | 218498401010 | 3 | 11/2/2018 15:20 | 11/11/2018 20:00 | Yes | | 2553505 | HOUSTON POLICE DEPARTMENT |
| ■ | 223302001010 | 5 | 11/12/2018 3:25 | 11/11/2018 23:00 | No | Medical-condition | 1595170 | HOUSTON POLICE DEPARTMENT |
| ■ | 223298701010 | 15 | 11/10/2018 14:27 | 11/11/2018 23:00 | No | Medical-condition | 2941580 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL