Case 4:16-cv-01414   Document 539   Filed in TXSD on 11/15/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 16-cv-01414<br>(Consolidated Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

### AGREED DISCOVERY ORDER

Pursuant to the discovery hearing held on November 13, 2018:

1. Plaintiffs agreed not to seek additional deposition discovery until the newly elected public officials have taken office in January;

2. The Court will set a status conference for February 1, 2019.

   **SO ORDERED.**

Date: November 15, 2018

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE