United States District Court
Southern District of Texas
**ENTERED**
November 20, 2018
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, | § | |
| On behalf of themselves and all others | § | |
| similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. H-16-1414 |
| VS. | § | |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In June and July 2018, the parties filed cross-motions for summary judgment. (Docket Entry Nos. 400, 429, 430, 432).  On November 13, 2018, the court heard argument from counsel on the defendants' motion to stay the case until February 1, 2019.  (Docket Entry Nos. 529, 532).  The plaintiffs agreed to defer their discovery requests pending settlement negotiations, and the court entered a joint discovery order on November 19, 2018.  (Docket Entry Nos. 532, 539).  The court will hold a status conference on February 1, 2019.  (*Id.*).

The court denies the parties' motions for summary judgment, (Docket Entry Nos. 400, 429, 430, 432), without prejudice and with the right to reargue as appropriate, after the February 1, 2019, hearing, in light of the status of the case at that point.

SIGNED on November 20, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge