# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:  713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

November 27, 2018

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

Re:  Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the November 17, 2018 through November 25, 2018 weekly report. Of 442 misdemeanor arrestees, there were a total of 41 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 17 |
| Mental-illness or Intellectual-disability | 5 |
| Other reason not present | 9 |
| Hearing more than 48 hours after arrest | 10 |

Sincerely,

*/s/ Kate David*

Kate D. David

CONFIDENTIAL Weekly Report: Hearing over 48 hours or not present from Nov 17, 2018 to Nov 25, 2018.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 223262501010 | 7 | 11/16/2018 2:20 | 11/17/2018 7:00 | No | Med/ MHU | 2418443 | HOUSTON POLICE DEPARTMENT |
| | 223381501010 | 11 | 11/16/2018 12:45 | 11/17/2018 7:00 | No | med / Mhu | 2973812 | CONSTABLE PCT 3 |
| | 220041101010 | 1 | 11/16/2018 11:30 | 11/17/2018 13:00 | No | Medical-condition | 2105649 | PASADENA POLICE DEPARTMENT |
| | 223385401010 | 8 | 11/16/2018 18:00 | 11/17/2018 13:00 | No | Medical-condition | 2973832 | DEPARTMENT OF PUBLIC SAFETY |
| | 223392001010 | 7 | 11/16/2018 22:30 | 11/17/2018 23:00 | No | Medical-condition | 2919403 | HOUSTON POLICE DEPARTMENT |
| | 223395101010 | 5 | 11/17/2018 10:51 | 11/18/2018 2:00 | No | Medical-condition | 483126 | CONSTABLE PCT 3 |
| | 222860901010 | 16 | 11/16/2018 12:30 | 11/18/2018 2:00 | No | Medical-condition | 2538824 | HOUSTON POLICE DEPARTMENT |
| | 219616301010 | 5 | 11/5/2018 14:31 | 11/18/2018 7:00 | Yes | | 2559629 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | 219773101010 | 5 | 9/13/2018 10:43 | 11/18/2018 7:00 | Yes | | 2265390 | HOUSTON POLICE DEPARTMENT |
| ■ | 219256001010 | 14 | 11/10/2018 17:08 | 11/18/2018 7:00 | Yes | | 2256040 | CONSTABLE PCT 4 |
| ■ | 221360901010 | 13 | 11/5/2018 15:21 | 11/18/2018 10:00 | Yes | | 2954725 | CONSTABLE PCT 4 |
| ■ | 223402701010 | 3 | 11/17/2018 18:38 | 11/18/2018 16:00 | No | Medical-condition | 1929181 | HOUSTON POLICE DEPARTMENT |
| ■ | 223242301010 223397701010 | 3 | 11/17/2018 9:32 | 11/18/2018 23:00 | No | Mental-illness or Intellectual-disability | 1316151 | HOUSTON POLICE DEPARTMENT |
| ■ | 222865601010 | 15 | 11/18/2018 19:35 | 11/19/2018 2:00 | No | per HCSO and PD def belligerant and uncooperative | 2539915 | CONSTABLE PCT 3 |
| ■ | 223420401010 | 7 | 11/18/2018 21:23 | 11/19/2018 20:00 | No | Medical-condition | 2974125 | HOUSTON POLICE DEPARTMENT |
| ■ | 223429301010 | 14 | 11/19/2018 7:30 | 11/19/2018 23:00 | No | Medical-condition | 2133171 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223427001010 | 8 | 11/18/2018 16:00 | 11/19/2018 23:00 | No | removed-disruptive per hcso - talking and mumblin | 181990 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▮ | 223237301010 | 1 | 11/15/2018 16:59 | 11/19/2018 23:00 | Yes | | 1381545 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223430501010 | 8 | 11/17/2018 1:17 | 11/20/2018 7:00 | Yes | | 2974262 | CONSTABLE PCT 5 |
| ▮ | 223419601010 | 16 | 11/18/2018 18:44 | 11/20/2018 7:00 | No | Medical-condition | 2974121 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223430201010 223430301010 | 6 | 11/19/2018 3:32 | 11/20/2018 7:00 | No | Medical-condition | 2919674 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223444001010 | 16 | 11/21/2018 6:30 | 11/21/2018 2:00 | No | Medical-condition | 2974365 | CONSTABLE PCT 4 |
| ▮ | 220561701010 | 15 | 11/17/2018 17:00 | 11/21/2018 4:00 | Yes | | 2346369 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 223451601010 | 10 | 11/20/2018 22:00 | 11/22/2018 2:00 | No | Mental-illness or Intellectual-disability | 2515336 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223462701010 | 4 | 11/22/2018 0:51 | 11/22/2018 23:00 | No | combative per hcso | 1786758 | CONSTABLE PCT 5 |
| ▮ | 223466301010 | 14 | 11/22/2018 12:06 | 11/23/2018 7:00 | No | refused to come to Ct | 1775420 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223435601010 223435701010 | 13 | 11/19/2018 13:49 | 11/23/2018 7:00 | Yes | | 2299290 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ██ | 223467501010 | 8 | 11/21/2018 0:02 | 11/23/2018 7:00 | Yes | | 2363473 | HOUSTON POLICE DEPARTMENT |
| ██ | 223473501010 | 6 | 11/23/2018 0:31 | 11/23/2018 16:00 | No | Medical-condition | 1920038 | HOUSTON POLICE DEPARTMENT |
| ██ | 223473601010 | 7 | 11/23/2018 2:19 | 11/23/2018 16:00 | No | Mental-illness or Intellectual-disability | 2573242 | CONSTABLE PCT 6 |
| ██ | 223473901010 | 2 | 11/22/2018 22:35 | 11/23/2018 20:00 | No | Medical-condition | 1815386 | HOUSTON POLICE DEPARTMENT |
| ██ | 220945801010 | 7 | 11/20/2018 10:00 | 11/23/2018 20:00 | Yes | | 2746676 | HOUSTON POLICE DEPARTMENT |
| ██ | 223481501010 | 2 | 11/23/2018 18:20 | 11/24/2018 7:00 | No | Medical-condition | 2974650 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ██ | 223482501010 | 13 | 11/23/2018 20:01 | 11/24/2018 7:00 | No | Medical-condition | 2974659 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ██ | 222755301010 | 6 | 11/23/2018 4:49 | 11/24/2018 10:00 | No | Disruptive | 1733935 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223239501010 | 6 | 11/24/2018 14:00 | 11/25/2018 4:00 | No | Medical-condition | 1733982 | HOUSTON POLICE DEPARTMENT |
| ■ | 223495701010 | 15 | 11/24/2018 16:26 | 11/25/2018 10:00 | No | removed from Court | 2087746 | HOUSTON POLICE DEPARTMENT |
| ■ | 223502901010 223502801010 | 5 | 11/24/2018 13:10 | 11/25/2018 13:00 | No | Med/MHU | 2974771 | RICE UNIVERSITY POLICE |
| ■ | 223498401010 | 11 | 11/24/2018 19:20 | 11/25/2018 16:00 | No | Mental-illness or Intellectual-disability | 1774231 | HOUSTON POLICE DEPARTMENT |
| ■ | 223501901010 | 12 | 11/25/2018 1:25 | 11/25/2018 16:00 | No | Medical-condition | 1374795 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223502101010 | 15 | 11/24/2018 23:47 | 11/25/2018 18:00 | No | Mental-illness or Intellectual-disability | 2281626 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL