**HUSCH BLACKWELL**

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:  713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

December 4, 2018

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
             In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the November 24, 2018 through December 2, 2018 weekly report. Of 486 misdemeanor arrestees, there were a total of 57 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 34 |
| Mental-illness or Intellectual-disability | 9 |
| Other reason not present | 14 |
| Hearing more than 48 hours after arrest | 0 |

                              Sincerely,

                              */s/ Kate David*

                              Kate D. David

CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Nov 24, 2018 to Dec 02, 2018

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▮ | 223481501010 | 2 | 11/23/2018 18:20 | 11/24/2018 7:00 | No | Medical-condition | 2974650 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 223482501010 | 13 | 11/23/2018 20:01 | 11/24/2018 7:00 | No | Medical-condition | 2974659 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 222755301010 | 6 | 11/23/2018 4:49 | 11/24/2018 10:00 | No | Disruptive | 1733935 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223239501010 | 6 | 11/24/2018 14:00 | 11/25/2018 4:00 | No | Medical-condition | 1733982 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223495701010 | 15 | 11/24/2018 16:26 | 11/25/2018 10:00 | No | removed from Court | 2087746 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223502801010 223502901010 | 5 | 11/24/2018 13:10 | 11/25/2018 13:00 | No | Med/ MHU | 2974771 | RICE UNIVERSITY POLICE |
| ▮ | 223498401010 | 11 | 11/24/2018 19:20 | 11/25/2018 16:00 | No | Mental-illness or Intellectual-disability | 1774231 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | 223501901010 | 12 | 11/25/2018 1:25 | 11/25/2018 16:00 | No | Medical-condition | 1374795 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223502101010 | 15 | 11/24/2018 23:47 | 11/25/2018 18:00 | No | Mental-illness or Intellectual-disability | 2281626 | HOUSTON POLICE DEPARTMENT |
| ▉ | 223109901010 | 6 | 11/25/2018 18:00 | 11/26/2018 4:00 | No | per hcso suicidal | 1291593 | CONSTABLE PCT 4 |
| ▉ | 223512301010 | 15 | 11/25/2018 5:21 | 11/26/2018 4:00 | No | per hcso combative and uncooperative | 2721014 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223374101010 | 6 | 11/24/2018 21:28 | 11/26/2018 7:00 | No | Mental-illness or Intellectual-disability | 2591884 | HOUSTON POLICE DEPARTMENT |
| ▉ | 217183301010 | 15 | 11/25/2018 19:12 | 11/26/2018 10:00 | No | Medical-condition | 2920675 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223516101010 | 5 | 11/25/2018 15:28 | 11/26/2018 13:00 | No | Medical-condition | 2633545 | HOUSTON POLICE DEPARTMENT |
| ▉ | 221268001010 221486701010 | 6 | 11/25/2018 14:40 | 11/26/2018 13:00 | No | per So def refused to come | 2202198 | HOUSTON POLICE DEPARTMENT |

