# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:   713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

December 11, 2018

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
               In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the December 1, 2018 through December 9, 2018 weekly report.  Of 503 misdemeanor arrestees, there were a total of 52 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 28 |
| Mental-illness or Intellectual-disability | 7 |
| Other reason not present | 13 |
| Hearing more than 48 hours after arrest | 4 |

                          Sincerely,

                          */s/ Kate David*

                          Kate D. David

CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Dec 01, 2018 to Dec 09, 2018

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ■■■ | 223578901010 | 15 | 11/29/2018 23:52 | 12/1/2018 2:00 | No | Medical-condition | 2214884 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 223584501010 | 7 | 11/30/2018 6:22 | 12/1/2018 2:00 | No | Medical-condition | 2797215 | CONSTABLE PCT 4 |
| ■■■ | 223586501010 | 8 | 11/30/2018 12:04 | 12/1/2018 2:00 | No | Per HCSO, D uncooperative. | 2975633 | CONSTABLE PCT 4 |
| ■■■ | 223497801010 | 5 | 11/30/2018 1:30 | 12/1/2018 4:00 | No | Medical-condition | 2836767 | WEST UNIVERSITY POLICE DEPARTMENT |
| ■■■ | 223582501010 | 2 | 11/29/2018 20:39 | 12/1/2018 7:00 | No | disruptive | 2876747 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 223590601010 | 2 | 11/30/2018 18:39 | 12/1/2018 7:00 | No | Mental-illness or Intellectual-disability | 2908724 | CONSTABLE PCT 5 |
| ■■■ | 223584801010 223584901010 | 11 | 11/30/2018 0:03 | 12/1/2018 10:00 | No | Medical-condition | 2975628 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 223562001010 223589101010 | 6 | 11/30/2018 5:53 | 12/1/2018 10:00 | No | Disruptive | 2103484 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▇ | 220234901010 220235001010 | 14 | 12/1/2018 7:17 | 12/1/2018 23:00 | No | Medical-condition | 2895929 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223589301010 | 9 | 11/30/2018 14:43 | 12/2/2018 2:00 | No | Medical-condition | 2012297 | DEER PARK POLICE DEPARTMENT |
| ▇ | 223595601010 | 3 | 11/30/2018 20:38 | 12/2/2018 2:00 | No | per HCSO combative | 1505260 | BAYTOWN POLICE DEPARTMENT |
| ▇ | 223598101010 | 1 | 11/30/2018 22:13 | 12/2/2018 4:00 | No | Medical-condition | 2949725 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223599701010 222457501010 | 14 | 12/1/2018 2:38 | 12/2/2018 4:00 | No | Medical-condition | 2845346 | U.H. CENTRAL CAMPUS PD |
| ▇ | 223600101010 | 3 | 11/30/2018 21:05 | 12/2/2018 4:00 | No | Medical-condition | 2901907 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223602201010 | 9 | 12/1/2018 9:32 | 12/2/2018 10:00 | No | Disruptive | 2228516 | HOUSTON POLICE DEPARTMENT |
| ▇ | 222621301010 223615001010 | 10 | 12/2/2018 4:45 | 12/2/2018 20:00 | No | Medical-condition | 2395051 | CONSTABLE PCT 4 |
| ▇ | 223607201010 | 13 | 12/2/2018 2:17 | 12/2/2018 23:00 | No | Medical-condition | 2975733 | PASADENA POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223624801010 | 14 | 12/3/2018 2:55 | 12/3/2018 10:00 | No | Mental-illness or Intellectual-disability | 2975869 | HOUSTON POLICE DEPARTMENT |
| ■ | 223624601010 | 10 | 12/2/2018 19:20 | 12/3/2018 10:00 | No | Medical-condition | 1221025 | CONSTABLE PCT 1 |
| ■ | 215624901010 | 8 | 12/3/2018 6:15 | 12/3/2018 13:00 | No | Medical-condition | 2526564 | BAYTOWN POLICE DEPARTMENT |
| ■ | 221419801010 | 8 | 12/3/2018 10:00 | 12/3/2018 18:00 | No | Medical-condition | 2644731 | HOUSTON POLICE DEPARTMENT |
| ■ | 222702501010 | 4 | 12/2/2018 23:32 | 12/3/2018 23:00 | No | combative per hcso | 2947333 | CONSTABLE PCT 4 |
| ■ | 223629201010 | 3 | 12/2/2018 23:48 | 12/4/2018 2:00 | No | DEFENDANT COMBATIVE | 2380560 | HOUSTON POLICE DEPARTMENT |
