# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:   713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

December 19, 2018

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the December 8, 2018 through December 16, 2018 weekly report.  Of 439 misdemeanor arrestees, there were a total of 61 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 35 |
| Mental-illness or Intellectual-disability | 8 |
| Other reason not present | 8 |
| Hearing more than 48 hours after arrest | 10 |

                          Sincerely,

                          */s/ Kate David*

                          Kate D. David

CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Dec 08, 2018 to Dec 16, 2018.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
|  | 223687201010 | 4 | 12/7/2018 12:30 | 12/8/2018 4:00 | No | Medical-condition | 2506108 | SHERIFFS DEPARTMENT HARRIS COUNTY |
|  | 217456001010 | 14 | 12/7/2018 23:30 | 12/8/2018 10:00 | No | refused to come out | 2890524 | TOMBALL POLICE DEPARTMENT |
|  | 223689201010 | 7 | 12/7/2018 11:50 | 12/8/2018 10:00 | No | Medical-condition | 623726 | HOUSTON POLICE DEPARTMENT |
|  | 220345401010 | 2 | 12/8/2018 6:15 | 12/8/2018 23:00 | No | Medical-condition | 1971104 | HOUSTON POLICE DEPARTMENT |
|  | 223697201010 | 5 | 12/8/2018 10:45 | 12/8/2018 23:00 | No | Medical-condition | 2976540 | SHERIFFS DEPARTMENT HARRIS COUNTY |
|  | 222621001010 222621101010 223698501010 | 8 | 12/8/2018 14:21 | 12/9/2018 7:00 | No | Med/ MHU | 2964839 | HOUSTON POLICE DEPARTMENT |
|  | 223702601010 | 10 | 12/8/2018 18:23 | 12/9/2018 16:00 | No | Medical-condition | 2694122 | BAYTOWN POLICE DEPARTMENT |
|  | 223708101010 | 2 | 12/9/2018 2:37 | 12/9/2018 18:00 | No | Medical-condition | 1841600 | CONSTABLE PCT 8 |
|  | 223715601010 | 3 | 12/9/2018 11:00 | 12/9/2018 20:00 | No | Mental-illness or Intellectual-disability | 1968573 | DEPARTMENT OF PUBLIC SAFETY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 223710401010 | 11 | 12/9/2018 1:50 | 12/9/2018 20:00 | No | Mental-illness or Intellectual-disability | 2705963 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 223703601010 223703701010 | 9 | 12/8/2018 18:49 | 12/9/2018 23:00 | No | Mental-illness or Intellectual-disability | 1719459 | DEER PARK POLICE DEPARTMENT |
| | 223713901010 | 1 | 12/8/2018 15:44 | 12/10/2018 4:00 | No | Medical-condition | 2976633 | HOUSTON POLICE DEPARTMENT |
| | 223711601010 | 9 | 12/8/2018 23:58 | 12/10/2018 4:00 | No | per hcso and PD def was combative. | 2905640 | HOUSTON POLICE DEPARTMENT |
| | 219799501010 | 15 | 12/3/2018 13:56 | 12/10/2018 7:00 | Yes | | 2941498 | HOUSTON POLICE DEPARTMENT |
| | 223724601010 223724701010 | 8 | 12/10/2018 6:25 | 12/10/2018 18:00 | No | Medical-condition | 1245798 | HOUSTON POLICE DEPARTMENT |
| | 223720701010 | 2 | 12/9/2018 22:30 | 12/10/2018 18:00 | No | Disruptive - per HCSO | 2668841 | HOUSTON POLICE DEPARTMENT |
| | 223726001010 223726101010 | 11 | 12/10/2018 10:18 | 12/10/2018 23:00 | No | Medical-condition | 2582278 | HOUSTON POLICE DEPARTMENT |
| | 223729101010 | 3 | 12/10/2018 1:41 | 12/11/2018 4:00 | No | Mental-illness or Intellectual-disability | 2680924 | HOUSTON POLICE DEPARTMENT |
| | 223732901010 | 10 | 12/10/2018 21:00 | 12/11/2018 7:00 | No | Mental-illness or Intellectual-disability | 2091176 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 223730101010 | 15 | 12/10/2018 13:44 | 12/11/2018 7:00 | No | Medical-condition | 2976843 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▮ | 223735401010 | 10 | 12/11/2018 1:10 | 12/11/2018 13:00 | No | Mental-illness or Intellectual-disability | 2817774 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 223735701010 | 7 | 12/8/2018 23:08 | 12/11/2018 16:00 | Yes | | 2597348 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 221367701010 221367801010 | 2 | 12/3/2018 11:58 | 12/11/2018 16:00 | Yes | | 2954745 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223736901010 | 13 | 12/11/2018 4:05 | 12/11/2018 18:00 | No | Medical-condition | 2639858 | CONSTABLE PCT 2 |
| ▮ | 221592201010 | 6 | 11/11/2018 22:27 | 12/11/2018 20:00 | Yes | | 2956420 | DEER PARK POLICE DEPARTMENT |
| ▮ | 223512501010 | 1 | 12/11/2018 14:10 | 12/11/2018 23:00 | No | Medical-condition | 955980 | METRO P. D. CITY OF HOUSTON |
| ▮ | 223741101010 | 7 | 12/11/2018 15:36 | 12/12/2018 7:00 | No | combative per HCSO | 2787074 | CONSTABLE PCT 6 |
