# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:   713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

December 24, 2018

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the December 15, 2018 through December 23, 2018 weekly report.  Of 470 misdemeanor arrestees, there were a total of 62 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 31 |
| Mental-illness or Intellectual-disability | 10 |
| Other reason not present | 14 |
| Hearing more than 48 hours after arrest | 7 |

                    Sincerely,

                    */s/ Kate David*

                    Kate D. David

Confidential - Weekly Report: Hearing over 48 hours or not present from Dec 15, 2018 to Dec 23, 2018.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▇ | 223791001010 | 16 | 12/14/2018 17:00 | 12/15/2018 4:00 | No | Medical-condition | 2309203 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223776201010 | 2 | 12/12/2018 23:47 | 12/15/2018 7:00 | Yes | | 2977239 | BAYTOWN POLICE DEPARTMENT |
| ▇ | 223793301010 | 11 | 12/14/2016 23:34 | 12/15/2018 13:00 | Yes | | 2977441 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 221961401010 221961501010 | 7 | 12/15/2018 2:35 | 12/15/2018 16:00 | No | Medical-condition | 2959200 | HOUSTON POLICE DEPARTMENT |
| ▇ | 221466601010 223800101010 | 15 | 10/14/2018 22:39 | 12/15/2018 20:00 | Yes | | 2525580 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223800301010 | 3 | 12/14/2018 21:58 | 12/15/2018 23:00 | No | Medical-condition | 2975712 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223792101010 | 14 | 12/14/2018 16:44 | 12/15/2018 23:00 | No | Medical-condition | 268953 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223565801010 | 13 | 12/14/2018 17:31 | 12/15/2018 23:00 | No | Medical-condition | 44249 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223770501010 | 9 | 12/15/2018 18:28 | 12/15/2018 23:00 | No | Medical-condition | 1178390 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223806201010 | 15 | 12/15/2018 16:30 | 12/16/2018 4:00 | No | Medical-condition | 2824177 | CONSTABLE PCT 1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223788201010 223788301010 | 8 | 12/14/2018 13:49 | 12/16/2018 4:00 | No | Medical-condition | 2343072 | HOUSTON POLICE DEPARTMENT |
| ■ | 223805901010 | 11 | 12/15/2018 11:25 | 12/16/2018 4:00 | No | Medical-condition | 2513203 | BAYTOWN POLICE DEPARTMENT |
| ■ | 216362401010 | 13 | 12/15/2018 22:00 | 12/16/2018 7:00 | No | Med/ MHU | 2392527 | HOUSTON POLICE DEPARTMENT |
| ■ | 219665801010 | 7 | 12/3/2018 10:18 | 12/16/2018 16:00 | No | Medical-condition | 2940474 | HOUSTON POLICE DEPARTMENT |
| ■ | 222646001010 | 15 | 12/16/2018 0:10 | 12/16/2018 20:00 | No | Medical-condition | 857748 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223822001010 | 15 | 12/16/2018 14:18 | 12/17/2018 2:00 | No | Medical-condition | 2977656 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223817801010 | 1 | 12/16/2018 4:10 | 12/17/2018 4:00 | No | per hcso combative | 2977563 | HOUSTON POLICE DEPARTMENT |
| ■ | 223821501010 | 11 | 12/15/2018 22:29 | 12/17/2018 4:00 | No | per hcso refused to come to court | 1877112 | HOUSTON POLICE DEPARTMENT |
| ■ | 223823601010 | 15 | 12/16/2018 17:27 | 12/17/2018 7:00 | No | Mental-illness or Intellectual-disability | 2020602 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 216701801010 | 14 | 12/17/2018 0:32 | 12/17/2018 13:00 | No | Medical-condition | 2872963 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | 223602401010 | 12 | 12/17/2018 6:28 | 12/17/2018 13:00 | No | Medical-condition | 2239375 | CONSTABLE PCT 4 |
| ▉ | 223808001010 | 2 | 12/15/2018 18:00 | 12/17/2018 16:00 | No | Unable to locate - per PD Wade Bainum | 2977521 | HOUSTON POLICE DEPARTMENT |
| ▉ | 223824501010 223824601010 | 8 | 12/16/2018 8:55 | 12/17/2018 16:00 | No | Medical-condition | 1277995 | HOUSTON POLICE DEPARTMENT |
| ▉ | 223653001010 | 7 | 12/16/2018 18:30 | 12/17/2018 18:00 | No | Medical-condition | 2810370 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 218761801010 | 14 | 12/17/2018 10:17 | 12/17/2018 23:00 | No | Medical-condition | 2850365 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▉ | 223453601010 | 14 | 12/17/2018 22:00 | 12/18/2018 7:00 | No | Medical-condition | 2110857 | HOUSTON POLICE DEPARTMENT |
| ▉ | 222535901010 | 16 | 12/17/2018 1:20 | 12/18/2018 7:00 | No | DISRUPTIVE per HCSO | 1071354 | HOUSTON ISD |
| ▉ | 222084701010 | 14 | 12/18/2018 1:00 | 12/18/2018 7:00 | No | Mental-illness or Intellectual-disability | 2171388 | HOUSTON POLICE DEPARTMENT |
| ▉ | 223837101010 | 5 | 12/17/2018 16:22 | 12/18/2018 10:00 | No | Medical-condition | 2251356 | HUMBLE PD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223839001010 | 13 | 12/17/2018 23:45 | 12/18/2018 13:00 | No | Mental-illness or Intellectual-disability | 1976807 | CONSTABLE PCT 4 |
| ■ | 221649401010 | 11 | 12/17/2018 16:21 | 12/18/2018 16:00 | No | Medical-condition | 1193221 | METRO P. D. CITY OF HOUSTON |
| ■ | 223767201010 | 12 | 12/17/2018 16:02 | 12/18/2018 16:00 | No | Medical-condition | 2385646 | METRO P. D. CITY OF HOUSTON |
| ■ | 216943201010 | 5 | 12/18/2018 12:40 | 12/18/2018 20:00 | No | Medical-condition | 2918718 | HOUSTON POLICE DEPARTMENT |
| ■ | 223846401010 | 13 | 12/17/2018 20:12 | 12/19/2018 4:00 | No | Medical-condition | 2279043 | HOUSTON POLICE DEPARTMENT |
| ■ | 223854501010 | 8 | 12/16/2018 17:00 | 12/19/2018 16:00 | No | Medical-condition | 2977918 | HOUSTON POLICE DEPARTMENT |
| ■ | 223860601010 | 10 | 12/20/2018 1:37 | 12/19/2018 23:00 | No | Medical-condition | 2204198 | CONSTABLE PCT 4 |
| ■ | 222463301010 | 4 | 9/17/2018 19:28 | 12/20/2018 4:00 | Yes | | 2468703 | LA PORTE POLICE DEPARTMENT |
| ■ | 222463401010 222481601010 | 4 | 9/17/2018 19:28 | 12/20/2018 4:00 | Yes | | 2468703 | LA PORTE POLICE DEPARTMENT |
| ■ | 223865301010 | 5 | 12/19/2018 13:58 | 12/20/2018 7:00 | No | Disruptive per HCSO | 2969995 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▇ | 223866801010 | 14 | 12/19/2018 18:49 | 12/20/2018 7:00 | No | Per HCSO - Def. Refused to attend PC Hearing | 2335926 | CONSTABLE PCT 6 |
| ▇ | 220699301010 221655401010 | 16 | 12/19/2018 23:20 | 12/20/2018 7:00 | No | disruptive per HCSO | 2661431 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223874901010 | 10 | 12/20/2018 2:15 | 12/20/2018 18:00 | No | Medical-condition | 404440 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 220073201010 | 15 | 12/20/2018 13:15 | 12/21/2018 4:00 | No | Already taken from courtroom and returned to jail | 2347023 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 223873801010 | 12 | 12/19/2018 18:41 | 12/21/2018 4:00 | No | Medical-condition | 1464393 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223719201010 | 5 | 12/20/2018 12:21 | 12/21/2018 10:00 | No | Mental-illness or Intellectual-disability | 2976705 | HOUSTON POLICE DEPARTMENT |
| ▇ | 222520301010 222520301010 | 1 | 12/19/2018 10:00 | 12/21/2018 13:00 | Yes | | 1997284 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▮ | 223885301010 | 11 | 12/20/2018 16:47 | 12/21/2018 13:00 | No | Mental-illness or Intellectual-disability | 1133075 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223897701010 | 5 | 12/21/2018 7:50 | 12/21/2018 23:00 | No | Per HCSO, Defendant was combative. D placed in seg | 2597642 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 223887601010 223887501010 | 9 | 12/20/2018 16:12 | 12/22/2018 4:00 | No | Mental-illness or Intellectual-disability | 849609 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223858401010 | 16 | 12/21/2018 23:05 | 12/22/2018 10:00 | No | Medical-condition | 780349 | |
| ▮ | 223900001010 | 11 | 12/21/2018 10:29 | 12/22/2018 18:00 | No | Mental-illness or Intellectual-disability | 2220324 | HOUSTON POLICE DEPARTMENT |
| ▮ | 223910501010 | 4 | 12/21/2018 17:50 | 12/22/2018 23:00 | No | per hcso disruptive | 1505913 | HOUSTON POLICE DEPARTMENT |
| ▮ | 222521501010 223548001010 | 1 | 12/22/2018 15:40 | 12/22/2018 23:00 | No | Medical-condition | 1716641 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223908901010 | 3 | 12/21/2018 19:00 | 12/23/2018 2:00 | No | defendant would not respond to questions in court. | 1939987 | HOUSTON POLICE DEPARTMENT |
| ■ | 223906101010 | 1 | 12/4/2018 22:40 | 12/23/2018 2:00 | Yes | | 2907854 | HOUSTON POLICE DEPARTMENT |
| ■ | 223700801010 | 9 | 12/22/2018 18:59 | 12/23/2018 2:00 | No | Medical-condition | 1597445 | CONSTABLE PCT 8 |
| ■ | 223670501010 | 14 | 12/22/2018 22:00 | 12/23/2018 4:00 | No | Mental-illness or Intellectual-disability | 2494172 | HOUSTON POLICE DEPARTMENT |
| ■ | 223917301010 | 6 | 12/22/2018 15:29 | 12/23/2018 4:00 | No | per hcso disruptive | 2977088 | CONSTABLE PCT 7 |
| ■ | 223914501010 | 15 | 12/21/2018 17:42 | 12/23/2018 4:00 | No | per HCSo def is combative. | 1914336 | HOUSTON POLICE DEPARTMENT |
| ■ | 223905601010 | 8 | 12/22/2018 1:40 | 12/23/2018 7:00 | No | Medical-condition | 2658247 | HOUSTON POLICE DEPARTMENT |
| ■ | 223929201010 223929301010 | 3 | 12/22/2018 22:11 | 12/23/2018 20:00 | No | Per HCSO, D was disruptive. | 1274855 | HUMBLE PD |
| ■ | 214451201010 | 6 | 12/22/2018 21:14 | 12/23/2018 20:00 | No | Mental-illness or Intellectual-disability | 1944897 | HARRIS COUNTY D. A. |

CONFIDENTIAL

CONFIDENTIAL