# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:   713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

January 1, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
            In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the December 22, 2018 through December 30, 2018 weekly report.  Of 447 misdemeanor arrestees, there were a total of 64 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 28 |
| Mental-illness or Intellectual-disability | 10 |
| Other reason not present | 19 |
| Hearing more than 48 hours after arrest | 7 |

                  Sincerely,

                  */s/ Kate David*

                  Kate D. David

CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Dec 22, 2018 to Dec 30, 2018.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | 223887601010<br>223887501010 | 9 | 12/20/2018 16:12 | 12/22/2018 4:00 | No | Mental-illness or Intellectual-disability | 849609 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 223858401010 | 16 | 12/21/2018 23:05 | 12/22/2018 10:00 | No | Medical-condition | 780349 | |
| ▇▇▇ | 223900001010 | 11 | 12/21/2018 10:29 | 12/22/2018 18:00 | No | Mental-illness or Intellectual-disability | 2220324 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 223910501010 | 4 | 12/21/2018 17:50 | 12/22/2018 23:00 | No | per hcso disruptive | 1505913 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 222521501010<br>223548001010 | 1 | 12/22/2018 15:40 | 12/22/2018 23:00 | No | Medical-condition | 1716641 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 223908901010 | 3 | 12/21/2018 19:00 | 12/23/2018 2:00 | No | defendant would not respond to questions in court. | 1939987 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 223700801010 | 9 | 12/22/2018 18:59 | 12/23/2018 2:00 | No | Medical-condition | 1597445 | CONSTABLE PCT 8 |
| ▇▇▇ | 223670501010 | 14 | 12/22/2018 22:00 | 12/23/2018 4:00 | No | Mental-illness or Intellectual-disability | 2494172 | HOUSTON POLICE DEPARTMENT |
| ▇▇▇ | 223917301010 | 6 | 12/22/2018 15:29 | 12/23/2018 4:00 | No | per hcso disruptive | 2977088 | CONSTABLE PCT 7 |
| ▇▇▇ | 223914501010 | 15 | 12/21/2018 17:42 | 12/23/2018 4:00 | No | per HCSo def is combative. | 1914336 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▬ | 223905601010 | 8 | 12/22/2018 1:40 | 12/23/2018 7:00 | No | Medical-condition | 2658247 | HOUSTON POLICE DEPARTMENT |
| ▬ | 214451201010 | 6 | 12/22/2018 21:14 | 12/23/2018 20:00 | No | Mental-illness or Intellectual-disability | 1944897 | HARRIS COUNTY D. A. |
| ▬ | 223929201010 223929301010 | 3 | 12/22/2018 22:11 | 12/23/2018 20:00 | No | Per HCSO, D was disruptive. | 1274855 | HUMBLE PD |
| ▬ | 223930901010 | 5 | 12/23/2018 8:12 | 12/24/2018 2:00 | No | Medical-condition | 2978501 | BAYTOWN POLICE DEPARTMENT |
| ▬ | 223931801010 | 14 | 12/23/2018 8:59 | 12/24/2018 2:00 | No | per hacso combative | 2978506 | HOUSTON POLICE DEPARTMENT |
| ▬ | 223931001010 | 6 | 12/23/2018 8:53 | 12/24/2018 7:00 | No | Medical-condition | 1435659 | HOUSTON POLICE DEPARTMENT |
| ▬ | 217536601010 | 8 | 12/18/2018 21:45 | 12/24/2018 10:00 | Yes | | 2922976 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▬ | 223932301010 | 14 | 12/23/2018 12:13 | 12/24/2018 10:00 | No | Mental-illness or Intellectual-disability | 1672508 | HOUSTON POLICE DEPARTMENT |
| ▬ | 221991701010 | 10 | 12/16/2018 18:41 | 12/24/2018 10:00 | Yes | | 2959479 | CONSTABLE PCT 1 |
| ▬ | 220128601010 | 15 | 12/24/2018 3:40 | 12/24/2018 10:00 | No | Mental-illness or Intellectual-disability | 2943941 | HOUSTON POLICE DEPARTMENT |
| ▬ | 223931901010 | 15 | 12/23/2018 10:00 | 12/24/2018 10:00 | No | Mental-illness or Intellectual-disability | 1682925 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ██ | 211107401010 | 15 | 12/23/2018 17:25 | 12/24/2018 16:00 | No | Medical-condition | 1903802 | HOUSTON POLICE DEPARTMENT |
| ██ | 223937501010 218746901010 | 7 | 12/23/2018 16:54 | 12/24/2018 18:00 | No | Mental-illness or Intellectual-disability | 2933342 | HOUSTON POLICE DEPARTMENT |
| ██ | 223935701010 | 1 | 12/23/2018 16:15 | 12/24/2018 18:00 | No | Disruptive - per HCSO | 2886679 | BAYTOWN POLICE DEPARTMENT |
| ██ | 223930201010 | 12 | 12/23/2018 5:13 | 12/24/2018 18:00 | No | Medical-condition | 2978495 | HOUSTON POLICE DEPARTMENT |
| ██ | 223943101010 | 16 | 12/23/2018 23:18 | 12/24/2018 23:00 | No | Medical-condition | 2856590 | HOUSTON POLICE DEPARTMENT |
| ██ | 223943201010 | 16 | 12/23/2018 22:00 | 12/24/2018 23:00 | No | Medical-condition | 2807963 | HOUSTON POLICE DEPARTMENT |
| ██ | 223942501010 | 11 | 12/24/2018 1:07 | 12/25/2018 2:00 | No | combative | 2978627 | HOUSTON POLICE DEPARTMENT |
| ██ | 223950301010 | 9 | 12/24/2018 18:40 | 12/25/2018 16:00 | No | disruptive | 1518712 | HOUSTON POLICE DEPARTMENT |
| ██ | 221022901010 | 2 | 12/25/2018 0:09 | 12/26/2018 2:00 | No | Medical-condition | 2892911 | HOUSTON POLICE DEPARTMENT |
| ██ | 223955601010 | 7 | 12/25/2018 0:09 | 12/26/2018 2:00 | No | Medical-condition | 2892911 | METRO P. D. CITY OF HOUSTON |
| ██ | 219611001010 223957101010 | 15 | 12/25/2018 1:30 | 12/26/2018 4:00 | No | Medical-condition | 2560148 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 223961201010 223961301010 | 5 | 12/26/2018 0:14 | 12/26/2018 13:00 | No | per so combative | 2423867 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223962601010 | 11 | 12/26/2018 2:30 | 12/26/2018 16:00 | No | Mental-illness or Intellectual-disability | 2048162 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223927601010 | 3 | 12/26/2018 10:00 | 12/26/2018 18:00 | No | Medical-condition | 2753916 | CONSTABLE PCT 4 |
| ■ | 223883101010 | 8 | 12/26/2018 8:30 | 12/26/2018 23:00 | No | disruptive per hcso | 454892 | HOUSTON POLICE DEPARTMENT |
| ■ | 223967001010 | 8 | 12/26/2018 16:07 | 12/27/2018 2:00 | No | Medical-condition | 2335064 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223966501010 | 15 | 12/26/2018 10:45 | 12/27/2018 4:00 | No | Medical-condition | 2288367 | PASADENA POLICE DEPARTMENT |
| ■ | 223969601010 | 3 | 12/26/2018 21:15 | 12/27/2018 16:00 | No | Medical-condition | 2602156 | PASADENA POLICE DEPARTMENT |
| ■ | 217625001010 | 6 | 12/27/2018 14:51 | 12/27/2018 23:00 | No | Medical-condition | 2924264 | HOUSTON POLICE DEPARTMENT |
| ■ | 223580801010 | 16 | 12/27/2018 9:00 | 12/27/2018 23:00 | No | Defendant needed Mandarin interpreter; none availa | 2975606 | CONSTABLE PCT 1 |
| ■ | 221787201010 | 11 | 12/14/2018 22:22 | 12/28/2018 2:00 | Yes | | 2934276 | HOUSTON POLICE DEPARTMENT |
| ■ | 223976001010 | 3 | 12/27/2018 11:00 | 12/28/2018 2:00 | No | Medical-condition | 2279156 | CONSTABLE PCT 6 |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 222959401010 | 11 | 12/27/2018 19:18 | 12/28/2018 2:00 | No | | 2486910 | HUMBLE PD |
| ■ | 223976401010 | 6 | 12/27/2018 11:47 | 12/28/2018 4:00 | No | removed from court - disruptive | 2795802 | HOUSTON POLICE DEPARTMENT |
| ■ | 220823401010 | 15 | 12/19/2018 11:29 | 12/28/2018 10:00 | Yes | | 2950365 | CONSTABLE PCT 1 |
| ■ | 221170801010 | 15 | 12/18/2018 9:20 | 12/28/2018 10:00 | Yes | | 2953344 | HOUSTON POLICE DEPARTMENT |
| ■ | 218786801010 218062301010 218062401010 | 13 | 12/18/2018 8:20 | 12/28/2018 13:00 | Yes | | 2928503 | PASADENA POLICE DEPARTMENT |
| ■ | 222586201010 | 1 | 11/9/2018 16:36 | 12/28/2018 13:00 | Yes | | 2964513 | HOUSTON POLICE DEPARTMENT |
| ■ | 223981701010 | 12 | 12/27/2018 20:25 | 12/28/2018 16:00 | No | Medical-condition | 2390561 | HOUSTON POLICE DEPARTMENT |
| ■ | 223982201010 | 1 | 12/27/2018 18:30 | 12/28/2018 20:00 | No | Medical-condition | 1652411 | HOUSTON POLICE DEPARTMENT |
| ■ | 223988601010 | 13 | 12/28/2018 1:30 | 12/28/2018 20:00 | No | per HCSO def. was disruptive. | 2385688 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 224005701010 | 12 | 12/29/2018 1:47 | 12/29/2018 16:00 | No | Medical-condition | 2363668 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223976301010 224000301010 | 5 | 12/28/2018 23:27 | 12/29/2018 16:00 | No | Dsiruptive | 2381154 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▬ | 224003601010 | 3 | 12/28/2018 23:59 | 12/29/2018 20:00 | No | Per HCSO, Defendant was disruptive. | 1768527 | CONSTABLE PCT 4 |
| ▬ | 223657201010 | 13 | 12/29/2018 21:29 | 12/30/2018 4:00 | No | Medical-condition | 2219220 | HOUSTON POLICE DEPARTMENT |
| ▬ | 224010901010 | 16 | 12/29/2018 3:01 | 12/30/2018 7:00 | No | Medical-condition | 1318428 | HOUSTON POLICE DEPARTMENT |
| ▬ | 224012101010 | 7 | 12/28/2018 20:09 | 12/30/2018 7:00 | No | combative | 2979296 | HOUSTON POLICE DEPARTMENT |
| ▬ | 224014701010 | 3 | 12/29/2018 15:57 | 12/30/2018 10:00 | No | no PC found earlier / unable to locate paper work | 2979308 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▬ | 221409001010 223244101010 | 12 | 12/29/2018 15:45 | 12/30/2018 10:00 | No | Medical-condition | 2955019 | HOUSTON POLICE DEPARTMENT |
| ▬ | 224012601010 224012501010 | 11 | 12/29/2018 8:35 | 12/30/2018 16:00 | No | Mental-illness or Intellectual-disability | 354275 | HOUSTON POLICE DEPARTMENT |
| ▬ | 223131501010 | 15 | 12/29/2018 17:14 | 12/30/2018 18:00 | No | Medical-condition | 2824053 | HOUSTON POLICE DEPARTMENT |
| ▬ | 224022401010 | 3 | 12/30/2018 4:12 | 12/30/2018 20:00 | No | Medical-condition | 2677886 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▬ | 224029301010 | 14 | 12/30/2018 12:30 | 12/30/2018 23:00 | No | Medical-condition | 2969149 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL