IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.* On behalf of themselves and all others similarly situated, <br> Plaintiffs, <br><br> VS. <br><br> HARRIS COUNTY, TEXAS, *et al.*, <br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. H-16-1414 <br> Hon. Lee H. Rosenthal |

**NOTICE OF SUBSTITUTION OF JUDGES OF HARRIS COUNTY
CRIMINAL COURTS AT LAW NOS. 1-15 AND
NOTICE OF APPEARANCE OF COUNSEL**

**Please take notice** that as of January 1, 2019, the Judges of the Harris County Criminal Courts at Law Nos. 1-15 are: Alex Salgado, Ronnisha Bowman, Erica Hughes, Shannon Baldwin, David M. Fleischer, Kelley Andrews, Andrew A. Wright, Franklin Bynum, Toria J. Finch, Lee Harper Wilson, Sedrick T. Walker II, Cassandra Y. Holleman, Raul Rodriguez, David Springer, and Tonya Jones. Under Federal Rule of Civil Procedure 25(d), they automatically succeed their predecessors in office as Defendants in this case.

**Please take further notice** that the following counsel:

>G. Allan Van Fleet
>Texas Bar No. 20494700
>G. Allan Van Fleet, P.C.
>6218 Elm Heights LN, Suite 201
>Houston, TX 77081
>(713) 826-1954
>allanvanfleet@gmail.com

and

>Mark A. Correro
>Correro & Leisure, P.C.
>2909 Hillcroft Avenue, Suite 560
>Houston, Texas 77057
>(844) 836-8664
>mark@correroleisure.com

now represent all Defendant Harris County Criminal Court at Law Judges.

>Respectfully submitted,
>
>*/s/ Allan Van Fleet*
>
>George Allan Van Fleet
>Texas Bar No. 20494700
>G. Allan Van Fleet, P.C.
>6218 Elm Heights LN, Suite 201
>Houston, TX 77081
>(713) 826-1954
>allanvanfleet@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned counsel certifies that on January 2, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas, Houston Division, using the electronic case filing system of the Court and served all parties of record in that manner.

*/s/ G. Allan Van Fleet*

G. Allan Van Fleet