IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| MARANDA LYNN ODONNELL, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| vs. | | No. 4:16-CV-01414 (Consolidated Class Action) Honorable Lee H. Rosenthal U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al., | | |
| Defendants. | | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JUDGES OF HARRIS COUNTY CRIMINAL COURTS AT LAW NOS. 1-13 AND 15**

Pursuant to Local Rule 83.2, the undersigned counsel—Charles J. Cooper, Michael W. Kirk, Brian W. Barnes, Nicole J. Moss, William C. Marra, the law firm of Cooper & Kirk, PLLC, Sheryl A. Falk, John R. Keville, Robert L. Green, Corinne Stone, and the law firm of Winston & Strawn LLP—respectfully move to withdraw from representation of the Judges of Harris County Criminal Courts at Law Nos. 1-13 and 15 ("Fourteen Judges").

Withdrawal is not sought for the purposes of delay, and the Fourteen Judges and Plaintiffs consent to this motion. The newly elected Fourteen Judges have informed the undersigned that we are no longer authorized to represent their offices in this case, and that they will be represented by Robert Soard of the Harris County Attorney's Office and G. Allan Van Fleet. Today, Attorneys G. Allan Van Fleet and Mark A. Correro, who currently represent Judge Darrell Jordan in this case, also notified the Court that they now represent the Fourteen Judges in this case. *See* Notice of Substitution of Judges of Harris County Criminal Courts at Law Nos. 1-15 and Notice of Appearance of Counsel (Jan. 2, 2019), Doc. 548.

Date: January 2, 2019

*/s/ Charles J. Cooper*
Charles J. Cooper
Attorney-in-Charge
District of Columbia Bar No. 248070
ccooper@cooperkirk.com
Michael W. Kirk
District of Columbia Bar No. 424648
Brian W. Barnes
District of Columbia Bar No. 1018419
Nicole J. Moss
District of Columbia Bar No. 472424
William C. Marra
District of Columbia Bar No. 1019098
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Telephone: (202) 220-9600

Respectfully submitted,

*/s/ Sheryl A. Falk*
Sheryl A. Falk
Texas State Bar No. 06795350
sfalk@winston.com
John R. Keville
Texas State Bar No. 00794085
Robert L. Green
Texas State Bar No. 24087625
Corinne Stone
Texas State Bar No. 24102541
WINSTON & STRAWN LLP
1111 Louisiana St., 25th Floor
Houston, TX 77002
Telephone: (713) 651-2600

## **CERTIFICATE OF CONFERENCE**

On January 2, 2019, the undersigned counsel emailed counsel for Plaintiffs regarding this Motion and counsel for Plaintiffs were not opposed.

*/s/ Will Marra*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2019, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF system for service this day via transmission of Notice of Electronic Filing generated by ECF to all counsel of record.

*/s/ Sheryl A. Falk*