Case 4:16-cv-01414   Document 550   Filed in TXSD on 01/03/19   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**

January 03, 2019

David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 4:16-CV-01414 |
| v. | ) | (Consolidated Class Action) |
| | ) | Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al., | ) | U.S. District Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [ORDER] GRANTING MOTION TO WITHDRAW

Pending before the Court is the motion of Charles J. Cooper, Michael W. Kirk, Brian W. Barnes, Nicole J. Moss, William C. Marra, the law firm of Cooper & Kirk, PLLC, Sheryl A. Falk, John R. Keville, Robert L. Green, Corinne Stone, and the law firm of Winston & Strawn LLP to withdraw as counsel for all of their clients in this case. Having considered the foregoing, the undersigned finds that the Motion to Withdraw should be and is GRANTED.

DATED this _3rd_ day of _January_, 2019.

Hon. Lee H. Rosenthal
U.S. District Judge