IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

JAN - 7 2019

David J. Bradley, Clerk of Court

4:16-CV-1414

No. 18-20466



A True Copy
Certified order issued Jan 07, 2019

Jyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

MARANDA LYNN ODONNELL,

    Plaintiff - Appellee

v.

ALEX SALGADO; RONNISHA BOWMAN; ERICA HUGHES; SHANNON BALDWIN; DAVID M. FLEISCHER; KELLEY ANDREWS; ANDREW A. WRIGHT; FRANKLIN BYNUM; TORIA J. FINCH; LEE HARPER WILSON; SEDRICK T. WALKER, II; CASSANDRA Y. HOLLEMAN; RAUL RODRIGUEZ; TONYA JONES,

    Defendants - Appellants

---

LOETHA SHANTA MCGRUDER; ROBERT RYAN FORD,

    Plaintiffs - Appellees

v.

HARRIS COUNTY, TEXAS, et al,

    Defendants

ALEX SALGADO; RONNISHA BOWMAN; ERICA HUGHES; SHANNON BALDWIN; DAVID M. FLEISCHER; KELLEY ANDREWS; ANDREW A. WRIGHT; FRANKLIN BYNUM; TORIA J. FINCH; LEE HARPER WILSON; SEDRICK T. WALKER, II; CASSANDRA Y. HOLLEMAN; RAUL RODRIGUEZ; TONYA JONES,

    Appellants

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of January 07, 2019, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Jann M. Wynne, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 07, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 18-20466    Maranda ODonnell, et al v. Harris County, Texas, et al
                        USDC No. 4:16-CV-1414
                        USDC No. 4:16-CV-1436

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Jann M. Wynne, Deputy Clerk
                    504-310-7688

cc w/encl:
    Mr. Jared Brandon Caplan
    Mr. Arpit Kumar Garg
    Mr. Michael Gervais
    Mr. Joseph Samuel Grinstein
    Mr. Joseph David Hughes
    Mr. Alec George Karakatsanis
    Mr. Neal Manne
    Mr. Jonathan Lee Marcus
    Ms. Elizabeth Baker Murrill
    Mr. George Allan Van Fleet
    Mr. Daniel Volchok
    Mr. Seth Paul Waxman
    Ms. Alexandra Giselle White