# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:  713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

January 18, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

> Re:   Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
>       In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the January 5, 2019 through January 13, 2019 weekly report.  Of 551 misdemeanor arrestees, there were a total of 68 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 28 |
| Mental-illness or Intellectual-disability | 11 |
| Other reason not present | 18 |
| Hearing more than 48 hours after arrest | 11 |

Sincerely,

*/s/ Kate David*

Kate D. David

CONFIDENTIAL Weekly Report: Hearing over 48 hours or not present from January 5, 2019 to January 13, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ███████████ | 222283301010 | 1 | 1/4/2019 10:00 | 1/5/2019 2:00 | No | Medical-condition | 2779674 | PASADENA POLICE DEPARTMENT |
| ██████ | 224099101010 | 4 | 1/4/2019 22:00 | 1/5/2019 7:00 | No | Medical-condition | 2346448 | CONSTABLE PCT 5 |
| █████████ | 223838601010 | 7 | 1/4/2019 23:30 | 1/5/2019 7:00 | No | Medical-condition | 2610717 | PASADENA POLICE DEPARTMENT |
| ████████ | 223896701010 | 13 | 1/4/2019 7:00 | 1/5/2019 7:00 | No | Medical-condition | 2221839 | HOUSTON POLICE DEPARTMENT |
| ███████ | 224104501010 | 8 | 1/5/2019 2:15 | 1/5/2019 20:00 | No | Per HCSO, Defendant was combative. | 2977524 | CONSTABLE PCT 1 |
| ██████ | 224104801010 | 13 | 1/5/2019 6:23 | 1/5/2019 20:00 | No | Medical-condition | 2583195 | HOUSTON POLICE DEPARTMENT |
| ████████ | 224086401010 | 3 | 1/3/2019 22:49 | 1/5/2019 23:00 | Yes | | 2969182 | HOUSTON POLICE DEPARTMENT |
| ██████ | 219368301010 | 5 | 11/16/2018 14:09 | 1/5/2019 23:00 | Yes | | 2824684 | HARRIS COUNTY D. A. |
| █████████ | 224107901010 | 14 | 1/5/2018 8:18 | 1/6/2019 7:00 | Yes | | 1238113 | HOUSTON POLICE DEPARTMENT |
| ██████████ | 215872701010 | 14 | 1/5/2019 21:51 | 1/6/2019 7:00 | No | Refused | 2910902 | BAYTOWN POLICE DEPARTMENT |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ██████████ | 224112301010 | 11 | 1/5/2019 17:38 | 1/6/2019 16:00 | No | Medical-condition | 2980041 | HOUSTON POLICE DEPARTMENT |
| ██████ | 224111801010 | 3 | 1/5/2019 17:53 | 1/6/2019 16:00 | No | Medical-condition | 1722728 | HOUSTON POLICE DEPARTMENT |
| ████████ | 223456301010 223456401010 | 7 | 1/5/2019 19:27 | 1/7/2019 2:00 | No | Medical-condition | 2550378 | HOUSTON POLICE DEPARTMENT |
| ██████ | 224127401010 | 6 | 1/6/2019 17:08 | 1/7/2019 4:00 | No | Medical-condition | 2980134 | CONSTABLE PCT 4 |
| ██████ | 224128301010 | 14 | 1/6/2019 15:34 | 1/7/2019 10:00 | No | In " SEG " - Combative per PD | 2186300 | HOUSTON POLICE DEPARTMENT |
| ██████ | 224120601010 | 14 | 1/6/2019 12:35 | 1/7/2019 18:00 | No | Mental-illness or Intellectual-disability | 2724589 | HOUSTON POLICE DEPARTMENT |
| ██████ | 224095201010 224043301010 | 11 | 1/7/2019 19:34 | 1/7/2019 23:00 | No | Mental-illness or Intellectual-disability | 2152231 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ██████ | 224135301010 | 1 | 1/6/2019 0:23 | 1/8/2019 4:00 | Yes | | 805591 | HOUSTON POLICE DEPARTMENT |
| ██████ | 224138301010 | 7 | 1/7/2019 18:00 | 1/8/2019 7:00 | No | Medical-condition | 2314606 | BAYTOWN POLICE DEPARTMENT |
| ████████ | 224140301010 | 8 | 1/7/2019 18:35 | 1/8/2019 7:00 | No | Mental-illness or Intellectual-disability | 1667512 | HOUSTON POLICE DEPARTMENT |
| ██████ | 221183401010 | 9 | 1/7/2019 19:30 | 1/8/2019 10:00 | No | Combative per HCSO | 2370391 | BAYTOWN POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ████ | 224140701010 | 2 | 1/7/2019 16:30 | 1/8/2019 13:00 | No | Medical-condition | 2436728 | HOUSTON POLICE DEPARTMENT |
| ████ | 224142501010 | 15 | 1/7/2019 22:47 | 1/8/2019 16:00 | No | Mental-illness or Intellectual-disability | 2980282 | BAYTOWN POLICE DEPARTMENT |
| ████ | 224069801010 | 8 | 1/8/2019 14:53 | 1/8/2019 18:00 | No | Mental-illness or Intellectual-disability | 2791469 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ████ | 216897901010 | 6 | 1/8/2019 0:46 | 1/8/2019 20:00 | No | disruptive | 2744212 | HOUSTON POLICE DEPARTMENT |
| ████ | 206082701010 207630201010 | 14 | 1/4/2019 4:55 | 1/8/2019 20:00 | Yes | | 1867447 | LA PORTE POLICE DEPARTMENT |
| ████ | 224147801010 | 6 | 1/7/2019 1:25 | 1/9/2019 2:00 | Yes | | 1944564 | HOUSTON POLICE DEPARTMENT |
| ████ | 223620501010 | 16 | 12/14/2018 0:06 | 1/9/2019 2:00 | Yes | | 2911238 | PASADENA POLICE DEPARTMENT |
| ████ | 223972701010 | 7 | 1/8/2019 9:50 | 1/9/2019 2:00 | No | Medical-condition | 2685990 | HOUSTON POLICE DEPARTMENT |
| ████ | 222000201010 | 6 | 1/8/2019 0:46 | 1/9/2019 2:00 | No | Medical-condition | 2744212 | HOUSTON POLICE DEPARTMENT |
| ████ | 223986401010 | 9 | 1/8/2019 11:20 | 1/9/2019 4:00 | No | disruptive per hcso; removed from court | 2909498 | HOUSTON POLICE DEPARTMENT |
| ████ | 220007801010 | 4 | 12/24/2018 12:59 | 1/9/2019 7:00 | Yes | | 2942879 | CONSTABLE PCT 6 |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■■■ | 223837001010<br>224152001010 | 4 | 1/8/2019 15:51 | 1/9/2019 7:00 | No | Mental-illness or Intellectual-disability | 2977787 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 224152301010 | 9 | 1/8/2019 15:51 | 1/9/2019 10:00 | No | Mental-illness or Intellectual-disability | 2427179 | JERSEY VILLAGE POLICE DEPARTMENT |
| ■■■ | 224152101010 | 7 | 1/8/2019 16:41 | 1/9/2019 13:00 | No | Mental-illness or Intellectual-disability | 2980385 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 223172501010 | 13 | 1/9/2019 8:30 | 1/9/2019 16:00 | No | Medical-condition | 2970331 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 224160101010 | 4 | 1/8/2019 22:33 | 1/10/2019 4:00 | No | Defendant was removed from court - disruptive. | 354275 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 224156901010 | 6 | 1/8/2019 0:40 | 1/10/2019 4:00 | Yes | | 2407468 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 224160001010 | 3 | 1/9/2019 0:15 | 1/10/2019 4:00 | No | Medical-condition | 2980523 | METRO P. D. CITY OF HOUSTON |
| ■■■ | 223645501010 | 7 | 1/9/2019 17:30 | 1/10/2019 7:00 | No | Mental-illness or Intellectual-disability | 2406917 | HOUSTON POLICE DEPARTMENT |
| ■■■ | 224164101010 | 12 | 1/9/2019 18:01 | 1/10/2019 10:00 | No | Medical-condition | 1609733 | JACINTO CITY POLICE DEPARTMENT |
| ■■■ | 224162901010 | 4 | 1/9/2019 9:58 | 1/10/2019 13:00 | No | Mental-illness or Intellectual-disability | 1030203 | METRO P. D. CITY OF HOUSTON |
| ■■■ | 224162701010 | 13 | 1/9/2019 11:12 | 1/10/2019 13:00 | No | disruptive per Sheriff's Office | 1296411 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▉▉▉▉ | 224171501010 | 6 | 1/9/2019 0:15 | 1/11/2019 2:00 | No | Medical-condition | 2814121 | BAYTOWN POLICE DEPARTMENT |
| ▉▉▉▉ | 223250501010 223255101010 | 3 | 1/10/2019 9:20 | 1/11/2019 2:00 | No | UNCOOPERATIVE | 2380485 | METRO P. D. CITY OF HOUSTON |
| ▉▉▉▉ | 224179901010 | 8 | 1/10/2019 20:51 | 1/11/2019 7:00 | No | disruptive | 2949461 | CONSTABLE PCT 5 |
| ▉▉▉▉ | 224179301010 | 5 | 1/10/2019 20:00 | 1/11/2019 7:00 | No | Mental-illness or Intellectual-disability | 188348 | CONSTABLE PCT 6 |
| ▉▉▉▉ | 224177801010 | 3 | 1/10/2019 15:56 | 1/11/2019 16:00 | No | Disruptive | 2920639 | HOUSTON POLICE DEPARTMENT |
| ▉▉▉▉ | 224178901010 | 14 | 1/10/2019 14:43 | 1/11/2019 18:00 | No | Per HCSO, D was combative. | 2980633 | HOUSTON POLICE DEPARTMENT |
| ▉▉▉▉ | 224183801010 | 11 | 1/10/2019 19:33 | 1/11/2019 23:00 | No | per hcso, is an escape risk held in segregation | 2470309 | HOUSTON POLICE DEPARTMENT |
| ▉▉▉▉ | 223259801010 | 15 | 1/11/2019 11:30 | 1/12/2019 2:00 | No | Per HCSO, D disruptive | 2233082 | HOUSTON POLICE DEPARTMENT |
| ▉▉▉▉ | 224196001010 | 2 | 1/11/2019 16:27 | 1/12/2019 7:00 | No | Medical-condition | 1933152 | HOUSTON POLICE DEPARTMENT |
| ▉▉▉▉ | 224191301010 | 4 | 1/11/2019 0:45 | 1/12/2019 10:00 | No | | 2905640 | HOUSTON POLICE DEPARTMENT |
| ▉▉▉▉ | 218443001010 | 6 | 1/12/2019 1:30 | 1/12/2019 10:00 | No | Medical-condition | 2427895 | GALENA PARK POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ███████████ | 224211001010 224211101010 | 5 | 1/12/2019 1:00 | 1/12/2019 23:00 | No | Medical-condition | 2980861 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ████████ | 223989701010 | 9 | 1/12/2019 16:21 | 1/13/2019 2:00 | No | Medical-condition | 732372 | CONSTABLE PCT 6 |
| ███████ | 222441301010 | 9 | 1/12/2019 5:20 | 1/13/2019 4:00 | No | per h | 2868284 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ████████ | 224206901010 | 10 | 1/12/2019 2:45 | 1/13/2019 4:00 | No | Medical-condition | 2660899 | HOUSTON POLICE DEPARTMENT |
| ██████ | 224212601010 | 9 | 1/12/2019 19:17 | 1/13/2019 7:00 | No | MED/ MHU | 2980868 | CONSTABLE PCT 6 |
| ██████ | 218281401010 | 12 | 1/5/2019 12:49 | 1/13/2019 10:00 | Yes | | 2741856 | PASADENA POLICE DEPARTMENT |
| ████████ | 224207801010 | 5 | 1/12/2019 1:50 | 1/13/2019 10:00 | No | Medical-condition | 2980839 | HOUSTON POLICE DEPARTMENT |
| ██████████ | 224215701010 | 4 | 1/12/2019 20:19 | 1/13/2019 13:00 | No | Unc. | 2788060 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| █████ | 212647801010 | 3 | 1/12/2019 20:04 | 1/13/2019 13:00 | No | Medical-condition | 2856440 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ███████ | 220810801010 | 16 | 1/13/2019 3:23 | 1/13/2019 13:00 | No | Medical-condition | 1188516 | SOUTH HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ⬛ | 224217301010 | 6 | 1/12/2019 18:00 | 1/13/2019 16:00 | No | Medical-condition | 2385106 | HOUSTON POLICE DEPARTMENT |
| ⬛ | 224220801010 | 4 | 1/12/2019 17:38 | 1/13/2019 18:00 | No | Medical-condition | 2980902 | HOUSTON POLICE DEPARTMENT |
| ⬛ | 224224001010 | 10 | 1/13/2018 3:30 | 1/13/2019 18:00 | Yes | | 2980917 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ⬛ | 223264501010 223045801010 | 7 | 1/12/2019 23:37 | 1/13/2019 20:00 | No | Medical-condition | 2112084 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL