# HUSCH BLACKWELL

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:   713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

January 23, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
             In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the January 12, 2019 through January 20, 2019 weekly report.  Of 505 misdemeanor arrestees, there were a total of 64 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 38 |
| Mental-illness or Intellectual-disability | 7 |
| Other reason not present | 17 |
| Hearing more than 48 hours after arrest | 2 |

                Sincerely,

                */s/ Kate David*

                Kate D. David

CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Jan 12, 2019 to Jan 20, 2019.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 223259801010 | 15 | 1/11/2019 11:30 | 1/12/2019 2:00 | No | Per HCSO, D disruptive | 2233082 | HOUSTON POLICE DEPARTMENT |
| | 224196001010 | 2 | 1/11/2019 16:27 | 1/12/2019 7:00 | No | Medical-condition | 1933152 | HOUSTON POLICE DEPARTMENT |
| | 224191301010 | 4 | 1/11/2019 0:45 | 1/12/2019 10:00 | No | | 2905640 | HOUSTON POLICE DEPARTMENT |
| | 218443001010 | 6 | 1/12/2019 1:30 | 1/12/2019 10:00 | No | Medical-condition | 2427895 | GALENA PARK POLICE DEPARTMENT |
| | 224211001010 224211101010 | 5 | 1/12/2019 1:00 | 1/12/2019 23:00 | No | Medical-condition | 2980861 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 223989701010 | 9 | 1/12/2019 16:21 | 1/13/2019 2:00 | No | Medical-condition | 732372 | CONSTABLE PCT 6 |
| | 222441301010 | 9 | 1/12/2019 5:20 | 1/13/2019 4:00 | No | per h | 2868284 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 224206901010 | 10 | 1/12/2019 2:45 | 1/13/2019 4:00 | No | Medical-condition | 2660899 | HOUSTON POLICE DEPARTMENT |
| | 224212601010 | 9 | 1/12/2019 19:17 | 1/13/2019 7:00 | No | MED/ MHU | 2980868 | CONSTABLE PCT 6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | 218281401010 | 12 | 1/5/2019 12:49 | 1/13/2019 10:00 | Yes | | 2741856 | PASADENA POLICE DEPARTMENT |
| ■ | 224207801010 | 5 | 1/12/2019 1:50 | 1/13/2019 10:00 | No | Medical-condition | 2980839 | HOUSTON POLICE DEPARTMENT |
| ■ | 212647801010 | 3 | 1/12/2019 20:04 | 1/13/2019 13:00 | No | Medical-condition | 2856440 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 224215701010 | 4 | 1/12/2019 20:19 | 1/13/2019 13:00 | No | Unc. | 2788060 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 220810801010 | 16 | 1/13/2019 3:23 | 1/13/2019 13:00 | No | Medical-condition | 1188516 | SOUTH HOUSTON POLICE DEPARTMENT |
| ■ | 224217301010 | 6 | 1/12/2019 18:00 | 1/13/2019 16:00 | No | Medical-condition | 2385106 | HOUSTON POLICE DEPARTMENT |
| ■ | 224220801010 | 4 | 1/12/2019 17:38 | 1/13/2019 18:00 | No | Medical-condition | 2980902 | HOUSTON POLICE DEPARTMENT |
| ■ | 223045801010 223264501010 | 7 | 1/12/2019 23:37 | 1/13/2019 20:00 | No | Medical-condition | 2112084 | HOUSTON POLICE DEPARTMENT |
| ■ | 223770001010 | 16 | 1/13/2019 19:00 | 1/14/2019 2:00 | No | Medical-condition | 1806721 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 224214201010 | 7 | 1/12/2019 17:31 | 1/14/2019 7:00 | No | Refused to attend PC Court | 2630386 | PASADENA POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▇ | 224162101010 223324401010 | 14 | 1/14/2019 1:12 | 1/14/2019 10:00 | No | Mental-illness or Intellectual-disability | 2705919 | LA PORTE POLICE DEPARTMENT |
| ▇ | 224233001010 | 3 | 1/13/2019 22:21 | 1/14/2019 13:00 | No | Medical-condition | 2964351 | GALENA PARK POLICE DEPARTMENT |
| ▇ | 222993901010 | 15 | 1/14/2019 0:36 | 1/14/2019 13:00 | No | disruptive | 2340417 | HOUSTON POLICE DEPARTMENT |
| ▇ | 224232101010 | 9 | 1/13/2018 16:53 | 1/14/2019 16:00 | No | Disruptive - per HCSO | 1772721 | HOUSTON POLICE DEPARTMENT |
| ▇ | 224230501010 | 12 | 1/13/2019 15:01 | 1/14/2019 16:00 | No | Mental-illness or Intellectual-disability | 2734135 | HOUSTON POLICE DEPARTMENT |
| ▇ | 223417401010 | 6 | 1/14/2019 9:20 | 1/14/2019 23:00 | No | Medical-condition | 2974112 | HOUSTON POLICE DEPARTMENT |
| ▇ | 224244101010 | 1 | 1/14/2019 15:17 | 1/15/2019 4:00 | No | Medical-condition | 1681724 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 224248601010 | 2 | 1/14/2019 19:21 | 1/15/2019 10:00 | No | very loud outburst while being interviewed by PD i | 2872381 | HOUSTON POLICE DEPARTMENT |
| ▇ | 224237101010 | 11 | 1/14/2019 3:43 | 1/15/2019 13:00 | No | Medical-condition | 2981045 | CONSTABLE PCT 7 |
| ▇ | 211735601010 | 9 | 1/15/2019 9:24 | 1/16/2019 10:00 | No | Medical-condition | 2781592 | KATY PD |
| ▇ | 223263401010 224259401010 | 1 | 1/15/2019 18:00 | 1/16/2019 10:00 | No | Medical-condition | 2843976 | SHERIFFS DEPARTMENT HARRIS COUNTY |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 224261501010 | 13 | 1/15/2019 23:00 | 1/16/2019 13:00 | No | Medical-condition | 503222 | HOUSTON POLICE DEPARTMENT |
| ■ | 224257501010 | 2 | 1/15/2019 10:25 | 1/16/2019 16:00 | No | Disruptive - per HCSO | 2382245 | HOUSTON POLICE DEPARTMENT |
| ■ | 223336501010 | 4 | 1/16/2019 14:54 | 1/16/2019 18:00 | No | Medical-condition | 1405206 | CONSTABLE PCT 3 |
| ■ | 224077501010 | 9 | 1/16/2019 12:19 | 1/16/2019 20:00 | No | Medical-condition | 1865322 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 223541901010 | 6 | 1/16/2019 13:00 | 1/16/2019 23:00 | No | Medical-condition | 2932546 | HOUSTON FIRE DEPARTMENT ARSON DIVISION |
| ■ | 224244401010 | 4 | 1/16/2019 10:01 | 1/16/2019 23:00 | No | Medical-condition | 2870987 | JERSEY VILLAGE POLICE DEPARTMENT |
| ■ | 221894401010 | 1 | 1/16/2019 17:30 | 1/17/2019 2:00 | No | Medical-condition | 1657079 | PASADENA POLICE DEPARTMENT |
| ■ | 224273601010 | 3 | 1/16/2019 16:00 | 1/17/2019 4:00 | No | disruptive per hcso | 404440 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 224272301010 | 5 | 1/16/2019 11:10 | 1/17/2019 7:00 | No | Mental-illness or Intellectual-disability | 2586055 | HOUSTON POLICE DEPARTMENT |
| ■ | 224273501010 | 2 | 1/18/2019 1:38 | 1/17/2019 7:00 | No | Mental-illness or Intellectual-disability | 2011070 | KATY PD |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| █ | 224276301010 | 15 | 1/16/2019 22:56 | 1/17/2019 10:00 | No | Medical-condition | 2055828 | UNIVERSITY OF TEXAS POLICE DEPT. |
| █ | 224270101010 | 9 | 1/16/2019 12:23 | 1/17/2019 10:00 | No | disruptive per SO | 1518712 | HOUSTON POLICE DEPARTMENT |
| █ | 224277101010 | 5 | 1/17/2019 0:30 | 1/17/2019 13:00 | No | No interpreter available for Chuukese anytime toda | 2981433 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| █ | 224276601010 | 1 | 1/16/2019 17:22 | 1/17/2019 16:00 | No | Mental-illness or Intellectual-disability | 1166680 | CONSTABLE PCT 4 |
| █ | 224279001010 224279101010 | 10 | 1/17/2019 2:29 | 1/17/2019 18:00 | No | Disruptive - per HCSO | 2739544 | CONSTABLE PCT 5 |
| █ | 222714901010 | 16 | 1/17/2019 11:17 | 1/17/2019 20:00 | No | Medical-condition | 2234962 | LA PORTE POLICE DEPARTMENT |
| █ | 224286601010 | 6 | 1/16/2019 21:00 | 1/18/2019 4:00 | No | COMBATIVE WAS/IS TO BE RELEASED UNDER SB 7 | 2981582 | CONSTABLE PCT 4 |
| █ | 224288601010 | 9 | 1/17/2019 16:00 | 1/18/2019 7:00 | No | Mental-illness or Intellectual-disability | 2759484 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| █ | 221774501010 | 11 | 1/17/2019 20:00 | 1/18/2019 20:00 | No | per PD disruptive | 2313875 | METRO P. D. CITY OF HOUSTON |
| █ | 224289601010 | 1 | 1/17/2019 17:17 | 1/18/2019 23:00 | No | Medical-condition | 2458407 | DEER PARK POLICE DEPARTMENT |
| █ | 224307101010 | 14 | 1/18/2019 16:26 | 1/19/2019 4:00 | No | Medical-condition | 2577083 | CONSTABLE PCT 1 |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ██ | 224305701010 | 15 | 1/18/2019 12:16 | 1/19/2019 4:00 | No | Medical-condition | 2981776 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ██ | 224307301010 | 16 | 1/19/2019 15:13 | 1/19/2019 20:00 | No | Medical-condition | 2417445 | HOUSTON POLICE DEPARTMENT |
| ██ | 224083001010 | 3 | 1/19/2019 7:13 | 1/19/2019 23:00 | No | Medical-condition | 2721591 | HOUSTON POLICE DEPARTMENT |
| ██ | 224310201010 | 13 | 1/18/2019 20:15 | 1/19/2019 23:00 | No | Medical-condition | 1826721 | HOUSTON POLICE DEPARTMENT |
| ██ | 224310701010 | 4 | 1/18/2019 15:41 | 1/19/2019 23:00 | No | Medical-condition | 1650908 | HOUSTON POLICE DEPARTMENT |
| ██ | 224318201010 | 1 | 1/18/2019 22:17 | 1/20/2019 2:00 | No | Medical-condition | 2352573 | HOUSTON POLICE DEPARTMENT |
| ██ | 224316201010 | 15 | 1/19/2019 3:13 | 1/20/2019 4:00 | No | per hcso def disruptive | 2980660 | HOUSTON POLICE DEPARTMENT |
| ██ | 221882701010 | 14 | 1/19/2019 23:20 | 1/20/2019 7:00 | No | Mental-illness or Intellectual-disability | 2647761 | KATY PD |
| ██ | 221155501010 | 8 | 1/9/2019 16:07 | 1/20/2019 7:00 | Yes | | 2953278 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ██ | 217936401010 | 14 | 1/19/2019 4:01 | 1/20/2019 10:00 | No | Medical-condition | 1802569 | HOUSTON POLICE DEPARTMENT |

CONFIDENTIAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 224329401010 | 7 | 1/20/2019 1:49 | 1/20/2019 16:00 | No | Medical-condition | 2919957 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 224338701010 | 4 | 1/20/2019 12:30 | 1/20/2019 23:00 | No | Medical-condition | 2621136 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 224331201010 | 8 | 1/19/2019 23:00 | 1/20/2019 23:00 | No | Medical-condition | 2831690 | HOUSTON POLICE DEPARTMENT |