UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |  |
|---|---|---|
| MARANDA LYNN ODONNELL, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 16-cv-01414 (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. | ) ) | The Honorable Lee H. Rosenthal U.S. District Judge |
| Defendants. | ) ) ) | |

## NOTICE AND EXPLANATION OF NEW LOCAL RULE

The Harris County Criminal Court at Law Judges, Harris County, the Harris County Sheriff, the Harris County Hearing Officers, and the Plaintiffs jointly file this Notice, informing the Court that the Judges promulgated Amended Local Rule 9.1, *see* Exhibit 1, on January 17, 2019,[1] eliminating the secured bail schedule as a means of making release and detention decisions. The Rule was a collaborative effort: it was the product of intensive study by the Plaintiffs, Defendants, and other stakeholders in Harris County, including the Sheriff and his command staff, the Harris County District Attorney, the Harris County Public Defender, Presiding Judge Darrell Jordan, and all sixteen judges of the Harris County Criminal Courts at Law. It was developed in coordination with the District Attorney and Public Defender to ensure that its implementation is feasible and has the support of all Harris County officials whose cooperation will be essential to the misdemeanor bail system functioning in a constitutional and effective manner. The Judges'

---

[1] The parties may continue to refine the language jointly during the implementation process to clarify and to address implementation issues. *See, e.g.*, Exhibit 3 (the Judges intend to make the clarifying, non-substantive line-edits to the Rule promulgated on Jan. 16, reflected in the redlined document). The parties will notify the Court promptly of any updates to the local rule.

Rule requires implementation by February 16, 2018. Key provisions are explained in the accompanying Brief. *See* Exhibit 2.

The parties believe that the new rule provides a foundation for a broader, global settlement and consent decree that could resolve Plaintiffs' challenge to the County's misdemeanor bail policies and practices. The Parties are working toward that goal and are prepared to address the details of the new rule at the February 1 hearing.

Date: January 25, 2019

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
*/s/ Charles Gerstein*
Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Charles Gerstein
charlie@civilrightscorps.org
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Telephone: (202) 681-2721

*/s/ Susanne Pringle*
Susanne Pringle
Texas Bar No. 24083686
springle@fairdefense.org
Texas Fair Defense Project
314 E. Highland Mall Blvd.
Suite 180
Austin, Texas 78752
Telephone: (512) 637-5220
Facsimile: (512) 637-5224

*Attorneys for Plaintiffs*

*/s/ A Van Fleet*

Respectfully Submitted,

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 336-8330

G. Allan Van Fleet
Texas Bar No. 20494700
allanvanfleet@gmail.com
G. Allan Van Fleet, P.C.
6218 Elm Heights LN, Suite 201
Houston, TX 77081
(713) 826-1954

*/s/ Mark Correro*
Mark A. Correro
Texas Bar No. 24045702
Mark@CorreroLeisure.com
Correro & Leisure, P.C.
2909 Hillcroft Avenue, Suite 560
Houston, Texas 77057
Tel: 713.955.3323
Fax: 832.240.5353

*Attorneys for Defendants Harris County Criminal Courts at Law Judges*

*/s/ Victoria Jimenez*
OF COUNSEL, VINCE RYAN
Harris County Attorney

VICTORIA L. JIMENEZ
Assistant County Attorney
Federal I.D. No. 2522937
State Bar No. 24060021
1861 Old Spanish Trail
Houston, Texas 77054
Telephone:  (832) 927-5211
Facsimile: (713) 755-8924
E-mail: victoria.jimenez@cao.hctx.net

*Attorney for Defendant Sheriff Ed Gonzalez*

*/s/ Melissa L. Spinks*
OF COUNSEL, VINCE RYAN
Harris County Attorney

MELISSA L. SPINKS
Assistant County Attorney
Federal I.D. 1312334

State Bar No. 24029431
1019 Congress, 15ᵗʰ Floor
Houston, Texas 77002
Telephone: (713) 274-5132
Facsimile: (713) 755-8924
melissa.spinks@cao.hctx.net

*Attorney for Defendant Harris County*

**HUSCH BLACKWELL LLP**

By: */s/ Mike Stafford*
Mike Stafford
State Bar No. 18996970
Katharine D. David
State Bar No. 24045749
Philip J. Morgan
State Bar No. 24069008
Benjamin R. Stephens
State Bar No. 24098472
600 Travis, Suite 2350
Houston, Texas 77002
Phone: (713) 647-6800
Fax:  (713) 647-6884
mike.stafford@huschblackwell.com
kate.david@huschblackwell.com
phil.morgan@huschblackwell.com
ben.stephens@huschblackwell.com

*Attorneys for Harris County and the Hearing Officers*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Elizabeth Rossi*
Elizabeth Rossi