**HUSCH BLACKWELL**

Kate D. David
Office Managing Partner

600 Travis, Suite 2350
Houston, Texas 77002
Direct:   713.525.6258
Fax: 713.647.6884
kate.david@huschblackwell.com

March 5, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the February 23, 2019 through March 3, 2019 weekly report.  Of 441 misdemeanor arrestees, there were a total of 35 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest.  Please see below:

| **Reason** | **Count** |
|---|---|
| Medical-condition | 11 |
| Mental-illness or Intellectual-disability | 0 |
| Other reason not present | 5 |
| Hearing more than 48 hours after arrest | 19 |

              Sincerely,

              */s/ Kate David*

              Kate D. David

CONFIDENTIAL - Weekly Report: Hearing over 48 hours or not present from Feb 23, 2019 to Mar 3, 2019.

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 222785701010 | 8 | 2/21/2019 2:30 | 2/23/2019 2:00 | Yes | | 2966476 | HOUSTON POLICE DEPARTMENT |
| | 224824201010 | 16 | 2/22/2019 13:22 | 2/23/2019 4:00 | No | Medical-condition | 2982348 | CONSTABLE PCT 4 |
| | 220354501010 | 14 | 2/22/2019 18:30 | 2/23/2019 4:00 | No | Medical-condition | 2105427 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 224812001010 224812101010 | 13 | 2/21/2019 16:20 | 2/23/2019 16:00 | Yes | | 2986212 | HOUSTON POLICE DEPARTMENT |
| | 210119501010 | 4 | 2/21/2019 19:15 | 2/24/2019 2:00 | Yes | | 2429919 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 221801501010 | 9 | 2/21/2019 21:50 | 2/24/2019 4:00 | Yes | | 1931369 | CONSTABLE PCT 4 |
| | 224619701010 | 7 | 2/22/2019 22:40 | 2/24/2019 4:00 | No | defendant became disruptive during court | 2033502 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 219771101010 | 13 | 2/6/2019 12:30 | 2/24/2019 13:00 | Yes | | 2599579 | CONSTABLE PCT 5 |
| | 224847501010 | 2 | 2/23/2019 23:00 | 2/24/2019 13:00 | No | Medical-condition | 2380232 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 224861901010 224862001010 | 1 | 2/22/2019 19:20 | 2/24/2019 23:00 | No | Per HCSO, D combative | 2182267 | CONSTABLE PCT 6 |
| | 213925601010 | 2 | 2/18/2019 9:00 | 2/25/2019 23:00 | Yes | | 2790826 | HOUSTON POLICE DEPARTMENT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ███ | 224873201010 | 8 | 1/20/2001 10:15 | 2/26/2019 10:00 | Yes | | 2979933 | HOUSTON POLICE DEPARTMENT |
| ███ | 224873601010 | 1 | 9/27/1982 2:50 | 2/26/2019 16:00 | Yes | | 2986728 | PASADENA POLICE DEPARTMENT |
| ███ | 224203001010 | 4 | 2/24/2019 0:33 | 2/26/2019 23:00 | Yes | | 1956744 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ███ | 224882801010 | 13 | 2/20/2019 3:16 | 2/27/2019 7:00 | Yes | | 1609294 | HOUSTON POLICE DEPARTMENT |
| ███ | 224494701010 224875301010 | 3 | 2/25/2019 8:46 | 2/27/2019 10:00 | No | Medical-condition | 1707824 | HOUSTON POLICE DEPARTMENT |
| ███ | 223883301010 | 11 | 2/26/2019 18:40 | 2/27/2019 23:00 | No | Medical-condition | 1268021 | HOUSTON POLICE DEPARTMENT |
| ███ | 224880301010 | 4 | 2/25/2019 19:30 | 2/27/2019 23:00 | Yes | | 2708314 | CONSTABLE PCT 4 |
| ███ | 224895401010 | 2 | 2/27/2019 1:24 | 2/27/2019 23:00 | No | Medical-condition | 2081490 | PASADENA POLICE DEPARTMENT |
| ███ | 224900001010 | 7 | 2/27/2019 10:33 | 2/28/2019 13:00 | No | per HCSO defendant is disruptive | 1864450 | HOUSTON POLICE DEPARTMENT |
| ███ | 224694401010 | 7 | 2/26/2019 10:20 | 2/28/2019 18:00 | Yes | | 2981040 | HOUSTON COMMUNITY COLLEGE P.D. |
| ███ | 216024501010 223163101010 | 4 | 2/28/2019 9:30 | 3/1/2019 4:00 | No | Medical-condition | 2730342 | DEPARTMENT OF PUBLIC SAFETY |

CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▮ | 224151801010 | 5 | 2/28/2019 19:00 | 3/1/2019 4:00 | No | Medical-condition | 2980384 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▮ | 224911201010 | 2 | 2/22/2019 5:01 | 3/1/2019 7:00 | Yes | | 2084862 | HOUSTON POLICE DEPARTMENT |
| ▮ | 224917701010 | 12 | 2/28/2019 0:00 | 3/1/2019 7:00 | No | Medical-condition | 1475311 | CONSTABLE PCT 6 |
| ▮ | 200514301010 216920901010 224910701010 224910801010 | 4 | 2/20/2019 1:29 | 3/1/2019 7:00 | Yes | | 2774756 | BAYTOWN POLICE DEPARTMENT |
| ▮ | 223992601010 | 8 | 1/28/2019 17:37 | 3/1/2019 13:00 | Yes | | 2497216 | HARRIS COUNTY D. A. |
| ▮ | 218114001010 218114101010 | 2 | 2/26/2019 20:00 | 3/1/2019 13:00 | Yes | | 2928974 | CONSTABLE PCT 5 |
| ▮ | 223342801010 | 4 | 3/1/2019 0:15 | 3/1/2019 16:00 | No | Disruptive | 2961926 | HOUSTON POLICE DEPARTMENT |
| ▮ | 224923501010 | 15 | 3/1/2019 4:43 | 3/1/2019 16:00 | No | Disruptive | 2938265 | CONSTABLE PCT 5 |
| ▮ | 224922701010 | 10 | 2/28/2019 0:27 | 3/2/2019 2:00 | Yes | | 1954639 | HOUSTON POLICE DEPARTMENT |
| ▮ | 224937801010 | 13 | 2/2/2019 0:40 | 3/2/2019 13:00 | Yes | | 2587030 | CONSTABLE PCT 5 |
| ▮ | 224916401010 | 13 | 2/28/2019 17:53 | 3/3/2019 4:00 | No | Medical-condition | 1722835 | CONSTABLE PCT 5 |
| ▮ | 224914801010 | 13 | 2/28/2019 14:20 | 3/3/2019 4:00 | No | Medical-condition | 2987176 | PASADENA POLICE DEPARTMENT |

CONFIDENTIAL

| | 222391101010 | 12 | 2/28/2019 23:13 | 3/3/2019 16:00 | Yes | | 771914 | HEDWIG VILLAGE POLICE DEPARTMENT |
|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL