IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Maranda Lynn ODonnell, et al., § | |
| On behalf of herself and all others § | |
| similarly situated, plantiffs § | Case No. 4:16-cv-01414 |
| v. § | H-16-1414 |
| HARRIS COUNTY, et al., HARRIS § | |
| COUNTY CRIMINAL COURTS, HARRIS § | |
| COUNTY SHERRIF, DEFENDANTS § | |

United States Courts
Southern District of Texas
FILED

MAR 04 2019

David J. Bradley, Clerk of Court

## REQEST FOR JOINDER AS PLANTIFF

Comes now Andre Gaskin, upon the affixed Decleration and Pursuant to the Eigth Amendment of the United States of America, being held with excessive bail in Harris County Jail for 14 montns, does hereby request this honorable court for joinder, as plantiff, in the above refrenced action at this courts earliest opportunity.

## RELIEF SOUGHT

WHEREFORE, Andre Gaskin, requests the adoption of all relief sought and additionally requests this honorable court order Harris County Criminal court #179, Judge Presiding to lower bail, upon the affixed decleration to a reasonable amount and such and other relief as this court may find fit and proper.

Andre Gaskin  2/25/2019

Spn# (02748394)  Andre Gaskin  Executed

Decleration in Chief

Pursuant to 28 U.S.C. § 1746

I, Andre Gaskin, hereafter "declarant", do hereby declare under penalty of perjury that the following facts are true and correct to the best of my recollection, knowledge, and belief.

1. Declarant was arrested under cause #'s 1573100 and 1565629 on the 14th day of December, 2017 and is presently confined in Harris County Jail at 1200 Baker St., Houston Texas under Spn #02748394. Bail has been set in the amount of $200,000 for each cause #'s.

2. Declarant is unable to post bail in the amount set and believes that the amount is excessive for the following reasons: Declarant cannot pay bail, reason being, declarant has not been working.

3. Declarant has lived in Texas for 15 years and currently resides at 1503 Neptune Ln for 15 years.

4. Declarant does unconditionally promise to appear at all court appearances as required by the laws of Texas and set by the judges presiding over the above referenced cause #'s 1573100 and 1565629

5. Declarant will be working at Clear Lake in his prospective

field of food service and cooking.

6. Declarant has extensive family and community support to insure his/her appearance at court, his financial support and to insure declarant continues to be a productive member of society.

7. Declarant has stated his willingness to avoid the complaintants until the disposition of the case.

8. Prior to confinement declarant applied to become a member of the U.S. Army and scored a 88 on the ASVAB test. Declerant was in the process of selecting his job/MO and preparing himself for basic training.

9. Declarant attended Clear Lake City Elementary, Space Center Intermediate, and Clear Lake High School where declarant graduated. Declarant also attended A&M Kingsville for one semester.

10. References: Kimberly Allen (Mother), 1503 Neptune Ln Houston TX 77062 (Address), 281-989-3329. Andre Gaskin (Father), 17 Continental Dr. Hampton, Virginia 23669 Appartment A

_Andre Gaskin_    executed: 2/25/2019

Andre Gaskin, Declarant

# CERTIFICATE OF SERVICE

I, undersigned, do certify that the following parties have been mailed a true and correct copy of the request for joinder and Declaration in Chief.

| | |
|---|---|
| Clerk of Courts | District Attorneys office |
| Court # 179 | 1201 Franklin St., Suite 600 |
| 1201 Franklin St | Houston, Tx 77002 |
| Houston, Tx 77002 | |

| | |
|---|---|
| Andre Gaskin | 2/25/2019 |
| Andre Gaskin | Executed |

United States District Court
Southern District of Texas
FILED
MAR 04 2019
David J. Bradley, Clerk of Court

From: Andre Gaskin

HARRIS COUNTY JAIL

Spn# 02748394

1200 Baker St

Houston, Texas 77002

To: Clerk of Courts

United States District Court

for the Southern District of Texas

515 Rusk

Houston, Texas 77002

RE: Cause No. ~~~~~~~~~ 4:16-CV-01414 / H-16-1414

Dear Clerk,

Please file request for joinder and decleration in the court above referenced cause No. and notify all parties not refrenced in certificate of service via ecf system.

If you are unable to complete any of the above requests please notify submitter immediatley.

Your expiditious attention in this matter is of greatest importance.

Sincerly,

Andre Gaskin                                     Date: 2/25/2019

Andre Gaskin

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Andre Gaskin
SPN: 02748394   Cell: 5C2
Street: 1200 Baker St
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**

LEGAL MAIL
Date Mailed: 2/25/2019  •Prison Mail Box•

United States District Court
Southern District of Texas
FILED
MAR 04 2019
David J. Bradley, Clerk of Court

Clerk of Courts
United States District Court for the Southern District of Texas
515 Rusk
Houston, Texas 77002

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50⁰
02 4W
0000334684 FEB. 26. 2019