

The Office of Vince Ryan
County Attorney

April 3, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the March 23, 2019 through March 31, 2019 weekly report. Of 433 misdemeanor arrestees, there were a total of 35 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 7 |
| Mental-illness or Intellectual-disability | 2 |
| Other reason not present | 12 |
| Hearing more than 48 hours after arrest | 14 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Report March 24—March 31, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▓ | 225249301010 | 8 | 3/22/2019 9:36 | 3/23/2019 4:00 | No | Medical-condition | 1203698 | HOUSTON POLICE DEPARTMENT |
| ▓ | 225249401010 | 7 | 3/22/2019 13:07 | 3/23/2019 4:00 | No | Medical-condition | 2807563 | HOUSTON POLICE DEPARTMENT |
| ▓ | 225136201010 | 15 | 3/20/2019 17:25 | 3/23/2019 10:00 | Yes | | 2973335 | HOUSTON POLICE DEPARTMENT |
| ▓ | 225070901010 | 3 | 3/21/2019 18:14 | 3/23/2019 18:00 | Yes | | 2105456 | TOMBALL POLICE DEPARTMENT |
| ▓ | 224218101010 | 12 | 3/23/2019 6:00 | 3/23/2019 18:00 | No | Granted pre-trial release bond before docket. | 2444344 | HOUSTON POLICE DEPARTMENT |
| ▓ | 225256501010 | 16 | 3/23/2019 2:40 | 3/23/2019 18:00 | No | Granted pre-trial release bond before docket. | 2709115 | CONSTABLE PCT 8 |
| ▓ | 221051401010 225258001010 | 2 | 3/23/2019 10:15 | 3/23/2019 20:00 | No | Per HCSO, D combative. | 2032764 | HOUSTON POLICE DEPARTMENT |
| ▓ | 225258301010 | 5 | 3/23/2019 0:22 | 3/23/2019 23:00 | No | Medical-condition | 2939851 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Report March 24—March 31, 2019

| ID | | | | | | | |
|---|---|---|---|---|---|---|---|
| 225260601010 | 11 | 3/23/2019 10:40 | 3/24/2019 2:00 | No | Mental-illness or Intellectual-disability | 2508921 | HOUSTON POLICE DEPARTMENT |
| 223976501010 | 6 | 3/23/2019 19:23 | 3/24/2019 10:00 | No | Medical-condition | 2159307 | HOUSTON POLICE DEPARTMENT |
| 225262601010 | 15 | 3/23/2019 1:48 | 3/24/2019 23:00 | No | Medical-condition | 1226339 | HOUSTON POLICE DEPARTMENT |
| 225280901010 | 2 | 3/2/2019 15:10 | 3/25/2019 13:00 | No | Medical-condition | 2312767 | BELLAIRE POLICE DEPARTMENT |
| 225297201010 | 4 | 3/25/2019 19:48 | 3/26/2019 13:00 | No | disruptive per so | 2936395 | HOUSTON POLICE DEPARTMENT |
| 225304601010 | 16 | 3/24/2019 23:00 | 3/27/2019 7:00 | Yes | | 2812078 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 225308001010 | 2 | 3/26/2019 13:35 | 3/27/2019 13:00 | No | segrigation per so | 2573920 | HOUSTON POLICE DEPARTMENT |
| 225293501010 | 15 | 3/25/2019 9:45 | 3/27/2019 16:00 | Yes | | 2644016 | HOUSTON POLICE DEPARTMENT |
| 225290401010 | 10 | 3/25/2019 9:48 | 3/27/2019 18:00 | Yes | | 311649 | HOUSTON POLICE DEPARTMENT |
| 225314301010 | 12 | 3/26/2019 22:28 | 3/27/2019 18:00 | No | disruptive per HCSO | 2795208 | HOUSTON POLICE DEPARTMENT |
| 225321601010 | 2 | 3/27/2019 15:44 | 3/28/2019 4:00 | No | Medical-condition | 2242167 | SHERIFFS DEPARTMENT HARRIS COUNTY |

Confidential Weekly Report March 24—March 31, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 225317801010 | 11 | 3/26/2019 20:30 | 3/28/2019 20:00 | Yes | | 1735439 | CONSTABLE PCT 4 |
| 225316201010 | 13 | 3/27/2019 1:50 | 3/29/2019 2:00 | Yes | | 2860116 | HOUSTON POLICE DEPARTMENT |
| 225315401010 | 3 | 3/27/2019 2:20 | 3/29/2019 2:00 | Yes | | 2729407 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 225309001010 | 4 | 3/26/2019 10:58 | 3/29/2019 4:00 | No | b/c def has been housed and not bonded out / passe | 2682647 | CONSTABLE PCT 1 |
| 221153801010 | 7 | 3/28/2019 21:15 | 3/29/2019 10:00 | No | Seg | 2877662 | HOUSTON POLICE DEPARTMENT |
| 225321501010 | 8 | 3/27/2019 12:50 | 3/29/2019 10:00 | No | Taken to Ct | 2592328 | HOUSTON POLICE DEPARTMENT |
| 224855401010 | 16 | 3/26/2019 11:00 | 3/29/2019 10:00 | Yes | | 1650908 | HOUSTON POLICE DEPARTMENT |
| 225343401010 | 10 | 3/28/2019 20:45 | 3/29/2019 10:00 | No | refused to come to Court | 2799464 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 225286801010 | 6 | 3/25/2019 2:23 | 3/29/2019 10:00 | Yes | | 2453903 | HOUSTON POLICE DEPARTMENT |
| 225330301010 | 7 | 3/27/2019 11:56 | 3/29/2019 10:00 | No | Combative | 2984752 | ALIEF ISD POLICE DEPARTMENT |

Confidential Weekly Report March 24—March 31, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▓ 225335801010 | 15 | 3/28/2019 10:34 | 3/30/2019 13:00 | Yes | | 2990966 | HOUSTON POLICE DEPARTMENT |
| ▓ 225351101010 | 3 | 3/29/2019 2:52 | 3/31/2019 2:00 | Yes | | 2937546 | CONSTABLE PCT 3 |
| ▓ 224444401010 221116501010 | 2 | 3/29/2019 1:15 | 3/31/2019 2:00 | Yes | | 2895359 | HOUSTON POLICE DEPARTMENT |
| ▓ 225312501010 225320201010 225357701010 | 1 | 3/29/2019 4:09 | 3/31/2019 4:00 | No | Mental-illness or Intellectual-disability | 2680924 | HOUSTON POLICE DEPARTMENT |
| ▓ 223829201010 | 5 | 3/30/2019 14:55 | 3/31/2019 10:00 | No | Refused to come to Ct | 2464268 | HOUSTON POLICE DEPARTMENT |
| ▓ 225355301010 | 7 | 3/29/2019 6:39 | 3/31/2019 13:00 | Yes | | 2991202 | HOUSTON POLICE DEPARTMENT |