

The Office of Vince Ryan
County Attorney

---

April 9, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the March 30, 2019 through April 7, 2019 weekly report. Of 441 misdemeanor arrestees, there were a total of 30 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 3 |
| Mental-illness or Intellectual-disability | 5 |
| Other reason not present | 9 |
| Hearing more than 48 hours after arrest | 13 |

                        Sincerely,

                        */s/ Melissa Spinks*
                        Melissa Spinks

Confidential Weekly Report March 30-April 7, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | Defendant SPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 225335801010 | 15 | 3/28/2019 10:34 | 3/30/2019 13:00 | Yes | | 2990966 | HOUSTON POLICE DEPARTMENT |
| | 225351101010 | 3 | 3/29/2019 2:52 | 3/31/2019 2:00 | Yes | | 2937546 | CONSTABLE PCT 3 |
| | 224444401010 221116501010 | 2 | 3/29/2019 1:15 | 3/31/2019 2:00 | Yes | | 2895359 | HOUSTON POLICE DEPARTMENT |
| | 225312501010 225320201010 225357701010 | 1 | 3/29/2019 4:09 | 3/31/2019 4:00 | No | Mental-illness or Intellectual-disability | 2680924 | HOUSTON POLICE DEPARTMENT |
| | 223829201010 | 5 | 3/30/2019 14:55 | 3/31/2019 10:00 | No | Refused to come to Ct | 2464268 | HOUSTON POLICE DEPARTMENT |
| | 225355301010 | 7 | 3/29/2019 6:39 | 3/31/2019 13:00 | Yes | | 2991202 | HOUSTON POLICE DEPARTMENT |
| | 216714301010 | 6 | 3/31/2019 15:00 | 4/1/2019 2:00 | No | Medical-condition | 1819551 | HOUSTON POLICE DEPARTMENT |
| | 219897701010 | 16 | 4/5/2018 8:30 | 4/2/2019 10:00 | Yes | | 2942156 | SHERIFFS DEPARTMENT HARRIS COUNTY |

Confidential Weekly Report March 30-April 7, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 217522601010 | 11 | 4/1/2019 22:10 | 4/2/2019 16:00 | No | disruptive per HCSO | 2745972 | HOUSTON POLICE DEPARTMENT |
| 223886101010 224576601010 224896201010 | 5 | 2/5/2019 15:44 | 4/2/2019 23:00 | Yes | | 2704628 | WEBSTER POLICE DEPARTMENT |
| 225241001010 225241101010 | 13 | 4/1/2019 11:35 | 4/3/2019 13:00 | Yes | | 2073622 | HOUSTON POLICE DEPARTMENT |
| 225414501010 | 15 | 4/3/2019 1:39 | 4/3/2019 18:00 | No | Mental-illness or Intellectual-disability | 2659673 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 224504401010 | 3 | | 4/3/2019 20:00 | No | disruptive | 2134355 | HOUSTON POLICE DEPARTMENT |
| 225423801010 | 1 | 4/3/2019 13:53 | 4/4/2019 7:00 | No | Medical-condition | 2989848 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 221121901010 | 12 | 6/20/2018 11:47 | 4/4/2019 16:00 | Yes | | 2356849 | CONSTABLE PCT 4 |
| 225227601010 | 1 | 4/4/2019 0:15 | 4/4/2019 18:00 | No | Mental-illness or Intellectual-disability | 2804862 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Report March 30-April 7, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ■ | 225438101010 | 5 | 4/4/2019 5:10 | 4/5/2019 7:00 | No | Combative | 2992077 | HOUSTON POLICE DEPARTMENT |
| ■ | 207752301010 | 14 | 4/3/2019 15:00 | 4/5/2019 16:00 | Yes | | 1759940 | HARRIS COUNTY D. A. |
| ■ | 225444701010 | 6 | 4/5/2019 0:09 | 4/5/2019 16:00 | No | Medical-condition | 2847251 | HOUSTON POLICE DEPARTMENT |
| ■ | 225445901010 | 4 | 4/4/2019 21:33 | 4/5/2019 18:00 | No | Per HCSO, D in segregated housing. | 2228516 | HOUSTON POLICE DEPARTMENT |
| ■ | 225448201010 | 1 | 4/4/2019 23:30 | 4/5/2019 23:00 | No | per PD def was combative | 2915068 | HOUSTON POLICE DEPARTMENT |
| ■ | 225450701010 | 15 | 4/5/2019 13:03 | 4/5/2019 23:00 | No | he was removed from the court room, swaying back a | 2992266 | CONSTABLE PCT 4 |
| ■ | 224809401010 | 1 | 2/21/2019 10:06 | 4/6/2019 10:00 | Yes | | 947280 | BAYTOWN POLICE DEPARTMENT |

Confidential Weekly Report March 30-April 7, 2019

| ID | | Count | Start | End | | Notes | Ref | Agency |
|---|---|---|---|---|---|---|---|---|
| | 222976801010 | 9 | 4/4/2019 5:00 | 4/6/2019 16:00 | Yes | | 2532856 | HOUSTON POLICE DEPARTMENT |
| | 224944501010 225457901010 | 1 | 4/5/2019 20:21 | 4/6/2019 16:00 | No | Disruptive | 1359046 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 224773401010 | 3 | 4/4/2019 16:09 | 4/6/2019 16:00 | Yes | | 2327206 | METRO P. D. CITY OF HOUSTON |
| | 225303201010 | 15 | 4/3/2019 9:45 | 4/6/2019 16:00 | Yes | | 2499106 | HOUSTON POLICE DEPARTMENT |
| | 225466801010 | 16 | 4/5/2019 22:20 | 4/7/2019 2:00 | No | Mental-illness or Intellectual-disability | 1757381 | HOUSTON POLICE DEPARTMENT |
| | 225471301010 | 15 | 4/6/2019 15:00 | 4/7/2019 20:00 | No | Per HCSO, D combative. | 2293601 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 225458701010 | 6 | 4/5/2019 17:20 | 4/7/2019 20:00 | No | Mental-illness or Intellectual-disability | 394622 | HOUSTON POLICE DEPARTMENT |