

The Office of Vince Ryan
County Attorney

June 4, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

Re: Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the May 25, 2019 through June 2, 2019 weekly report. Of 477 misdemeanor arrestees, there were a total of 26 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 00010 |
| Mental-illness or Intellectual-disability | 00001 |
| Other reason not present | 00007 |
| Hearing more than 48 hours after arrest | 00008 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Status Report May 25-June 2, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 226101601010 | 6 | 5/22/2019 16:45 | 5/25/2019 16:00 | Yes | | 2065548 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 226148901010 | 11 | 5/25/2019 2:49 | 5/26/2019 2:00 | No | Medical-condition | 2517667 | HOUSTON POLICE DEPARTMENT |
| | 225237901010 225674901010 | 10 | 5/26/2019 17:45 | 5/26/2019 23:00 | No | Per HCSO, D was disruptive. | 2730956 | HOUSTON POLICE DEPARTMENT |
| | 226146301010 | 3 | 5/26/2019 12:30 | 5/27/2019 2:00 | No | Medical-condition | 3000123 | UNIVERSITY OF TEXAS POLICE DEPT. |
| | 226175301010 | 4 | 5/26/2019 17:25 | 5/27/2019 13:00 | No | Mental-illness or Intellectual-disability | 3000350 | HOUSTON POLICE DEPARTMENT |
| | 226179201010 | 11 | 5/27/2019 1:53 | 5/27/2019 23:00 | No | According to the HCSO Mr. Cobian is being combativ | 2146478 | HOUSTON POLICE DEPARTMENT |
| | 226177001010 226190301010 | 10 | 5/27/2019 22:41 | 5/28/2019 10:00 | No | Medical-condition | 2483824 | CONSTABLE PCT 4 |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 223126001010<br>222883801010 | 2 | 2/28/2019<br>0:37 | 5/28/2019<br>13:00 | Yes | | 2486040 | CONSTABLE PCT 4 |
| 226180601010 | 8 | 5/27/2019<br>2:31 | 5/28/2019<br>23:00 | No | Medical-condition | 2851917 | WEBSTER POLICE DEPARTMENT |
| 225926201010 | 11 | 5/28/2019<br>18:18 | 5/29/2019<br>10:00 | No | combative per bailiff | 2122369 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 220647901010 | 3 | 5/28/2019<br>17:30 | 5/29/2019<br>20:00 | No | disruptive | 597721 | HOUSTON POLICE DEPARTMENT |
| 226208601010 | 5 | 5/28/2019<br>23:00 | 5/29/2019<br>23:00 | No | Combative, per HCSO. | 1307244 | HOUSTON POLICE DEPARTMENT |
| 226209501010 | 8 | 5/29/2019<br>7:45 | 5/30/2019<br>2:00 | No | Medical-condition | 2583545 | HOUSTON POLICE DEPARTMENT |
| 226211801010 | 8 | 5/29/2019<br>12:00 | 5/30/2019<br>4:00 | No | def was disruptive/combative | 2483835 | CONSTABLE PCT 4 |
| 224573501010<br>224575201010 | 8 | 5/30/2019<br>18:22 | 5/30/2019<br>23:00 | No | Medical-condition | 1684443 | HOUSTON POLICE DEPARTMENT |
| 226222201010 | 8 | 5/27/2019<br>16:00 | 5/30/2019<br>23:00 | No | Medical-condition | 2257518 | HUMBLE PD |
| 225543201010<br>225543301010<br>226227301010 | 6 | 5/30/2019<br>13:13 | 5/30/2019<br>23:00 | No | Medical-condition | 1761586 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Status Report May 25-June 2, 2019

| ID | | | | | | | |
|---|---|---|---|---|---|---|---|
| 221795601010 222297001010 | 10 | 5/29/2019 5:12 | 5/31/2019 7:00 | Yes | | 1524956 | HOUSTON POLICE DEPARTMENT |
| 225847801010 | 13 | 5/4/2019 2:51 | 5/31/2019 20:00 | Yes | | 2996725 | CONSTABLE PCT 7 |
| 225020801010 | 10 | 5/29/2019 18:22 | 5/31/2019 23:00 | Yes | | 1035240 | CONSTABLE PCT 3 |
| 224786801010 | 13 | 5/31/2019 17:11 | 6/1/2019 13:00 | No | disruptive | 2082555 | HOUSTON POLICE DEPARTMENT |
| 225792901010 | 2 | 6/1/2019 5:37 | 6/1/2019 16:00 | No | Medical-condition | 1971109 | HOUSTON POLICE DEPARTMENT |
| 226197001010 | 10 | 5/28/2019 7:00 | 6/1/2019 18:00 | Yes | | 2846935 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226199101010 | 15 | 4/4/2019 16:09 | 6/1/2019 18:00 | No | Medical-condition | 2327206 | METRO P. D. CITY OF HOUSTON |
| 226231701010 | 16 | 5/6/2019 21:00 | 6/1/2019 18:00 | Yes | | 2669223 | HOUSTON POLICE DEPARTMENT |
| 225055701010 223744601010 | 16 | 3/9/2019 23:30 | 6/2/2019 10:00 | Yes | | 2976957 | SHERIFFS DEPARTMENT HARRIS COUNTY |