UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |  |
|---|---|---|
| MARANDA LYNN ODONNELL, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 16-cv-01414 |
|  | ) | (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. | ) | The Honorable Lee H. Rosenthal |
|  | ) | U.S. District Judge |
| Defendants. | ) ) ) | |

# **UNOPPOSED MOTION TO POSTPONE STATUS CONFERENCE**

This motion is filed on behalf of all defendants—the County, the County Judges, and the Sheriff. The Plaintiffs do not oppose the motion.

The Court has set a status conference for 8:30 a.m. June 12, 2019. This setting follows other earlier settings in which the parties have reported to the Court on the status of their negotiations of a final resolution of this case.

The parties continue to negotiate. For many reasons, the negotiations are complex, far-ranging, and nuanced. All parties—including the defendants—remain committed to reaching an agreement that can be presented to the Court for approval. As in any negotiation, differences must be ironed out, positions harmonized, and details crafted. The parties may perhaps also differ on the extent to which they differ on the status of the deal.

1

In any event, additional time is needed to finalize an agreement. The County must estimate the cost of any agreement and obtain approval to use the public fisc to execute its terms. That approval is bound by procedures which will require notice and public opportunity to comment once an agreement is reached. We ask for a 45-day postponement of the status conference. Of course, if the Court wants the parties to appear on June 12, we will be happy to do so and discuss our request in more detail at that time.

                Respectfully Submitted,

| | |
|---|---|
| OF COUNSEL: | /s/ Melissa L. Spinks |
| | Melissa L. Spinks |
| VINCE RYAN | Assistant County Attorney |
| HARRIS COUNTY ATTORNEY | Federal I.D. 1312334 |
| | State Bar No. 24029431 |
| | 1019 Congress, 15th Floor |
| | Houston, Texas 77002 |
| | Telephone: (713) 274-5132 |
| | Facsimile: (713) 755-8924 |
| | melissa.spinks@cao.hctx.net |
| | **ATTORNEY FOR DEFENDANT** |
| | **HARRIS COUNTY** |

VICTORIA L. JIMENEZ
Assistant County Attorney
Federal I.D. No. 2522937
State Bar No. 24060021
1861 Old Spanish Trail
Houston, Texas 77054
Telephone: (832) 927-5211
Facsimile: (713) 755-8924
E-mail: victoria.jimenez@cao.hctx.net
**Attorney for Defendant Sheriff Ed Gonzalez**

**FOGLER, BRAR, FORD, O'NEIL & GRAY LLP**

*/s/ Murray Fogler*
Murray Fogle
State Bar No. 07207300
S.D. Tex. Bar No. 2003
mfogler@fbfog.com
909 Fannin Street, Suite 1640
Houston, Texas  77010
Tel:  713.481.1010
Fax:  713.574.3224
**Attorney for Defendant Sheriff Ed Gonzalez**


G. Allan Van Fleet, P.C.
Texas Bar No. 20494700
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com
Attorney for Defendants
County Criminal Courts at Law Judges

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                            */s/ Murray Fogler*
                                               Murray Fogler