IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

The defendants have filed an unopposed motion to postpone the June 12, 2019, status conference. (Docket Entry No. 605). The motion is granted. The status conference is reset to **July 25, 2019, at 9:00 a.m**. No further postponement of the status conference will be granted.

SIGNED on June 7, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge