

## The Office of Vince Ryan
### County Attorney

---

July 11, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
               In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the June 29, 2019 through July 7, 2019 weekly report. Of 460 misdemeanor arrestees, there were a total of 40 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 00011 |
| Mental-illness or Intellectual-disability | 00004 |
| Other reason not present | 00017 |
| Hearing more than 48 hours after arrest | 00008 |

                            Sincerely,

                            */s/ Melissa Spinks*
                            Melissa Spinks

Confidential Weekly Status Report June 29-July 7

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 225821401010 | 7 | 6/27/2019 23:30 | 6/29/2019 7:00 | No | combative | 2917827 | HOUSTON POLICE DEPARTMENT |
| | 226608201010 | 12 | 6/26/2019 2:00 | 6/29/2019 16:00 | Yes | | 2483551 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 225320301010 | 6 | 6/28/2019 15:48 | 6/30/2019 9:00 | No | Medical-condition | 2990824 | HOUSTON POLICE DEPARTMENT |
| | 226651401010 | 4 | 7/4/2019 14:00 | 6/30/2019 9:00 | No | per HCSO combative | 2601447 | |
| | 225690601010 | 12 | 6/30/2019 16:37 | 6/30/2019 23:00 | No | Medical-condition | 2380560 | HOUSTON POLICE DEPARTMENT |
| | 224967601010 | 4 | 6/30/2019 23:00 | 7/1/2019 7:00 | No | Mental-illness or Intellectual-disability | 268622 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 224685701010 | 8 | 6/29/2019 9:40 | 7/1/2019 16:00 | Yes | | 1953527 | HOUSTON POLICE DEPARTMENT |
| | 226660401010 | 6 | | 7/1/2019 18:00 | No | disruptive per hcso | 2281817 | |
| | 226003201010 | 12 | 7/1/2019 13:49 | 7/1/2019 23:00 | No | Medical-condition | 736533 | HOUSTON POLICE DEPARTMENT |
| | 226696201010 | 14 | | 7/2/2019 13:00 | No | Per HCSO defendant is combative | 2945484 | HOUSTON POLICE DEPARTMENT |
| | 226158801010 226158901010 | 11 | 7/1/2019 17:57 | 7/2/2019 13:00 | No | Mental-illness or Intellectual-disability | 2775953 | HOUSTON POLICE DEPARTMENT |

1

Confidential Weekly Status Report June 29-July 7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 226686901010 | 10 | | 7/2/2019 13:00 | No | pER hcso IN HOSPITAL | 3001785 | PASADENA POLICE DEPARTMENT |
| 226693801010 | 9 | 7/1/2019 8:13 | 7/2/2019 13:00 | No | pER hcso DISRUPTIVE | 1314239 | HOUSTON POLICE DEPARTMENT |
| 226691601010 | 16 | 7/1/2019 20:10 | 7/3/2019 13:00 | No | Medical-condition | 2666110 | BELLAIRE POLICE DEPARTMENT |
| 225096601010 | 1 | 3/12/2019 3:58 | 7/3/2019 13:00 | Yes | | 951639 | HOUSTON POLICE DEPARTMENT |
| 226298901010 | 13 | 7/2/2019 13:47 | 7/3/2019 13:00 | No | Per HCSO she is disruptive | 2447527 | HOUSTON POLICE DEPARTMENT |
| 224315301010 226710101010 | 15 | 7/1/2019 16:00 | 7/3/2019 18:00 | Yes | | 2685228 | HOUSTON POLICE DEPARTMENT |
| 226671601010 | 5 | | 7/3/2019 18:00 | No | Medical-condition | 2286175 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226713001010 | 2 | | 7/3/2019 20:00 | No | disruptive | 2611757 | HOUSTON POLICE DEPARTMENT |
| 222827601010 | 6 | 7/1/2019 18:00 | 7/3/2019 23:00 | Yes | | 2670183 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226694201010 226694301010 | 11 | 7/1/2019 11:52 | 7/3/2019 23:00 | No | Medical-condition | 2654919 | HOUSTON POLICE DEPARTMENT |
| 226708301010 | 11 | | 7/4/2019 7:00 | No | blind book disruptive | 2899675 | HOUSTON POLICE DEPARTMENT |

2

Confidential Weekly Status Report June 29-July 7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 226516101010 226502301010 | 9 | 7/7/2019 6:40 | 7/4/2019 10:00 | No | Medical-condition | 1225580 | HOUSTON POLICE DEPARTMENT |
| 222796601010 223627901010 | 5 | 7/2/2019 12:30 | 7/4/2019 10:00 | No | Medical-condition | 2277213 | HOUSTON POLICE DEPARTMENT |
| 222236601010 | 1 | 8/31/2018 2:47 | 7/4/2019 10:00 | Yes | | 2961441 | CONSTABLE PCT 5 |
| 226714801010 | 11 | 7/3/2019 1:27 | 7/4/2019 20:00 | No | Mental-illness or Intellectual-disability | 2516529 | HOUSTON POLICE DEPARTMENT |
| 226731801010 | 7 | | 7/4/2019 23:00 | No | Admin. Seg. per hcso. | 3001070 | HOUSTON POLICE DEPARTMENT |
| 226731601010 | 3 | 7/4/2019 9:17 | 7/4/2019 23:00 | No | Medical-condition | 2138349 | HOUSTON POLICE DEPARTMENT |
| 226724701010 | 14 | 7/3/2019 21:46 | 7/5/2019 2:00 | No | Medical-condition | 2521256 | PASADENA POLICE DEPARTMENT |
| 226736101010 | 16 | | 7/5/2019 10:00 | No | Mental-illness or Intellectual-disability | 1518712 | HOUSTON POLICE DEPARTMENT |
| 224365701010 | 4 | 7/4/2019 20:30 | 7/5/2019 10:00 | No | disruptive | 2047187 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226740301010 | 6 | | 7/5/2019 16:00 | No | Disruptive | 2335926 | HOUSTON POLICE DEPARTMENT |
| 225158901010 | 10 | 7/4/2019 23:21 | 7/5/2019 18:00 | No | Per HCSO, D disruptive. | 2738855 | HOUSTON POLICE DEPARTMENT |

3

Confidential Weekly Status Report June 29-July 7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 226383901010 | 16 | 7/5/2019 0:30 | 7/5/2019 20:00 | No | Per HCSO, D combative. | 2881582 | HOUSTON POLICE DEPARTMENT |
| 226750801010 | 14 | 7/5/2019 10:22 | 7/6/2019 2:00 | No | Medical-condition | 2309490 | HOUSTON POLICE DEPARTMENT |
| 226754701010 | 8 | | 7/6/2019 10:00 | No | Combative | 1837513 | HOUSTON POLICE DEPARTMENT |
| 226753301010 226753401010 | 10 | | 7/6/2019 16:00 | No | Disruptive | 1952094 | CONSTABLE PCT 4 |
| 226740201010 | 8 | 7/4/2019 17:40 | 7/7/2019 7:00 | No | in SEG / MHU | 1440708 | METRO P. D. CITY OF HOUSTON |
| 226767901010 | 5 | 6/2/2019 17:17 | 7/7/2019 7:00 | Yes | | 2313087 | |
| 224881101010 | 10 | 7/5/2019 2:20 | 7/7/2019 10:00 | Yes | | 2427215 | HOUSTON POLICE DEPARTMENT |