UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Maranda Lynn ODonnell

v.   Case Number: 4:16–cv–01414

Harris County, Texas, et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/25/2019

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 15, 2019

David J. Bradley, Clerk