

The Office of Vince Ryan
County Attorney

---

July 23, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
             In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the July 13, 2019 through July 21, 2019 weekly report. Of 467 misdemeanor arrestees, there were a total of 32 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 00013 |
| Mental-illness or Intellectual-disability | 00005 |
| Other reason not present | 00013 |
| Hearing more than 48 hours after arrest | 00001 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

1019 Congress, 15th Floor • Houston, Texas 77002 • Phone: 713-274-5101 • Fax: 713-755-8924

Confidential Weekly Status report July 13-21

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
|  | 226838601010 | 9 |  | 7/13/2019 16:00 | No | Housed | 2902835 | HOUSTON POLICE DEPARTMENT |
|  | 226839301010 | 14 |  | 7/13/2019 23:00 | No | Medical-condition | 2031203 | HOUSTON POLICE DEPARTMENT |
|  | 225340701010 223070501010 | 1 | 7/14/2019 0:21 | 7/14/2019 13:00 | No | Combative | 2946249 | SHERIFFS DEPARTMENT HARRIS COUNTY |
|  | 226866701010 203406501010 | 12 | 7/12/2019 23:53 | 7/14/2019 18:00 | No | Medical-condition | 2799367 | HOUSTON POLICE DEPARTMENT |
|  | 226883501010 | 8 | 7/13/2019 20:51 | 7/14/2019 20:00 | No | Mental-illness or Intellectual-disability | 3007499 | HOUSTON POLICE DEPARTMENT |
|  | 225655801010 | 10 | 7/14/2019 12:25 | 7/14/2019 23:00 | No | Per HCSO defendant is combative | 1942361 | HOUSTON POLICE DEPARTMENT |
|  | 226430401010 | 16 | 7/14/2019 14:00 | 7/15/2019 7:00 | No | Mental-illness or Intellectual-disability | 2603415 | HOUSTON POLICE DEPARTMENT |
|  | 219745101010 | 10 | 7/15/2019 0:13 | 7/15/2019 10:00 | No | Medical-condition | 2401271 | SHERIFFS DEPARTMENT HARRIS COUNTY |

Confidential Weekly Status report July 13-21

| ID | | Start | End | | Reason | | Agency |
|---|---|---|---|---|---|---|---|
| 218913801010 | 10 | 7/14/2019 15:50 | 7/15/2019 10:00 | No | Medical-condition | 2367009 | BELLAIRE POLICE DEPARTMENT |
| 226888201010 | 8 | | 7/15/2019 10:00 | No | Mental-illness or Intellectual-disability | 1886229 | HOUSTON POLICE DEPARTMENT |
| 225186901010 225811101010 226071301010 | 2 | 7/15/2019 0:15 | 7/15/2019 20:00 | No | Medical-condition | 1782219 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226332101010 | 11 | 7/15/2019 8:00 | 7/15/2019 23:00 | No | Medical-condition | 1077820 | CONSTABLE PCT 1 |
| 217243801010 | 9 | 7/15/2019 11:15 | 7/15/2019 23:00 | No | Medical-condition | 2920998 | HOUSTON POLICE DEPARTMENT |
| 226902101010 | 13 | 7/15/2019 16:34 | 7/16/2019 4:00 | No | Medical-condition | 2220324 | HOUSTON POLICE DEPARTMENT |
| 226902601010 | 4 | 7/15/2019 16:00 | 7/16/2019 7:00 | No | disruptive | 2138475 | HOUSTON POLICE DEPARTMENT |
| 226904901010 | 7 | | 7/16/2019 13:00 | No | uncooperative | 1778122 | CONSTABLE PCT 7 |
| 226496701010 | 8 | 7/16/2019 1:35 | 7/16/2019 13:00 | No | combative | 3003642 | HOUSTON POLICE DEPARTMENT |

2

Confidential Weekly Status report July 13-21

| ID | | Start | End | | Reason | | Agency |
|---|---|---|---|---|---|---|---|
| 226914101010 | 16 | 7/16/2019 12:51 | 7/17/2019 7:00 | No | Mental-illness or Intellectual-disability | 2338000 | CONSTABLE PCT 2 |
| 226915201010 | 14 | | 7/17/2019 10:00 | No | combative in seg | 584951 | HOUSTON POLICE DEPARTMENT |
| 226771301010 | 5 | 7/17/2019 14:41 | 7/17/2019 23:00 | No | combative per hcso | 284885 | CONSTABLE PCT 6 |
| 226912701010 | 16 | | 7/17/2019 23:00 | No | Medical-condition | 936034 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226297101010 226930001010 | 11 | 7/17/2019 11:41 | 7/18/2019 7:00 | No | combative | 2356643 | HOUSTON POLICE DEPARTMENT |
| 226931701010 | 9 | 7/17/2019 17:19 | 7/18/2019 10:00 | No | disruptive | 2183420 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226933301010 | 10 | 7/17/2019 21:17 | 7/18/2019 13:00 | No | Medical-condition | 1611483 | JACINTO CITY POLICE DEPARTMENT |
| 226937101010 | 9 | 7/17/2019 18:50 | 7/18/2019 18:00 | No | disruptive per hcso | 2783466 | HOUSTON POLICE DEPARTMENT |
| 226919801010 | 6 | | 7/19/2019 2:00 | No | Medical-condition | 2041561 | HOUSTON POLICE DEPARTMENT |

3

Confidential Weekly Status report July 13-21

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▮ | 219225201010 | 14 | 7/15/2019 23:10 | 7/19/2019 10:00 | Yes | | 2937121 | HOUSTON POLICE DEPARTMENT |
| | 226943201010 | 10 | | 7/19/2019 23:00 | No | Medical-condition | 2930718 | DEPARTMENT OF PUBLIC SAFETY |
| | 226943801010 | 10 | | 7/19/2019 23:00 | No | Medical-condition | 3008087 | DEPARTMENT OF PUBLIC SAFETY |
| | 226969701010 | 5 | 7/20/2019 5:28 | 7/20/2019 23:00 | No | per HCSO def is combative | 2913917 | METRO P. D. CITY OF HOUSTON |
| | 226953001010 | 9 | | 7/21/2019 10:00 | No | Mental-illness or Intellectual-disability | 2556542 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 225482001010 | 9 | 7/21/2019 16:39 | 7/21/2019 23:00 | No | per HCSO combative | 2145630 | HOUSTON POLICE DEPARTMENT |

4