

The Office of Vince Ryan
County Attorney

---

July 30, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

      Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the July 20, 2019 through July 28, 2019 weekly report. Of 427 misdemeanor arrestees, there were a total of 35 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 00012 |
| Mental-illness or Intellectual-disability | 00007 |
| Other reason not present | 00012 |
| Hearing more than 48 hours after arrest | 00004 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Report July 20-28, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | Defendant SPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ███ | 226969701010 | 5 | 7/20/2019 5:28 | 7/20/2019 23:00 | No | per HCSO def is combative | 2913917 | METRO P. D. CITY OF HOUSTON |
| ███ | 226953001010 | 9 | | 7/21/2019 10:00 | No | Mental-illness or Intellectual-disability | 2556542 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ███ | 225482001010 | 9 | 7/21/2019 16:39 | 7/21/2019 23:00 | No | per HCSO combative | 2145630 | HOUSTON POLICE DEPARTMENT |
| ███ | 226933501010 | 12 | | 7/22/2019 7:00 | No | Medical-condition | 1516226 | HOUSTON POLICE DEPARTMENT |
| ███ | 226995501010 | 9 | | 7/22/2019 13:00 | No | Medical-condition | 881445 | HEDWIG VILLAGE POLICE DEPARTMENT |
| ███ | 226999501010 | 9 | | 7/22/2019 16:00 | No | Medical-condition | 2341377 | CONSTABLE PCT 3 |
| ███ | 225593401010 223917301010 | 6 | 7/22/2019 9:10 | 7/23/2019 9:00 | No | Medical-condition | 2977088 | HOUSTON POLICE DEPARTMENT |

1

Confidential Weekly Report July 20-28, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 226085401010 | 9 | 7/23/2019 8:38 | 7/23/2019 18:00 | No | def in administrative segregation. | 1788606 | HOUSTON POLICE DEPARTMENT |
| 225071501010 | 10 | 7/23/2019 11:13 | 7/23/2019 18:00 | No | Mental-illness or Intellectual-disability | 2412511 | HOUSTON POLICE DEPARTMENT |
| 225990201010 | 12 | 7/23/2019 13:20 | 7/23/2019 23:00 | No | Mental-illness or Intellectual-disability | 2841866 | HOUSTON POLICE DEPARTMENT |
| 227023601010 | 5 | 7/23/2019 8:45 | 7/24/2019 13:00 | No | Mental-illness or Intellectual-disability | 2920884 | HOUSTON POLICE DEPARTMENT |
| 227023301010 | 5 | 7/23/2019 19:52 | 7/24/2019 13:00 | No | Mental-illness or Intellectual-disability | 2479363 | HOUSTON POLICE DEPARTMENT |
| 227018001010 | 2 | 7/23/2019 11:30 | 7/24/2019 16:00 | No | disruptive. | 759976 | HOUSTON POLICE DEPARTMENT |
| 227022801010 | 10 | | 7/24/2019 20:00 | No | Medical-condition | 2750440 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Report July 20-28, 2019

| ID | | | | | | | |
|---|---|---|---|---|---|---|---|
| 224674201010 | 10 | 7/24/2019 8:30 | 7/24/2019 20:00 | No | combative | 2399388 | HOUSTON POLICE DEPARTMENT |
| 227028001010 | 15 | 7/24/2019 8:35 | 7/24/2019 23:00 | No | defendant refused to come to court. | 83023 | HOUSTON POLICE DEPARTMENT |
| 226553301010 | 5 | 7/24/2019 17:00 | 7/25/2019 16:00 | No | Medical-condition | 564404 | TEXAS SOUTHERN UNIVERSITY PD |
| 227038001010 227038101010 | 12 | 7/24/2019 17:35 | 7/25/2019 16:00 | No | Medical-condition | 2080271 | HOUSTON POLICE DEPARTMENT |
| 226610101010 | 16 | 7/25/2019 9:47 | 7/25/2019 16:00 | No | disruptive | 1732790 | HOUSTON POLICE DEPARTMENT |
| 223716001010 | 6 | 7/25/2019 19:55 | 7/26/2019 2:00 | No | Combative per HCSO | 549703 | HOUSTON POLICE DEPARTMENT |
| 227048901010 | 7 | 7/25/2019 12:04 | 7/26/2019 7:00 | No | Medical-condition | 2565559 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Report July 20-28, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 227027801010 | 8 | 7/24/2019 1:22 | 7/26/2019 18:00 | Yes | | 2692448 | HOUSTON POLICE DEPARTMENT |
| ▓▓▓ | 226919501010 | 2 | 7/26/2019 0:32 | 7/26/2019 18:00 | No | Per HCSO, D disruptive. D housed in seg. | 508338 | HOUSTON POLICE DEPARTMENT |
| ▓▓▓ | 221971101010 | 9 | 7/24/2019 10:00 | 7/26/2019 18:00 | Yes | | 1808055 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▓▓▓ | 227024801010 | 2 | 7/19/2019 18:20 | 7/26/2019 20:00 | No | D refused to come to court. | 3008502 | PASADENA POLICE DEPARTMENT |
| ▓▓▓ | 227012001010 | 11 | 7/26/2019 9:10 | 7/26/2019 23:00 | No | Medical-condition | 830634 | HOUSTON POLICE DEPARTMENT |
| ▓▓▓ | 226971701010 | 3 | 7/25/2019 13:38 | 7/27/2019 13:00 | No | Mental-illness or Intellectual-disability | 2803404 | BAYTOWN POLICE DEPARTMENT |
| ▓▓▓ | 227070401010 | 5 | 7/26/2019 23:26 | 7/27/2019 16:00 | No | Medical-condition | 3009724 | DEER PARK POLICE DEPARTMENT |

4

Confidential Weekly Report July 20-28, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 224522501010 224602901010 227026201010 227026301010 | 7 | 7/27/2019 14:17 | 7/27/2019 18:00 | No | Mental-illness or Intellectual-disability | 2038032 | HOUSTON POLICE DEPARTMENT |
| 227077501010 | 14 | 7/26/2019 23:00 | 7/27/2019 23:00 | No | per HCSO refused to come to court | 1326793 | HOUSTON POLICE DEPARTMENT |
| 227078601010 | 7 | 7/27/2019 1:55 | 7/27/2019 23:00 | No | Medical-condition | 1911840 | HOUSTON POLICE DEPARTMENT |
| 227075301010 | 7 | 7/26/2019 19:28 | 7/27/2019 23:00 | No | Medical-condition | 2453841 | HOUSTON POLICE DEPARTMENT |
| 227081401010 226926701010 | 10 | 7/27/2019 4:57 | 7/28/2019 7:00 | No | Disruptive | 2279858 | HOUSTON POLICE DEPARTMENT |
| 227062901010 | 11 | 7/26/2019 10:26 | 7/28/2019 20:00 | Yes | | 2690155 | HOUSTON POLICE DEPARTMENT |
| 227063401010 | 7 | 7/26/2019 13:20 | 7/28/2019 20:00 | Yes | | 2964022 | HOUSTON POLICE DEPARTMENT |