UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-cv-01414 |
| ) | (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. ) | The Honorable Lee H. Rosenthal |
| ) | U.S. District Judge |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CONSENT DECREE AND SETTLEMENT AGREEMENT AND APPROVAL OF CLASS NOTICE**

Having received and considered the Parties Joint Motion for Preliminary Approval of Proposed Consent Decree and Settlement Agreement and Approval of Class Notice, **IT IS HEREBY ORDERED** that the motion is **GRANTED.** Exhibit A (Notice) attached hereto is approved and shall be distributed by Defendants as follows:

1. Defendants must within 48 hours of the entry of this Order post a copy of the Notice, Consent Decree, and Settlement Agreement in the following places, and must ensure that the Notice remains posted during the comment period:
    a. The general intake room of the Harris County Joint Processing Center, 700 N San Jacinto St, Houston, TX 77002.
    b. The lobby of the Harris County Criminal Justice Courthouse, 1201 Franklin St, Houston, TX 77002.
    c. The "lock-ups" or "hold-over cells" outside each of the County Criminal Courts at Law courtrooms.
2. Defendants must also post a copy of the Notice and all attached exhibits online at the websites for the Harris County Criminal Courts at Law and the Harris County Sheriff's Office.

It is **FURTHER ORDERED**, as follows:

3. Lawyers for Plaintiffs must file their motion for attorney's fees and costs, not to exceed the amounts referenced in the Joint Motion for Preliminary Approval, no later than 14 days before the Fairness Hearing. The parties must make this motion and supporting documents available for review by class members upon request.

4. Any member of the class may enter an appearance on his or her own behalf in this action through that class member's own attorney (at his or her own expense), but need not do so. Class members who do not enter an appearance through their own attorneys will be represented by class counsel. Alternatively, any member of the class may write

    to the Court about his or her opinions on the fairness of the proposed settlement and/or Class Counsel's motion for attorney's fees. The Court will consider the written communications of the class members when deciding whether to approve the settlement. Comments regarding the fairness of the settlement must include the case name, *ODonnell v. Harris County*, 16-cv-1414-LHR, at the top of the first page. A written comment must contain the author's full name and include all objections, the reasons for any objection, and must be signed by the class member. A class member who desires to comment but fails to comply with the above objection procedure and timeline shall be deemed not to have objected, and that class member's objection shall not be heard or considered at the hearing.

5. Comments must be postmarked by August 16, 2019—five days prior to the date of the Fairness Hearing, which is set for August 21, 2019—and must be sent to the following address:

Clerk of the Court<br>
United States District Court<br>
515 Rusk Avenue, Houston, TX 77002

Ordered this ___ day of _____, 2019.

_____

Hon. Lee H. Rosenthal District Judge