United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, § <br> on behalf of themselves and all others § <br> similarly situated, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> HARRIS COUNTY, TEXAS, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. H-16-1414 |

## ORDER

By August 14, 2019, the parties must submit a written report on any of the following aspects that apply to the fairness hearing set for August 21, 2019:

- a list of any exhibits, and copies of the exhibits;
- a list of any witnesses who may testify, and the subjects of their testimony;
- a list of counsel who will be arguing; and
- an estimate of the time the hearing will take.

The court appreciates the work that produced the consent decree and settlement agreement.

SIGNED on August 5, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge