IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>VS.<br><br>HARRIS COUNTY, TEXAS, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. H-16-1414<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF TELEPHONE CONFERENCE SETTING

Parties are advised that a telephone conference has been scheduled for **August 8, 2019, at 11:00 a.m.**, before United States Chief District Judge Lee H. Rosenthal. The phone number counsel should call for the conference is **713-250-5290.** The conference ID is 45550#. The Pin is 13579#.

                **David Bradley, Clerk**

                *Lisa Eddins*

                By:_____
                  Lisa Eddins
                  Case Manager to Chief Judge Lee Rosenthal

Date: August 7, 2019