United States District Court
Southern District of Texas
**ENTERED**
August 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

On August 1, 2019, the parties filed a joint motion for preliminary approval of the proposed consent decree and settlement agreement and for approval of class notice. (Docket Entry No. 617). Any opposition to the motion must be submitted no later than **August 22, 2019**. Notice of the final fairness hearing will be sent to the class on **August 29, 2019**. *See* FED. R. CIV. P. 23(e)(1). The fairness hearing set for **August 21, 2019**, is reset to **September 19, 2019**, **at 9:00 a.m.**

SIGNED on August 8, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge