

The Office of Vince Ryan
County Attorney

August 14, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
            In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the August 3, 2019 through August 11, 2019 weekly report. Of 549 misdemeanor arrestees, there were a total of 53 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 00016 |
| Mental-illness or Intellectual-disability | 00010 |
| Other reason not present | 00017 |
| Hearing more than 48 hours after arrest | 00011 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Status Report Aug 3-11, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▮ | 217748201010 | 9 | 8/2/2019 16:30 | 8/3/2019 10:00 | No | Medical-condition | 2299409 | PASADENA POLICE DEPARTMENT |
| ▮ | 213332301010 | 1 | 8/2/2019 18:04 | 8/3/2019 10:00 | No | Mental-illness or Intellectual-disability | 2551365 | HOUSTON POLICE DEPARTMENT |
| ▮ | 227151801010 | 2 | 6/11/2019 15:17 | 8/3/2019 16:00 | Yes | | 2258478 | HOUSTON POLICE DEPARTMENT |
| ▮ | 227149901010 | 12 | 7/31/2019 11:42 | 8/3/2019 16:00 | Yes | | 2211120 | HOUSTON POLICE DEPARTMENT |
| ▮ | 227159501010 | 13 | 8/1/2019 11:25 | 8/3/2019 18:00 | Yes | | 1171719 | HOUSTON POLICE DEPARTMENT |
| ▮ | 227154101010 | 3 | 8/1/2019 15:55 | 8/4/2019 2:00 | Yes | | 2921932 | HOUSTON POLICE DEPARTMENT |
| ▮ | 227167801010 | 10 | | 8/4/2019 2:00 | No | Medical-condition | 1952094 | CONSTABLE PCT 4 |
| ▮ | 226754301010 | 1 | 8/3/2019 5:41 | 8/4/2019 10:00 | No | Mental-illness or Intellectual-disability | 2248592 | HOUSTON POLICE DEPARTMENT |

1

Confidential Weekly Status Report Aug 3-11, 2019

| ID | # | Date 1 | Date 2 | Y/N | Notes | Number | Agency |
|---|---|---|---|---|---|---|---|
| 2170448801010 | 15 | 8/2/2019 9:15 | 8/4/2019 10:00 | Yes | | 2140137 | HOUSTON POLICE DEPARTMENT |
| 2271938801010 2271939901010 | 1 | 8/3/2019 20:31 | 8/4/2019 13:00 | No | Medical-condition | 2571370 | HOUSTON POLICE DEPARTMENT |
| 2269795801010 2271932001010 | 10 | 8/3/2019 12:54 | 8/4/2019 13:00 | No | D in segregated custody due to being suicidal. | 2920552 | HOUSTON POLICE DEPARTMENT |
| 2271995001010 | 9 | 8/3/2019 19:44 | 8/4/2019 16:00 | No | D in segregated custody due to being suicidal. | 1896671 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 2271717301010 2271717401010 | 8 | 8/2/2019 15:30 | 8/4/2019 16:00 | Yes | | 2997661 | HOUSTON POLICE DEPARTMENT |
| 2271607701010 | 11 | 8/1/2019 23:50 | 8/4/2019 16:00 | Yes | | 1655750 | HOUSTON POLICE DEPARTMENT |
| 2203693801010 2272101101010 | 4 | 8/4/2019 16:50 | 8/5/2019 7:00 | No | combative | 2722056 | HOUSTON POLICE DEPARTMENT |

2

Confidential Weekly Status Report Aug 3-11, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 227186701010 | 9 | 8/3/2019 1:58 | 8/5/2019 7:00 | Yes | | 3010962 | HOUSTON POLICE DEPARTMENT |
| 2272098010 | 7 | 8/4/2019 12:59 | 8/5/2019 7:00 | No | disruptive | 3011121 | HOUSTON POLICE DEPARTMENT |
| 2272126010 2272127010 | 3 | 8/4/2019 19:47 | 8/5/2019 10:00 | No | disruptive | 2722825 | HOUSTON POLICE DEPARTMENT |
| 2269184010 | 10 | 8/5/2019 2:36 | 8/5/2019 13:00 | No | Mental-illness or Intellectual-disability | 2965324 | HOUSTON POLICE DEPARTMENT |
| 2272144010 2272145010 | 16 | 8/4/2019 22:15 | 8/5/2019 13:00 | No | Disruptive | 2977323 | HOUSTON POLICE DEPARTMENT |
| 2268249010 | 9 | 8/5/2019 8:30 | 8/5/2019 16:00 | No | combative | 2322593 | HOUSTON POLICE DEPARTMENT |
| 2214920010 2221064010 2267947010 | 10 | 8/4/2019 20:02 | 8/5/2019 23:00 | No | Medical-condition | 2955743 | BAYTOWN POLICE DEPARTMENT |
| 2264800010 | 10 | 8/5/2019 21:20 | 8/6/2019 4:00 | No | Medical-condition | 2956490 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 2272245010 | 8 | 8/5/2019 15:40 | 8/6/2019 7:00 | No | Medical-condition | 3011315 | HOUSTON POLICE DEPARTMENT |

3

Confidential Weekly Status Report Aug 3-11, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 2272295010101 | 9 | 8/5/2019 11:13 | 8/6/2019 13:00 | No | Mental-illness or Intellectual-disability | 2881387 | HOUSTON POLICE DEPARTMENT |
| 2262307010101 | 14 | 8/6/2019 11:45 | 8/6/2019 20:00 | No | Mental-illness or Intellectual-disability | 2311407 | HOUSTON POLICE DEPARTMENT |
| 2272237010101 | 14 | 8/5/2019 0:56 | 8/6/2019 23:00 | No | Medical-condition | 3011313 | HOUSTON POLICE DEPARTMENT |
| 2272337010101 | 1 | 8/6/2019 7:15 | 8/7/2019 10:00 | No | uncooperative | 2010326 | HOUSTON POLICE DEPARTMENT |
| 2272429010101 | 3 | 8/6/2019 22:20 | 8/7/2019 16:00 | No | disruptive/ MHU | 1243337 | HOUSTON POLICE DEPARTMENT |
| 2271093010101 | 6 | 7/29/2019 0:53 | 8/8/2019 2:00 | Yes | | 2058038 | HOUSTON POLICE DEPARTMENT |
| 2272531010101 | 4 | 8/7/2019 15:51 | 8/8/2019 10:00 | No | Mental-illness or Intellectual-disability | 3011632 | CONSTABLE PCT 8 |
| 2272521010101 | 10 | 8/5/2019 1:50 | 8/8/2019 16:00 | Yes | | 2613837 | SHERIFFS DEPARTMENT HARRIS COUNTY |

4

Confidential Weekly Status Report Aug 3-11, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 2272539010 10 | 11 | 4/11/2019 10:45 | 8/8/2019 18:00 | No | combative per hcso | 2993169 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 2272441010 10 | 13 | 8/6/2019 10:58 | 8/8/2019 18:00 | No | Mental-illness or Intellectual-disability | 2695513 | |
| 2271602010 10 | 3 | 8/6/2019 11:00 | 8/8/2019 18:00 | Yes | | 1654342 | CONSTABLE PCT 4 |
| 2270638010 10 | 5 | 8/7/2019 23:55 | 8/8/2019 23:00 | No | combative per hcso | 1440970 | HOUSTON POLICE DEPARTMENT |
| 2055514010 10 | 12 | 8/8/2019 12:39 | 8/9/2019 2:00 | No | Medical-condition | 2469070 | HOUSTON POLICE DEPARTMENT |
| 2272636010 10 | 7 | 8/8/2019 13:34 | 8/9/2019 2:00 | No | Medical-condition | 2715517 | HOUSTON POLICE DEPARTMENT |
| 2272600010 10 | 15 | 8/8/2019 0:21 | 8/9/2019 4:00 | No | Medical-condition | 2676296 | HOUSTON POLICE DEPARTMENT |
| 2262449010 10 | 10 | 8/8/2019 16:00 | 8/9/2019 4:00 | No | COMBATIVE | 2002963 | LA PORTE POLICE DEPARTMENT |
| 2269467010 10 | 10 | 8/8/2019 23:31 | 8/9/2019 10:00 | No | Mental-illness or Intellectual-disability | 1766221 | CONSTABLE PCT 7 |

5

Confidential Weekly Status Report Aug 3-11, 2019

| ID | | Start | End | No | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|
| 227266601010 | 9 | 8/8/2019 17:48 | 8/9/2019 18:00 | No | Medical-condition | 2414566 | HOUSTON POLICE DEPARTMENT |
| 227260801010 | 6 | 8/7/2019 18:47 | 8/9/2019 18:00 | No | Medical-condition | 2058038 | HOUSTON FIRE DEPARTMENT ARSON DIVISION |
| 223396901010 223397001010 226490901010 | 5 | 8/8/2019 23:44 | 8/9/2019 20:00 | No | per HCSO in seg detoxing, PTS says disruptive, PD | 2831012 | SOUTH HOUSTON POLICE DEPARTMENT |
| 222822001010 | 16 | 8/9/2019 14:32 | 8/10/2019 7:00 | No | Mental-illness or Intellectual-disability | 237306 | HOUSTON POLICE DEPARTMENT |
| 227282201010 226857801010 | 8 | 8/9/2019 6:00 | 8/10/2019 10:00 | No | Mental-illness or Intellectual-disability | 2405159 | HOUSTON POLICE DEPARTMENT |
| 220551801010 220551901010 220552001010 220552101010 | 15 | 8/10/2019 6:45 | 8/10/2019 13:00 | No | Medical-condition | 416273 | CONSTABLE PCT 1 |
| 225833301010 226086201010 | 11 | 8/10/2019 3:19 | 8/10/2019 13:00 | No | combative | 2877362 | HOUSTON POLICE DEPARTMENT |

6

Confidential Weekly Status Report Aug 3-11, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 227286201010 | 5 | | 8/10/2019 16:00 | No | PTRB granted on duplicate case. | 2856495 | |
| 227293201010 | 8 | 8/10/2019 8:36 | 8/10/2019 23:00 | No | Medical-condition | 1524689 | HOUSTON POLICE DEPARTMENT |
| 225792201010 | 10 | 8/10/2019 22:00 | 8/11/2019 4:00 | No | per HCSO refused to come | 2030218 | HOUSTON POLICE DEPARTMENT |
| 227255801010 | 12 | 8/7/2019 23:00 | 8/11/2019 10:00 | No | Medical-condition | 2937621 | HOUSTON POLICE DEPARTMENT |
| 227301001010 | 16 | 8/10/2019 13:31 | 8/11/2019 13:00 | No | disruptive | 2246841 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 227302001010 | 16 | 8/10/2019 20:27 | 8/11/2019 16:00 | No | Medical-condition | 2928347 | HOUSTON POLICE DEPARTMENT |

7