# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al*. <br><br> *Plaintiffs* <br><br> vs. <br><br> HARRIS COUNTY, TEXAS, *et al*., <br><br> *Defendants*. | CIVIL ACTION NO. 4:16-CV-1414 |

**Notice of Appearance of Fred Keys**

**To the Honorable Lee H. Rosenthal, Chief United States District Judge:**

Commissioner Steve Radack, 1001 Preston Street, Houston, Texas 77002, (713) 755-6306, Amicus Curiae, respectfully notifies the Court that Fred A. Keys, Jr. of Fred Keys Consulting LLC, will serve as counsel for him. Please add Fred Keys to any future notifications of filing and correspondence from the Court in this matter.

Dated: August 20, 2019.

Respectfully submitted,

s/ *Fred A. Keys, Jr.*
Fred A. Keys, Jr.
State Bar No. 11373900
Fred Keys Consulting LLC
P.O. Box 854
5 Rattlesnake Court
Sonoita, Arizona 85637
(713)880-8805
fred@FKCLLC.com

**Certificate of Service**

I certify that on August 20, 2019, a true and correct copy of this Notice of Appearance of Counsel was served by electronic notice to all parties of record.

　　　/s *Fred A. Keys, Jr.*
FRED A. KEYS, JR.