IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

The Harris County Deputies' Organization, Fraternal Order of Police Lodge #39, moved for leave to file an amicus brief opposing parts of the proposed consent decree and settlement agreement. The motion to file the brief is granted. (Docket Entry No. 629).

SIGNED on August 21, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge