United States District Court
Southern District of Texas
**ENTERED**
August 21, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, § § § § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-16-1414 |
| § | |
| HARRIS COUNTY, TEXAS, *et al.*, § § | |
| Defendants. § | |

**ORDER**

The Professional Bondsmen of Harris County moved for leave to file an amicus brief opposing the proposed consent decree. The motion to file the brief is granted. (Docket Entry No 631).

SIGNED on August 21, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge