United States District Court
Southern District of Texas
**ENTERED**
August 23, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

If the parties moving for preliminary approval wish to file a response to the objections that have been filed, they may do so if the response is filed with the court by 5:00 p.m. Central Time on Sunday, August 25, 2019.

SIGNED on August 23, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge