United States District Court
Southern District of Texas
**ENTERED**
August 23, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Harris County Commissioner Steve Radack, Equal Justice Now, Harris County Commissioner R. Jack Cagle, the Harris County Domestic Violence Coordinating Council, and Harris County District Attorney Kim Ogg moved for leave to file amicus briefs regarding the proposed consent decree and settlement agreement. (Docket Entry Nos. 634, 635, 638, 639, 641). The motions to file briefs are granted.

The Houston Area Police Chiefs Association and the Texas School District Police Chief's Association moved for an extension of time, until September 2, 2019, to file amicus briefs. (Docket Entry No. 640). The court grants the two associations leave to file by September 2 for consideration in connection with the final fairness hearing. This extension will not delay resolution of the joint motion for preliminary approval of the proposed consent decree and settlement agreement and for approval of class notice. (Docket Entry No. 617).

SIGNED on August 23, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge