IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

The fairness hearing set for September 19, 2019 is reset to October 2, 2019 at 9:00 a.m. The parties have until August 30, 2019 to respond to the amicus briefs. If the court grants the joint motion for preliminary approval, (Docket Entry No. 617), notice of the final fairness hearing must be sent to the class by September 6, 2019; objections must be filed with the court by September 25, 2019; and the parties must move for final approval by September 30, 2019.

SIGNED on August 24, 2019.

_____
Lee H. Rosenthal
Chief United States District Judge