

The Office of Vince Ryan
County Attorney

August 27, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

Re: Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the August 17, 2019 through August 25, 2019 weekly report. Of 449 misdemeanor arrestees, there were a total of 33 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 00011 |
| Mental-illness or Intellectual-disability | 00007 |
| Other reason not present | 00008 |
| Hearing more than 48 hours after arrest | 00007 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Report August 17-25, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 225320201010 225357701010 225201401010 | 1 | 8/16/2019 15:27 | 8/17/2019 2:00 | No | per HCSO, D in seg b/c he's combative. | 2680924 | HOUSTON POLICE DEPARTMENT |
| | 222320001010 | 14 | 8/16/2019 14:30 | 8/17/2019 4:00 | No | Medical-condition | 2962108 | HOUSTON POLICE DEPARTMENT |
| | 227383401010 | 5 | 8/16/2019 19:48 | 8/17/2019 16:00 | No | D in segregated custody. | 1982578 | HOUSTON POLICE DEPARTMENT |
| | 226356901010 | 10 | 8/16/2019 0:03 | 8/17/2019 16:00 | No | D in segregated custody. | 963375 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 227398301010 | 9 | 8/17/2019 20:16 | 8/18/2019 10:00 | No | Mental-illness or Intellectual-disability | 3013489 | HOUSTON POLICE DEPARTMENT |
| | 227398601010 | 11 | 8/17/2019 19:45 | 8/18/2019 13:00 | No | Medical-condition | 1087848 | HOUSTON POLICE DEPARTMENT |
| | 226900301010 226927301010 | 8 | 8/18/2019 3:35 | 8/18/2019 13:00 | No | Medical-condition | 2488074 | HOUSTON POLICE DEPARTMENT |

1

Confidential Weekly Report August 17-25, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 227402901010 | 3 | 8/18/2019 0:10 | 8/18/2019 16:00 | No | D in segregated custody. | 2780552 | HOUSTON POLICE DEPARTMENT |
| 227409401010 | 1 | 8/18/2019 17:00 | 8/19/2019 2:00 | No | Medical-condition | 2109074 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 227396401010 | 5 | 8/17/2019 19:06 | 8/19/2019 7:00 | No | Medical-condition | 2143693 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226887701010 | 1 | 8/19/2019 8:30 | 8/19/2019 16:00 | No | not brough over for dkt | 3007527 | HOUSTON POLICE DEPARTMENT |
| 227378501010 | 3 | 8/16/2019 12:55 | 8/19/2019 16:00 | No | def housed and not brought over | 1604479 | DEER PARK POLICE DEPARTMENT |
| 225784201010 | 12 | 8/19/2019 2:14 | 8/19/2019 20:00 | No | combative | 1937999 | HOUSTON POLICE DEPARTMENT |
| 216523801010 | 8 | 8/16/2019 23:30 | 8/20/2019 7:00 | Yes | | 2839808 | HOUSTON POLICE DEPARTMENT |

2

Confidential Weekly Report August 17-25, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 227422601010 | 14 | 8/19/2019 15:30 | 8/20/2019 7:00 | No | Mental-illness or Intellectual-disability | 1279885 | HOUSTON POLICE DEPARTMENT |
| 227420501010 | 11 | 8/18/2019 4:28 | 8/20/2019 10:00 | Yes | | 2876928 | WEBSTER POLICE DEPARTMENT |
| 227428701010 | 1 | 8/19/2019 16:45 | 8/20/2019 16:00 | No | Medical-condition | 2948118 | HOUSTON POLICE DEPARTMENT |
| 227433001010 | 8 | 8/22/2019 21:25 | 8/21/2019 2:00 | No | Medical-condition | 1524689 | HOUSTON POLICE DEPARTMENT |
| 227432201010 | 4 | 8/16/2019 12:30 | 8/21/2019 2:00 | Yes | | 2214256 | HOUSTON POLICE DEPARTMENT |
| 227431001010 | 4 | 8/20/2019 4:46 | 8/21/2019 2:00 | No | Medical-condition | 2429213 | HOUSTON POLICE DEPARTMENT |
| 220157101010 | 16 | 8/19/2019 13:00 | 8/21/2019 13:00 | Yes | | 2888275 | CONSTABLE PCT 4 |
| 227473201010 | 4 | 8/23/2019 0:25 | 8/23/2019 18:00 | No | Medical-condition | 1204524 | HOUSTON POLICE DEPARTMENT |

3

Confidential Weekly Report August 17-25, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 224151701010 | 4 | 8/21/2019 5:00 | 8/23/2019 18:00 | Yes | | 2980383 | CONSTABLE PCT 1 |
| | 227465301010 | 1 | 8/21/2019 14:35 | 8/24/2019 4:00 | Yes | | 2953534 | HOUSTON POLICE DEPARTMENT |
| | 227448201010 | 5 | 8/21/2019 13:00 | 8/24/2019 7:00 | Yes | | 2277213 | HOUSTON POLICE DEPARTMENT |
| | 227479001010 | 5 | 8/23/2019 15:27 | 8/24/2019 13:00 | No | Mental-illness or Intellectual-disability | 2843578 | HOUSTON POLICE DEPARTMENT |
| | 227464801010 | 7 | 8/22/2019 18:50 | 8/24/2019 16:00 | No | Mental-illness or Intellectual-disability | 2424819 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 227493301010 | 9 | 8/24/2019 8:30 | 8/24/2019 23:00 | No | Medical-condition | 2458358 | HOUSTON POLICE DEPARTMENT |
| | 227494301010 227494401010 | 16 | 8/24/2019 3:54 | 8/24/2019 23:00 | No | Medical-condition | 3014890 | HOUSTON POLICE DEPARTMENT |
| | 226717101010 | 4 | 8/24/2019 2:45 | 8/25/2019 10:00 | No | Mental-illness or Intellectual-disability | 3005862 | CONSTABLE PCT 1 |

Confidential Weekly Report August 17-25, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 226018401010 | 7 | 8/23/2019 23:04 | 8/25/2019 13:00 | No | Mental-illness or Intellectual-disability | 2635389 | HOUSTON POLICE DEPARTMENT |
| 227501301010 225160701010 | 12 | 8/24/2019 16:27 | 8/25/2019 13:00 | No | Defendant is in segregated custody. | 756215 | HOUSTON POLICE DEPARTMENT |
| 227509001010 | 5 | 8/25/2019 0:18 | 8/25/2019 20:00 | No | Mental-illness or Intellectual-disability | 1418752 | HOUSTON POLICE DEPARTMENT |

5