Maranda Lynn O'Donnell

Plaintiffs

VS

Harris County, Texas

Civil Action No H-16-1414

United States Courts
Southern District of Texas
FILED
SEP 06 2019
David J. Bradley, Clerk of Court

# OBJECTION to Memorandum And Opinion

Comes Know Gerry D Dickens who is a businessman in Community Business And private citizen, whos family has Experienced Retaliation from Alies of Plantiff (MARanda lynn O'Donnel) and Alies of HarrisCounty Sheriffs office over a 26 year period with bogus criminal and civil complaints including Tresspass Charge P.D University of Houston before Judge Andrew A. Wright Date August 26 2019 Cause number 2270692. These Action of Harresment conspiracy lead by (Renu Khotor) president University, (Dr Elwin Lee) Community Outreach and (Mark Jackson) Human Resources UH, (Ceasol Moore) Chief of Police Department, University Houston.

These last arrest on August-26-2019 University of Houston police Department has held my personal property after Arrest on August-26-2019 Along with Refusing to clean up a Identity theft Issue with [Craig Hicks And Wilson] And Another Identity theft of a bogus warrent with Comptroler office [2.09] not sure if its millions or cents. [order] Sustains the Objections and set the Objection to memorandum and opinion for hearing on September 10 2019 ____ In order to order University of Houston Release All Request property Belonging to Gerry D Dickens And Family. Along with warrent for tresspassing Charge. Property Also includes money's Owed for Services Rendered. And These would Also include the Days In Jail with Harris County Bogus Charges under D.A's Chuck Rosenthal clear Retaliation of Civil Right July verdict Cause Number H-86-4457 for 6.4 million Before Honable Kenneth Hoyt Because he A Black Federal Judge.

Sustained or Denied Modify the recommendation. Harris County misdemeanor Judges to reimburst my time setting in Jail on Bogus charges. And Include Each Day 6.4 million per day case law for unlawful arrest. Along with all other charges cout will Include in lawsuit Concent agreement which should Include A [Fine Amount] If Gerry Family and Dickens is Retalated against because of future litigation. Recomendation University of Houston Cease and Desist from having William T Powell, Glen Bourdrew, Use Events at University Houston for Distrubing the Peace Activities, which Also Included Student Athletic. Which Should Include A [Fine Amount]. Along with Other Bulling lawyer Intimidating Activities.

Signed on _____ 2019

_____
U.S. District Judge

Approved And Entry Request

<u>Gerry Dickens</u>
Name of ~~Attorney~~ Dixon submitting Form