

The Office of Vince Ryan
County Attorney

September 11, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
             In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the August 31, 2019 through September 8, 2019 weekly report. Of 447 misdemeanor arrestees, there were a total of 37 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 00012 |
| Mental-illness or Intellectual-disability | 00011 |
| Other reason not present | 00005 |
| Hearing more than 48 hours after arrest | 00009 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Status Report Aug 31- Sept 8

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 227580201010 | 7 | 8/30/2019 15:35 | 8/31/2019 7:00 | No | Per HCSO, D combative and uncooperative. | 2399041 | HOUSTON POLICE DEPARTMENT |
| | 224985101010 225086901010 225087001010 | 9 | 4/19/2019 17:51 | 8/31/2019 16:00 | Yes | | 2888955 | HOUSTON POLICE DEPARTMENT |
| | 226713801010 226863901010 | 15 | 8/31/2019 11:00 | 8/31/2019 18:00 | No | Mental-illness or Intellectual-disability | 1854026 | HOUSTON POLICE DEPARTMENT |
| | 215345701010 | 14 | 8/18/2019 8:17 | 8/31/2019 18:00 | No | Medical-condition | 1377330 | HOUSTON POLICE DEPARTMENT |
| | 227584701010 | 3 | 8/30/2019 17:00 | 8/31/2019 18:00 | No | Medical-condition | 1600933 | HOUSTON POLICE DEPARTMENT |
| | 219142901010 | 13 | 8/29/2019 12:15 | 8/31/2019 18:00 | Yes | | 2936456 | HOUSTON POLICE DEPARTMENT |
| | 227621301010 | 12 | 9/1/2019 17:16 | 9/2/2019 4:00 | No | Medical-condition | 2238289 | HOUSTON POLICE DEPARTMENT |
| | 224860401010 | 11 | 9/1/2019 12:00 | 9/2/2019 10:00 | No | Mental-illness or Intellectual-disability | 2282284 | SHERIFFS DEPARTMENT HARRIS COUNTY |

1

Confidential Weekly Status Report Aug 31- Sept 8

| ID | | Col | Date 1 | Date 2 | Flag | Condition | Number | Agency |
|---|---|---|---|---|---|---|---|---|
| | 227020801010 | 13 | 9/2/2019 5:40 | 9/2/2019 13:00 | No | Medical-condition | 3009165 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 223043601010 | 10 | 9/2/2019 4:50 | 9/2/2019 13:00 | No | Mental-illness or Intellectual-disability | 2888111 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 227625401010 | 3 | 9/1/2019 18:32 | 9/2/2019 18:00 | No | Mental-illness or Intellectual-disability | 2591814 | HOUSTON POLICE DEPARTMENT |
| | 225804901010 | 7 | 9/2/2019 18:07 | 9/3/2019 2:00 | No | Medical-condition | 2524206 | HOUSTON POLICE DEPARTMENT |
| | 227641201010 | 7 | 9/3/2019 1:30 | 9/3/2019 16:00 | No | Mental-illness or Intellectual-disability | 2752905 | CONSTABLE PCT 1 |
| | 208761101010 216126701010 216126801010 | 4 | 9/1/2019 12:05 | 9/4/2019 16:00 | Yes | | 1637260 | HOUSTON POLICE DEPARTMENT |
| | 227650101010 | 7 | 9/4/2019 1:30 | 9/4/2019 18:00 | No | Mental-illness or Intellectual-disability | 2738940 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 227651101010 | 13 | 9/3/2019 20:14 | 9/4/2019 18:00 | No | Mental-illness or Intellectual-disability | 2952323 | HOUSTON POLICE DEPARTMENT |
| | 227643401010 | 13 | 8/9/2019 1:04 | 9/4/2019 20:00 | Yes | | 2856863 | HOUSTON POLICE DEPARTMENT |

2

Confidential Weekly Status Report Aug 31- Sept 8

| | ID | | Start | End | Flag | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|---|
| | 227650701010 | 1 | 8/30/2019 10:37 | 9/5/2019 2:00 | Yes | | 2958074 | HOUSTON POLICE DEPARTMENT |
| | 227658701010 | 6 | 9/4/2019 16:16 | 9/5/2019 4:00 | No | Medical-condition | 1988139 | HOUSTON POLICE DEPARTMENT |
| | 227645201010 | 3 | 9/3/2019 9:33 | 9/5/2019 13:00 | No | Mental-illness or Intellectual-disability | 2695873 | HOUSTON POLICE DEPARTMENT |
| | 227646001010 | 12 | 9/3/2019 12:03 | 9/5/2019 20:00 | Yes | | 2583041 | HOUSTON POLICE DEPARTMENT |
| | 227658301010 | 2 | 6/27/2019 11:20 | 9/5/2019 20:00 | Yes | | 2998487 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 214863901010 224657001010 | 16 | 9/4/2019 11:30 | 9/5/2019 23:00 | No | cannot locate in the jail | 2753081 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 227544501010 227544601010 227350001010 227669001010 | 7 | | 9/5/2019 23:00 | No | Medical-condition | 2576172 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 227657401010 | 15 | 9/4/2019 12:00 | 9/5/2019 23:00 | No | Medical-condition | 2668241 | HOUSTON POLICE DEPARTMENT |
| | 227670601010 | 8 | 9/5/2019 14:29 | 9/6/2019 2:00 | No | Medical-condition | 1653237 | HOUSTON POLICE DEPARTMENT |

3

Confidential Weekly Status Report Aug 31- Sept 8

| ID | Days | Start | End | Flag | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|
| 226134201010 | 13 | 9/5/2019 19:50 | 9/6/2019 4:00 | No | Medical-condition | 2597657 | HOUSTON POLICE DEPARTMENT |
| 227673501010 | 7 | 9/5/2019 17:15 | 9/6/2019 10:00 | No | Medical-condition | 1948554 | HOUSTON POLICE DEPARTMENT |
| 226589901010 | 11 | 9/5/2019 14:00 | 9/6/2019 10:00 | No | Mental-illness or Intellectual-disability | 2956127 | HOUSTON POLICE DEPARTMENT |
| 227184101010 | 16 | 8/22/2019 17:00 | 9/6/2019 18:00 | Yes | | 2449639 | HOUSTON POLICE DEPARTMENT |
| 226786001010 217167401010 | 3 | 9/4/2019 14:00 | 9/6/2019 20:00 | Yes | | 2920562 | HOUSTON POLICE DEPARTMENT |
| 227686501010 | 7 | 9/6/2019 12:54 | 9/7/2019 4:00 | No | Medical-condition | 1698220 | HOUSTON POLICE DEPARTMENT |
| 226895001010 | 8 | 9/7/2019 16:28 | 9/8/2019 10:00 | No | Mental-illness or Intellectual-disability | 2439583 | HOUSTON POLICE DEPARTMENT |
| 223747501010 227676001010 | 11 | 9/5/2019 22:26 | 9/8/2019 10:00 | No | Per HCSO def is unavaible for court because he was | 2144136 | HOUSTON POLICE DEPARTMENT |

4

Confidential Weekly Status Report Aug 31- Sept 8

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 227707801010 | 7 | 9/7/2019 23:08 | 9/8/2019 13:00 | No | Mental-illness or Intellectual-disability | 3017581 | HOUSTON POLICE DEPARTMENT |
| | 227705601010 | 6 | 9/8/2019 0:26 | 9/8/2019 13:00 | No | Per HCSO D was combative. | 2219845 | HOUSTON POLICE DEPARTMENT |
| | 227717801010 227717701010 | 9 | 9/8/2019 8:58 | 9/8/2019 23:00 | No | Defendant became belligerent in court, yelling at | 1296411 | HOUSTON POLICE DEPARTMENT |

5