

The Office of Vince Ryan
County Attorney

---

September 17, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

   Re: Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
     In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the September 7, 2019 through September 15, 2019 weekly report. Of 441 misdemeanor arrestees, there were a total of 39 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 00013 |
| Mental-illness or Intellectual-disability | 00009 |
| Other reason not present | 00014 |
| Hearing more than 48 hours after arrest | 00003 |

       Sincerely,

       */s/ Melissa Spinks*
       Melissa Spinks

Confidential Weekly Status Report September 7-September 15, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 227686501010 | 7 | 9/6/2019 12:54 | 9/7/2019 4:00 | No | Medical-condition | 1698220 | HOUSTON POLICE DEPARTMENT |
| | 226895001010 | 8 | 9/7/2019 16:28 | 9/8/2019 10:00 | No | Mental-illness or Intellectual-disability | 2439583 | HOUSTON POLICE DEPARTMENT |
| | 223747501010 227676001010 | 11 | 9/5/2019 22:26 | 9/8/2019 10:00 | No | Per HCSO def is unavaible for court because he was | 2144136 | HOUSTON POLICE DEPARTMENT |
| | 227707801010 | 7 | 9/7/2019 23:08 | 9/8/2019 13:00 | No | Mental-illness or Intellectual-disability | 3017581 | HOUSTON POLICE DEPARTMENT |
| | 227705601010 | 6 | 9/8/2019 0:26 | 9/8/2019 13:00 | No | Per HCSO D was combative. | 2219845 | HOUSTON POLICE DEPARTMENT |
| | 227717701010 227717801010 | 9 | 9/8/2019 8:58 | 9/8/2019 23:00 | No | Defendant became belligerent in PC court, yelling | 1296411 | HOUSTON POLICE DEPARTMENT |
| | 227718301010 | 6 | 9/8/2019 15:49 | 9/9/2019 2:00 | No | Medical-condition | 1813236 | HOUSTON POLICE DEPARTMENT |

1

Confidential Weekly Status Report September 7-September 15, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 227719401010 | 10 | 9/8/2019 15:45 | 9/9/2019 4:00 | No | Combative/suicidal per bailiff | 2152241 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 220525801010 | 7 | 9/5/2019 15:55 | 9/9/2019 7:00 | No | Medical-condition | 2372849 | CONSTABLE PCT 6 |
| 226771301010 | 5 | 9/8/2019 13:03 | 9/9/2019 10:00 | No | Mental-illness or Intellectual-disability | 284885 | CONSTABLE PCT 6 |
| 226760301010 227728301010 | 13 | 9/9/2019 4:34 | 9/9/2019 20:00 | No | Medical-condition | 3006182 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 227711101010 227711201010 227711901010 | 7 | 9/7/2019 22:44 | 9/9/2019 23:00 | No | Medical-condition | 2809121 | HOUSTON POLICE DEPARTMENT |
| 226970401010 | 10 | 9/9/2019 20:00 | 9/10/2019 2:00 | No | Medical-condition | 1419472 | HOUSTON POLICE DEPARTMENT |
| 227647001010 | 4 | 9/7/2019 9:53 | 9/10/2019 2:00 | No | Medical-condition | 954533 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 226244901010 | 10 | 9/9/2019 18:10 | 9/10/2019 10:00 | No | combative per hcso | 2002963 | LA PORTE POLICE DEPARTMENT |
| 227735301010 | 7 | 9/9/2019 20:22 | 9/10/2019 13:00 | No | disruptive | 2635389 | HOUSTON POLICE DEPARTMENT |
| 227738801010 | 11 | 9/8/2019 15:35 | 9/10/2019 18:00 | Yes | | 2517115 | BAYTOWN POLICE DEPARTMENT |

2

Confidential Weekly Status Report September 7-September 15, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 227740801010 | 9 | 9/9/2019 23:52 | 9/10/2019 20:00 | No | Mental-illness or Intellectual-disability | 2459316 | HOUSTON POLICE DEPARTMENT |
| 227750601010 | 2 | 9/11/2019 1:25 | 9/12/2019 4:00 | No | Medical-condition | 2845093 | CONSTABLE PCT 7 |
| 227733001010 | 14 | 9/9/2019 21:20 | 9/12/2019 10:00 | No | Medical-condition | 3015478 | HOUSTON POLICE DEPARTMENT |
| 227761901010 217817701010 | 7 | 9/11/2019 23:50 | 9/12/2019 16:00 | No | disruptive | 1770645 | HOUSTON POLICE DEPARTMENT |
| 225925901010 | 8 | 9/14/2019 22:08 | 9/12/2019 20:00 | No | Medical-condition | 2310548 | HOUSTON POLICE DEPARTMENT |
| 226689301010 | 5 | 9/13/2019 8:49 | 9/13/2019 13:00 | No | Mental-illness or Intellectual-disability | 3005521 | HOUSTON POLICE DEPARTMENT |
| 217644501010 220170001010 220170101010 227771001010 227771101010 | 1 | 9/12/2019 19:22 | 9/13/2019 13:00 | No | Mental-illness or Intellectual-disability | 2664726 | HOUSTON POLICE DEPARTMENT |
| 226902601010 | 4 | 9/12/2019 21:30 | 9/13/2019 16:00 | No | D in segregated custody. | 2138475 | HOUSTON POLICE DEPARTMENT |
| 227774601010 | 2 | 9/12/2019 23:36 | 9/13/2019 18:00 | No | Defendant is in seg per HCSO; she's combative. | 2971847 | CONSTABLE PCT 5 |
| 221575601010 224639901010 | 6 | 9/13/2019 22:15 | 9/14/2019 7:00 | No | per HCSO def is combative | 2697223 | CONSTABLE PCT 4 |

Confidential Weekly Status Report September 7-September 15, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 227651601010 | 3 | 9/13/2019 23:52 | 9/14/2019 7:00 | No | per HCSO def is combative | 2638144 | HOUSTON POLICE DEPARTMENT |
| 227779901010 | 2 | 9/13/2019 19:32 | 9/14/2019 10:00 | No | Per HCSO, D combative. | 2954815 | HOUSTON POLICE DEPARTMENT |
| 227782001010 | 9 | 9/11/2019 23:20 | 9/14/2019 13:00 | Yes | | 3018733 | HOUSTON POLICE DEPARTMENT |
| 227785201010 227785301010 | 15 | 9/13/2019 20:43 | 9/14/2019 13:00 | No | Per HCSO disruptive | 1169358 | HOUSTON POLICE DEPARTMENT |
| 227792601010 | 8 | 9/13/2019 21:08 | 9/14/2019 18:00 | No | Medical-condition | 1839482 | HOUSTON POLICE DEPARTMENT |
| 227797201010 | 13 | 9/14/2019 15:29 | 9/15/2019 2:00 | No | Medical-condition | 2805299 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 227232701010 227232801010 | 16 | 9/14/2019 21:21 | 9/15/2019 4:00 | No | Deputy thinks Def in Seg but not sure how long he' | 1108547 | HOUSTON POLICE DEPARTMENT |
| 225320201010 225357701010 225201401010 | 1 | 9/14/2019 18:41 | 9/15/2019 4:00 | No | Medical-condition | 2680924 | HOUSTON POLICE DEPARTMENT |
| 227782901010 | 2 | 9/10/2019 20:07 | 9/15/2019 13:00 | Yes | | 2292682 | HOUSTON POLICE DEPARTMENT |
| 227535001010 | 6 | 9/15/2019 1:17 | 9/15/2019 13:00 | No | Mental-illness or Intellectual-disability | 1731765 | HOUSTON POLICE DEPARTMENT |

4

Confidential Weekly Status Report September 7-September 15, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | 227802301010 | 16 | 9/14/2019 22:00 | 9/15/2019 13:00 | No | Mental-illness or Intellectual-disability | 2033502 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 224951201010 | 4 | 9/13/2019 3:14 | 9/15/2019 16:00 | No | Mental-illness or Intellectual-disability | 2833849 | SHERIFFS DEPARTMENT HARRIS COUNTY |

5