IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al*., on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

The court wants to ensure that at the final fairness hearing on October 28, 2019, there is a fair and full opportunity for the different views on the proposed settlement to be heard. That is done most effectively by setting out certain procedural steps designed to minimize repetition and confusion, while ensuring robust participation in the hearing.

Any individual who wants to make a statement in open court, on the record, at the October 28 hearing must notify the court, in writing, no later than **October 21**, **2019**, by filing with the clerk of court a written statement of intent to appear. The filed written statement must clearly indicate the individual's name; the entity the individual works with, if applicable (e.g., the district attorney or police department of a certain county or city); the case name; and the case number.

The written materials submitted by the parties and by the amici, who are nonparties filing separate briefs, were voluminous and expressed many of the views of those likely to appear. The oral statements in court will therefore be limited to no more than 15 minutes for each person, entity, or category of entity.

No more than one individual may testify for any entity or category of entity. Each entity or category of entity must select a spokesperson, whose name must be provided on the written statement of intent to appear to be filed by October 21.

The court appreciates the opportunity to hear the different views and continue to consider the issues.

SIGNED on October 14, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge