

The Office of Vince Ryan
County Attorney

October 16, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
             In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the October 5, 2019 through October 13, 2019 weekly report. Of 445 misdemeanor arrestees, there were a total of 61 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
|---|---|
| Medical-condition | 00021 |
| Mental-illness or Intellectual-disability | 00018 |
| Other reason not present | 00015 |
| Hearing more than 48 hours after arrest | 00007 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Status Report October 5-13, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | Defendant SPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ▆ | 228066801010 | 12 | 10/3/2019 18:15 | 10/5/2019 2:00 | No | D housed per HCSO. | 2141688 | HOUSTON POLICE DEPARTMENT |
| ▆ | 222438401010 | 12 | 10/4/2019 23:38 | 10/5/2019 10:00 | No | Per HCSO, D was uncooperative and disruptive. | 2258596 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▆ | 228076301010 | 2 | 10/4/2019 19:51 | 10/5/2019 10:00 | No | Medical-condition | 2913939 | HOUSTON POLICE DEPARTMENT |
| ▆ | 227986601010 | 2 | 10/5/2019 3:00 | 10/5/2019 13:00 | No | Mental-illness or Intellectual-disability | 2298293 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▆ | 227817001010 | 2 | 10/4/2019 16:00 | 10/5/2019 13:00 | No | Mental-illness or Intellectual-disability | 1076571 | HOUSTON POLICE DEPARTMENT |
| ▆ | 228058801010 228116901010 | 1 | 10/3/2019 13:00 | 10/5/2019 20:00 | Yes | | 2251524 | HOUSTON POLICE DEPARTMENT |
| ▆ | 228085801010 | 10 | 10/5/2019 1:05 | 10/5/2019 20:00 | No | D combative per HCSO. | 2860507 | HOUSTON POLICE DEPARTMENT |
| ▆ | 226594601010 | 8 | 10/5/2019 16:55 | 10/5/2019 23:00 | No | D in housing per HCSO. | 3004237 | HOUSTON POLICE DEPARTMENT |

1

Confidential Weekly Status Report October 5-13, 2019

| | ID | Col3 | Start | End | Flag | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|---|
| ■ | 227312601010 227312701010 | 5 | 10/5/2019 1:00 | 10/5/2019 23:00 | No | D is disruptive per HCSO. | 1885266 | HOUSTON POLICE DEPARTMENT |
| ■ | 227651601010 | 3 | 9/13/2019 23:52 | 10/6/2019 4:00 | No | Medical-condition | 2638144 | HOUSTON POLICE DEPARTMENT |
| ■ | 227462801010 | 9 | 10/5/2019 18:43 | 10/6/2019 4:00 | No | Medical-condition | 1983237 | METRO P. D. CITY OF HOUSTON |
| ■ | 228104901010 | 8 | 10/6/2019 13:20 | 10/7/2019 2:00 | No | Medical-condition | 3022650 | HOUSTON POLICE DEPARTMENT |
| ■ | 228106001010 | 1 | 10/6/2019 15:26 | 10/7/2019 4:00 | No | Mental-illness or Intellectual-disability | 2545513 | HOUSTON POLICE DEPARTMENT |
| ■ | 228108101010 | 11 | 10/6/2019 18:30 | 10/7/2019 10:00 | No | Mental-illness or Intellectual-disability | 1770068 | CONSTABLE PCT 5 |
| ■ | 228114501010 | 6 | 10/7/2019 5:17 | 10/7/2019 16:00 | No | Mental-illness or Intellectual-disability | 1948372 | CONSTABLE PCT 1 |
| ■ | 228116701010 | 14 | 10/7/2019 0:53 | 10/7/2019 18:00 | No | Mental-illness or Intellectual-disability | 2060733 | SHERIFFS DEPARTMENT HARRIS COUNTY |

2

Confidential Weekly Status Report October 5-13, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 228101701010 | 10 | 10/5/2019 15:35 | 10/7/2019 20:00 | Yes | | 2323627 | HOUSTON POLICE DEPARTMENT |
| | 228116901010 | 2 | 10/3/2019 13:00 | 10/7/2019 23:00 | Yes | | 2251524 | HOUSTON POLICE DEPARTMENT |
| | 228120001010 228120101010 227967001010 | 1 | 10/7/2019 5:52 | 10/7/2019 23:00 | No | Mental-illness or Intellectual-disability | 2206699 | HOUSTON POLICE DEPARTMENT |
| | 221390501010 | 2 | 10/7/2019 0:45 | 10/8/2019 2:00 | No | Medical-condition | 1509808 | HOUSTON POLICE DEPARTMENT |
| | 226768401010 | 9 | 10/7/2019 17:17 | 10/8/2019 7:00 | No | Medical-condition | 993849 | PASADENA POLICE DEPARTMENT |
| | 226471301010 | 6 | 10/7/2019 10:49 | 10/8/2019 10:00 | No | Medical-condition | 2995388 | JERSEY VILLAGE POLICE DEPARTMENT |
| | 226244901010 | 10 | 10/7/2019 23:02 | 10/8/2019 10:00 | No | combative per hcso | 2002963 | LA PORTE POLICE DEPARTMENT |
| | 227688001010 | 6 | 10/6/2019 11:10 | 10/8/2019 13:00 | Yes | | 2460668 | SHERIFFS DEPARTMENT HARRIS COUNTY |

3

Confidential Weekly Status Report October 5-13, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 228123601010 | 15 | 10/7/2019 20:44 | 10/8/2019 13:00 | No | Medical-condition | 2526172 | JERSEY VILLAGE POLICE DEPARTMENT |
| 227454501010 227609001010 227651301010 | 10 | 10/8/2019 5:30 | 10/8/2019 18:00 | No | Medical-condition | 2494172 | HOUSTON POLICE DEPARTMENT |
| 228126501010 | 8 | 8/16/2019 23:37 | 10/8/2019 18:00 | No | Medical-condition | 2373648 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 228108801010 | 14 | 10/6/2019 20:50 | 10/8/2019 20:00 | Yes | | 2691837 | PASADENA POLICE DEPARTMENT |
| 228130301010 | 5 | 10/7/2019 15:20 | 10/8/2019 20:00 | No | Medical-condition | 1342514 | HOUSTON POLICE DEPARTMENT |
| 228128801010 228128901010 | 2 | 10/7/2019 21:00 | 10/9/2019 2:00 | No | Def housed. | 2567694 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 220613001010 | 4 | | 10/9/2019 2:00 | No | Medical-condition | 2626685 | HOUSTON POLICE DEPARTMENT |
| 228133701010 | 16 | | 10/9/2019 4:00 | No | Medical-condition | 2906886 | HOUSTON POLICE DEPARTMENT |

4

Confidential Weekly Status Report October 5-13, 2019

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 228136101010 | 8 | 10/8/2019 17:38 | 10/9/2019 7:00 | No | disruptive per hcso | 1360059 | HOUSTON POLICE DEPARTMENT |
| | 228135001010 224916401010 | 13 | 10/8/2019 17:53 | 10/9/2019 7:00 | No | disruptive per hcso | 1722835 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 228135701010 | 4 | 10/8/2019 18:13 | 10/9/2019 7:00 | No | disruptive per hcso | 2138475 | CONSTABLE PCT 6 |
| | 219511101010 | 9 | 10/8/2019 10:19 | 10/9/2019 16:00 | No | Medical-condition | 73269 | CONSTABLE PCT 6 |
| | 227839201010 | 5 | 10/8/2019 23:24 | 10/9/2019 16:00 | No | Medical-condition | 2750950 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 226837001010 | 1 | 7/11/2019 15:53 | 10/9/2019 18:00 | No | Mental-illness or Intellectual-disability | 2979388 | MUNICIPAL COURT, TOMBALL |
| | 228147401010 | 10 | 10/9/2019 13:00 | 10/10/2019 4:00 | No | Per staff, in mental health crisis | 3023364 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| | 228148401010 | 4 | 10/9/2019 15:20 | 10/10/2019 7:00 | No | Mental-illness or Intellectual-disability | 2496280 | HOUSTON POLICE DEPARTMENT |

5

Confidential Weekly Status Report October 5-13, 2019

| | ID | Days | Start | End | Flag | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|---|
| ■ | 226115901010 | 6 | 10/9/2019 17:30 | 10/10/2019 10:00 | No | Medical-condition | 2485110 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ■ | 228136201010 228136301010 | 16 | 10/8/2019 15:53 | 10/10/2019 10:00 | No | sent to court per hcso but no bond or date showing | 2902577 | HOUSTON POLICE DEPARTMENT |
| ■ | 221502901010 | 13 | 10/9/2019 20:00 | 10/10/2019 16:00 | No | Medical-condition | 1011582 | HOUSTON POLICE DEPARTMENT |
| ■ | 227552401010 227645201010 | 3 | 10/10/2019 11:28 | 10/10/2019 20:00 | No | Mental-illness or Intellectual-disability | 2695873 | HOUSTON POLICE DEPARTMENT |
| ■ | 228144001010 | 6 | 10/8/2019 23:26 | 10/10/2019 20:00 | No | Medical-condition | 302152 | HOUSTON POLICE DEPARTMENT |
| ■ | 228142701010 | 5 | 10/8/2019 23:24 | 10/11/2019 4:00 | No | Mental-illness or Intellectual-disability | 2750950 | HOUSTON POLICE DEPARTMENT |
| ■ | 227398201010 | 8 | 10/10/2019 21:00 | 10/11/2019 7:00 | No | Mental-illness or Intellectual-disability | 2356262 | HOUSTON POLICE DEPARTMENT |
| ■ | 228159801010 | 4 | 10/10/2019 12:30 | 10/11/2019 7:00 | No | Mental-illness or Intellectual-disability | 2958651 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Status Report October 5-13, 2019

| | ID | | Booking | Release | | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|---|
| ▇ | 218540101010 | 8 | 10/10/2019 10:00 | 10/11/2019 7:00 | No | per HCSO defendant is in housing and could not be | 2919420 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 227843001010 | 9 | 10/10/2019 11:47 | 10/11/2019 7:00 | No | Mental-illness or Intellectual-disability | 2961426 | HOUSTON POLICE DEPARTMENT |
| ▇ | 204296501010 208454201010 | 3 | 10/10/2019 19:38 | 10/11/2019 10:00 | No | Mental-illness or Intellectual-disability | 2523806 | HUMBLE PD |
| ▇ | 228163301010 | 3 | 10/10/2019 18:58 | 10/11/2019 18:00 | No | Medical-condition | 353237 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| ▇ | 224934501010 | 14 | 10/11/2019 1:30 | 10/11/2019 18:00 | No | Mental-illness or Intellectual-disability | 1833621 | HOUSTON POLICE DEPARTMENT |
| ▇ | 228170501010 | 9 | 10/11/2019 8:39 | 10/11/2019 20:00 | No | Mental-illness or Intellectual-disability | 2926378 | HOUSTON POLICE DEPARTMENT |
| ▇ | 228161501010 | 7 | 10/10/2019 19:49 | 10/11/2019 20:00 | No | Medical-condition | 3023552 | DEER PARK POLICE DEPARTMENT |
| ▇ | 228025701010 | 13 | 9/30/2019 22:38 | 10/12/2019 16:00 | Yes | | 2047539 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Status Report October 5-13, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 225692401010 | 14 | 7/21/2019 4:23 | 10/12/2019 18:00 | Yes | | 2220093 | CONSTABLE PCT 6 |
| 228186001010 | 8 | 10/12/2019 10:10 | 10/13/2019 2:00 | No | D housed. | 278881 | HOUSTON POLICE DEPARTMENT |
| 228170401010 | 8 | 10/11/2019 6:05 | 10/13/2019 13:00 | No | Mental-illness or Intellectual-disability | 1682335 | HOUSTON POLICE DEPARTMENT |
| 228182001010 | 11 | 10/11/2019 21:19 | 10/13/2019 20:00 | No | Medical-condition | 1670728 | HOUSTON POLICE DEPARTMENT |
| 228201301010 | 12 | 10/13/2019 0:15 | 10/13/2019 20:00 | No | Per HCSO, D is combative and has been placed in se | 2892161 | HOUSTON POLICE DEPARTMENT |
| 228200101010 227948101010 | 16 | 10/13/2019 11:30 | 10/13/2019 23:00 | No | Defendant housed per HCSO. | 3020688 | CONSTABLE PCT 4 |

8