# EXHIBIT 1

**HARRIS COUNTY DISTRICT ATTORNEY**
**KIM K. OGG**

President
Houston Area Police Chiefs Association
Chief David Kimberly
Klein ISD Police Department

Thank you and all of the police officials who participated in the August 21, 2019, meeting to discuss issues affecting Harris County law enforcement officers. The meeting was a successful discussion and exchange of information. However, another issue has arisen that endangers the public.

The proposed settlement of Harris County's bail reform lawsuit accommodates and elevates the interests of arrested defendants without adequate protections for victims, witnesses, or the public in general. The proposed Consent Decree implements procedures that would cause unnecessary delay in cases and an increase in defendant "no-shows" in court. The proposed Consent Decree provides no limit on the number of times a case may be rescheduled without the defendant's appearance - placing the burden of additional costs on law enforcement agencies responsible for officers' court appearances, including contested bail hearings, which we expect to increase dramatically.

I support bail reform, but the proposed Consent Decree is not bail reform that protects the community. Many of us agree that low-level, non-violent misdemeanor offenders should generally not be held in jail while awaiting trial just because they cannot afford to pay bail. This is wrong! However, dangerous misdemeanor offenders such as domestic violence abusers, DWI offenders, etc., should be jailed to protect victims, witnesses, and prevent unnecessary multiple encounters with police officers on the streets. Bail in those cases is relevant to public safety. Additionally, we have already seen PR bonds plus low bail occurring in many serious felony cases, with a lawsuit intended to "reform" felony bail already pending. The proposed settlement in the current federal case is a preview of what is sure to come next with felonies.

Our collective concerns are not addressed in the proposed Consent Decree which fails to protect Harris County neighborhoods and residents. I strongly encourage your presence, along with other criminal justice and public safety leaders, to join me in federal court at a fairness hearing set for Monday, October 28, 2019, at 8:30am in the United States District Court, Court 11-B, Chief United States District Judge Lee H. Rosenthal, 515 Rusk Street, Houston, Texas 77002. Join me in making a "record" of our concerns in federal court.

The case is:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**
**MARANDA LYNN ODONNELL, et al.**
v.
**HARRIS COUNTY, TEXAS et al.**
**CIVIL ACTION NO. H-16-1414**