# EXHIBIT 2



**Houston Area Police Chief's Association**

www.hapca.org

The Honorable Lee H. Rosenthal
Chief Judge, U.S. District Court for the Southern District of Texas – Houston Division

Dear Chief Judge Rosenthal:

The Houston Area Police Chiefs Association was formed in 1988. Its membership represents chiefs, sheriffs, command staff and line officers of city, county, state, federal, college/university, transit police, medical center police, school districts and special law enforcement agencies from seven (7) counties in the Houston metropolitan area. I am currently the President of the organization.

In concept, the Houston Area Police Chiefs Association supports bail reform and recognizes that past practices have held low-level, non-violent misdemeanor offenders in jail while pending trial primarily because of their inability to pay bail. We believe in general that such offenders can be held accountable and successfully reintegrated back into the community with little risk to the public.

However, the proposed Harris County bail reform lawsuit settlement has advanced without input from law enforcement organizations in Harris County, and without adequate protections for victims, witnesses and the community at large, creating a general public safety concern.

It was due to a meeting August 21, 2019 with the District Attorney that most law enforcement chiefs first learned of the details of the proposed bail reform settlement and its impact. We had not, individually nor as organizations, been privy to any of the plaintiffs or the Harris County officials' meetings regarding proposed changes to Harris County's bail system. At that meeting, we heard for the first time about the new court rules being proposed by the county criminal court at law judges and the Commissioner's Court as part of the bail reform settlement. As President of the association, I requested follow up by the District Attorney and asked her to send notice and an explanation of the federal court "fairness" hearing. We received verbal notice from the District Attorney's Office in late August and written notice in October about the fairness hearing now scheduled October 28, 2019. This information was received by law enforcement as a welcomed time for "a fair and full opportunity for the different views on the proposed settlement to be heard by the court."

Because we have not previously been included in the case settlement discussion, there are numerous aspects of the proposal which we do not fully understand and which we believe may jeopardize the public and our sworn police personnel. We seek to express our concerns that both violent and violent repeat offenders should not be released without individual risk assessments or be permitted to reschedule court appearances to the point they become fugitives from justice able to commit more crime, creating multiple encounters with police officers on the street.

Public safety must always be a priority. Thus, it is imperative that law enforcement be heard regarding this important issue.

Sincerely,

Chief David Kimberly
Houston Area Police Chief's Association, President