# EXHIBIT 3

| Meeting: | Date Attended: | Attendees: |
|---|---|---|
| Harris County Bail Bond Board Meeting (In Person) | 01.10.17 | Vivian King |
| Bail Reform Forum (In Person) | 07.26.17 | Vivian King |
| Meeting with Judge Jordan Regarding Bail Bond (In Person) | 01.08.18 | Kim Ogg, Tom Berg, David Mitcham |
| Meeting regarding bail reform (In Person) | 12.19.18 | Kim Ogg and Tom Berg |
| Bail Reform Follow-up (Conference Call) | 01.02.19 | Tom Berg * |
| Bail Reform Follow-up (Conference Call) | 01.09.19 | Tom Berg * |
| Federal Bail Lawsuit Settlement Hearing (In Person) | 04.16.19 | Tom Berg * |
| O'Donnell Meeting (In Person) | 05.13.19 | Nobody showed up (HCDAO was not on the invite list) |
| Harris County bail reform implementation (Online Video/Chat Conference) | 05.15.19 | David Mitcham |
| Meeting regarding Data collected for the settlement (In Person) | 05.20.19 | Elizabeth Eakin |
| Harris County bail reform implementation (Online Video/Chat Conference) | 05.22.19 | Nathan Beedle |
| Meeting regarding Data collected for the settlement (In Person) | 05.22.19 | Elizabeth Eakin |
| Harris County bail reform implementation (Online Video/Chat Conference) | 05.29.19 | Ryan Kent |
| Harris County bail reform implementation (Online Video/Chat Conference) | 06.05.19 | Michael Butera |
| Harris County bail reform implementation (Online Video/Chat Conference) | 06.12.19 | Michael Butera |
| Harris County bail reform implementation (Online Video/Chat Conference) | 06.19.19 | Michael Butera |
| Consent Decree Budget Estimate Meeting (In Person) | 06.19.19 | David Mitcham, Vivian King, Elizabeth Eakin & JoAnne Musick |
| Harris County bail reform implementation (Online Video/Chat Conference) | 06.26.19 | Michael Butera |
| Justice Technology Committee - Consent Decree Review (In Person) | 06.26.19 | JoAnne Musick |
| Harris County bail reform implementation (Online Video/Chat Conference) | 07.03.19 | Morgan Ybarra |
| Harris County bail reform implementation (Online Video/Chat Conference) | 08.07.19 | Michael Butera |
| Harris County bail reform implementation (Online Video/Chat Conference) | 08.14.19 | Morgan Ybarra |
| Harris County bail reform implementation (Online Video/Chat Conference) | 08.21.19 | Morgan Ybarra |
| Meeting w/Natalia Velasco from Commissioner Ellis' Office (In Person) | 08.27.19 | David Mitcham and Vivian King |
| Harris County bail reform implementation (Online Video/Chat Conference) | 08.28.19 | Michael Butera |
| Harris County bail reform implementation (Online Video/Chat Conference) | 09.04.19 | Michael Butera |

* The HCDAO cannot provide the dates of Mr. Berg's appearances at all bail meetings bewtween January 2019 - May 2019. He did attend numerous meetings by phone and in person during this time period.