United States Courts
Southern District of Texas
F I L E D

OCT 18 2019

David J. Bradley, Clerk of Court



# Notice Of Intent To Appear

Name: Monique Joseph

Affiliation: <u>Texas Advocates for Justice</u>

https://grassrootsleadership.org/programs/texas-advocates-justice

October 18, 2019

Honorable Chief Judge Rosenthal

Chief United States District Judge

515 Rusk Street, Room 11535 Houston, Texas 77002

Honorable Chief Judge Rosenthal,

I am writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414. Thank you for your time.

Sincerely,

Monique Joseph

## Notice Of Intent To Appear

Name: Olga Watkins

Affiliation: Texas Advocates for Justice

https://grassrootsleadership.org/programs/texas-advocates-justice



October 18, 2019

Honorable Chief Judge Rosenthal

Chief United States District Judge

515 Rusk Street, Room 11535 Houston, Texas 77002

Honorable Chief Judge Rosenthal,

I am writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414. Thank you for your time.

Sincerely,

Olga C. Watkins

## Notice Of Intent To Appear

Name: Margarita Luna

Affiliation: **Texas Advocates for Justice**

https://grassrootsleadership.org/programs/texas-advocates-justice



October 18, 2019

Honorable Chief Judge Rosenthal

Chief United States District Judge

515 Rusk Street, Room 11535 Houston, Texas 77002

Honorable Chief Judge Rosenthal,

I am writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414. Thank you for your time.

Sincerely,

Margarita L

## Notice Of Intent To Appear

Name: _Anthony Gamage_

Affiliation: <u>Texas Advocates for Justice</u>

<u>https://grassrootsleadership.org/programs/texas-advocates-justice</u>



October 18, 2019

Honorable Chief Judge Rosenthal

Chief United States District Judge

515 Rusk Street, Room 11535 Houston, Texas 77002

Honorable Chief Judge Rosenthal,

I am writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414. Thank you for your time.

Sincerely,

## Notice Of Intent To Appear

Name: John Taylor

Affiliation: **Texas Advocates for Justice**

https://grassrootsleadership.org/programs/texas-advocates-justice



October 18, 2019

Honorable Chief Judge Rosenthal

Chief United States District Judge

515 Rusk Street, Room 11535 Houston, Texas 77002

Honorable Chief Judge Rosenthal,

I am writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414. Thank you for your time.

Sincerely,

John Taylor

## Notice Of Intent To Appear

Name: Dianna Williams



Affiliation: **Texas Advocates for Justice**

https://grassrootsleadership.org/programs/texas-advocates-justice

October 18, 2019

Honorable Chief Judge Rosenthal

Chief United States District Judge

515 Rusk Street, Room 11535 Houston, Texas 77002

Honorable Chief Judge Rosenthal,

I am writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414. Thank you for your time.

Sincerely,

Dianna Williams