IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al., on behalf of themselves and all others similarly situated,<br>　　Plaintiffs,<br><br>vs.<br><br>HARRIS COUNTY, TEXAS, et al.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. H-16-1414<br>§<br>§<br>§<br>§ |

### AMICUS CURIAE HOUSTON AREA POLICE CHIEFS ASSOCIATION'S STATEMENT OF INTENT TO APPEAR THROUGH CHIEF GREGORY L. GRIGG

TO THE HONORABLE JUDGE OF SAID COURT:

Amicus Curiae Houston Area Police Chiefs Association files this statement of intent to appear at the fairness hearing through Chief Gregory L. Grigg

### A. The Order

1. The Court, on October 14, 2019, entered an order requiring persons who wish to make a statement at the fairness hearing for the class action settlement to give written notice by October 21, 2019.

### B. Amicus Curiae

2. The Houston Area Police Chiefs Association, a Texas nonprofit corporation, is an organization comprised of the chiefs of police of various Houston area law enforcement agencies. Members also include command staff and line officers. The

association promotes public safety and law enforcement in the Houston area. The association submitted an amicus curiae brief to the Court on August 29, 2019.

### C. The Proposed Spokesperson

3.     The association, after consultation with its board, has selected Chief Gregory L. Grigg to speak on its behalf. Chief Grigg is the Chief of Police of the Deer Park, Texas Police Department and is a member of the association. Chief Grigg has consulted with the association and its board and is prepared to give a statement summarizing the association's and his own insight into the proposed settlement. Chief Grigg is a longtime law enforcement officer and has firsthand experience and knowledge about law enforcement practices and the impact that the current bail reform measures have had on enforcement. He is familiar with the proposed settlement and is prepared to speak about the association's and his own concerns with the settlement.

### PRAYER

   WHEREFORE, PREMISES CONSIDERED, Amicus Curiae Houston Area Police Chiefs Association prays that the Court permit its designated spokesperson, Chief Gregory L. Grigg, to make a statement at the class action fairness hearing.

                                          Respectfully submitted,

                                          STOGER LAW FIRM, P.C.

                                          */s/ Jonathan S. Stoger*
                                          JONATHAN S. STOGER

Texas Bar No. 00797504
Federal Bar No. 20715
2301 Morse
Houston, Texas 77019
Tel: (713) 522-2848
Fax: (713) 522-1120
jstoger@stogerlaw.com

Attorneys for Amicus Curiae Houston Area Police Chiefs Association

## CERTIFICATE OF SERVICE

I certify that on October 18, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF System. Participants in the case will be served by the CM/ECF system. The undersigned is not aware of any participants who are not registered with the CM/ECF system.

*/s/ Jonathan S. Stoger*
Jonathan S. Stoger