UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MARANDA LYNN O'DONNELL, et al,** § § § | |
| Plaintiffs, § § | |
| v. § | No. 4:16-cv-01414 |
| § § | |
| **HARRIS COUNTY, TEXAS, et al.,** § § | |
| Defendants. § § § | |

**PROFESSIONAL BONDSMEN OF HARRIS COUNTY'S
STATEMENT OF INTENT TO APPEAR**

Pursuant to the court's Oct 14th order [Doc. 662], The Professional Bondsmen of Harris County, Amicus Curiae, desires to speak at the fairness hearing on Oct 28th. Undersigned counsel will be the designated speaker.

Respectfully submitted,

_/s/ Kevin Pennell_
Kevin Pennell
Texas Bar No. 24046607
Fed. ID. No. 583414
kevin@pennellfirm.com
PENNELL LAW FIRM PLLC
19 Briar Hollow Lane, Suite 110
Houston, Texas 77027
Telephone: (713) 965-7568
Facsimile: (713) 583-9455

**COUNSEL FOR AMICUS CURIAE
THE PROFESSIONAL BONDSMEN OF
HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Kevin Pennell