IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, et al, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 4:16-cv-01414 |
| | § | |
| HARRIS COUNTY, TEXAS, et al., | § | |
| Defendants. | § | |

### CLASS MEMBER GILBERT MORALES
### NOTICE OF INTENT TO APPEAR

Pursuant to the Court's October 14, 2019, order [Doc. 662], Class Member Gilbert Morales desires to speak at the fairness hearing on October 28, 2019. Undersigned counsel will be the designated speaker.

Respectfully submitted,

   /s/ Ken W. Good
Ken W. Good
Texas Bar Number: 08139200
Email: keng@tyler.net
**THE GOOD LAW FIRM**
Law Office of Ken W. Good, PLLC
5353 W. Alabama #690
Houston, Texas 77056
Telephone: (903) 579-7507
Facsimile: (866) 381-0455

**COUNSEL FOR CLASS MEMBER GILBERT MORALES**

## CERTIFICATE OF SERVICE

I hereby certify ON THE 21ST DAY OF October 2019, I electronically filed the forgoing with the Clerk of the Court for the United States District Court for the Southern District of Texas, using the electron case filing system of the Court. The electronic case filing system sent a "Notice of Electron Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                             */s/ Ken W. Good*
                                             **KEN W. GOOD**