IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al.*<br><br>*Plaintiffs*<br><br>vs.<br><br>HARRIS COUNTY, TEXAS, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO. 4:16-CV-1414 |

**Notice of Intent to Appear**

To the Chief United States District Judge:

**NOTICE IS HEREBY GIVEN** that the Houston Police Officers' Union requests to appear and make a statement in open court, on the record, at the October 28, 2019 hearing. Mary Nan Huffman will be making the statement on behalf of the Houston Police Officers' Union.

Respectfully submitted,

/s/ *Robert A. Armbruster*
Robert A. Armbruster, Staff Counsel
State Bar No. 00786451, Federal I.D. No. 16645
Houston Police Officers' Union
1600 State Street, Suite 200
Houston, Texas 77007
832-200-3420, fax 832-200-3420
rarmbruster@hpou.org

1

## Certificate of Service

I certify that on October 21, 2019, a true and correct copy of this Notice of Intent to Appear was served by electronic notice to all parties of record.

/s/ *Robert A. Armbruster*
Robert A. Armbruster