# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, *et al*.<br><br>*Plaintiffs*<br><br>**vs.**<br><br>HARRIS COUNTY, TEXAS, *et al*.,<br><br>*Defendants.* | **CIVIL ACTION NO. 4:16-CV-1414** |

### Harris County Precinct 3 Commissioner Steve Radack's
### Notice of Intent to Appear

Pursuant to the court's Oct 14th order [Doc. 662], Commissioner Steve Radack, Amicus Curiae, desires to speak at the fairness hearing on Oct 28th. Commissioner Radack will be the designated speaker.

Respectfully submitted,

s/ *Fred A. Keys, Jr.*
Fred A. Keys, Jr.
State Bar No. 11373900
Fred Keys Consulting LLC
P.O. Box 854
5 Rattlesnake Court
Sonoita, Arizona 85637
(713)880-8805
fred@FKCLLC.com
Counsel for Commissioner Radack

## Certificate of Service

    I certify that on October 21, 2019, a true and correct copy of this Notice of Intent to Appear was served by electronic notice to all parties of record.

                                          /s *Fred A. Keys, Jr.*
                                        FRED A. KEYS, JR.