United States Courts
Southern District of Texas
FILED

OCT 21 2019

David J. Bradley, Clerk of Court

October 21, 2019

# Notice of Intent To Appear

Honorable Chief Judge Rosenthal
Chief United States District Judge
515 Rusk Street, Room 11535 Houston, Texas 77002

Dear Honorable Chief Judge Rosenthal,

I am with Restoring Justice writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414.

Sincerely,

281-704-8520

John Gamage