United States Courts
Southern District of Texas
FILED

OCT 21 2019

David J. Bradley, Clerk of Court

October 21, 2019

# Notice of Intent To Appear

Monique Joseph
907 Bolton Dr.
Missouri City, TX 77489
monique@law-dw.com

Chief Judge Rosenthal
Chief United States District Judge
515 Rusk Street, Room 11535 Houston, Texas 77002

Dear Chief Judge Rosenthal,

I am an intern with Drew Wiley Law and I am writing to inform you of my intent to appear and speak on October 28th, 2019 for the Misdemeanor Bail Settlement case 4:16-cv-01414.

Thank you for your time,

*Monique Joseph*
Monique Joseph