## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, et al, | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | No. 4:16-cv-01414 |
| | § | (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al., | § | The Honorable Lee H. Rosenthal |
| Defendants. | § | U.S. District Judge |

### NOTICE OF INTENT TO APPEAR

Pursuant to this Court's directive, please be on notice that Equal Justice Now intends to appear and speak at the hearing on October 28, 2019 by and through the undersigned counsel or by Tony Smith a representative from Equal Justice Now.

Respectfully Submitted,

/s/   Alan N. Magenheim
Alan N. Magenheim
MAGENHEIM & ASSOCIATES
State Bar No. 12816200
3701 Kirby Drive, Suite 913
Houston, Texas 77098

ATTORNEY FOR EQUAL JUSTICE NOW

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Alan N. Magenheim
_____
Alan N. Magenheim