October 21, 2019

Chief Judge Rosenthal
515 Rusk Street, Room 11535
Houston, TX 77002

2118 Swift Blvd.
Houston, TX 77030

United States Courts
Southern District of Texas
FILED

OCT 21 2019

David J. Bradley, Clerk of Court

Dear Judge Rosenthal:

*Notice of Intent to Appear*

As a long-time resident of Harris County, I intend to be present in your court on Monday, October 28, 2019, to speak on case 4:16-cv-01414, the Misdemeanor Bail Settlement.

Respectfully,

*[signature]*

Olga C. Watkins, Ph.D.

713 471 2285

I am not affiliated with any organisation.