IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. § § § § Plaintiffs, § § v. § § HARRIS COUNTY, TEXAS, et al. § § Defendants. § § § | Case No. 4:16-cv-01414 (Consolidated Class Action) The Honorable Lee H. Rosenthal U.S. District Judge |

## HARRIS COUNTY DEPUTIES' ORGANIZATION, FOP #39
## STATEMENT OF INTENT TO APPEAR

Pursuant to this Court's Oct 14th order [Doc. 662], the Harris County Deputies' Organization, FOP #39, Amicus Curiae, is filing its intent to appear and seeks permission to address this Court. J. Marcus Hill, attorney, will address the Court on behalf of the Harris County Deputies' Organization, FOP #39, as its representative.

/s/ J. Marcus Hill
J. Marcus "Marc" Hill
Of Counsel HCDO FOP 39
Texas Bar No. 09638150
U.S. D.C., SD TX: 4640
1770 St. James Place, Ste 115
Houston, Texas 77056
2116 Church Street
Galveston, Texas 77550
Phone: 713-688-6318
Fax: 713-688-2817
marc@hillpclaw.com

Page **1** of **2**

Robin E. McIlhenny
HCDO FOP 39
Texas Bar No. 24072992
U.S. D.C., SD TX: 1552147
robin@hcdo.com
5100 Westheimer Rd. Suite 105
Houston, Texas 77056
P: (713) 659-0005
F: (281) 205-0426
*Attorneys for* **Amici Curiae**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system is instructed to send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ J. Marcus Hill