IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODNNELL, et al § | | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | | |
| HARRIS COUNTY, TEXAS, et al § | CIVIL ACTION NO. 4:16-CV-01414 | |
| Defendants. § | | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Please take notice that Celena Vinson enters her appearance as counsel for Defendant Harris County, Texas, in addition to and not in substitution of Melissa L. Spinks, who remains as lead counsel:

Date: October 21, 2019                    Respectfully submitted,

OF COUNSEL:                    */s/Celena Vinson*
                    Celena Vinson
                    Assistant County Attorney
VINCE RYAN                    Federal ID No. 2220428
                    Texas State Bar No. 24037651
                    Harris County Attorney's Office
                    1019 Congress, 15th Floor
                    Houston, Texas 77002
                    Telephone: (713) 274-5181
                    Facsimile: (713) 755-8924
                    celena.vinson@cao.hctx.net
                    **Co-Counsel For Defendant, Harris County, Texas**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, a true and correct copy of this pleading was served upon all parties of record via their attorneys of record via CM/ECF system.


                    */s/ Celena Vinson*
                    Celena Vinson
                    Assistant County Attorney

1