October 21, 2019

To: United States District Court
For the Southern District of Texas
Houston Division

United States Courts
Southern District of Texas
FILED
OCT 21 2019
David J. Bradley, Clerk of Court

## I Carl Davis would like to speak before the court on October 28, 2019 behalf of:

Houston Society for Change
And
Social Action Commission
General Board- AME Church

Civil  Action No: H-16-1414

Maranda Lynn ODonnell., et al.,
On behalf of themselves and all other
Similar situated,

Plaintiffs,

Vs.

Harris County, Texas, et.al.,

Defendants

*Carl Davis*   10-21-19

Carl Davis,
Chair, Houston Society for Change
Social Action
General Board -AME Church

1507 California St #6
Houston, TX 77006
713-882-1154