IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, et al. | § | CIVIL ACTION NO. |
| | § | 4:16-cv-1414 |
| v. | § | |
| | § | |
| HARRIS COUNTY, TEXAS, et al., | § | |

## MOTHERS AGAINST DRUNK DRIVING
## NOTICE OF INTENT TO APPEAR

Pursuant to the Court's October 14, 2019 order (Document No. 662), Mothers Against Drunk Driving intends to appear at the final fairness hearing scheduled for October 28, 2019. John McNamee will be the spokesperson for Mothers Against Drunk Driving at the hearing.

Respectfully submitted,

/s/    *Dominic J. Merino*

Dominic J. Merino
General Counsel
Mothers Against Drunk Driving
511 E. John Carpenter Freeway
Suite 700
Irving, Texas 75062

1