UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>　　　　Defendants. | Case No. 16-cv-01414<br>(Consolidated Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF JOINT MOTION FOR FINAL APPROVAL OF THE CONSENT DECREE AND SETTLEMENT AGREEMENT**

Plaintiffs submit the following exhibits in support of the Parties' Joint Motion for Final Approval:

1. Declaration of Named Plaintiff Maranda ODonnell attesting to the fairness and reasonableness of the Consent Decree and Settlement Agreement;
2. Declaration of Named Plaintiff Loetha McGruder attesting to the fairness and reasonableness of the Consent Decree and Settlement Agreement;
3. Declaration of Named Plaintiff Robert Ryan Ford attesting to the fairness and reasonableness of the Consent Decree and Settlement Agreement; and
4. Expert Report of Dr. Stephen Demuth attesting to the fairness and reasonableness of the Consent Decree and Settlement Agreement.

Date: October 21, 2019

Respectfully Submitted,

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Telephone: (202) 681-2721

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.

        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone: (713) 651-9366
        Facsimile: (713) 654-6666

        */s/ Michael Gervais*
        Michael Gervais
        mgervais@susmangodfrey.com
        SUSMAN GODFREY L.L.P.
        1900 Avenue of the Stars, #1400
        Los Angeles, CA 90067
        Telephone: (310) 789-3100

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of October 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          */s/ Elizabeth Rossi*
                                          Elizabeth Rossi