# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 16-cv-01414 |
| v. ) | (Consolidated Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. ) | U.S. District Judge |
| ) | |
| Defendants. ) | |

## DECLARATION OF MARANDA ODONNELL IN SUPPORT OF
## THE CONSENT DECREE AND SETTLEMENT AGREEMENT

1. My name is Maranda ODonnell. I am a Named Plaintiff in *ODonnell v. Harris County*.

2. I was arrested on May 18, 2016, for driving on a suspended license and was kept in a jail cell at the Harris County Jail because I could not afford a $2,500 money bail. While I was in jail, I was separated from my daughter and was scared I would lose my job. My car was impounded, and I had to pay a lot of money to get it back.

3. I filed this lawsuit because I believe it is unfair to keep people in jail just because they are too poor to pay money bail. I knew the same thing was happening to a lot of other people, and I wanted to help myself and to change the system for all of the other people who are arrested for misdemeanors in Harris County.

4. I was in touch with my lawyers at Civil Rights Corps regularly throughout this entire litigation. They kept me informed about what was going on with the case, including the preliminary injunction hearing and settlement negotiations.

5. I recently discussed the details of the Consent Decree and Settlement Agreement with my lawyer, Elizabeth Rossi. She also provided me with hard copies of the documents so that I could read them myself.

6. I fully support the settlement negotiated by my lawyers on behalf of the other class members. I think the agreement will make the system in Harris County fairer for people like me who cannot afford to pay money to get out of jail after an arrest. No one should be kept in jail because they are poor, and I am proud that, because of my lawsuit, that will no longer happen in the Harris County misdemeanor bail system.

7. I am grateful to my lawyers for how they have handled my lawsuit, and to the Court for its attention to the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

_____     10/15/19
Maranda ODonnell                                    Date