## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al. | ) |
| Plaintiffs, | ) |
| v. | ) |
| HARRIS COUNTY, TEXAS, et al. | ) |
| Defendants. | ) |

Case No. 16-cv-01414
(Consolidated Class Action)
The Honorable Lee H. Rosenthal
U.S. District Judge

## DECLARATION OF ROBERT RYAN FORD IN SUPPORT OF
## THE CONSENT DECREE AND SETTLEMENT AGREEMENT

1. My name is Robert Ryan Ford. I am a Named Plaintiff in *ODonnell v. Harris County*.

2. I was arrested on May 18, 2016, for shoplifting from WalMart and was kept in a jail cell at the Harris County Jail because I could not afford a $5,000 money bail. After about 124 hours in jail—more than 4 days—I was taken to court. I pleaded guilty and was given a sentence of five days with credit for the five days I was in jail since my arrest. I was released around 12:30 a.m. the following morning.

3. I filed this lawsuit because I believe it is unfair to keep people in jail just because they are too poor to pay money bail. I knew the same thing was happening to a lot of other people, and I wanted to help myself and to change the system for all of the other people who are arrested for misdemeanors in Harris County.

4. I was in touch with my lawyers at Civil Rights Corps regularly throughout this entire litigation. They kept me informed about what was going on with the case, including the preliminary injunction hearing and settlement negotiations.

5. I recently discussed the details of the Consent Decree and Settlement Agreement with my lawyer, Elizabeth Rossi. She also mailed me the documents so that I could read them myself.

6. I fully support the settlement negotiated by my lawyers on behalf of the other class members. I think the agreement will make the system in Harris County fairer for people like me who cannot afford to pay money to get out of jail after an arrest. No one should be kept in jail because they are poor, and I am proud that, because of my lawsuit, that will no longer happen in the Harris County misdemeanor bail system.

7.  I am grateful to my lawyers for how they have handled my lawsuit, and to the Court for
    its attention to the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

ROBERTRYANFORD                          9.12.2019
Robert Ryan Ford                        Date