

The Office of Vince Ryan
County Attorney

October 23, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
              In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the October 12, 2019 through October 20, 2019 weekly report. Of 435 misdemeanor arrestees, there were a total of 49 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 00014 |
| Mental-illness or Intellectual-disability | 00006 |
| Other reason not present | 00018 |
| Hearing more than 48 hours after arrest | 00011 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Status Report October 12-20, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | Defendant SPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| | 228025701010 | 13 | 9/30/2019 22:38 | 10/12/2019 16:00 | Yes | | 2047539 | HOUSTON POLICE DEPARTMENT |
| | 225692401010 | 14 | 7/21/2019 4:23 | 10/12/2019 18:00 | Yes | | 2220093 | CONSTABLE PCT 6 |
| | 228186001010 | 8 | 10/12/2019 10:10 | 10/13/2019 2:00 | No | D housed. | 278881 | HOUSTON POLICE DEPARTMENT |
| | 228170401010 | 8 | 10/11/2019 6:05 | 10/13/2019 13:00 | No | Mental-illness or Intellectual-disability | 1682335 | HOUSTON POLICE DEPARTMENT |
| | 228182001010 | 11 | 10/11/2019 21:19 | 10/13/2019 20:00 | No | Medical-condition | 1670728 | HOUSTON POLICE DEPARTMENT |
| | 228201301010 | 12 | 10/13/2019 0:15 | 10/13/2019 20:00 | No | Per HCSO, D is combative and has been placed in se | 2892161 | HOUSTON POLICE DEPARTMENT |
| | 227948101010 228200101010 | 16 | 10/13/2019 11:30 | 10/13/2019 23:00 | No | Defendant housed per HCSO. | 3020688 | HOUSTON POLICE DEPARTMENT |
| | 228203501010 | 5 | 10/13/2019 1:37 | 10/14/2019 2:00 | No | Mental-illness or Intellectual-disability | 1280401 | HOUSTON POLICE DEPARTMENT |

1

Confidential Weekly Status Report October 12-20, 2019

| ID | Count | Start | End | Flag | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|
| 228210201010 | 4 | 10/13/2019 22:56 | 10/14/2019 10:00 | No | administrative segregation per hcso | 2749580 | HOUSTON POLICE DEPARTMENT |
| 228214801010 | 11 | 10/13/2019 17:23 | 10/14/2019 16:00 | No | combative/uncooperative | 2154740 | HOUSTON POLICE DEPARTMENT |
| 228214101010 228214201010 | 8 | 10/13/2019 16:16 | 10/14/2019 23:00 | No | Def in hospital (taken to hospital from scene) | 1588773 | HOUSTON POLICE DEPARTMENT |
| 224197101010 228131801010 | 13 | 10/14/2019 14:56 | 10/15/2019 7:00 | No |  | 2511285 | HOUSTON POLICE DEPARTMENT |
| 227584601010 | 2 | 10/14/2019 6:25 | 10/15/2019 13:00 | No | Medical-condition | 2627877 | HOUSTON POLICE DEPARTMENT |
| 227780501010 | 7 | 10/15/2019 10:00 | 10/15/2019 18:00 | No | COMBATIVE | 724952 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 228085101010 228228501010 | 3 | 10/15/2019 10:06 | 10/16/2019 2:00 | No | Hospital | 1690172 | HOUSTON POLICE DEPARTMENT |
| 227216201010 228231601010 | 7 | 10/15/2019 17:15 | 10/16/2019 4:00 | No | Mental-illness or Intellectual-disability | 2821849 | HOUSTON POLICE DEPARTMENT |

2

Confidential Weekly Status Report October 12-20, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 222381901010 | 3 | 10/15/2019 20:00 | 10/16/2019 4:00 | No | Medical-condition | 2790632 | BELLAIRE POLICE DEPARTMENT |
| 218319201010 | 5 | 10/15/2019 21:06 | 10/16/2019 7:00 | No | uncooperativer per hcso | 2802040 | HOUSTON POLICE DEPARTMENT |
| 228232201010 | 5 | 10/15/2019 21:06 | 10/16/2019 10:00 | No | Medical-condition | 417723 | HOUSTON POLICE DEPARTMENT |
| 227034001010 | 11 | 10/16/2019 2:53 | 10/16/2019 20:00 | No | Medical-condition | 2749956 | HOUSTON POLICE DEPARTMENT |
| 228219101010 | 10 | 10/1/2019 19:52 | 10/16/2019 20:00 | Yes | | 2958772 | HOUSTON POLICE DEPARTMENT |
| 225071501010 | 10 | 10/16/2019 15:10 | 10/16/2019 20:00 | No | disruptive in courtroom/removed | 2412511 | HOUSTON POLICE DEPARTMENT |
| 228238201010 | 14 | 6/1/2019 20:10 | 10/17/2019 4:00 | Yes | | 2672093 | |
| 228240101010 | 6 | 10/16/2019 14:57 | 10/17/2019 4:00 | No | Medical-condition | 2429565 | HOUSTON POLICE DEPARTMENT |
| 228239901010 | 1 | 10/16/2019 16:18 | 10/17/2019 7:00 | No | Mental-illness or Intellectual-disability | 2066940 | CONSTABLE PCT 6 |

3

Confidential Weekly Status Report October 12-20, 2019

| ID | | Start | End | | Reason | | Agency |
|---|---|---|---|---|---|---|---|
| 228239401010 | 12 | 10/16/2019 12:00 | 10/17/2019 10:00 | No | Medical-condition | 2380560 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 215731401010 | 5 | 10/16/2019 11:00 | 10/17/2019 13:00 | No | Medical-condition | 2770179 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 228242801010 | 13 | 10/15/2019 3:20 | 10/17/2019 13:00 | Yes | | 2541344 | HOUSTON POLICE DEPARTMENT |
| 226960401010 | 10 | 10/16/2019 20:04 | 10/17/2019 16:00 | No | Mental-illness or Intellectual-disability | 2570385 | TEXAS MEDICAL CENTER POLICE DEPARTMENT |
| 228244401010 | 11 | 10/16/2019 23:00 | 10/17/2019 16:00 | No | Medical-condition | 2460668 | HOUSTON POLICE DEPARTMENT |
| 228250701010 | 15 | 10/14/2019 9:43 | 10/17/2019 23:00 | Yes | | 2338991 | HOUSTON POLICE DEPARTMENT |
| 228252601010 | 10 | 10/15/2019 13:30 | 10/18/2019 7:00 | Yes | | 2692057 | CONSTABLE PCT 4 |
| 228018601010 | 10 | 9/30/2019 17:38 | 10/18/2019 7:00 | Yes | | 2734029 | HOUSTON POLICE DEPARTMENT |

Confidential Weekly Status Report October 12-20, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 227677401010 227678201010 | 9 | 10/17/2019 16:18 | 10/18/2019 7:00 | No | per HCSO defendant is combative | 2435201 | METRO P. D. CITY OF HOUSTON |
| 221574001010 228256401010 228256501010 | 16 | 10/17/2019 12:00 | 10/18/2019 10:00 | No | Per HCSO, D combative and in need of medical atten | 2830595 | CONSTABLE PCT 1 |
| 228258901010 | 9 | 10/17/2019 22:50 | 10/18/2019 10:00 | No | Medical-condition | 1146508 | HOUSTON POLICE DEPARTMENT |
| 228258201010 | 14 | 10/17/2019 14:40 | 10/18/2019 10:00 | No | Medical-condition | 2078458 | HOUSTON POLICE DEPARTMENT |
| 222832501010 | 8 | 10/17/2019 16:40 | 10/18/2019 10:00 | No | Per HCSO, D was combative. | 2938638 | HOUSTON POLICE DEPARTMENT |
| 228239001010 | 7 | 10/15/2019 17:45 | 10/18/2019 13:00 | Yes | | 2433320 | HOUSTON POLICE DEPARTMENT |
| 216897801010 228254301010 | 4 | 10/17/2019 9:02 | 10/18/2019 13:00 | No | Medical-condition | 2827709 | BAYTOWN POLICE DEPARTMENT |
| 228264101010 | 16 | 10/17/2019 23:24 | 10/18/2019 20:00 | No | Not present/EP | 3017140 | HOUSTON POLICE DEPARTMENT |
| 228236301010 | 2 | 10/11/2019 14:00 | 10/19/2019 4:00 | Yes | | 2962894 | PASADENA POLICE DEPARTMENT |

Confidential Weekly Status Report October 12-20, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 228266301010 | 15 | 10/16/2019 22:10 | 10/19/2019 7:00 | Yes | | 2761095 | BAYTOWN POLICE DEPARTMENT |
| 228276101010 | 2 | 10/18/2019 19:03 | 10/19/2019 13:00 | No | Medical-condition | 2324443 | HOUSTON POLICE DEPARTMENT |
| 228268901010 | 5 | 10/17/2019 15:52 | 10/20/2019 2:00 | No | Def in housing. | 3002601 | HOUSTON POLICE DEPARTMENT |
| 225320201010 225357701010 225201401010 | 1 | 10/19/2019 10:17 | 10/20/2019 2:00 | No | Def in housing. | 2680924 | HOUSTON POLICE DEPARTMENT |
| 228288001010 | 4 | 10/19/2019 17:40 | 10/20/2019 7:00 | No | Mental-illness or Intellectual-disability | 2485370 | HOUSTON POLICE DEPARTMENT |
| 228290701010 227792801010 | 9 | 10/19/2019 21:40 | 10/20/2019 16:00 | No | D is in housing, unable to reach D for docket. | 2505441 | HOUSTON POLICE DEPARTMENT |
| 228296401010 | 8 | 10/20/2019 0:58 | 10/20/2019 18:00 | No | Medical-condition | 3025011 | HOUSTON POLICE DEPARTMENT |

6