| HCDistrictclerk.com | The State of Texas vs. MORALES, GILBERT RAY (SPN: 01072496) | 10/23/2019 |
|---|---|---|
| | Cause: 224689101010　CDI: 2　Court: 14 | |

# APPEALS
No Appeals found.

# PAYMENT PLAN
No Payment Plan found.

# RELATED CASES
No related cases found.

# WITNESS
No Witness found.

# SUMMARY

## CASE DETAILS

| | |
|---|---|
| **File Date** | 2/13/2019 |
| **Case (Cause) Status** | Dismissed |
| **Offense** | DRIVING WHILE LIC SUSPENDED - |
| **Last Instrument Filed** | Misdemeanor Information |
| **Case Disposition** | DISM-091019 |
| **Case Completion Date** | 9/10/2019 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $500.00 |
| **Next/Last Setting Date** | 9/10/2019 |

## DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | W / M | **Height/Weight** | 5'09 / 160 LBS |
| **Eyes** | BRO | **Hair** | BRO |
| **Skin** | MED | **Build** | SKN |
| **DOB** | 9/21/1967 | **In Custody** | N |
| **US Citizen** | NO | **Place Of Birth** | MX |
| **Address** | | 14918 PINE WARBLER TOMBALL TX 77375 | |
| **Markings** | | | |

## CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 14 |
| **Address** | 1201 Franklin (Floor: 15) Houston, TX 77002 Phone:7137555683 |
| **JudgeName** | David L. Singer |
| **Court Type** | Criminal |

# BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 02/13/2019 | BOND SET | $500 | 999 |
| 02/17/2019 | BOND FILED | CRT 14 TIME 1852 TYPE SURETY | |
| 02/17/2019 | BOND MADE | AMT $500 DATE 02/17/19 RCPT # | |
| 02/17/2019 | BONDSMAN | DOMINGUEZ, ROSEMARY | |
| 02/13/2019 | BOND FILED | CRT 14 TIME 1710 TYPE EARLY PRESENTMENT | |
| 02/13/2019 | BOND MADE | AMT $500 DATE 02/13/19 RCPT # | |

| | | | |
|---|---|---|---|
| 02/13/2019 | BONDSMAN | PERSONAL BOND PTRL | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 09/10/2019 | C87 ACTIVITY | DISM OTHER STATUS D CFI 14 | 997 |
| 09/10/2019 | COURT ORDER | DISMISSAL | 999 |
| 09/10/2019 | DISMISSAL REASON | OTHER | |
| 09/10/2019 | JUDG OFFENSE | DRIVING WHILE LIC SUSPENDED - LEVEL MB | |
| 02/17/2019 | BOND FILED | CRT 14 TIME 1852 TYPE SURETY | |
| 02/17/2019 | BOND MADE | AMT $500 DATE 02/17/19 RCPT # | |
| 02/17/2019 | BONDSMAN | DOMINGUEZ, ROSEMARY | |
| 02/13/2019 | COMPLAINT FILED | 0420 14 DRIVING WHILE LIC SUSPE LEVEL MB | |
| 02/13/2019 | BOND SET | $500 | 999 |
| 02/13/2019 | REVIEWED BY | ALDERSON, ELIZABETH WINTER | |
| 02/13/2019 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 018838819 | |
| 02/13/2019 | COMPLAINANT | RICHIE, C A | |
| 02/13/2019 | BOND FILED | CRT 14 TIME 1710 TYPE EARLY PRESENTMENT | |
| 02/13/2019 | BOND MADE | AMT $500 DATE 02/13/19 RCPT # | |
| 02/13/2019 | BONDSMAN | PERSONAL BOND PTRL | |
| 02/13/2019 | C87 ACTIVITY | PC FOUND STATUS CFI 14 | 998 |
| 02/13/2019 | C87 ACTIVITY | PROBABLE CAUSE FOUND | |
| 02/13/2019 | C87 ACTIVITY | PC FOUND STATUS CFI 14 | 999 |
| 02/13/2019 | C87 ACTIVITY | PROBABLE CAUSE FOUND | |
| 02/13/2019 | ORDER | FINANCIAL AFFIDAVIT FILED | 999 |
| 02/13/2019 | OFFENSE | DRIVING WHILE LIC SUSPENDED - LEVEL MB | |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 2/12/2019 12:00:00 AM | | |
| 9/8/2019 10:00:00 PM | 156 M | 9/8/2019 11:43:00 PM |
| 2/12/2019 3:45:00 PM | 2100 | 2/13/2019 11:45:00 AM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX0790000 | FORT BEND COUNTY SO | 19DCR08760 | $10,000.00 | THEFT >=2,500 <30,000 | 9/8/2019 | |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 224689101010-2 Dismissed(D) | MORALES, GILBERT RAY | 2/13/2019 / 9/8/2019 | 14 | Disposed(D) | Dismissed(DISM) 9/10/2019 | $500.00 | DRIVING WHILE LIC SUSPENDED - 2ND (M) | 9/10/2019 |

| Case | Name | Dates | Court | Status | Disposition | Bond | Offense | Disp Date |
|---|---|---|---|---|---|---|---|---|
| 118606501010-3 Dismissed(D) | MORALES, GILBERT RAY | 10/3/2008 \| 7/14/2010 | 178 | Disposed(D) | Dismissed(DISM)9/8/2011 | $30,000.00 | AGG ASSAULT-FAMILY MEMBER (F) | 9/8/2011 |
| 151419301010-2 Dismissed(D) | MORALES, GILBERT RAY | 3/15/2008 \| 3/16/2008 | 12 | Disposed(D) | Dismissed(DISM)6/4/2008 | $3,000.00 | DRIVING WHILE LIC SUSPENDED - 2ND (M) | 6/4/2008 |
| 110817801010-3 Complete(C) | MORALES, GILBERT RAY | 3/15/2007 \| 9/14/2007 | 174 | Disposed(D) | Disposed(DISP)9/19/2007 | | ASSAULT-BOD INJ-FAMILY MEMBER (F) | 9/19/2007 |
| 103883801010-2 Complete(C) | MORALES, GILBERT RAY | 1/8/2001 \| 3/30/2001 | 6 | Disposed(D) | Disposed(DISP)3/28/2001 | $3,000.00 | DRIVING WHILE LIC. SUSP./ENHANCED (M) | 3/28/2001 |
| 099976301010-2 Complete(C) | MORALES, GILBERT RAY | 5/6/2000 \| 5/13/2000 | 5 | Disposed(D) | Disposed(DISP)6/12/2000 | | ASSAULT-FAMILY MEMBER (M) | 6/12/2000 |
| 954785401010-2 Complete(C) | MORALES, GILBERT RAY | 11/7/1995 \| 2/2/1996 | 8 | Disposed(D) | Disposed(DISP)1/30/1996 | $1,000.00 | DRIVING WHILE LIC SUSPENDED (M) | 1/30/1996 |
| 941946201010-2 Complete(C) | MORALES, GILBERT RAY | 5/13/1994 \| 5/13/1994 | 7 | Disposed(D) | Disposed(DISP)9/15/1994 | $500.00 | POSS MARIJ 0-2 OZ (M) | 9/15/1994 |
| 894902401010-2 Complete(C) | MORALES, GILBERT RAY | 12/22/1989 \| 4/20/1991 | 2 | Disposed(D) | Disposed(DISP)4/2/1991 | $1,000.00 | DWI 1ST (M) | 4/2/1991 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| WALKER, MEKISHA JANE | HIRED DEFENSE ATTORNEY | | 01978827 |
| DOMINGUEZ, ROSEMARY | BAIL BONDSMAN | | 74250000 |
| PERSONAL BOND PTRL | PREVIOUS BONDSMAN | | 00002420 |
| MORALES, GILBERT RAY | DEFENDANT - CRIMINAL | | 01072496 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 2/14/2019 09:00 AM | 14 | | Motions Docket | Bail Review | Reset | Data Not Entered | 2/15/2019 12:00:00 AM | | To Be Set |
| 2/15/2019 09:00 AM | 14 | | Motions Docket | Bail Review | Reset | Data Not Entered | 2/20/2019 12:00:00 AM | | To Be Set |
| 2/20/2019 09:00 AM | 14 | | Motions Docket | Arraignment | Reset | Data Not Entered | 3/25/2019 12:00:00 AM | | To Be Set |
| 3/25/2019 09:00 AM | 14 | | Motions Docket | Non-Trial Setting | Reset | Data Not Entered | 4/29/2019 12:00:00 AM | | To Be Set |
| 4/29/2019 09:00 AM | 14 | | Motions Docket | Non-Trial Setting | Reset | Data Not Entered | 6/18/2019 12:00:00 AM | | To Be Set |
| 6/18/2019 | 14 | | Motions | Non-Trial Setting | Reset | Data Not | 9/10/2019 | | To Be Set |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09:00 AM | | Docket | | Entered | 12:00:00 AM | | |
| 9/10/2019 09:00 AM | 14 | Motions Docket | Dismissal | Dismissed | Data Not Entered | 1/1/0001 12:00:00 AM | To Be Set |
| 2/13/2019 06:00 PM | PCD | Motions Docket | Probable Cause Hearing | Bonded Before PC Docket | Absent | 1/1/0001 12:00:00 AM | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| MORALES, GILBERT RAY | Yes | W | M | 9/21/1967 | 01072496 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 87045903 | DISMISS CASE | | 09/10/2019 | 1 |
| 87061178 | COMPLAINT DISMISSED | | 09/10/2019 | 1 |
| 85779153 | CASE RESET FORM | | 06/18/2019 | 1 |
| 85001963 | CASE RESET FORM | | 04/29/2019 | 1 |
| 85001971 | ATTORNEY OF RECORD | | 04/29/2019 | 1 |
| 84472214 | CASE RESET FORM | | 03/25/2019 | 1 |
| 83974039 | CASE RESET FORM | | 02/20/2019 | 1 |
| 83943964 | SURETY BOND | | 02/17/2019 | 1 |
| 83861295 | CHARGING INSTRUMENT - COMPLAINT | | 02/13/2019 | 1 |
| 83861945 | CHARGING INSTRUMENT - MISDEMEANOR INFORMATION | | 02/13/2019 | 1 |
| 83881138 | PROBABLE CAUSE & STATUTORY WARNINGS | | 02/13/2019 | 1 |
| 83881183 | PERSONAL PTR | | 02/13/2019 | 1 |