## OMS — Offender Management System

File  Inmate  Tools  Batch Processes  Intake

**Name:** MORALES, GILBERT RAY  
**D.O.B.:** 09/21/1967  
**Sex-Race:** Male - White  
**Bkg Date:** 09/08/2019  
**Release:** 09/09/2019  
**Adm Type:**  
**SSN:** [redacted]  
**Booking #:** 004302773  
**Housing:** MAIN  
**Location:**  
**SO #:** [redacted]  
**SPN:** 01072496  
**Sp Mgmt:**  
**Classif:**  
**Sentence Status:** Not Sentenced  
**Detainers on File:** 0  

### Navigation
- Booking
- ► Case Manager
- Inmate Programs
- Release

### Tabs: Case Manager | Arrest Information | Payments

**Arrest Information**

- **Arrest Date/Time:** 09/08/2019 22:00
- **Arresting Agency:** HARRIS COUNTY SHERIFF
- **Officer Last Name:** [redacted]
- **Arrest Location:** [redacted]
- **Address 1:**
- **Officer First Name:** [redacted]
- **DA Log:**
- **Address 2:**
- **Badge #:** [redacted]
- **DA Log Status:**
- **City:**
- **State:**
- **Employee ID:** [redacted]
- **Asst. DA Name:**
- **Zip:** 00000-0000
- **Unit #:** [redacted]
- **Health Condition:** Claims Good Health
- **Contact Number:** [redacted]

**Charges to be filed or reason for arrest:**  
OUT OF COUNTY WARRANT

**Arrest Statements**

| Date/Time Added | Date/Time Last Modified | Officer Name |
|---|---|---|
| | | |

| Date | Author | Note |
|---|---|---|
| | | |



## OMS - Offender Management System

File Inmate Tools Batch Processes Intake

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Name: | MORALES, GILBERT RAY | Release: | 09/09/2019 | Housing: | MAIN |
| D.O.B.: | 09/21/1967 | Adm Type: | | Location: | |
| Sex-Race: | Male - White | SSN: | [redacted] | SO #: | [redacted] |
| Bkg Date: | 09/08/2019 | Booking #: | 004302773 | SPN: | 01072496 |

Sentence Status: Not Sentenced
Detainers on File: 0
Sp Mgmt: [redacted]
Classif: [redacted]

**Tabs:** QC Checks | Conditions of Release | **Permanent Release**

**Sidebar:** Booking | Case Manager | Inmate Programs | ▶ Release

### Release Verification Information

- Date/Time of Release: 09/09/2019 11:15
- Release Officer: [redacted]

### Release Information

- Release Authority: 1568032260
- Release Reason: SUBN-Surety bond

### Release Identity Check Information

- Cell Phone Number:
- Receive Text Message?:

| Date | Author | Note |
|---|---|---|

Powered by Evolution    [Add] [Edit] [Delete]



# ED GONZALEZ
Sheriff of Harris County
1200 Baker Street
HOUSTON, TEXAS 77002-1978

## BONDING DIVISION
### RELEASE AUTHORITY #
### 1568032260

**BONDDATE:** 9/9/2019   **JAIL LOCATION:** PROC

**BONDTIME:** 7:30 AM

**SPN:** 01072496

**DEFENDANT NAME:** MORALES, GILBERT

**CASES:**

| CASE | CRT | CHARGE | REASON | AMOUNT | LIC# |
|---|---|---|---|---|---|
| 19dcr087609 | ooc | THEFT PROP | SUBN | $10,000.00 | 74250 |

**DEPUTY/CLERK:** LASTRAPES, LASHAUNDA

**SB COST RECEIPT**
# 906435

THE STATE OF TEXAS, } *Know all Men by these Presents:*
COUNTY OF FORT BEND

Case number: 19DCR087609
SPN number: 01072496

That We, MORALES, GILBERT RAY, as principal, and ROSEMARY DOMINGUEZ as Sureties, are held and firmly bound unto the State of Texas, in the penal sum of TEN THOUSAND (10,000.00) Dollars, for the payment of which sum, well and truly to be made, we bind ourselves, and each of us, our heirs, executors and administrators, jointly and severally by these presents.

Signed and dated on this 9 day of SEPTEMBER, A.D., 20 19.

The condition of the above obligation is such that whereas the above named Principal, MORALES, GILBERT RAY, stands charged with THEFT PROP GT=@2500LT$30K ENH IAT duly presented in the OOC Court of FORT BEND County, Texas

with a **Misdemeanor** [X] **Felony** [ ] (Check one)

**Solvency Stamp**

STATE OF TEXAS
COUNTY OF HARRIS
I CERTIFY THAT AT 0735 AM/PM ON 9-9, 20 19 THE SURETIES WHOSE NAMES APPEAR ON THIS BOND ARE IN GOOD STANDING WITH HARRIS COUNTY. THIS NOTIFICATION IS NOT A NOTICE OF SUFFICIENCY OF SECURITY FOR BONDS AS REQUIRED BY TEXAS C.C.P., ARTICLE 17.41 "ANY AND ALL SECURITIES PLEDGED TO HARRIS COUNTY ARE SUBJECT TO EXECUTION BY HARRIS COUNTY ONLY."
ED GONZALEZ, SHERIFF
HARRIS COUNTY, TEXAS
BY:

Def Right Thumb

Now, if the said MORALES, GILBERT RAY shall well and truly make his appearance before said Court at its next regular term, to be begun and hold at the Court House of said County, in the town of _____ on the _____ day of _____ A.D. 20 ____, and here remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against him, and for any and all subsequent proceeding had relative to the charge and shall appear before any court or magistrate before whom the cause may hereafter be pending at any time when, and place where, his presence may be required under the Code of Criminal Procedure of the State of Texas or by any court or magistrate, then this obligation shall become void; otherwise to remain in full force and effect.

Now, in the event the principal fails to appear before the said Court at the time above stated, we bind ourselves, and each of us, our heirs, executors and administrators, jointly and severally in addition to the principal amount specified in this bond for the payment of all necessary and reasonable expenses incurred by any and all sheriffs or other peace officers in re-arresting the principal.

Taken and approved this the 9 day of SEPTEMBER A.D. 20 19

Deputy Signature
Sheriff, Harris County, Texas

Presenter (Signature)
X Jerome Cordova
I.D.# TX 11878238

Principal Signature
Principal's Mailing Address
154 Madgie Ln.
CITY, STATE, ZIP
Houston TX 77037
PRINCIPAL TELEPHONE
832-454-2398

Surety's Signature
HOUSTON HARRIS COUNTY BAILBONDS
Bond Company Name - Owner Name
1223 PRAIRIE ST
MAILING ADDRESS
HOUSTON TX 77002
CITY, STATE & ZIP
713-237-1975
Telephone
Lic. # 74250

THE STATE OF TEXAS, }
**COUNTY OF HARRIS**

Each of the undersigned swears that he is worth in his own right, the sum set opposite his signature, after deducting from his property all that which is exempted by Law and the Constitution of said State from forced sale, and after the payment of all his debts of every description, whether individual or security debts, and after satisfying all encumbrances upon his property which are known to him; that he resides in the county of HARRIS and has property in this State, liable to execution, worth the said sum or more.

the said ROSEMARY DOMINGUEZ the sum of Twice the Amount Dollars
the said ROSEMARY DOMINGUEZ the sum of Twice the Amount Dollars

Nicole D McEachern
My Commission Expires
04/08/2022
ID No 125584134
NOTARY STAMP

BONDSMAN SIGNATURE:
Sworn to and subscribed before me this 9 day of SEPTEMBER A.D., 20 19

NOTARY SIGNATURE:

The defendant shall not have any contact with the prosecution/s/, witness/s/s, the complainant/s/s, or the alleged victim/s/s.

Harris County, TX (Rev. 05/31/2019)

Sep 8, 2019 10:13:32 PM            Printed By: DCR1543 from: HRSZ

**Received Time:**    22:11:22 09-08-19     **Source ORI:**     TX0790000
**Summary:**            YR: RTY=WP NAM=MORALES,GILBERT RAY
View Message Details

```
YR.TX0790000.HRSS,HRSZ,HRSQ,RSX1.TXT
FROM:(TX0790000 - FORT BEND COUNTY SHERIFFS OFFICE CAD/MOBILES)
  TO:(HRSS - HARRIS COUNTY SO CENTRAL RECORDS; HOUSTON
      HRSZ - HARRIS CO SO COMM MESSAGE CENTER 1; HOUSTON
      HRSQ - HARRIS COUNTY SO WARRANTS FUGITIVE; HOUSTON
      RSX1 - FORT BEND COUNTY SHERIFFS OFFICE CAD/MOBILES )
****HIT CONFIRMATION RESPONSE****
```

**THE RECORD BELOW:** IS CONFIRMED

OCA/19DCR087609.NIC/W167085862.

**WANTED PERSON**

NAM/MORALES,GILBERT RAY.DOB/19670921.SEX/M.

**NAME OF CONFIRMER:** [redacted]
**CONFIRMING AGENCY:** TX0790000.
**PHONE:**(281)341-4665. **EXT:**1. **FAX:**(281)346-4674.
**REMARKS:** SUBJ MORALES,GILBERT RAY/19670921/W/M/HAS 1 CONFIRMED WARR THRU THIS AGENCY FOR
THEFT PROP >=@2500<$30K ENH IAT/THRID DEGREE FELONY/400TH DISCTRICT COURT JUDGE
JARAMILLO/DOW 06132019/BOND $10000/IF SUBJ IS UNABLE TO POS BOND WE WILL
TRANSPORT/EXTRADITE SEND TTY TO WARRANTS/TRANSPORTS AT RMS7/RSX1 SRG002/AUTH SGT [redacted] SO FORT BEND FUGITIVE WARRANTS 281 341 4770

MRI: 42526354 IN: RMSK 16 AT 08SEP2019 22:11:22
OUT: HRSZ 270 AT 08SEP2019 22:11:22

*(handwritten: 42C16)*

Law Enforcement Agency Executing Warrant: __HCSO__

County Issuing Warrant: __FT. Bend Co__   Warrant Number: __19DCR087609__   Bail: __10,000__

## MAGISTRATE'S WARNING TO PERSON ARRESTED ON OUT-OF-COUNTY WARRANT, REQUEST FOR APPOINTMENT OF COUNSEL, AND COMMITMENT ORDER

THE STATE OF TEXAS §
COUNTY OF HARRIS §

On this date and before me, a magistrate in Harris County, Texas, appeared __Morales, Gilbert__,
DOB __9-21-1967__, to whom I gave the following warnings:

You are accused of ☒ a felony ☐ a misdemeanor, namely, __Larceny - Theft $2,500 - $30,000__, in the above county.

- You have the right to retain counsel.
- You have the right to remain silent.
- You have the right to have an attorney present during any interview with peace officers or attorneys representing the state.
- You have the right to terminate the interview at any time.
- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement made by you can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

BAIL is set at __10,000__ (if blank, then the amount noted above) as allowed by law.

**APPOINTMENT OF COUNSEL.** Indicate whether you are requesting appointed counsel and, if so, provide necessary personal and financial information. Reasonable assistance will be provided to complete the required forms. The request for appointed counsel will be transmitted to the court (or court's designee authorized to appoint counsel) in the county where the warrant was issued.*

☐ APPOINTMENT OF COUNSEL REQUESTED   ☒ APPOINTMENT OF COUNSEL NOT REQUESTED

* If you do not post bail in this case, the county that issued this warrant will have ten days to take charge of you (once you are no longer committed on any local cases). You may have the right to appointed counsel in this jurisdiction if that county has not taken charge of you within the statutory time period.

The accused is a: ☒ United States citizen ☐ foreign national of _____ (country).

**CONSULAR NOTIFICATION:** If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States. If you are a citizen of a country that requires notification, we will give notice as soon as possible.

☐ The accused requests notification of consular officials.
☐ MANDATORY NOTIFICATION: The clerk shall immediately alert the above country's consulate of this arrest.

Date: __Sept 8, 2019__   Magistrate (signature): _____

Defendant (signature): _____   Magistrate (printed name): STEVEN BALDASSANO
Harris County Criminal Law
Hearing Officer,
Harris County, Texas

### COMMITMENT ORDER

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:

☐ **LOCAL CHARGES PENDING**—YOU ARE COMMANDED to take the body of the accused and hold the accused until all commitment authority under local charges expires. If, at that time, the accused has not given bail in this out-of-county matter, **YOU ARE COMMANDED** to commit the accused to the Harris County Jail to be kept safely until legally discharged.

☒ **NO LOCAL CHARGES PENDING**—YOU ARE COMMANDED to commit the accused to the Harris County Jail to be kept safely until legally discharged.

The Sheriff shall immediately discharge the accused in this out-of-county matter upon posting bail.

Date: __Sept 8, 2019__   Magistrate (signature): _____
STEVEN BALDASSANO
Harris County Criminal Law
Hearing Officer,
Harris County, Texas

This hearing was interpreted by: _____

Sep 9, 2019 8:42:38 AM                                     Printed By: LDR0025 from: HSTK

Received Time:      08:42:31 09-09-19        Source ORI:        TX1010006
Summary:            AM:AM: MORALES, GILBERT RAY W/M DOB:19670921
View Message Details
Sent Transaction
AM:
MSG #:    1909007523   ORI/TX1010006   20190909

MORALES, GILBERT RAY W/M DOB:19670921

THEFT PROP >@2500<$30K ENH IAT ~ WARR# 19DCR087609 ~ BOND $10,000

THE ABOVE SUBEJCT BOND HAS BEEN POSTED AND WILL BE RELEASE FROM OUR CUSTODY

HARRIS COUNTY SHERIFF OFFICE
ED GONZALEZ, SHERIFF
346-286-1245
LASTRAPES, RECORD SPECIALIST

TIME:     0842