UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| MARANDA LYNN ODONNELL, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>　　　　Defendants. | Case No. 16-cv-01414<br>(Consolidated Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

**JOINT NOTICE OF TWO NON-SUBSTANTIVE
CORRECTIONS TO CONSENT DECREE**

　　The Parties jointly file this Notice of Filing of a Corrected Consent Decree, which is intended to remedy two non-substantive errors in the Consent Decree filed with this Court on September 27, 2019. The errors are in Sections 105 and 110.

　　1. Section 105 currently states: "The Monitor may hire, employ, or contract with such additional **misdemeanor arrestees** or entities as are reasonably necessary to perform tasks assigned to the Monitor by this Consent Decree. Any **misdemeanor arrestee** hired or otherwise retained by the Monitor will be subject to the provisions of this Consent Decree." The first instance of the phrase "misdemeanor arrestee" should refer to "persons," and the second instance should refer to "person or entity." When corrected, Section 105 will state: "The Monitor may hire, employ, or contract with such additional **persons** or entities as are reasonably necessary to perform tasks assigned to the Monitor by this Consent Decree. Any **person or entity** hired or otherwise retained by the Monitor will be subject to the provisions of this Consent Decree."

　　2. Section 110 currently states: "Good cause is shown if **the County** has not been substantially in compliance with this Consent Decree in the two years immediately prior to the end

of the final scheduled year." Instead of "the County," the provision should refer to "any Defendant." When corrected, Section 110 will state: "Good cause is shown if **any Defendant** has not been substantially in compliance with this Consent Decree in the two years immediately prior to the end of the final scheduled year."

Exhibit 1 to this Notice is a redlined version of the Consent Decree which reflects the edits described above and the edits the Parties previously made following the Court's Order granting preliminary approval of the Consent Decree and Settlement Agreement. Exhibit 2 is a clean version of the Consent Decree. The Parties respectfully request that the Court approve the version of the Consent Decree filed as Exhibit 2 to this Notice.

Date: November 4, 2019

Respectfully Submitted,

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

*Attorneys for Plaintiffs*

VINCE RYAN, HARRIS COUNTY ATTORNEY

*/s/ Melissa L. Spinks*
Melissa L. Spinks
Assistant County Attorney
Federal I.D. 1312334
State Bar No. 24029431
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5132
Facsimile: (713) 755-8924
melissa.spinks@cao.hctx.net

ATTORNEY FOR HARRIS COUNTY

*/s/ Victoria Jimenez*
OF COUNSEL, VINCE RYAN
Harris County Attorney

VICTORIA L. JIMENEZ
Assistant County Attorney
Federal I.D. No. 2522937
State Bar No. 24060021
1861 Old Spanish Trail
Houston, Texas 77054
Telephone: (832) 927-5211
Facsimile: (713) 755-8924
E-mail: victoria.jimenez@cao.hctx.net

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, FORD,
O'NEIL & GRAY, LLP
2 Houston Center
909 Fannin St, Suite 1640
Houston, Texas 77010
(713) 481-1010
(713) 574-3224 (Fax)
*Attorneys for Defendant Sheriff Ed Gonzalez*

G. Allan Van Fleet, P.C.
Texas Bar No. 20494700
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com

*ATTORNEY FOR DEFENDANTS COUNTY CRIMINAL COURTS AT LAW JUDGES*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of November 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        */s/ Elizabeth Rossi*
                                        Elizabeth Rossi