

**The Office of Vince Ryan**
**County Attorney**

November 20, 2019

The Honorable Lee H. Rosenthal, District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

Re:   Case No. 16-cv-01414; *ODonnell et al. v. Harris County, Texas et al.*;
      In the U.S. District Court for the Southern District of Texas, Houston, Division

Dear Chief Judge Rosenthal:

In accordance with the Court's Amended Preliminary Injunction, please find the November 9, 2019 through November 17, 2019 weekly report. Of 336 misdemeanor arrestees, there were a total of 40 who were not present for their initial bail hearing, before a Hearing Officer, within 48 hours of arrest. Please see below:

| Reason | Count |
| --- | --- |
| Medical-condition | 00015 |
| Mental-illness or Intellectual-disability | 00006 |
| Other reason not present | 00014 |
| Hearing more than 48 hours after arrest | 00005 |

Sincerely,

*/s/ Melissa Spinks*
Melissa Spinks

Confidential Weekly Status Report November 9-17, 2019

| Defendant Name | CaseNbr | CourtID | Arrest Date | PC Docket Setting Date | Present | Not Present Reason | DefendantSPN | Arresting Agency |
|---|---|---|---|---|---|---|---|---|
| ███ | 227921101010 | 15 | 9/23/2019 22:12 | 11/9/2019 2:00 | Yes | | 3016460 | CONSTABLE PCT 6 |
| ███ | 225260401010 | 9 | 11/8/2019 8:00 | 11/9/2019 2:00 | No | Per HCSO, D in housing. | 2990218 | HOUSTON POLICE DEPARTMENT |
| ███ | 227590801010 | 15 | 11/8/2019 19:00 | 11/9/2019 7:00 | No | Per HCSO uncooperative and MHU | 2001511 | HOUSTON POLICE DEPARTMENT |
| ███ | 225565501010 | 7 | 11/15/2019 16:55 | 11/9/2019 23:00 | No | D became disruptive in court, was removed for cour | 2993408 | HOUSTON POLICE DEPARTMENT |
| ███ | 228568801010 | 7 | 11/9/2019 8:58 | 11/9/2019 23:00 | No | Medical-condition | 1472527 | JERSEY VILLAGE POLICE DEPARTMENT |
| ███ | 228574101010 | 8 | 11/9/2019 17:10 | 11/10/2019 7:00 | No | Mental-illness or Intellectual-disability | 3014382 | HOUSTON POLICE DEPARTMENT |
| ███ | 227228101010 | 13 | 11/9/2019 17:42 | 11/10/2019 20:00 | No | Per HCSO, D is combative. | 2886679 | BAYTOWN POLICE DEPARTMENT |

Confidential Weekly Status Report November 9-17, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 224726501010 | 4 | 11/10/2019 19:46 | 11/11/2019 4:00 | No | Medical-condition | 313479 | DEPARTMENT OF PUBLIC SAFETY |
| 228592001010 | 13 | 11/11/2019 1:02 | 11/11/2019 13:00 | No | Mental-illness or Intellectual-disability | 3024862 | CONSTABLE PCT 6 |
| 228598301010 | 14 | 11/11/2019 0:28 | 11/11/2019 23:00 | No | Medical-condition | 2708390 | HOUSTON POLICE DEPARTMENT |
| 228597701010 | 1 | 11/10/2019 18:37 | 11/11/2019 23:00 | No | Medical-condition | 2891470 | BELLAIRE POLICE DEPARTMENT |
| 228607601010 | 16 | 11/11/2019 19:21 | 11/12/2019 13:00 | No | Medical-condition | 2186300 | HOUSTON POLICE DEPARTMENT |
| 228608501010 | 11 | 11/12/2019 0:27 | 11/12/2019 13:00 | No | combative | 1772813 | HOUSTON POLICE DEPARTMENT |
| 228608901010 228609001010 | 13 | 11/11/2019 23:30 | 11/12/2019 16:00 | No | combative | 2702196 | HOUSTON POLICE DEPARTMENT |
| 228611301010 | 7 | 11/11/2019 17:15 | 11/12/2019 18:00 | No | Mental-illness or Intellectual-disability | 722617 | HOUSTON POLICE DEPARTMENT |
| 227800201010 | 6 | 11/12/2019 20:54 | 11/13/2019 13:00 | No | Medical-condition | 1205229 | HOUSTON POLICE DEPARTMENT |

2

Confidential Weekly Status Report November 9-17, 2019

| ID | | Start | End | | Reason | Number | Agency |
|---|---|---|---|---|---|---|---|
| 228626401010 | 8 | 11/13/2019 17:03 | 11/14/2019 4:00 | No | Medical-condition | 2024260 | HOUSTON POLICE DEPARTMENT |
| 228626901010 | 11 | 11/13/2019 15:12 | 11/14/2019 10:00 | No | disruptive per hcso | 2352747 | HOUSTON POLICE DEPARTMENT |
| 228624301010 | 1 | 11/13/2019 11:25 | 11/14/2019 10:00 | No | Mental-illness or Intellectual-disability | 1713653 | HOUSTON POLICE DEPARTMENT |
| 228628801010 | 15 | 11/13/2019 21:30 | 11/14/2019 10:00 | No | combative per hcso | 2323727 | HOUSTON POLICE DEPARTMENT |
| 222193901010 | 10 | 8/27/2018 0:43 | 11/15/2019 2:00 | Yes | | 2651114 | HOUSTON POLICE DEPARTMENT |
| 226717601010 227957601010 | 1 | 9/10/2019 14:30 | 11/15/2019 7:00 | Yes | | 3004022 | HUMBLE PD |
| 228638801010 | 14 | 11/14/2019 19:45 | 11/15/2019 10:00 | No | Per HCSO, D was disruptive. | 2539479 | UNIVERSITY OF TEXAS POLICE DEPT. |
| 228646901010 | 11 | 11/14/2019 22:30 | 11/15/2019 20:00 | No | Medical-condition | 1855448 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 228647301010 | 15 | 11/15/2019 1:00 | 11/15/2019 20:00 | No | Combative. | 2627424 | HOUSTON POLICE DEPARTMENT |

3

Confidential Weekly Status Report November 9-17, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 228649901010 | 6 | 11/15/2019 15:32 | 11/16/2019 7:00 | No | Mental-illness or Intellectual-disability | 3031355 | CONSTABLE PCT 4 |
| 228648701010 | 5 | 11/15/2019 9:01 | 11/16/2019 9:00 | No | Medical-condition | 2987958 | HOUSTON POLICE DEPARTMENT |
| 228653801010 | 16 | 11/15/2019 18:26 | 11/16/2019 16:00 | No | Medical-condition | 3031372 | HOUSTON POLICE DEPARTMENT |
| 224676501010 | 1 | 11/15/2019 19:43 | 11/16/2019 18:00 | No | Medical-condition | 1307192 | PASADENA POLICE DEPARTMENT |
| 228661001010 | 8 | 11/16/2019 9:00 | 11/16/2019 20:00 | No | Medical-condition | 2660319 | SHERIFFS DEPARTMENT HARRIS COUNTY |
| 228663001010 | 15 | 11/16/2019 8:57 | 11/16/2019 23:00 | No | Per HCSO, D is in seg because he is combative and | 2111917 | HOUSTON POLICE DEPARTMENT |
| 228663201010 | 1 | 9/10/2019 17:24 | 11/16/2019 23:00 | Yes | | 2772557 | HOUSTON POLICE DEPARTMENT |
| 228637901010 | 4 | | 11/16/2019 23:00 | No | Per HCSO, D is housed. | 3018816 | SHERIFFS DEPARTMENT HARRIS COUNTY |

4

Confidential Weekly Status Report November 9-17, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 228230901010 | 10 | 11/15/2019 2:52 | 11/17/2019 4:00 | Yes | | 2787011 | HOUSTON POLICE DEPARTMENT |
| 228649701010 | 12 | 11/15/2019 3:43 | 11/17/2019 4:00 | No | Medical-condition | 2938811 | WEST UNIVERSITY POLICE DEPARTMENT |
| 228662801010 | 13 | 11/16/2019 8:51 | 11/17/2019 7:00 | No | Mental-illness or Intellectual-disability | 1719459 | PASADENA POLICE DEPARTMENT |
| 228665901010 | 11 | 11/16/2019 18:14 | 11/17/2019 7:00 | No | per HCSO disruptive | 3031450 | HOUSTON POLICE DEPARTMENT |
| 228667901010 | 12 | 11/16/2019 16:05 | 11/17/2019 7:00 | No | per HCSO disruptive | 2833949 | HOUSTON POLICE DEPARTMENT |
| 228671401010 | 1 | 11/16/2019 23:40 | 11/17/2019 13:00 | No | Medical-condition | 2055566 | HOUSTON POLICE DEPARTMENT |
| 226520301010 | 2 | 11/16/2019 21:40 | 11/17/2019 20:00 | No | Medical-condition | 2347123 | HOUSTON POLICE DEPARTMENT |

5