United States District Court
Southern District of Texas
**ENTERED**
March 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The parties have filed a Joint Motion to Appoint an Independent Monitor, as set out in the Consent Decree, § 101(b) (Docket Entry No. 708). The Motion to Appoint is granted. (Docket Entry No. 712). Professor Brandon L. Garrett, of the Duke University Law School and its Center for Science and Justice, is appointed Independent Monitor to oversee the implementation of the Consent Decree. Professor Sandra Guerra Thompson, of the University of Houston Law Center, is appointed Deputy Monitor. This Order adopts the terms of the Independent Monitor's and Deputy Monitor's appointment set out in the Joint Motion.

SIGNED on March 3, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge