IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 16-cv-01414 |
| | ) (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. | ) The Honorable Lee H. Rosenthal |
| | ) U.S. District Judge |
| Defendants. | ) ) |

## NOTICE OF FILING OF FIRST SIX MONTH REPORT
## BY THE FEDERAL COURT MONITOR

The *ODonnell* Consent Decree requires the Monitor to "conduct reviews every six (6) months for the first three years the Monitor is in place . . . to determine whether the County, CCCL Judges, and Sheriff have substantially complied with the requirements of the Consent Decree." *ODonnell v. Harris County*, Case 4:16-cv-1414 (S.D. Tex. Nov. 21, 2019), Dkt. 708 ¶ 115. The Decree further requires the Monitor to file with the Court, and requires the County to publish, "written public reports regarding the status of compliance with th[e] Consent Decree[.]" *Id.* ¶ 117. Section 122 specifically requires the reports to "be filed with the Court on the public docket[.]" *Id.* ¶ 122 On behalf of the Federal Court Monitor, and consistent with the requirements of Sections 115, 117, and 122 of the Consent Decree, the Parties jointly file the First Six Month Report on behalf of the independent Monitor.

Date: September 3, 2020

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi

Respectfully Submitted,

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White

elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

*Attorneys for Plaintiffs*

VINCE RYAN, HARRIS COUNTY ATTORNEY

*/s/ Rachel Fraser*
Rachel Fraser
Assistant County Attorney
Federal I.D. 2553428
State Bar No. 24079725
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5383
Facsimile: (713) 755-8823
rachel.fraser@cao.hctx.net

*/s/ Brandon Draper*
Brandon Draper
SBOT: 24096064
Federal (Southern District) No. 3098164
1019 Congress Plaza, 15th Floor
Houston, TX 77002
(713) 274-5358 (telephone)
(713) 755-8823 (facsimile)
brandon.draper@cao.hctx.net

G. Allan Van Fleet, P.C.
Texas Bar No. 20494700
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com

*ATTORNEY FOR DEFENDANTS
COUNTY CRIMINAL COURTS AT LAW
JUDGES*

   *ATTORNEYS FOR HARRIS COUNTY*

*/s/ Victoria Jimenez*
OF COUNSEL, VINCE RYAN
Harris County Attorney

VICTORIA L. JIMENEZ
Assistant County Attorney
Federal I.D. No. 2522937
State Bar No. 24060021
1861 Old Spanish Trail
Houston, Texas 77054
Telephone: (832) 927-5211
Facsimile: (713) 755-8924
E-mail: victoria.jimenez@cao.hctx.net

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, FORD,
O'NEIL & GRAY, LLP
2 Houston Center
909 Fannin St, Suite 1640
Houston, Texas 77010
(713) 481-1010
(713) 574-3224 (Fax)

*Attorneys for Defendant Sheriff Ed Gonzalez*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of September 2020, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ Elizabeth Rossi*
                                              Elizabeth Rossi