## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |  |
|---|---|---|
| MARANDA LYNN ODONNELL, et al. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 16-cv-01414 (Consolidated Class Action) |
| HARRIS COUNTY, TEXAS, et al. | ) ) | The Honorable Lee H. Rosenthal U.S. District Judge |
| Defendants. | ) ) | |

## JOINT NOTICE OF FILING OF FIFTH SIX-MONTH REPORT BY THE FEDERAL COURT MONITOR

The *ODonnell* Consent Decree requires the Monitor to "conduct reviews every six (6) months for the first three years the Monitor is in place . . . to determine whether the County, CCCL Judges, and Sheriff have substantially complied with the requirements of the Consent Decree." *ODonnell v. Harris County*, Case No. 4:16-cv-1414 (S.D. Tex. Nov. 21, 2019), Dkt. 708 ¶ 115. The Decree further requires the Monitor to file with the Court, and requires the County to publish, "written public reports regarding the status of compliance with th[e] Consent Decree[.]" *Id.* ¶ 117. Section 122 specifically requires the reports to "be filed with the Court on the public docket[.]" *Id.* ¶ 122. On behalf of the Federal Court Monitor, and consistent with the requirements of Sections 115, 117, and 122 of the Consent Decree, the Parties jointly file the Fifth Six-Month Report on behalf of the independent Monitor. *See* Exhibit 1 (Fifth *ODonnell* Monitor Report).

Date: September 3, 2022

Respectfully Submitted,

*/s/ Jeremy D. Cutting*
Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Joseph S. Grinstein

Jeremy D. Cutting
cody@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

Texas Bar No. 24002188
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

*Attorneys for Plaintiffs*

*/s/ Rachel Fraser*
Rachel Fraser
Assistant County Attorney
Federal ID No. 2553428
State Bar No. 24079725
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5383
Facsimile: (713) 755-8823
rachel.fraser@cao.hctx.net

*Attorney for Defendant Harris County*

Allan Van Fleet
G. Allan Van Fleet, P.C.
Texas Bar No. 20494700
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com

*Attorney for Defendants County Criminal Courts at Law Judges*

*/s/ Suzanne Bradley*
Suzanne Bradley
Assistant County Attorney
Federal ID No. 24567
State Bar No. 00793375
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5330
suzanne.bradley@cao.hctx.net

Murray J. Fogler
Fogler, Brar, O'Neil & Gray LLP
909 Fannin St, Suite 1640
2 Houston Center
Houston, TX 77002
713-481-1010
Fax: 713-574-3224
mfogler@foglerbrar.com

*Attorneys for Defendant Sheriff Ed Gonzalez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September 2022, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Jeremy D. Cutting*
Jeremy D. Cutting