O'Donnell et al. v. Harris County et al
16-cv-1414-LHR

Now comes, Jamarick ~~Antonio~~ Corey in the above matter regarding the fairness and settlement agreement of case number tittle above, deffendent has never been informed on the matter and seek re-evaluation on the matter.

*[signature]*

phone # 979, 241-4619
email R8177774@Gmail.com
Address 3931 BENEVENT CT
KATY, TEXAS 77493

United States Courts
Southern District of Texas
FILED

JAN 17 2023

Nathan Ochsner, Clerk of Court