UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, ET AL. § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> HARRIS COUNTY, TEXAS, ET AL. § <br> § <br> *Defendants*. § <br> § | Case No. 16-cv-01414 |

### THE ATTORNEY GENERAL OF TEXAS'S MOTION TO INTERVENE

Ken Paxton, in his official capacity as the Attorney General of Texas ("Attorney General"), moves to intervene as defendant in this case under Fed. R. Civ. P. 24(a). Alternatively, the Attorney General should be permitted to intervene permissively under Fed. R. Civ. P. 24(b). In support of this Motion, the Attorney General relies on the following contemporaneously filed documents:

1. Memorandum in Support of Motion to Intervene

2. [Proposed] Order Granting Motion to Intervene;

3. Motion to Vacate Consent Decree; and

4. [Proposed] Order Granting Motion to Vacate Consent Decree.

For the reasons stated in this Motion and accompanying documents, the Attorney General respectfully requests that the Court grant this Motion to Intervene.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER

        First Assistant Attorney General

        RALPH MOLINA
        Deputy First Assistant Attorney General

        AUSTIN KINGHORN
        Deputy Attorney General for Civil Litigation

        KIMBERLY GDULA
        Chief – General Litigation Division

        */s/Joe Nwaokoro*
        JOE NWAOKORO
        Attorney-in-charge
        Texas Bar No. 24032916
        Southern Dist. No. 30168
        Assistant Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120 | FAX: (512) 320-0667
        Joe.Nwaokoro@oag.texas.gov

        COUNSEL FOR THE ATTORNEY GENERAL
        OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiffs and Defendants via email on August 19, 2025, regarding the substance of the foregoing instrument. Plaintiffs stated that they are opposed to the extent it is based on the Fifth Circuit's decision in *Daves v. Dallas County*, 64 F.4th 616, 631 (5th Cir. 2023) (*en banc*), but are unopposed for the limited purpose of filing a Rule 60(b) motion based on a change in state law. Defendant Harris County is opposed. Other defendants did not respond and are presumed to be opposed.

        */s/ Joe Nwaokoro*
        JOE NWAOKORO
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on this 26th day of August 2025, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF system to all counsel of record.

                                                */s/ Joe Nwaokoro*
                                                JOE NWAOKORO
                                                Assistant Attorney General