UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, ET AL. §<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>HARRIS COUNTY, TEXAS, ET AL. §<br>§<br>*Defendants*. § | Case No. 16-cv-01414 |

# THE ATTORNEY GENERAL OF TEXAS'S
# MOTION TO VACATE CONSENT DECREE

The Attorney General of Texas, Ken Paxton, hereby moves to terminate or dissolve the consent decree. *See* Dkt. No. 708 ("Consent Decree"). The Court should grant the motion because, as the Fifth Circuit held in *Daves v. Dallas County*, 64 F.4th 616, 631 (5th Cir. 2023) (*en banc*), the Court should not have exercised jurisdiction, and Senate Bill 6 ("S.B. 6") rendered plaintiffs' claims moot. Alternatively, dissolution is warranted under Federal Rule of Civil Procedure 60(b) given intervening changes in state law.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

        K<small>IMBERLY</small> G<small>DULA</small>
        Chief – General Litigation Division

        */s/Joe Nwaokoro*
        J<small>OE</small> N<small>WAOKORO</small>
        Attorney-in-charge
        Texas Bar No. 24032916
        Southern Dist. No. 30168
        Assistant Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120 | FAX: (512) 320-0667
        Joe.Nwaokoro@oag.texas.gov

        COUNSEL FOR THE ATTORNEY GENERAL
        OF TEXAS

**C<small>ERTIFICATE OF</small> S<small>ERVICE</small>**

I certify that on this 26th day of August 2025, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF system to all counsel of record.

        */s/ Joe Nwaokoro*
        Joe Nwaokoro
        Assistant Attorney General

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 19, 2025, I conferred with counsel for Plaintiffs and Defendants via email regarding the substance of the foregoing motion. Plaintiffs stated that they are opposed to the extent it is based on the Fifth Circuit's decision in *Daves* but are unopposed for the limited purpose of filing a Rule 60(b) motion based on a change in state law. Defendant Harris County is opposed. Other defendants did not respond and are presumed to be opposed.

        */s/ Joe Nwaokoro*
        Joe Nwaokoro
        Assistant Attorney General