United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRIS COUNTY, TEXAS, et al.,<br><br>Defendants. | No. 4:16-cv-01414<br>(Consolidated Class Action)<br>Honorable Lee H. Rosenthal<br>U.S. District Judge |

## SCHEDULING ORDER

After consideration and good cause appearing, the Court enters the following scheduling order and deadlines in the above-captioned case:

**September 16, 2025**   Parties' deadline to respond to the Texas Attorney General's motion to intervene. Doc. 740.

**September 23, 2025**   Texas Attorney General's deadline to file reply in support of its motion to intervene.

In the event the Court grants any part of the Attorney General's motion, the parties and Attorney General will confer and submit a proposed scheduling order for the Attorney General's motion to vacate the consent decree. Doc. 742.

DATED this 3rd day of September, 2025.

Hon. Lee H. Rosenthal
Senior United States District Judge