UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARRIS COUNTY, TEXAS, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 16-cv-01414 <br> (Consolidated Class Action) <br> The Honorable Lee H. Rosenthal <br> U.S. District Judge |

**RESPONSE OF 12 HARRIS COUNTY CRIMINAL COURT AT LAW JUDGES
TO THE ATTORNEY GENERAL OF TEXAS'S MOTION TO INTERVENE**

Twelve Harris County Criminal Court at Law Judges, identified below, (the 12 Judges) file this Response to the Attorney General of Texas's Motion to Intervene.

The 12 Judges are:

Hon. Alex Salgado (Court 1)
Hon. Shannon Baldwin (Court 4)
Hon. David M. Fleisher (Court 5)
Hon. Kelley Andrews (Court 6)
Hon. Andrew A. Wright (Court 7)
Hon. Erika Ramirez (Court 8 and Presiding Judge)

Hon. Toria Finch (Court 9)
Hon. Juanita Jackson (Court 10)
Hon. Sedrick T. Walker (Court 11)
Hon. Ashley Guice (Court 12)
Hon. Raúl Rodríguez (Court 13)
Hon. Tonya Jones (Court 15)

The 12 Judges take no position on the Attorney General of Texas's Motion to Intervene.

The 12 Judges' primary interests are:

- To follow the law
- To promote public safety consistent with Constitutional rights
- To do equal justice under the law

1

The 12 Judges welcome a definitive judicial determination of the viability of the Consent Decree and whether it supersedes conflicting State law.

The 12 Judges observe that the Consent Decree has worked remarkably well. The Monitor's now eight reports document how General Order Bonds and new bail-review standards have caused no increase in crimes committed by persons on bond, while reducing racial discrimination and eliminating pre-trial detention based on wealth. The 12 Judges' experience comports with those reports.[1]

September 16, 2025                                           Respectfully submitted,

*/s/ Allan Van Fleet*

G. Allan Van Fleet, P.C.
Texas Bar No. 20494700
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com
Attorney for Defendants
12 Harris County Criminal Courts at Law Judges

---

[1] The 12 Judges may propose changes to the carve-out criteria in Rule 9, such as adding certain sex offences, but that is for another day.

## CERTIFICATE OF SERVICE

I certify that on the 16th day of September, 2025, a true and correct copy of the foregoing document was delivered to all counsel of record via the CM/ECF system and served by electronic notice to all parties of record. I also certify that I served an email copy of this document to the following unrepresented parties by agreement as follows:

| | |
|---|---|
| The Honorable Paula Goodhart<br>Harris County Criminal Court at Law No. 2 | Paula_Goodhart@ccl.hctx.net |
| The Honorable Leslie Johnson<br>Harris County Criminal Court at Law No. 3 | Leslie_Johnson@ccl.hctx.net |
| The Honorable Jessica Padilla,<br>Harris County Criminal Court at Law No. 14 | Jessica_Padilla@ccl.hctx.net |
| The Honorable Linda Garcia<br>Harris County Criminal Court at Law No. 16 | Linda_Garcia@ccl.hctx.net |

G. Allan Van Fleet