UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:16-cv-01414 (Consolidated Class Action) |
| v. | § § | |
| HARRIS COUNTY, TEXAS, *et. al.*, | § § § | |
| Defendants. | § § § | |

# JOINDER OF SHERIFF ED GONZALEZ IN HARRIS COUNTY'S OPPOSITION TO TEXAS ATTORNEY GENERAL'S MOTION TO INTERVENE

Sheriff Ed Gonzalez joins and adopts the response and opposition filed by Harris County to the Motion to Intervene filed by the Texas Attorney General. The motion to intervene should be denied.

Respectfully submitted,

**FOGLER, O'NEIL & GRAY, LLP**

By: */s/ Murray Fogler*
  Murray Fogler
  State Bar No. 07207300
  mfogler@foglerlaw.com
 2 Houston Center
 909 Fannin Street, Suite 1640
 Houston, TX  77010
 T: (713) 481-1010 | F: (713) 574.3224

**ATTORNEY FOR SHERIFF ED GONZALEZ**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on all counsel of record via ECF on September 16, 2025.

*/s/ Murray Fogler*
Murray Fogler