United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

The plaintiffs moved for leave to file a surreply to the Attorney General of Texas's motion to intervene. (Docket Entry No. 753). The court grants the plaintiffs' motion. The plaintiffs must file their surreply by no later than September 30, 2025.

SIGNED on September 29, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge