# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Maranda Lynn ODonnell

v.  Case Number: 4:16−cv−01414

Harris County, Texas, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Scheduling Conference set for 11/12/2025 at 02:00 PM before Judge Lee H Rosenthal, by video.

Date: November 8, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 GlendaHassan, Deputy Clerk
