Case 4:16-cv-01414   Document 773   Filed on 11/12/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## SCHEDULING AND DOCKET CONTROL ORDER ON THE MOTIONS TO VACATE

The disposition of the recent limited intervention and resulting motions will be controlled by the following schedule:

1. December 11, 2025 — **MOTIONS TO VACATE**
Deadline for Judges Goodhart, Padilla, Johnson, and Garcia to file a motion to vacate the Consent Decree, and for the Texas Attorney General to file a revised motion to vacate the Consent Decree. The Attorney General's revised motion to vacate will comply with the scope of his intervention. (*See* Docket Entry No. 764).

2. December 12, 2025 — **FACT DISCOVERY**
Fact discovery will open on this date. Each party may serve ten (10) requests for production, ten (10) interrogatories, ten (10) requests for admission, and to take eight (8) depositions. Absent a further order from the court, Rule 26 will govern the scope and timing of discovery.

3. June 12, 2026 — **CLOSE OF FACT DISCOVERY**
No discovery may occur after this date.

4. **RESPONSES AND REPLIES**
   July 13, 2026 — Deadline for the non-moving parties to file their response to the motions to vacate.

   August 13, 2026 — Deadline for the moving parties to file replies in support of their motions to vacate.

August 27, 2026	If necessary, the court will hold a hearing on the motions to vacate.

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The Consent Decree remains in effect during the discovery into, and resolution of, the motions to vacate.

SIGNED on November 12, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2