UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, ET AL.<br>*Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, ET AL.<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:16-cv-01414 |

## THE ATTORNEY GENERAL OF TEXAS'S
## AMENDED MOTION TO VACATE CONSENT DECREE

Ken Paxton, the Attorney General of Texas, files this amended motion to terminate or dissolve the consent decree (Dkt. No. 708) pursuant to Federal Rule of Civil Procedure 60(b). In support of this motion, the Attorney General relies upon his contemporaneously filed Memorandum in Support of the Amended Motion to Vacate Consent Decree, and the entire record in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief – General Litigation Division

*/s/Joe Nwaokoro*
JOE NWAOKORO
Attorney-in-charge
Texas Bar No. 24032916
Southern Dist. No. 30168
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

COUNSEL FOR INTERVENOR, THE
ATTORNEY GENERAL OF TEXAS

## CERTIFICATE OF SERVICE

I certify that on this 11th day of December 2025, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF system to all counsel of record.

*/s/ Joe Nwaokoro*
Joe Nwaokoro
Assistant Attorney General

2