# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
December 15, 2025
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
December 15, 2025
Lyle W. Cayce
Clerk

No. 25-20543

MARANDA LYNN ODONNELL,

*Plaintiff—Appellee,*

versus

HARRIS COUNTY, TEXAS,

*Defendant—Appellee,*

KEN PAXTON, *Attorney General, State of Texas,*

*Intervenor Defendant—Appellant,*

---

LOETHA SHANTA MCGRUDER; ROBERT RYAN FORD,

*Plaintiffs—Appellees,*

versus

HARRIS COUNTY, TEXAS,

*Defendant—Appellee,*

KEN PAXTON, *Attorney General, State of Texas,*

*Intervenor Defendant—Appellant.*

No. 25-20543

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-1414

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of December 15, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 15, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 25-20543    ODonnell v. Harris County
                          USDC No. 4:16-CV-1414

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Christy Combel*

        By: _____
        Christy M. Combel, Deputy Clerk
        504-310-7651

cc:
    Mr. Jonathan Gabriel Chaim Fombonne
    Mr. Alec George Karakatsanis
    Mr. James George Munisteri
    Mr. Joseph Nwaokoro
    Ms. Krisina Janaye Zuniga