UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, ET AL. *Plaintiffs*, | § § § § | |
| v. | § § § | Case No. 4:16-cv-01414 |
| HARRIS COUNTY, TEXAS, ET AL. *Defendants*. | § § § § § § | |

## VACATION NOTICE

To the Clerk of Court and All Parties of Record:

Please note the dates herein where the Texas Attorney General's office will be closed, and the undersigned counsel will be out of the office on vacation. Please do not schedule any hearings or other deadlines during these time periods.

- December 16-23, 2025 (Counsel out of office)
- December 24-26, 2025 (Attorney General closed)
- December 29-30, 2025 (Counsel out of office)
- December 31, 2025 – January 1, 2026 (Attorney General closed)
- January 2, 2026 (Counsel out of office)

Thank you.

Sincerely,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief – General Litigation Division

<u>/s/Joe Nwaokoro</u>
JOE NWAOKORO
Attorney-in-charge
Texas Bar No. 24032916
Southern Dist. No. 30168
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

COUNSEL FOR THE ATTORNEY GENERAL
OF TEXAS

**C**ERTIFICATE OF **S**ERVICE

I certify that on this 16th day of December 2025, a true and correct copy of the foregoing document was filed and served via the Court's CM/ECF system to all counsel of record.

*/s/ Joe Nwaokoro*
Joe Nwaokoro
Assistant Attorney General