# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, ET AL. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 4:16-cv-01414 |
| | § | |
| HARRIS COUNTY, TEXAS, ET AL. | § | |
| | § | |
| *Defendants.* | § | |

---

## DECLARATION OF JOE NWAOKORO

---

Pursuant to 28 U.S.C.§ 1746, I, Joe Nwaokoro, do hereby state and declare as follows:

1. "My name is Joe Nwaokoro. I am over the age of 18 and am competent to make this declaration. The facts stated in this declaration are within my personal knowledge.

2. I am an attorney duly licensed to practice in the State of Texas. I am an Assistant Attorney General with the State of Texas and represent Intervenor, the Attorney General of Texas, in the above-captioned matter. I have personal knowledge of the matters stated herein.

3. The Monitor did not provide me with a copy of the draft Ninth Report that was filed in this case. I only became aware of the final Ninth report after it was filed with the Court on March 3, 2026. Dkt. 798-1.

4. I declare under penalty of perjury that the foregoing statements are true and correct."

Date: March 19, 2026.                              Respectfully submitted,

                                                   */s/ Joe Nwaokoro*
                                                   Joe Nwaokoro