**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **MARANDA LYNN ODONNELL, ET AL.** | |
| *Plaintiffs* | |
| **vs.** | **CIVIL ACTION NO. 4:16-CV-01414** |
| **HARRIS COUNTY, TEXAS, ET AL.** | |
| *Defendants.* | |

**DEFENDANT HARRIS COUNTY'S JOINDER IN PLAINTIFFS'
RESPONSE TO THE FOUR JUDGES' MOTION TO EXPEDITE AND MOTION TO
STAY ENFORCEMENT OF THE CONSENT DECREE**

Respectfully submitted,

/s/ Jonathan Fombonne
**JONATHAN FOMBONNE**
Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@HarrisCountyTx.gov

**SETH HOPKINS**
Special Assistant County Attorney
Texas Bar No. 24032435
Seth.Hopkins@HarrisCountyTx.gov

**RACHEL FRASER**
Assistant County Attorney
Harris County Attorney's Office
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5134

ATTORNEYS FOR HARRIS COUNTY

i

TO THE HONORABLE JUDGE LEE ROSENTHAL:

Defendant Harris County joins and adopts Plaintiffs' Response and Opposition to the Four Judges' Motion to Expedite and Motion to Stay Enforcement of the Consent Decree. The Motion to Expedite and Motion to Stay Enforcement of the Consent Decree should be denied for the reasons in Plaintiffs' Response.

Respectfully submitted,

/s/ Jonathan Fombonne
**JONATHAN FOMBONNE**
Harris County Attorney
Texas Bar No. 24102702
Jonathan.Fombonne@HarrisCountyTx.gov

**SETH HOPKINS**
Special Assistant County Attorney
Texas Bar No. 24032435
Seth.Hopkins@HarrisCountyTx.gov

**RACHEL FRASER**
Assistant County Attorney
Harris County Attorney's Office
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5134

ATTORNEYS FOR HARRIS COUNTY

i

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of May, 2026, a true and correct copy of the foregoing document was delivered to all counsel of record via the CM/ECF system.


/s/ Jonathan Fombonne