**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:16-cv-01414 (Consolidated Class Action) |
| v. | § § | |
| HARRIS COUNTY, TEXAS, *et. al.*, | § § | |
| Defendants. | § § § | |

**THE TWELVE JUDGES' RESPONSE IN OPPOSITION TO**
**THE FOUR JUDGES' MOTION TO EXPEDITE**
**AND MOTION TO STAY ENFORCEMENT OF THE CONSENT DECREE**

The Twelve Judges oppose the Four Judges' Motion to Expedite and Motion to Stay Enforcement of the Consent Decree for the reasons stated in Plaintiffs' Response.

The Twelve Judges confirm that they will abide by the Consent Decree until a final order of this Court mandates otherwise.

The stay the Four Judges seek, exempting them from complying with the Consent Decree, will create an unequal system of justice in which misdemeanor defendants may be subjected to wealth-based pretrial detention if they are assigned to one of the Four Judges' courts, but not if they draw one of the Twelve Judges.

Further, staying "enforcement" of the Consent Decree before a final order of this Court exposes the Twelve Judges to charges – including by the Attorney General – that they are willfully refusing to apply State law and are not compelled to follow the Consent Decree under the Supremacy Clause of the Constitution of the United States.

## CONCLUSION

For the foregoing reasons, the Court should deny the Four Judges' motion.

Respectfully submitted,

G. Allan Van Fleet, P.C.
Texas Bar No. 20494700
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com
Attorney for the Twelve Judges

Dated:  May 8, 2026

## CERTIFICATE OF SERVICE

I certify that on May 8, 2026, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

G. Allan Van Fleet