UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, ET AL. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 4:16-cv-01414 |
| | § | |
| HARRIS COUNTY, TEXAS, ET AL. | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**SHERIFF ED GONZALEZ'S
JOINDER IN PLAINTIFFS' RESPONSE
TO FOUR JUDGES' MOTION TO EXPEDITE**

Sheriff Ed Gonzalez also believes that the Court's ultimate ruling on whether the Consent Decree in this case should be vacated is best made on a full record after full development of the facts. For that reason, the Sheriff joins in the Plaintiffs' response to the Four Judges' Motion to Expedite and Motion to Stay Enforcement of the Consent Decree.

Respectfully submitted,

**FOGLER, O'NEIL & GRAY, LLP**

By: */s/ Murray Fogler*
    Murray Fogler
    State Bar No. 07207300
    mfogler@foglerlaw.com
    2 Houston Center
    909 Fannin Street, Suite 1640
    Houston, TX 77010
    T: (713) 481-1010 | F: (713) 574.3224

**ATTORNEY FOR SHERIFF ED GONZALEZ**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on all counsel of record via email on

May 11, 2026.

*/s/ Murray Fogler*
Murray Fogler