**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARANDA LYNN ODONNELL,** *et. al.*, **On behalf of themselves and all others similarly situated** | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:16-cv-1414 |
| **Plaintiffs,** | | |
| **v.** | | |
| **HARRIS COUNTY, TEXAS,** *et. al.* | | |
| **Defendants.** | | |

**DEFENDANTS', JUDGES PAULA GOODHART'S, JESSICA PADILLA'S, LESLIE JOHNSON'S, AND LINDA GARCIA'S JOINDER IN INTERVENOR'S RESPONSE IN OPPOSITION TO NON-MOVANTS JOINT STATUS REPORT & REQUEST FOR STATUS CONFERENCE**

Hon. Paula Goodhart, Hon. Jessica Padilla, Hon. Leslie Johnson, and the Hon. Linda Garcia (collectively "Four Movant Judges"), join and adopt Intervenor's Response in Opposition to Non-Movants Joint Status Report & Request for Status Conference. Non-Movant's Request should be denied as premature and for the reasons stated in Intervenor's Response.

Four Movant Judges pray for such relief sought by Intervenor and for such other legal or equitable relief to which they may show themselves entitled.

1

Respectfully submitted,

**GREER, HERZ & ADAMS, L.L.P.**

By:/s/ *Joseph R. Russo, Jr.*
    **Joseph R. Russo, Jr.**
    Federal I.D. No. 22559
    State Bar No. 24002879
    jrusso@greerherz.com
    **Angie Olalde**
    Fed. ID No. 690133
    State Bar No. 24049015
    aolalde@greerherz.com
    One Moody Plaza, 18th Floor
    Galveston, Texas 77550
    (409) 797-3200 (Telephone)
    (866) 456-0170 (Fax)

**ATTORNEYS FOR DEFENDANTS HON. PAULA GOODHART, HON. JESSICA PADILLA, HON. LESLIE JOHNSON, AND HON. LINDA GARCIA**

## CERTIFICATE OF SERVICE

I certify that on the 13th day of May, 2026, a true and correct copy of the foregoing document was delivered to all counsel of record via the CM/ECF system and served by electronic notice to all parties of record.

      /s/ *Joseph R. Russo, Jr.*

2