**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:16-cv-01414 (Consolidated Class Action) |
| v. | § § | |
| HARRIS COUNTY, TEXAS, *et. al.*, | § § | |
| Defendants. | § § § | |

**PLAINTIFFS' REPLY IN SUPPORT OF NON-MOVANTS' JOINT STATUS REPORT**
**& REQUEST FOR STATUS CONFERENCE**

Non-Movants recently identified a need to inform the Court of the Parties' progress on discovery and approached all Parties about a joint submission. The Movants declined to join. Non-Movants proceeded to file their joint status report and request for status conference. Dkt. 808. The Attorney General responded, acknowledging that much of the status report is "generally accurate," Dkt. 809 at 3, while making numerous inaccurate and misleading assertions. His response is also irrelevant, because it prematurely objects to a motion to modify the scheduling order *that no party has filed*. Simultaneously, the Attorney General even suggests that the Court should grant him a schedule modification of his own allowing him to re-file his motion to vacate, this time with evidence. *Id.* at 12–13. To be clear, no schedule modification is currently before the Court. Non-Movants simply wanted to notify the Court at the earliest possibly moment that June 12 is—in their view—an impracticable date for discovery to close, and to request a status conference be placed on the calendar in order to spur the Parties to confer and develop unresolved issues.

Plaintiffs will address the cause for any proposed modification of the scheduling order if and when a party actually requests one. Plaintiffs remain committed to diligently moving through discovery to create the fact record previously requested by the Court.

Date: May 14, 2026

Respectfully Submitted,

/s/ Jeremy D. Cutting
Alec George Karakatsanis*
alec@civilrightscorps.org
Elizabeth Rossi*
elizabeth@civilrightscorps.org
Jeremy D. Cutting*
cody@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
Abbey E. McNaughton
Texas Bar No. 2411675
SUSMAN GODFREY L.L.P.
11000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

Dustin Rynders
Texas Bar No. 24048005
dustin@texascivilrightsproject.org
Sarah Beebe
Texas Bar No. 24069362
sbeebe@texascivilrightsproject.org
Travis Fife
Texas Bar No. 24126956
travis@texascivilrightsproject.org
Kirsten Budwine
Texas Bar No. 24140263
kirsten@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
2100 Travis Street
Houston, TX 77002
Telephone: (512) 474-5073

Morgan McCollum*
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330

*admitted *pro hac vice*

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2026, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jeremy D. Cutting*
Jeremy D. Cutting