United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al*., on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1414 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

The non-movants have requested a status conference.  (Docket Entry No. 808).  The movants oppose the request for a status conference.  (*See* Docket Entry Nos. 809, 810).  The disagreement over whether a status conference is necessary itself shows the need for a status conference.  A status conference is set for May 22, 2026, at 12:45 p.m. CT via Zoom.  The parties must meet-and-confer on the disputed issues before then.  The parties must file on the docket pre-motion letters of no more than two pages by May 21, 2026, at 12:00 p.m. CT.

SIGNED on May 14, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge