# GREER, HERZ & ADAMS, L.L.P.

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

**JOSEPH R. RUSSO, JR.**
409.797.3215
866.456.0170 fax

One Moody Plaza, 18th Floor
Galveston, Texas 77550
www.greerherz.com

May 21, 2026

***Via ECF***

The Honorable Lee H. Rosenthal
District Judge
United States District Court, Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

> Re:   Case No. 4:16-CV-1414; *O'Donnell, et al. v. Harris Co., et al.*; U.S.D.C. for the Southern District of Texas, Houston Division; Joint Letter of Movant Judges and Intervenor, the Attorney General of Texas (collectively "Movants") to Court regarding case scheduling.

Dear Judge Rosenthal:

Defendants, County Criminal Court at Law Judges, Paula Goodhart, Leslie Johnson, Jessica Padilla, and Linda Garcia, (hereinafter referred to as the "Movant Judges") and Intervenor, Ken Paxton, the Attorney General of Texas, respectfully submit this joint letter to the Court as directed in Dkt. Entry 813 and under Rule 4.

The disputed issue generally is whether this Court should continue the current hearing date of August 27, 2026 and implement numerous additional deadlines, as follows:

| Deadline | DKT. 773 | Plaintiff's Ask | Movants' Position |
|---|---|---|---|
| Confer on discovery | NONE | 6/5/2026 | Unnecessary |
| Document production | NONE | 7/15/2026 | Unnecessary |
| Witness Disclosures | NONE | 7/15/2026 | Unnecessary |
| Depositions | NONE | 8/24/2026 | Unnecessary |
| Fact Discovery | **6/12/2026** | 8/24/2026 | **7/13/2026** |
| Expert Disclosures | NONE | 8/24/2026 | Unnecessary |
| Expert Rebuttals | NONE | 9/22/2026 | Unnecessary |
| Expert Discovery | NONE | 9/22/2026 | Unnecessary |
| Amended MTV | NONE | 10/6/2026 | **7/13/2026** |
| Responses to MTV | **7/13/2026** | 11/6/2026 | **8/13/2026** |
| Replies | **8/13/2026** | 11/20/2026 | **8/19/2026** |
| Pretrial Disclosures | NONE | 14 days from hearing | 8/19/2026 |
| Hearing (if needed) | **8/27/2026** | 3rd week of Dec. | 8/27/2026 |

GALVESTON OFFICE:  One Moody Plaza, 18th Floor • Galveston, Texas 77550 • 409.797.3200
BAY AREA HOUSTON OFFICE:  2525 South Shore Boulevard, Suite 203 • League City, Texas 77573 • 281.480.5278

May 21, 2026                                                                                          Page 2

Re:     Case No. 4:16-CV-1414; *O'Donnell, et al. v. Harris Co., et al.*; U.S.D.C. for the Southern District of Texas, Houston Division; Joint Letter of Movant Judges and Intervenor, the Attorney General of Texas, to Court regarding case scheduling.

---

Plaintiffs seek to extend discovery from June 12, 2026 to September 22, 2026 and to move the proposed hearing back four months (into the third week of December 2026). Plaintiffs also insist on nine additional deadlines. Movants have not opposed Plaintiffs' request for additional time to complete discovery, but do believe that discovery can be concluded before, and without continuing, the August 27, 2026 hearing date.

Respectfully, Plaintiffs seek too great a delay here and without good cause. On November 12, 2025, over Movants' objections, the Court permitted discovery and established a case schedule and provided a hearing, if necessary, of August 27, 2026. *See* Dkt. 773. The Movant Judges' most pressing need for discovery is for the data provided to the Monitor that forms the basis of his Ninth Report—which neither the Monitor nor the County have agreed to provide.

The Movant Judges have responded to Plaintiffs' discovery requests and have produced 307 documents, 1,447 pages of records, in native format. Movant Judges anticipate completing any additional production no later than May 29th. The County has produced 6,495 documents, many of which are duplicative (e.g., copies of the same email string with the same document attachment). Five months after discovery started, Plaintiffs stated in their conferral correspondence to Movants that they need additional time for discovery because, "the County has made it through about 5-10% of its documents gathered using the Movants' search terms . . . [and] . . . the Twelve Judges have made it through . . . about 4%." Effectively, Plaintiffs seek time because Harris County and the Non-Movant judges have to complete review of document production *to Movants' discovery*, not to Plaintiffs' discovery.

To assist in reducing and/or eliminating parties' reviews, Movants continue to confer with the County and Non-movant judges. Movants do not foresee any need for a discovery extension beyond July of 2026. To the extent that Plaintiffs advance that documents are outstanding from Harris County or Non-Movant judges on Plaintiffs' discovery requests, Plaintiffs did not serve that discovery until April 22, 2026. Regardless, Plaintiffs, like Movants, should work to reduce discovery burdens and move the case forward by limiting searches. And, Plaintiffs should not be given additional time for discovery on either outstanding responses to discovery that is not theirs, or responses to discovery that Plaintiffs did not seek until the end of April.

The Movants seek a prompt decision in this matter. There is no question that the consent decree requires release of arrestees in violation of state laws enacted since the consent decree was put in place, and while the decree remains in place the Movant Judges cannot act in compliance with new state bail reform laws.

.

May 21, 2026                                                                                                  Page 3

Re:    Case No. 4:16-CV-1414; *O'Donnell, et al. v. Harris Co., et al.*; U.S.D.C. for the Southern District of Texas, Houston Division; Joint Letter of Movant Judges and Intervenor, the Attorney General of Texas, to Court regarding case scheduling.

---

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RALPH MOLINA
Deputy First Assistant Attorney General
AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation
KIMBERLY GDULA
Chief – General Litigation Division

*/s/Joe Nwaokoro*
JOE NWAOKORO
Attorney-in-charge
Texas Bar No. 24032916
Southern Dist. No. 30168
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

**COUNSEL FOR THE ATTORNEY
GENERAL OF TEXAS**

Respectfully submitted,

**GREER, HERZ & ADAMS, L.L.P.**

By:/s/ *Joseph R. Russo, Jr.*
   **Joseph R. Russo, Jr.**
   Federal I.D. No. 22559
   State Bar No. 24002879
   jrusso@greerherz.com
   **Angie Olalde**
   Fed. ID No. 690133
   State Bar No. 24049015
   aolalde@greerherz.com
   One Moody Plaza, 18th Floor
   Galveston, Texas 77550
   (409) 797-3200 (Telephone)
   (866) 456-0170 (Fax)

**ATTORNEYS FOR DEFENDANTS
HON. PAULA GOODHART, HON.
JESSICA PADILLA, HON. LESLIE
JOHNSON, AND HON. LINDA
GARCIA**

.