**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

Maranda Lynn ODonnell

v.                                                    Case Number: 4:16–cv–01414

Harris County, Texas, et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/17/2026

**TIME:** 11:50 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   July 7, 2026                                    Nathan Ochsner, Clerk