# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1000 LOUISIANA
SUITE 5100
HOUSTON, TEXAS 77002
(713) 651-9366
FAX (713) 654-6666
www.susmangodfrey.com

————————

| | | |
|---|---|---|
| SUITE 1400<br>1900 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100<br>————— | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2683<br>(206) 516-3880<br>————— | ONE MANHATTAN WEST<br>NEW YORK, NEW YORK 10001-8602<br>(212) 336-8330<br>————— |

Neal Manne
Direct Dial (713) 653-7827

E-Mail nmanne@susmangodfrey.com

July 16, 2026

The Honorable Lee H. Rosenthal
District Judge
United States District Court, Southern District of Texas
515 Rusk Avenue
Houston, Texas 77002

Re:     ***ODonnell et al. v. Harris County, Texas et al.*, No. 4:16-cv-1414, Status Conference**

Dear Judge Rosenthal:

Plaintiffs submit this letter to update the Court on the Parties' progress in discovery in advance of the status conference scheduled for July 17, 2026. At this time, Plaintiffs do not request the Court make any changes to the current scheduling order. Dkt. 820.

Since the status conference on May 22, 2026, the Parties have made significant progress on exchanging documents, interviewing fact witnesses, scheduling depositions, and compiling documentary evidence.

## A.  Document Discovery

The Parties have continued to make progress in document discovery, although some delays persist. Plaintiffs have continued working with the other Parties to facilitate document production responsive to Plaintiffs' discovery requests. Plaintiffs and Harris County collaborated to narrow the universe of potentially responsive documents and, as of July 13, the County has substantially completed its production.

In addition, Plaintiffs understand that the Four Judges have an unknown number of documents left to produce in response to Plaintiffs' requests. Plaintiffs have made multiple

July 16, 2026
Page 2

attempts, via email and telephone, to inquire into the status of their production, but the Four Judges have not provided a definitive date on which they anticipate completing document production.

Plaintiffs are nearly done producing their documents. Plaintiffs have produced over 15,000 pages of documents in response to the Attorney General's and Four Judges' requests, including all documents detailing potential violations of the Consent Decree and communications between Plaintiffs and the Monitors. Plaintiffs have approximately 2,000 documents left to review out of the search parameters they previously committed to utilize. Many of these documents are duplicates. Plaintiffs anticipate completing production as soon as possible.

The Attorney General served all non-moving parties with a second set of discovery requests on June 10, 2026. Plaintiffs provided timely responses and objections on July 10, 2026. Plaintiffs believe that they have already produced or will soon produce any documents responsive to these new requests.

The other Parties also have outstanding document production tasks. The biggest unknown remains the Four Judges' document requests. At meet-and-confers in May, and during the May 22 status conference, the Four Judges committed to narrowing down their discovery requests, but as of July 13, it does not appear they have taken any steps to carry out that commitment by narrowing their search terms or the universe of potentially responsive documents.

In addition, on June 30, the Four Judges served subpoenas on the court-appointed Monitors. Plaintiffs understand that Monitors' counsel served their responses and objections on counsel for the Four Judges.

The County has completed production responsive to the Attorney General's first requests for production. Plaintiffs do not know whether the Attorney General's second set of requests, served June 10, 2026, will require additional review and production from the County. The Plaintiffs also understand that the Attorney General is seeking supplemental responses to certain requests for admission and interrogatories, but Plaintiffs are not involved in that dispute.

Despite the potential for delays outlined above, Plaintiffs do not believe any modification to the scheduling order is currently necessary. The Parties have exchanged sufficient documents to begin depositions, and the largest outstanding tasks involve documents requested by the Four Judges, placing the onus on them to determine whether the current schedule is adequate.

**B.  Deposition Scheduling**

Plaintiffs have noticed and scheduled the depositions of Judge Paula Goodhart (July 29), Judge Leslie Johnson (August 27), Executive Director of the Office of Managed Assigned Counsel Porscha Brown (July 27), Chief Hearing Officer Cheryl Diggs (August 13), and Hearing Officer Andrew Martin (August 26). Plaintiffs anticipate taking the deposition of any expert designated by Movants. No other party has noticed depositions.

July 16, 2026
Page 3

To accommodate the summer schedules of counsel and witnesses, the Parties have agreed to permit the depositions of Judge Johnson and Hearing Officer Martin to occur a few days after the current close of discovery.

### C.  The Four Judges' Pending Petition for Writ of Mandamus

On June 23, 2026, the Four Judges filed a Petition for Writ of Mandamus at the Fifth Circuit, seeking a writ of mandamus to compel this Court to "consider *Younger* abstention on an expedited basis." *In re Goodhart*, No. 26-20337, Dkt. 2-1 at 40. The Four Judges also filed a motion to partially stay enforcement of the Consent Decree. *Id.*, Dkt. 8. Briefing is complete, and the petition and motion remain pending.

In light of the significant progress the Parties have made in discovery, Plaintiffs do not believe any intervention is currently needed from the Court.

*(Signatures on following page)*

July 16, 2026
Page 4

Respectfully Submitted,

/s/ Neal S. Manne
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
Abbey E. McNaughton
Texas Bar No. 2411675
SUSMAN GODFREY L.L.P.
11000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Jeremy D. Cutting
cody@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

Dustin Rynders
Texas Bar No. 24048005
dustin@texascivilrightsproject.org
Sarah Beebe
Texas Bar No. 24069362
sbeebe@texascivilrightsproject.org
Travis Walker Fife
Texas Bar No. 24126956
travis@texascivilrightsproject.org
Kirsten Budwine
Texas Bar No. 24140263
kirsten@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
1500 McGowen, Suite 220
Houston, TX 77004
Telephone: (512) 474-5073

Morgan McCollum
(*admitted pro hac vice*)
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330

*Attorneys for Plaintiffs*