GIBSON DUNN

Collin J. Cox
Partner
T: +1 346.718.6604
M: +1 832.722.2166
ccox@gibsondunn.com

August 14, 2026

**Via Electronic Court Filing**

The Honorable Lee H. Rosenthal
United States District Court
515 Rusk St.
Houston, TX 77002

Re: *ODonnell v. Harris County*, No. 4:16-CV-1414, in the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Rosenthal:

We write on behalf of Professor Brandon Garrett, Professor Sandra Guerra Thompson, and Dr. Dorothy "Dottie" Carmichael (the "Monitor Team"). On August 6, the Court directed the Monitor Team to file a letter explaining "the extent of the burden to produce the instructions, processes, or code files used to analyze, alter (if at all), query, or display the data obtained from Harris County and to create the tables, figures, and findings in the Ninth Monitor report." ECF No. 846. This letter responds to the Court's instruction.

The Monitor Team downloaded data files from a shared folder, maintained by Harris County, filled with exports from the County's diverse databases. The Monitor Team wrote "Stata" and "R" code to convert these raw data files into a single, final data file. The Monitor Team wrote additional code files to create the tables in the Ninth Report. The code is readable to those familiar with their respective coding languages and, for those less familiar, often contains plain-language descriptions of what the code is doing.

The Monitor Team is prepared to produce the team's coding files and its final data file, should the Court deem that appropriate. The production can occur on a rolling basis, if the Monitor Team is given approximately two weeks to complete the production. To minimize any delay, the Monitor Team will prepare the files now, assuming the Court will request their production.

Separate from the Four Judges' subpoena, the Four Judges also issued a public information request to Dr. Carmichael's employer, Texas A&M University, related to the cost study portion of the Ninth Report. That cost study is referenced in the last bullet of Exhibit B of the subpoena. We understand documents responsive to these requests will be produced separately, in accordance with the University's statutory obligations.

We expect the Monitor Team's proposed rolling production and the production in response to the public information request will fully resolve the Four Judges' requests found in Exhibit B of the Four Judges' subpoena. As always, we are happy to discuss.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

Collin J. Cox

Collin J. Cox