GREER, HERZ & ADAMS, L.L.P.
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
ATTORNEYS AT LAW

JOSEPH R. RUSSO, JR.
409.797.3215
866.456.0170 fax

123 Rosenberg Street, Suite 3000
Galveston, Texas 77550
www.greerherz.com

August 18, 2026

***Via electronic filing***

The Honorable Lee H. Rosenthal
District Judge
The United States District Court for the Southern District of Texas
515 Rusk Street
Houston, Texas 77002

Re: *O'Donnell v. Harris County*, No. 4:16-CV-1414, in the United States District Court for the Southern District of Texas, Houston Division.

Dear Judge Rosenthal,

On August 3, 2026, Defendants' Judges Hon. Paula Goodhart, Hon. Jessica Padilla, Hon. Leslie Johnson, and Hon. Linda Garcia (the "Four Judges") submitted a pre-motion letter to address the Monitor Team's objections to discovery subpoenas served on them. *See* Dkt. 839. At an August 6, 2026 conference to address the dispute, the Court directed Monitors' counsel to "file on the docket an explanation of the extent of the burden to produce the instructions, processes, or code files used to analyze, alter (if at all), query, or display the data obtained from Harris County and to create the tables, figures, and findings in the Ninth Monitor report." Dkt. 846.

On Friday, August 14, 2026 Monitors' counsel filed a letter outlining the following:

> The Monitor Team downloaded files from a shared folder . . . filled with exports from the County's diverse databases.
>
> The Monitor Team wrote "Stata" and "R" code to convert these raw data files into a single, final data file.
>
> The Monitor Team wrote additional code files to create the tables in the Ninth Report.

Dkt. 849. Monitors' counsel stated they are prepared to produce the team's coding files and its final data file "should the Court deem that appropriate." *Id*. Monitors' counsel suggests that production of its data file and the Ninth Report coding files can be produced

on a rolling basis within two weeks and they would "prepare the files now, assuming the Court will request their production." *Id*.

Monitors' counsel also addressed a public information request received to Dr. Carmichael's employer (Texas A&M University) relating to a cost study she conducted for the Ninth Report. *Id*. The Four Judges' subpoena, Exhibit B, includes a request for similar information. *See* Dkt. 839; *Id*. Monitors' counsel stated that they understand documents responsive to the cost study are to be produced "in accordance with the University's statutory obligations."

On August 17, 2026, I attempted to confer with Monitors' counsel by email on whether the Monitors could agree to produce materials pursuant to the language below without court order. I also placed a phone call to Monitors' counsel on August 18, 2026. As of the filing of this letter, we received no response and now seek assistance with an order Monitors' counsel seems to have anticipated.

**Requested Relief**

The Four Judges respectfully request that the Court review Dkt. 849 and Order the Monitors to immediately begin production of the following on a rolling basis, proceeding expeditiously until completed:

(1) the electronic coding or instruction file documents or materials used to query, create display and/or convert Harris County data into its final data file, the Monitors' final data file used for the Ninth Report, and all coding files utilized to create tables, figures and findings in the Ninth Report; and

(2) materials related to the cost study portion of the Ninth Report identified in Dkt. 849.

Counsel for Four Judges request that Monitors' counsel confer with them immediately on the method of file transfer and that production be completed no later than August 31, 2026.

Alternatively, the Four Judges request that the Court set a conference to finalize details on the outstanding Monitor production.

Very truly yours,



Joseph R. Russo, Jr.

JRR/jmb