SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1000 LOUISIANA
SUITE 5100
HOUSTON, TEXAS 77002
(713) 651-9366
FAX (713) 654-6666
www.susmangodfrey.com

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

Neal Manne
Direct Dial (713) 653-7827

E-Mail nmanne@susmangodfrey.com

August 19, 2026

The Honorable Lee H. Rosenthal, District Judge
United States District Court, Southern District of Texas
515 Rusk Avenue, Houston, Texas 77002

Re: ***ODonnell v. Harris County*, No. 4:16-cv-1414, Scheduling Conference**

Dear Judge Rosenthal:

Plaintiffs write in response to the Four Movant-Judges' letter to the court. Dkt. 852.

**Expert discovery:** Plaintiffs do not oppose production of the Monitors' files, even if production is not strictly required by any law. Plaintiffs will not weigh in on the Four Judges' characterization of the events that have led to their request for a Court Order requiring the Monitors to produce data. Dkt. 852 at 1–2. Plaintiffs write only to reiterate their belief that this Court should have a full record on which to assess all factual questions at issue in this important litigation.

If the Court orders production of the data, the Parties will need time to consider whether supplemental or rebuttal expert reports are required and to propose a timeline for those exchanges and potentially for depositions. Accordingly, Plaintiffs ask that, if the Court orders production, the Court also provide the Parties ten (10) days where they must review the data, assess the time needed for additional expert discovery, and propose an amended schedule—if needed—to the Court.

**Fact Discovery:** To avoid any potential delay or perceived unfairness to the Movants of disclosing witnesses on the eve of trial, on August 11, Non-Movants disclosed their preliminary witness list. They also committed to updating the list as discovery continued and disclosing any declarations

from disclosed witnesses by the close of fact discovery, on Monday, August 24.[1] Due to witnesses' summer vacations, unexcepted family emergencies, and the numerous county agencies and stakeholders involved, Plaintiffs have proposed producing any declarations on or before September 8, instead of August 24. The Four Judges stated they do not object. The Attorney General has not stated its position.

Any such signed declarations would arguably be responsive to certain written discovery requests. Accordingly, out of an abundance of caution, Plaintiffs ask the Court to extend fact discovery solely for purposes of disclosing declarations by September 8 and serving amended written discovery responses by September 11.

Movants will not be prejudiced by this small modification because they will still have over three weeks to prepare their amended Motion to Vacate, which is due October 1.

(*Signatures on following page*)

[1] Movants stated that they would not provide a witness list prior to November 13, the date for pretrial disclosures.

Respectfully Submitted,

<u>*/s/ Neal S. Manne*</u>

Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
Abbey E. McNaughton
Texas Bar No. 2411675
SUSMAN GODFREY L.L.P.
11000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

Morgan McCollum
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330

Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Jeremy D. Cutting
cody@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

Dustin Rynders
Texas Bar No. 24048005
dustin@texascivilrightsproject.org
Sarah Beebe
Texas Bar No. 24069362
sbeebe@texascivilrightsproject.org
Travis Fife
Texas Bar No. 24126956
travis@texascivilrightsproject.org
Kirsten Budwine
Texas Bar No. 24140263
kirsten@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
2100 Travis Street
Houston, TX 77002
Telephone: (512) 474-5073

*Attorneys for Plaintiffs*