KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**JOE NWAOKORO**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: Joe.Nwaokoro@oag.texas.gov

August 19, 2026

***Via electronic filing***
The Honorable Lee H. Rosenthal
District Judge
The United States District Court for the Southern District of Texas
515 Rusk Street
Houston, Texas 77002

Re: O'Donnell v. Harris County, No. 4:16-CV-1414, in the United States District Court for the Southern District of Texas, Houston Division, Response to Monitor Team Letter (Dkt. 849), Four Judges' Letter (Dkt. 852), and Plaintiffs' August 19, 2026, Letter (Dkt. 853).

Dear Judge Rosenthal:

Intervenor submits this letter in response to the Monitor Team's August 14 letter (Dkt. 849), the Four Judges' August 18 letter (Dkt. 852), and Plaintiffs' August 19 letter (Dkt. 853). Intervenor independently supports ordering production of the Monitor Team's code files and final compiled data. Intervenor provides its position below, particularly given that fact discovery closes on August 24 and expert discovery on August 31.

**1. Monitor Production and the Expert-Discovery Schedule**

As noted above, Intervenor supports production of the Monitor Team's coding files and final compiled data. However, until the Court determines whether production will be ordered, the scope of what must be produced, and the timeline, Intervenor cannot meaningfully commit to an expert-discovery schedule or determine whether any supplementation will be necessary on its

end. Intervenor is open to discussing reasonable schedule adjustments once the Court provides guidance on production. To the extent the Court or the parties reach the question of supplementation, Intervenor agrees with the position taken by counsel for the Four Judges in the parties' August 18 email correspondence that any supplementation should proceed simultaneously for all parties, consistent with how the August 10 expert designations were handled, rather than on the staggered movant-then-non-movant sequence Plaintiffs initially proposed in their correspondence.

**2. Plaintiffs' Proposed Extension of the Declaration Deadline (August 24 to September 8)**

Intervenor has already produced the declarations in its possession in response to Plaintiffs' Second Requests for Production. Based on the parties' August 18 conferral, Intervenor understands that Plaintiffs' requested extension is intended only to allow time to obtain finalized declarations from witnesses already identified on Plaintiffs' August 11 preliminary witness list. Intervenor does not oppose the September 8 date, provided that (a) any extension is limited to that purpose and does not add new declarants or expand statements, and (b) Plaintiffs produce completed declarations timely in discovery as they are obtained, rather than waiting until September 8.

**3. Plaintiffs' New Request for "Amended Written Discovery Responses" by September 11**

Plaintiffs' request to serve "amended written discovery responses" by September 11 was not raised in the parties' August 18 conferral and has not been described with any specificity. Intervenor cannot meaningfully assess a request whose scope has not been disclosed and respectfully asks the Court to defer ruling until Plaintiffs confer with the parties and identify the amendments contemplated.

Intervenor remains available to confer with the Court and the other parties at the Court's convenience and, given the proximity of the August 24 and 31 deadlines, respectfully requests the Court's guidance promptly.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief – General Litigation Division

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Attorney-in-charge
Texas Bar No. 24032916
Southern Dist. No. 30168
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

***COUNSEL FOR THE ATTORNEY GENERAL OF TEXAS***