**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Maranda Lynn ODonnell

v. Case Number: 4:16−cv−01414

Harris County, Texas, et al.

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Pre−Motion Conference set for 8/27/2026 at 10:00 AM before Judge Lee H Rosenthal, by video.

Date: August 24, 2026

Nathan Ochsner, Clerk
by G. Hassan, Deputy Clerk