**NITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, ET AL.<br>*Plaintiffs*, | §<br>§<br>§ | |
| v. | § | Case No. 4:16-cv-01414 |
| HARRIS COUNTY, TEXAS, ET AL.<br>*Defendants*. | §<br>§<br>§ | |

**ORDER GRANTING THE ATTORNEY GENERAL OF TEXAS'S MOTION TO RECONSIDER AND RE-URGE INTERVENTION TO ASSERT *YOUNGER* ABSTENTION IN LIGHT OF THE FIFTH CIRCUIT'S AUGUST 26, 2026 MANDAMUS OPINION**

Before the Court is Intervenor the Attorney General of Texas's Motion to Reconsider and Re-Urge Intervention to Assert *Younger* Abstention in Light of the Fifth Circuit's August 26, 2026 Mandamus Opinion. Having considered the motion, the record, and the applicable law, the Court is of the opinion that the motion should be, and hereby is, **GRANTED.**

**IT IS ORDERED** that the Court's October 30, 2025 Memorandum and Opinion (Dkt. 764) is **RECONSIDERED** to the extent it denied the Attorney General leave to intervene, as of right or permissively, to assert *Younger* abstention.

**IT IS FURTHER ORDERED** that the Attorney General is **GRANTED** leave to intervene for the purpose of asserting *Younger* abstention.

SIGNED on this ____ day of ____________, 2026.

______________________________________
SENIOR UNITED STATES DISTRICT JUDGE
LEE H. ROSENTHAL