EXHIBIT

1-A


# G. Allan Van Fleet, P.C.

Attorney at Law

2228 Ship's Mechanic Row
Suite 307
Galveston, Texas 77550

(713) 826-1954
allanvanfleet@gmail.com

6218 Elm Heights Lane
Suite 201
Houston, Texas 77081


January 1, 2023

Hon. Paula Goodhart, CCCL No. 2
Hon. Leslie Johnson, CCCL No. 3
Hon. Erika Ramirez, CCCL No. 8
Hon. Juanita Jackson, CCCL No. 10
Hon. Jessica Padilla, CCCL No. 14

Dear Judges:

Congratulations on your recent elections.

Since January 2018, I have represented the Harris County Criminal Court at Law Judges ("CCCL Judges") in connection with *ODonnell v. Harris County, Texas*, Case No. 16-cv-01414 (S.D. Tex. 2019)(Rosenthal, C.J.). This representation has included negotiation of the Consent Decree entered November 21, 2019 (copy attached) and subsequent dealings with the Monitor and other parties in complying with the Decree.

You will learn more about the Consent Decree in the training that the Decree requires of CCCL Judges.

My work in the monitoring phase includes working with the Judges, as well as court administrators (especially Ed Wells and Sylvia Cherry), the Monitor, and the other *ODonnell* parties, to implement practices and procedures to comply with the Consent Decree. In doing so, I have represented the CCCL Judges as a collective body. On most issues, I work initially with the Presiding Judge, and the Judges then reach consensus; on some issues, the Judges adopt positions based on majority or super-majority vote. Obviously, if you (or any Judge) were to insist on taking a position contrary to your colleagues, I could not represent you, and you would need different counsel to represent you before the Monitor or Judge Rosenthal.

My representation also includes working with individual CCCL Judges from time to time to investigate and, if needed, act on potential violations of the Consent Decree (including violations of Local Rule 9, incorporated in the Decree) that may be raised by the Monitor or by Counsel for the Plaintiff Class or the Office of the Public Defender. So far, these individual incidents have been resolved. Obviously, if you (or any Judge) were to insist on taking a position that I believe contrary to the Consent Decree, I could not represent you, and you would need different counsel to represent you before the Monitor or Judge Rosenthal.

That said, I look forward to working with you to ensure compliance with the *ODonnell* Consent Decree.

Yours sincerely,

Allan Van Fleet

c: Hon. Genesis Draper, Presiding CCCL Judge
Hon. Alex Salgado, Co-Presiding CCCL Judge

CCCL Judges

Mr. Ed Wells
Ms. Sylvia Cherry