EXHIBIT 1-B

# G. Allan Van Fleet, P.C.

Attorney at Law

2228 Ship's Mechanic Row
Suite 307
Galveston, Texas 77550

(713) 826-1954
allanvanfleet@gmail.com

6218 Elm Heights Lane
Suite 201
Houston, Texas 77081

April 6, 2023

Hon. Paula Goodhart, CCCL No. 2
Hon. Erika Padilla, CCCL No. 14

Dear Judges:

Pursuant to my letter of January 1, 2023, this will confirm that I do not represent you in connection with the *ODonnell* Consent Decree.

Yours sincerely,

Allan Van Fleet

c: Hon. Genesis Draper, Presiding CCCL Judge
Hon. Alex Salgado, Co-Presiding CCCL Judge

Mr. Ed Wells
Ms. Sylvia Cherry