EXHIBIT
1-C

**From:** Padilla, Judge Jessica (CCL)
**To:** Fombonne, Jonathan (CAO)
**Cc:** Goodhart, Judge Paula (CCL)
**Subject:** RE: Counsel for Judge Goodhart and Judge Padilla
**Date:** Monday, November 13, 2023 4:57:29 PM
**Attachments:** image001.png
image004.png
image005.png
image006.png
image007.png
image013.png
image014.png
image015.png
image002.png
image012.png
image017.png
image018.png
image019.png
image020.png

---

Thank you,
Judge Goodhart will return on Thursday for us to talk. I have given Mr. Peebles your email and office number. He should contact you regarding his fee schedule.

Thank you

Best Regards,
Jessica N. Padilla

**The Honorable Jessica N. Padilla**
Presiding Judge, Harris County Criminal Court at Law No. 14
(832) 927-3425
1201 Franklin St., 11th Floor, Houston, Texas 77002
www.ccl.hctx.net

---

**From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Sent:** Monday, November 13, 2023 3:35 PM
**To:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Cc:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Subject:** RE: Counsel for Judge Goodhart and Judge Padilla

Hi Judge Padilla,

I'm happy to chat on the phone and discuss the selection of counsel.

Jon

**_Jonathan G. C. Fombonne_**
First Assistant County Attorney
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
www.harriscountycao.org

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Sent:** Thursday, November 2, 2023 11:56 AM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Cc:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Subject:** RE: Counsel for Judge Goodhart and Judge Padilla

Mr. Fombonne,
May we have insight to why no on Michael Kirk? We each would like a separate attorney as we do not want any conflicts of interest to arise in the future and have to start this process over. It would be helpful to understand the why when vetting other attorneys.

I will either have Peyton contact you regarding his rate or send it Monday. I am out of town today and have limited email access.

Thank you

Best Regards,
Jessica N. Padilla

**The Honorable Jessica N. Padilla**
Presiding Judge, Harris County Criminal Court at Law No. 14

(832) 927-3425
1201 Franklin St., 11th Floor, Houston, Texas 77002
www.ccl.hctx.net

**From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Sent:** Thursday, November 2, 2023 10:49 AM
**To:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Cc:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Subject:** RE: Counsel for Judge Goodhart and Judge Padilla

Hi Judges Padilla and Goodhart:

The County Attorney will not approve Michael Kirk. He will approve Mr. Peebles depending on the rate. Can you let me know what his rate is?

Thanks,

***Jonathan G. C. Fombonne***
First Assistant County Attorney
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
www.harriscountycao.org

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Sent:** Monday, October 30, 2023 9:08 AM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Cc:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Subject:** Counsel for Judge Goodhart and Judge Padilla

Mr. Fombonne,

This email is a follow-up to the telephone conversation Judge Goodhart and I had with you last week about getting authorization for counsel. We are currently parties to a federal consent decree and do not have representation as our colleagues do. There is a conflict of interest that necessitates us having separate counsel. We are requesting attorneys Peyton Peebles and Michael Kirk. Both gentleman are very familiar with the O'Donnell matter and will not require significant time to get up to speed. Mr. Peebles was the County Criminal Court at Law staff attorney during the litigation of O'Donnell and Mr. Kirk was one of the appellate attorneys. Here is a link to their websites and bios:

Peyton Peebles:

Peyton Peebles - Shellist Peebles McAlister (texaslegalteam.net)

Michael Kirk:

Michael W. Kirk - Cooper & Kirk, PLLC (cooperkirk.com)

Thank you for consideration in this matter.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2
1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net

Best Regards,
Jessica N. Padilla

**The Honorable Jessica N. Padilla**
Presiding Judge, Harris County Criminal Court at Law No. 14
(832) 927-3425
1201 Franklin St., 11th Floor, Houston, Texas 77002
www.ccl.hctx.net