EXHIBIT
1-D

**From:** Fombonne, Jonathan (CAO)
**To:** Padilla, Judge Jessica (CCL); Goodhart, Judge Paula (CCL)
**Cc:** Mintzer, Andrea (CAO)
**Subject:** RE: Counsel request for Judge Goodhart and Padilla
**Date:** Tuesday, April 23, 2024 2:52:53 PM
**Attachments:** image001.png
image007.png
image008.png
image009.png
image010.png
image012.png
image014.png
image002.png
image004.png
image005.png
image015.png

---

Judges Padilla and Goodhart,

Earlier today, the Commissioners Court declined to approve the requests for outside counsel. Please let me know if you'd like to discuss.

Best,

Jon

***Jonathan G. C. Fombonne***
First Assistant County Attorney
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
www.harriscountycao.org

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Fombonne, Jonathan (CAO)
**Sent:** Monday, March 11, 2024 10:14 PM
**To:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>; Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Cc:** Mintzer, Andrea (CAO) <Andrea.Mintzer@harriscountytx.gov>
**Subject:** RE: Counsel request for Judge Goodhart and Padilla

Hi,

I haven't heard from either lawyer. The agenda deadline is March 18. I'm going to be out for spring break, but I've copied my assistant Andrea Mintzer who can help get the contracts finalized.

Best,

***Jonathan G. C. Fombonne***
First Assistant County Attorney
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
www.harriscountycao.org

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Sent:** Friday, March 1, 2024 8:29 AM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Subject:** RE: Counsel request for Judge Goodhart and Padilla

Andy Drumheller is the second attorney. We will have them send their rates. Thank you

Best Regards,
Jessica N. Padilla

**The Honorable Jessica N. Padilla**
**Presiding Judge, Harris County Criminal Court at Law No. 14**
(832) 927-3425
1201 Franklin St., 11th Floor, Houston, Texas 77002
www.ccl.hctx.net

---

**From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Sent:** Thursday, February 29, 2024 3:25 PM
**To:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>; Goodhart, Judge Paula (CCL)

<Paula_Goodhart@ccl.hctx.net>
**Subject:** RE: Counsel request for Judge Goodhart and Padilla

Yes, we are. Are you still planning on both retaining Peyton Peebles? If so, please have him send me rates, hopefully discounted for government work (this is standard). I can also reach out to him if you'd prefer. If you have someone else in mind, please let me know.

After that, we will send the attorney our standard contract and place it on the agenda for 3/26.

Let me know if you have any questions.

Jon

***Jonathan G. C. Fombonne***
First Assistant County Attorney
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
www.harriscountycao.org

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Sent:** Thursday, February 29, 2024 2:40 PM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Subject:** Counsel request for Judge Goodhart and Padilla

Good afternoon,
I wanted to follow up to make sure we are on track for March 26 to present our request for outside counsel to Commissioner's Court. Please let us know if you need anything else from us.
Thank you
Jessica

**Best Regards,**
**Jessica N. Padilla**

**The Honorable Jessica N. Padilla**
**Presiding Judge, Harris County Criminal Court at**

Law No. 14

(832) 927-3425
1201 Franklin St., 11th Floor, Houston, Texas 77002
www.ccl.hctx.net

**From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Sent:** Wednesday, December 13, 2023 11:27 AM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>; Menefee, Christian (CAO) <Christian.Menefee@harriscountytx.gov>
**Cc:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Subject:** RE: Meeting request

Thank you Judge Goodhart. See you soon.

***Jonathan G. C. Fombonne***
First Assistant County Attorney
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
www.harriscountycao.org

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Sent:** Tuesday, December 12, 2023 5:50 PM
**To:** Menefee, Christian (CAO) <Christian.Menefee@harriscountytx.gov>
**Cc:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Subject:** Re: Meeting request

Good evening,

Judge Leslie Johnson will be joining us tomorrow as well. I look forward to speaking with you.

Paula Goodhart

Get Outlook for iOS

---

**From:** Menefee, Christian (CAO) <Christian.Menefee@harriscountytx.gov>
**Sent:** Monday, December 11, 2023 1:20:01 PM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Cc:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Subject:** Re: Meeting request

Hey Judge - yes. Wednesday at 12:30pm works. Sending over a calendar invite shortly.

Get Outlook for iOS

---

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Sent:** Monday, December 11, 2023 12:58:20 PM
**To:** Menefee, Christian (CAO) <Christian.Menefee@harriscountytx.gov>
**Cc:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Subject:** Meeting request

Good afternoon,

In light of recent conversations with Mr. Peebles about the potential representation of me and Judge Padilla, I am respectfully requesting a meeting with the two of you to discuss our current situation. Are you available on Wednesday between 12:30 – 2:00? I don't anticipate it will be a lengthy meeting but we would like the opportunity to discuss legal representation. If you need to reach me by telephone, please feel free to call my cell at 713-819-6697.

Thank you,
Paula Goodhart

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2
1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net