EXHIBIT
1-F

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Sent:** Tuesday, April 29, 2025 1:29 PM CDT
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Subject:** RE: Harris County Consent Decree

Yes, I am available at 3:00 tomorrow.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2
1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net

**From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Sent:** Tuesday, April 29, 2025 11:01 AM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>; Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>; Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** RE: Harris County Consent Decree

Hi Judge Goodhart,

Could speak at 3pm tomorrow?

Jon

***Jonathan G. C. Fombonne***
Deputy County Attorney & First Assistant
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Sent:** Monday, April 28, 2025 2:03 PM


HC-002528

**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>; Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>; Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** RE: Harris County Consent Decree

Good afternoon Johanthan,

When are you available to meet in the afternoon this week?

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net

**From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Sent:** Monday, April 28, 2025 11:55 AM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>; Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>; Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** RE: Harris County Consent Decree

Judge Goodhart,

We'd be happy to discuss. To go back to your prior email, I don't believe we said that we were conflicted on providing general legal advice on the consent decree – just that our office wouldn't be able to challenge the continuing validity of the consent decree. As you'll recall, we asked commissioners court for outside counsel for you to do so, but commissioners court declined to approve that contract.

Should we set up a time to discuss? The answer to your question itself is straightforward, and the monitor's answer is the same as the one we would give. It's a final order from a federal court and will stay in place unless it's modified or otherwise changed. I think the question you're asking is whether there are grounds to modify the consent decree given SB6. I'd be happy to discuss that with you.

Jon

***Jonathan G. C. Fombonne***
Deputy County Attorney & First Assistant
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Sent:** Monday, April 28, 2025 11:10 AM
**To:** Brandon Garrett <bgarrett@law.duke.edu>; 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>; Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>; Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>; Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** RE: Harris County Consent Decree

Good morning,

Considering your refusal to provide the legal authority for the continuation of the decree given the significant changes in state law and the O'Donnell case, I look forward to receiving this information from the County Attorney's office. Mr. Fombonne, when can I expect to receive this information from your office?

Thank you for your consideration in this matter.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net

**From:** Brandon Garrett <bgarrett@law.duke.edu>
**Sent:** Friday, April 25, 2025 9:46 AM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>; 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>; Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>; Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>; Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** Re: Harris County Consent Decree

Many thanks Judge,

As far as the status of the consent decree, any consent decree remains in place unless modified by the parties with approval of the judge. It is a final judgment settling a federal case.

But, unlike the County Attorney, we cannot give you legal advice or opinions; we are monitors reporting to the federal judge in the case, and not counsel to any of the parties in the case.

All the best,

Brandon

--
Brandon L. Garrett | L. Neil Williams Professor of Law
Faculty director, Wilson Center for Science and Justice | @WilsonCSJ_
https://wcsj.law.duke.edu
Duke University School of Law
210 Science Drive | Durham, NC | 27708-0373
P | 919.613.7090
E | bgarrett@law.duke.edu
W | http://www.brandonlgarrett.com/
WILSON
CENTER FOR SCIENCE AND JUSTICE
AT DUKE LAW

---

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Date:** Thursday, April 24, 2025 at 4:41 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>, 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>, Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>, Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>, Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>, Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>, Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** RE: Harris County Consent Decree

Good afternoon Brandon,

Thank you for forwarding this to Mr. Fombonne and his colleagues at the County Attorney's Office. Unfortunately, he previously indicated that his office is unable to provide legal advice and representation for me concerning the O'Donnell decree. As the monitor, are you not able or equipped to answer this question? I assume you have considered questions like this considering recent changes to Texas law and federal opinions related to O'Donnel. I look forward to your response.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net

**From:** Brandon Garrett <bgarrett@law.duke.edu>
**Sent:** Thursday, April 24, 2025 9:12 AM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>; 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>; Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>; Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>; Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** Re: Harris County Consent Decree

Hello Judge,

Thank you for reaching out. I am cc'ing Jonathan Fombonne and colleagues at the county attorney's office, who can answer any questions that you have about federal consent decrees, and the ODonnell Decree in particular,

All the best,

Brandon Garrett

---

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Date:** Wednesday, April 23, 2025 at 1:43 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>, 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>, Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>, Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>
**Subject:** Harris County Consent Decree

Good afternoon,

As you may be aware, a Harris County Deputy Constable was shot on Monday. The individual accused of shooting Deputy Jones was released on April 16 on a general order bond. He did not go in front a magistrate for bail consideration before his release, as required by Texas law. Please provide me the legal authority you rely on to perpetuate the decree despite state law that requires all class A and B misdemeanor arrestees to have an individualized bail hearing. Thank you for your consideration in this matter.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net