EXHIBIT
1-H

**From:** Fombonne, Jonathan (CAO)
**Sent:** Tue, 2 Sep 2025 11:35:53 -0500
**To:** Goodhart, Judge Paula (CCL)
**Cc:** Padilla, Judge Jessica (CCL); Johnson,Judge Leslie (CCL); Garcia, Judge Linda(CCL)
**Subject:** RE: ODonnell Motion to Intervene
**Attachments:** RE_ 2nd Request for Counsel for Judges Goodhart, Padilla adding Garcia and Johnson.msg

Judge Goodhart,

I responded to your email on Friday (see attached). I would put a placeholder on the agenda for the 9/9 Court meeting today if possible.

Jon

***Jonathan G. C. Fombonne***
Deputy County Attorney & First Assistant
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Sent:** Tuesday, September 2, 2025 10:32 AM
**To:** cody@civilrightscorps.org; Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>; Johnson, Judge Leslie (CCL) <Leslie_Johnson@ccl.hctx.net>; Garcia, Judge Linda (CCL) <Linda_Garcia@ccl.hctx.net>
**Cc:** Elizabeth Rossi <elizabeth@civilrightscorps.org>
**Subject:** RE: ODonnell Motion to Intervene

Good morning Cody,

I do not feel comfortable joining a motion without representation of counsel, particularly since the judicial code of conduct prohibits me from practicing law while I am a sitting judge. I included Jonathan Fombonne on this email. We made a request to the County Attorney's office for representation and are awaiting approval.

Thank you,

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net

**From:** Cody Cutting <cody@civilrightscorps.org>
**Sent:** Tuesday, September 2, 2025 9:25 AM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>; Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>; Johnson, Judge Leslie (CCL) <Leslie_Johnson@ccl.hctx.net>; Garcia, Judge Linda (CCL) <Linda_Garcia@ccl.hctx.net>
**Cc:** Elizabeth Rossi <elizabeth@civilrightscorps.org>
**Subject:** Re: ODonnell Motion to Intervene

Good morning,

I plan to file this today. If you would like to join the motion along with the AG and other parties, please let me know.

Thank you,
Cody

On Fri, Aug 29, 2025 at 4:21 PM Cody Cutting <cody@civilrightscorps.org> wrote:

Good afternoon Judges,

Do you intend to join the previously attached motion? I can also omit you if you would prefer.

Thank you,
Cody

On Fri, Aug 29, 2025 at 2:50 PM Joe Nwaokoro <Joe.Nwaokoro@oag.texas.gov> wrote:

Good afternoon, Cody –

Sorry for the late response but no objection. We'll join in the motion.

Thanks,
Joe

Best regards,

Joe Nwaokoro
Attorney| General Litigation Division|P.O. Box 12548, Austin, Texas 78711-2548 |
Phone: 512.979.5382|Fax: 512.477.2348 |Email: joe.nwaokoro@oag.texas.gov

**PRIVILEGED AND CONFIDENTIAL**: This communication may be confidential and/or privileged pursuant to Government Code sections 552.101, 552.103, 552.107, and 552.111, and should not be disclosed without the express authorization of the Attorney General.

---

**From:** Cody Cutting <cody@civilrightscorps.org>
**Sent:** Friday, August 29, 2025 12:56 PM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Cc:** Allan Van Fleet <allanvanfleet@gmail.com>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>; nmanne@susmangodfrey.com; alec@civilrightscorps.org; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; dustin@texascivilrightsproject.org; travis <travis@texascivilrightsproject.org>; mfogler@foglerbrar.com; Jones, Veronica (CAO) <Veronica.Jones@harriscountytx.gov>; Mary Sifuentes <Mary.Sifuentes@oag.texas.gov>; Joe Nwaokoro <Joe.Nwaokoro@oag.texas.gov>; Elizabeth Rossi <elizabeth@civilrightscorps.org>; Paula_Goodhart@ccl.hctx.net; jessica_padilla@ccl.hctx.net; linda_garcia@ccl.hctx.net; leslie_johnson@ccl.hctx.net
**Subject:** Re: ODonnell Motion to Intervene

I am adding Judges Goodhart, Padilla, Johnson, and Garcia to this thread.

Attached is a draft motion and scheduling order.

Joe, will the AG join this motion?

On Fri, Aug 29, 2025 at 1:05 AM Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov> wrote:

No objection.

***Jonathan G. C. Fombonne***
Deputy County Attorney & First Assistant
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Allan Van Fleet <allanvanfleet@gmail.com>
**Sent:** Thursday, August 28, 2025 12:32 PM
**To:** cody@civilrightscorps.org; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>; nmanne@susmangodfrey.com; alec@civilrightscorps.org; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; dustin@texascivilrightsproject.org; travis <travis@texascivilrightsproject.org>; mfogler@foglerbrar.com; Jones, Veronica (CAO) <Veronica.Jones@harriscountytx.gov>; Mary Sifuentes <Mary.Sifuentes@oag.texas.gov>; Joe.Nwaokoro@oag.texas.gov; Elizabeth Rossi <elizabeth@civilrightscorps.org>
**Subject:** Re: ODonnell Motion to Intervene

No objection

**G. Allan Van Fleet, P.C.**

2228 Ship's Mechanic Row, Suite 307

Galveston, Texas 77550

6218 Elm Heights Lane, Suite 201

Houston, Texas 77081

713.826.1954

allanvanfleet@gmail.com

Linkedin

---

**From:** Cody Cutting <cody@civilrightscorps.org>
**Sent:** Thursday, August 28, 2025 12:13 PM
**To:** rachel.fraser@cao.hctx.net <rachel.fraser@cao.hctx.net>; nmanne@susmangodfrey.com <nmanne@susmangodfrey.com>; alec@civilrightscorps.org <alec@civilrightscorps.org>; allanvanfleet@gmail.com <allanvanfleet@gmail.com>; Seth.Hopkins@harriscountytx.gov <Seth.Hopkins@harriscountytx.gov>; Arlisa.Certain@harriscountytx.gov <Arlisa.Certain@harriscountytx.gov>; jonathan.fombonne@harriscountytx.gov <jonathan.fombonne@harriscountytx.gov>; dustin@texascivilrightsproject.org <dustin@texascivilrightsproject.org>; travis@texascivilrightsproject.org <travis@texascivilrightsproject.org>; mfogler@foglerbrar.com <mfogler@foglerbrar.com>; Veronica.Jones@harriscountytx.gov <Veronica.Jones@harriscountytx.gov>; Mary Sifuentes <Mary.Sifuentes@oag.texas.gov>; Joe.Nwaokoro@oag.texas.gov <Joe.Nwaokoro@oag.texas.gov>; Elizabeth Rossi <elizabeth@civilrightscorps.org>
**Subject:** ODonnell Motion to Intervene

Good afternoon,

Plaintiffs propose filing a joint schedule for briefing the AG's motion to intervene, with response briefs due 9/16 and any reply due 9/23. If the court grants any part of the AG's motion, we can confer regarding a schedule for the motion to vacate, including any necessary fact development and a briefing schedule.

Please let me know by tomorrow at 12pm if you have any objection to that schedule. Otherwise, I can circulate a short joint motion.

Thanks,
Cody

--

**Cody Cutting |** *Attorney*

Pronouns: he/him

**Civil Rights Corps**

Direct: 413-695-3444

**From:** Fombonne, Jonathan (CAO)
**Sent:** Fri, 29 Aug 2025 16:59:10 -0500
**To:** Padilla, Judge Jessica (CCL); Menefee,Christian (CAO)
**Cc:** Goodhart, Judge Paula (CCL); Garcia,Judge Linda (CCL); Johnson, Judge Leslie (CCL)
**Subject:** RE: 2nd Request for Counsel for Judges Goodhart, Padilla adding Garcia and Johnson

Good afternoon Judge Padilla,

Please put a placeholder for the next Commissioners Court agenda requesting counsel. Do you have counsel in mind? Let me know if you'd like to discuss the process for adding this item to the agenda.

We will advise the Commissioners Court on whether they have a legal obligation to pay for counsel given the changed circumstances.

Have a great weekend,
Jon

***Jonathan G. C. Fombonne***
Deputy County Attorney & First Assistant
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002

cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Padilla, Judge Jessica (CCL) <Jessica_Padilla@ccl.hctx.net>
**Sent:** Thursday, August 28, 2025 1:44 PM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Menefee, Christian (CAO) <Christian.Menefee@harriscountytx.gov>
**Cc:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>; Garcia, Judge Linda (CCL) <Linda_Garcia@ccl.hctx.net>; Johnson, Judge Leslie (CCL) <Leslie_Johnson@ccl.hctx.net>
**Subject:** RE: 2nd Request for Counsel for Judges Goodhart, Padilla adding Garcia and Johnson

Good afternoon,
I am following up on the status of our request – please see below.
Thank you,

Best Regards,
Jessica N. Padilla

**The Honorable Jessica N. Padilla**
Presiding Judge, Harris County Criminal Court at Law No. 14

(832) 927-3425
1201 Franklin St., 11th Floor, Houston, Texas 77002
www.ccl.hctx.net

---

**From:** Padilla, Judge Jessica (CCL)
**Sent:** Wednesday, August 27, 2025 2:45 PM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Menefee, Christian (CAO) <Christian.Menefee@harriscountytx.gov>
**Cc:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>; Garcia, Judge Linda (CCL) <Linda_Garcia@ccl.hctx.net>; Johnson, Judge Leslie (CCL) <Leslie_Johnson@ccl.hctx.net>
**Subject:** 2nd Request for Counsel for Judges Goodhart, Padilla adding Garcia and Johnson

Mr. Fombonne,

We write to request, for a second time, your office's facilitation of funds to secure independent legal representation for ourselves regarding the ongoing O'Donnell federal consent decree proceedings.

As you are aware, your office is unable to represent us in this matter due to a clear conflict of interest. Despite our repeated concerns and requests, our interests remain unrepresented. The Attorney General has filed a motion to intervene, which will inevitably trigger a court date and hearing. Without counsel, our interests are not represented in proceedings that directly affect our judicial duties, our courts, and the administration of justice in Harris County.

We urge you to take prompt action to authorize or secure county funding for the retention of private counsel who can represent our collective interests. Any delay jeopardizes our ability to respond appropriately to filings and could have lasting consequences on the outcome of this matter and the operation of our courts.

We respectfully request confirmation that arrangements to secure funding for private legal representation will be made immediately.

Thank you for your prompt attention to this request.

Best Regards,

Jessica N. Padilla

**The Honorable Jessica N. Padilla**
Presiding Judge, Harris County Criminal Court at Law No. 14

(832) 927-3425
1201 Franklin St., 11th Floor, Houston, Texas 77002
www.ccl.hctx.net