EXHIBIT
3

**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARANDA LYNN ODONNELL, *et. al.*, on behalf of themselves and all others similarly situated, Plaintiffs,** | § § § § | |
| **v.** | § | **CIVIL ACTION NO. 4:16-cv-1414** |
| **HARRIS COUNTY, TEXAS, *et. al.*, Defendants.** | § § § | |

**AFFIDAVIT OF JUDGE LESLIE JOHNSON**

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who, being by me duly sworn, on oath stated:

1. My name is Leslie Johnson. I am the presiding Judge of Harris County Criminal Court at Law ("HCCCL") 3, and have been since I took that office on January 1, 2023. I am at least eighteen years of age, of sound mind, capable of making this affidavit and fully competent to testify to the matters stated in this affidavit, and I have personal knowledge of each of the matters stated.

2. I never considered Allan Van Fleet as my attorney in the above-referenced case ("Lawsuit").

3. I was aligned with Judges Goodhart and Padilla in their efforts to obtain representation, and understood that they were working on that effort for us to obtain counsel.

Further Affiant sayeth not.

Leslie Johnson

SUBSCRIBED TO AND SWORN BEFORE ME on this 31st day of August, 2026 by Leslie Johnson.

LAURA COLBERT CONTE
125398032
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUGUST 25, 2029

Notary Public, State of Texas

Commission Expires: 8-25-2029