| | SPN | Days | Book-in | Release | Bond? | Reason | Booking # | Agency |
|---|---|---|---|---|---|---|---|---|
| ▇ | 223523401010 | 11 | 11/25/2018 22:44 | 11/26/2018 23:00 | No | Medical-condition | 2948118 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223529201010 | 7 | 11/26/2018 16:21 | 11/27/2018 4:00 | No | combative per hcso | 1276303 | CONSTABLE PCT 7 |
| ▇ | 223527701010 | 8 | 11/26/2018 7:34 | 11/27/2018 7:00 | No | Medical-condition | 2134209 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223530801010 | 6 | 11/26/2018 18:20 | 11/27/2018 10:00 | No | Mental-illness or Intellectual-disability | 2975064 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 223531901010 | 4 | 11/26/2018 13:32 | 11/27/2018 16:00 | No | Mental-illness or Intellectual-disability | 1181142 | HOUSTON POLICE DEPARTMENT |
| ▇ | 218560801010 218632601010 219332101010 | 14 | 11/26/2018 14:00 | 11/27/2018 18:00 | No | Medical-condition | 2203778 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 223531701010 | 15 | 11/26/2018 16:24 | 11/27/2018 20:00 | No | Medical-condition | 2192921 | HOUSTON POLICE DEPARTMENT |
| ▇ | 184561501010 | 6 | 11/27/2018 10:55 | 11/27/2018 23:00 | No | Medical-condition | 1858521 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223536301010 | 12 | 11/27/2018 1:30 | 11/27/2018 23:00 | No | Medical-condition | 2975131 | HOUSTON POLICE DEPARTMENT |
| ■ | 223532701010 | 6 | 11/29/2018 17:00 | 11/28/2018 4:00 | No | Medical-condition | 2211637 | CONSTABLE PCT 4 |
| ■ | 219066901010 223539501010 | 2 | 11/27/2018 16:10 | 11/28/2018 4:00 | No | Medical-condition | 2935974 | HOUSTON POLICE DEPARTMENT |
| ■ | 223538501010 | 2 | 11/27/2018 12:30 | 11/28/2018 7:00 | No | Medical-condition | 2459060 | HOUSTON POLICE DEPARTMENT |
| ■ | 219537901010 | 4 | 11/28/2018 1:30 | 11/28/2018 10:00 | No | Medical-condition | 2939499 | SEABROOK POLICE DEPARTMENT |
| ■ | 223237901010 | 7 | 12/1/2018 1:00 | 11/28/2018 16:00 | No | Medical-condition | 2972058 | HOUSTON POLICE DEPARTMENT |
| ■ | 167265601010 167265701010 | 2 | 11/28/2018 8:00 | 11/28/2018 20:00 | No | Medical-condition | 1483427 | HOUSTON POLICE DEPARTMENT |
| ■ | 223487501010 | 3 | 11/23/2018 20:06 | 11/28/2018 23:00 | No | Medical-condition | 1324931 | PASADENA POLICE DEPARTMENT |
| ■ | 223552001010 218028801010 | 5 | 11/27/2018 22:50 | 11/29/2018 4:00 | No | disruptive per hcso | 132476 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | 223558901010 | 11 | 11/28/2018 21:30 | 11/29/2018 13:00 | No | Mental-illness or Intellectual-disability | 2975360 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223561201010 | 15 | 11/28/2018 23:00 | 11/29/2018 16:00 | No | Medical-condition | 2255782 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223298501010 223298601010 | 14 | 11/29/2018 14:55 | 11/30/2018 4:00 | No | Medical-condition | 2972593 | HOUSTON POLICE DEPARTMENT |
| ▉ | 210472901010 208196201010 218175201010 223570801010 | 7 | 11/29/2018 11:46 | 11/30/2018 7:00 | No | Medical-condition | 2842844 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223571501010 | 6 | 11/29/2018 14:26 | 11/30/2018 13:00 | No | Mental-illness or Intellectual-disability | 2528231 | HOUSTON POLICE DEPARTMENT |
| ▉ | 223570501010 | 12 | 11/29/2018 17:50 | 11/30/2018 13:00 | No | disruptive | 2547177 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223227801010 | 13 | 11/30/2018 11:00 | 11/30/2018 18:00 | No | Mental-illness or Intellectual-disability | 2087329 | CONSTABLE PCT 3 |
| ▉ | 223576301010 | 8 | 11/29/2018 16:16 | 11/30/2018 20:00 | No | Medical-condition | 2961777 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▓ | 223578901010 | 15 | 11/29/2018 23:52 | 12/1/2018 2:00 | No | Medical-condition | 2214884 | HOUSTON POLICE DEPARTMENT |
| ▓ | 223584501010 | 7 | 11/30/2018 6:22 | 12/1/2018 2:00 | No | Medical-condition | 2797215 | CONSTABLE PCT 4 |
| ▓ | 223586501010 | 8 | 11/30/2018 12:04 | 12/1/2018 2:00 | No | Per HCSO, D uncooperative. | 2975633 | CONSTABLE PCT 4 |
| ▓ | 223497801010 | 5 | 11/30/2018 1:30 | 12/1/2018 4:00 | No | Medical-condition | 2836767 | WEST UNIVERSITY POLICE DEPARTMENT |
| ▓ | 223582501010 | 2 | 11/29/2018 20:39 | 12/1/2018 7:00 | No | disruptive | 2876747 | HOUSTON POLICE DEPARTMENT |
| ▓ | 223590601010 | 2 | 11/30/2018 18:39 | 12/1/2018 7:00 | No | Mental-illness or Intellectual-disability | 2908724 | CONSTABLE PCT 5 |
| ▓ | 223584801010 223584901010 | 11 | 11/30/2018 0:03 | 12/1/2018 10:00 | No | Medical-condition | 2975628 | HOUSTON POLICE DEPARTMENT |
| ▓ | 223562001010 223589101010 | 6 | 11/30/2018 5:53 | 12/1/2018 10:00 | No | Disruptive | 2103484 | HOUSTON POLICE DEPARTMENT |
| ▓ | 220234901010 220235001010 | 14 | 12/1/2018 7:17 | 12/1/2018 23:00 | No | Medical-condition | 2895929 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | 223589301010 | 9 | 11/30/2018 14:43 | 12/2/2018 2:00 | No | Medical-condition | 2012297 | DEER PARK POLICE DEPARTMENT |
| ■ | 223595601010 | 3 | 11/30/2018 20:38 | 12/2/2018 2:00 | No | per HCSO combative | 1505260 | BAYTOWN POLICE DEPARTMENT |
| ■ | 223598101010 | 1 | 11/30/2018 22:13 | 12/2/2018 4:00 | No | Medical-condition | 2949725 | HOUSTON POLICE DEPARTMENT |
| ■ | 222457501010 223599701010 | 14 | 12/1/2018 2:38 | 12/2/2018 4:00 | No | Medical-condition | 2845346 | U.H. CENTRAL CAMPUS PD |
| ■ | 223600101010 | 3 | 11/30/2018 21:05 | 12/2/2018 4:00 | No | Medical-condition | 2901907 | HOUSTON POLICE DEPARTMENT |
| ■ | 223602201010 | 9 | 12/1/2018 9:32 | 12/2/2018 10:00 | No | Disruptive | 2228516 | HOUSTON POLICE DEPARTMENT |
| ■ | 222621301010 223615001010 | 10 | 12/2/2018 4:45 | 12/2/2018 20:00 | No | Medical-condition | 2395051 | CONSTABLE PCT 4 |
| ■ | 223607201010 | 13 | 12/2/2018 2:17 | 12/2/2018 23:00 | No | Medical-condition | 2975733 | PASADENA POLICE DEPARTMENT |

CONFIDENTIAL