| ■ | 223634701010 | 5 | 12/2/2018 2:45 | 12/4/2018 4:00 | Yes | | 2937410 | HOUSTON POLICE DEPARTMENT |
| ■ | 223637501010 | 10 | 12/3/2018 15:45 | 12/4/2018 4:00 | No | Medical-condition | 2929290 | CONSTABLE PCT 4 |
| ■ | 223643301010 | 1 | 12/3/2018 23:53 | 12/4/2018 16:00 | No | Medical-condition | 2907025 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | 220113201010 | 4 | 12/4/2018 9:00 | 12/4/2018 16:00 | No | Medical-condition | 2728966 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 221960801010 | 1 | 11/21/2018 9:21 | 12/4/2018 23:00 | Yes | | 2487247 | HOUSTON POLICE DEPARTMENT |
| ■ | 223646201010 | 1 | 12/3/2018 23:10 | 12/5/2018 2:00 | No | Mental-illness or Intellectual-disability | 2590106 | HOUSTON POLICE DEPARTMENT |
| ■ | 222648501010 | 8 | 12/4/2018 8:00 | 12/5/2018 2:00 | No | combative | 1608015 | HOUSTON POLICE DEPARTMENT |
| ■ | 223641201010 | 10 | 12/3/2018 0:15 | 12/5/2018 2:00 | Yes | | 1678670 | HOUSTON POLICE DEPARTMENT |
| ■ | 222714901010 | 16 | 12/4/2018 8:46 | 12/5/2018 7:00 | No | Medical-condition | 2234962 | LA PORTE POLICE DEPARTMENT |
| ■ | 223653201010 | 9 | 12/5/2018 0:45 | 12/5/2018 13:00 | No | Medical-condition | 2976068 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223661401010 223661501010 | 2 | 12/4/2018 16:35 | 12/6/2018 4:00 | No | combative per hcso | 2300175 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▮ | 223661001010 | 12 | 12/5/2018 11:10 | 12/6/2018 7:00 | No | Combative per HCSO | 2015289 | HOUSTON POLICE DEPARTMENT |
| ▮ | 217126801010 | 16 | 11/28/2018 16:50 | 12/6/2018 10:00 | Yes | | 2920285 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223664101010 | 14 | 12/5/2018 23:25 | 12/6/2018 10:00 | No | Mental-illness or Intellectual-disability | 2976221 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 203583801010 | 1 | 12/6/2018 1:00 | 12/7/2018 2:00 | No | Medical-condition | 1519832 | HARRIS COUNTY D. A. |
| ▮ | 223674201010 | 5 | 12/6/2018 16:46 | 12/7/2018 7:00 | No | combative | 2007946 | CONSTABLE PCT 4 |
| ▮ | 223675001010 | 13 | 12/6/2018 21:00 | 12/7/2018 10:00 | No | Medical-condition | 1280401 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 222626201010 | 12 | 12/6/2018 13:29 | 12/7/2018 16:00 | No | Medical-condition | 2953014 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223687201010 | 4 | 12/7/2018 12:30 | 12/8/2018 4:00 | No | Medical-condition | 2506108 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 217456001010 | 14 | 12/7/2018 23:30 | 12/8/2018 10:00 | No | refused to come out | 2890524 | TOMBALL POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223689201010 | 7 | 12/7/2018 11:50 | 12/8/2018 10:00 | No | Medical-condition | 623726 | HOUSTON POLICE DEPARTMENT |
| ■ | 220345401010 | 2 | 12/8/2018 6:15 | 12/8/2018 23:00 | No | Medical-condition | 1971104 | HOUSTON POLICE DEPARTMENT |
| ■ | 223697201010 | 5 | 12/8/2018 10:45 | 12/8/2018 23:00 | No | Medical-condition | 2976540 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 222621001010 222621101010 223698501010 | 8 | 12/8/2018 14:21 | 12/9/2018 7:00 | No | Med/ MHU | 2964839 | HOUSTON POLICE DEPARTMENT |
| ■ | 223702601010 | 10 | 12/8/2018 18:23 | 12/9/2018 16:00 | No | Medical-condition | 2694122 | BAYTOWN POLICE DEPARTMENT |
| ■ | 223708101010 | 2 | 12/9/2018 2:37 | 12/9/2018 18:00 | No | Medical-condition | 1841600 | CONSTABLE PCT 8 |
| ■ | 223710401010 | 11 | 12/9/2018 1:50 | 12/9/2018 20:00 | No | Mental-illness or Intellectual-disability | 2705963 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223715601010 | 3 | 12/9/2018 11:00 | 12/9/2018 20:00 | No | Mental-illness or Intellectual-disability | 1968573 | DEPARTMENT OF PUBLIC SAFETY |
| ■ | 223703701010 223703601010 | 9 | 12/8/2018 18:49 | 12/9/2018 23:00 | No | Mental-illness or Intellectual-disability | 1719459 | DEER PARK POLICE DEPARTMENT |

CONFIDENTIAL