| ▮ | 222026301010 223743701010 176536701010 187213701010 | 6 | 12/10/2018 3:09 | 12/12/2018 13:00 | Yes | | 2354618 | METRO P. D. CITY OF HOUSTON |
| ▮ | 223747401010 | 9 | 12/11/2018 21:10 | 12/12/2018 13:00 | No | Mental-illness or Intellectual-disability | 2462179 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 223750701010 | 2 | 12/12/2018 0:53 | 12/12/2018 23:00 | No | Medical-condition | 1670903 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222628201010 | 15 | 12/12/2018 11:27 | 12/12/2018 23:00 | No | Medical-condition | 2964948 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▮ | 223748101010 | 16 | 12/11/2018 19:40 | 12/12/2018 23:00 | No | combative per hcso | 1727070 | HOUSTON POLICE DEPARTMENT |
| ▮ | 217852501010 | 2 | 12/12/2018 13:26 | 12/13/2018 2:00 | No | Medical-condition | 1986399 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223068901010 | 3 | 12/12/2018 18:50 | 12/13/2018 4:00 | No | Medical-condition | 2115772 | PASADENA POLICE DEPARTMENT |
| ▮ | 223130801010 223757701010 | 7 | 10/29/2018 18:36 | 12/13/2018 4:00 | Yes | | 2879947 | CONSTABLE PCT 4 |
| ▮ | 223758301010 | 4 | 12/12/2018 17:25 | 12/13/2018 7:00 | No | Medical-condition | 2547320 | CONSTABLE PCT 4 |
| ▮ | 223759501010 | 16 | 12/12/2018 19:05 | 12/13/2018 7:00 | No | Medical-condition | 1509053 | CONSTABLE PCT 4 |
| ▮ | 223757201010 | 9 | 12/12/2018 12:30 | 12/13/2018 10:00 | No | Mental-illness or Intellectual-disability | 2007946 | HOUSTON POLICE DEPARTMENT |
| ▮ | 218723301010 | 16 | 12/13/2018 8:30 | 12/13/2018 16:00 | No | Medical-condition | 982784 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223758701010 | 8 | 12/12/2018 15:25 | 12/13/2018 16:00 | No | Medical-condition | 2149161 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222595601010 | 1 | 12/12/2018 20:42 | 12/13/2018 16:00 | No | Medical-condition | 1421410 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223765301010 | 10 | 12/13/2018 1:08 | 12/14/2018 7:00 | No | refused to come out | 2046203 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | 223365301010 | 15 | 12/13/2018 4:45 | 12/14/2018 10:00 | No | Medical-condition | 138313 | HOUSTON POLICE DEPARTMENT |
| ■ | 220530701010 | 4 | 12/14/2018 15:01 | 12/14/2018 23:00 | No | Medical-condition | 2947427 | HOUSTON POLICE DEPARTMENT |
| ■ | 223785101010 223785201010 | 10 | 12/13/2018 23:09 | 12/14/2018 23:00 | No | Medical-condition | 2977376 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223791001010 | 16 | 12/14/2018 17:00 | 12/15/2018 4:00 | No | Medical-condition | 2309203 | HOUSTON POLICE DEPARTMENT |
| ■ | 223778501010 | 9 | 12/13/2018 1:47 | 12/15/2018 4:00 | Yes | | 2914611 | HOUSTON POLICE DEPARTMENT |
| ■ | 223776201010 | 2 | 12/12/2018 23:47 | 12/15/2018 7:00 | Yes | | 2977239 | BAYTOWN POLICE DEPARTMENT |
| ■ | 223793301010 | 11 | 12/14/2016 23:34 | 12/15/2018 13:00 | Yes | | 2977441 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 221961401010 221961501010 | 7 | 12/15/2018 2:35 | 12/15/2018 16:00 | No | Medical-condition | 2959200 | HOUSTON POLICE DEPARTMENT |
| ■ | 221466601010 223800101010 | 15 | 10/14/2018 22:39 | 12/15/2018 20:00 | Yes | | 2525580 | HOUSTON POLICE DEPARTMENT |
| ■ | 223800301010 | 3 | 12/14/2018 21:58 | 12/15/2018 23:00 | No | Medical-condition | 2975712 | HOUSTON POLICE DEPARTMENT |
| ■ | 223792101010 | 14 | 12/15/2018 17:04 | 12/15/2018 23:00 | No | Medical-condition | 268953 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223565801010 | 13 | 12/14/2018 17:31 | 12/15/2018 23:00 | No | Medical-condition | 44249 | HOUSTON POLICE DEPARTMENT |
| ■ | 223770501010 | 9 | 12/15/2018 18:28 | 12/15/2018 23:00 | No | Medical-condition | 1178390 | HOUSTON POLICE DEPARTMENT |
| ■ | 223806201010 | 15 | 12/15/2018 16:30 | 12/16/2018 4:00 | No | Medical-condition | 2824177 | CONSTABLE PCT 1 |
| ■ | 223788201010 223788301010 | 8 | 12/15/2018 4:55 | 12/16/2018 4:00 | No | Medical-condition | 2343072 | HOUSTON POLICE DEPARTMENT |
| ■ | 223805901010 | 11 | 12/15/2018 11:25 | 12/16/2018 4:00 | No | Medical-condition | 2513203 | BAYTOWN POLICE DEPARTMENT |
| ■ | 216362401010 | 13 | 12/15/2018 22:00 | 12/16/2018 7:00 | No | Med/ MHU | 2392527 | HOUSTON POLICE DEPARTMENT |
| ■ | 219665801010 | 7 | 12/3/2018 10:18 | 12/16/2018 16:00 | No | Medical-condition | 2940474 | HOUSTON POLICE DEPARTMENT |
| ■ | 222646001010 | 15 | 12/16/2018 0:10 | 12/16/2018 20:00 | No | Medical-condition | 857748 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL