EXHIBIT
4

**From:** Brandon Garrett
**Sent:** Fri, 25 Apr 2025 09:46:10 -0500
**To:** Goodhart, Judge Paula (CCL); 'sgthompson@central.uh.edu'
**Cc:** Stott, Cory (CCL); Wells, Ed (CCL); Cherry, Sylvia (CCL); Fombonne, Jonathan (CAO); Hopkins,Seth (CAO); Fraser, Rachel (CAO)
**Subject:** Re: Harris County Consent Decree

Many thanks Judge,

As far as the status of the consent decree, any consent decree remains in place unless modified by the parties with approval of the judge. It is a final judgment settling a federal case.

But, unlike the County Attorney, we cannot give you legal advice or opinions; we are monitors reporting to the federal judge in the case, and not counsel to any of the parties in the case.

All the best,

Brandon

--
Brandon L. Garrett | L. Neil Williams Professor of Law
Faculty director, Wilson Center for Science and Justice | @WilsonCSJ_
https://wcsj.law.duke.edu
Duke University School of Law
210 Science Drive | Durham, NC | 27708-0373
P | 919.613.7090
E | bgarrett@law.duke.edu
W | http://www.brandonlgarrett.com/
WILSON CENTER FOR SCIENCE AND JUSTICE AT DUKE LAW

---

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Date:** Thursday, April 24, 2025 at 4:41 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>, 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>, Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>, Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>, Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>, Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>, Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** RE: Harris County Consent Decree

Good afternoon Brandon,

Thank you for forwarding this to Mr. Fombonne and his colleagues at the County Attorney's Office. Unfortunately, he previously indicated that his office is unable to provide legal advice and representation for me concerning the O'Donnell decree. As the monitor, are you not able or equipped to answer this question? I assume you have considered questions like this considering recent changes to Texas law and federal opinions related to O'Donnel. I look forward to your response.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal
Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net

**From:** Brandon Garrett <bgarrett@law.duke.edu>
**Sent:** Thursday, April 24, 2025 9:12 AM
**To:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>; 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>; Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>; Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>; Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>
**Subject:** Re: Harris County Consent Decree

Hello Judge,

Thank you for reaching out. I am cc'ing Jonathan Fombonne and colleagues at the county attorney's office, who can answer any questions that you have about federal consent decrees, and the ODonnell Decree in particular,

All the best,

Brandon Garrett

---

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Date:** Wednesday, April 23, 2025 at 1:43 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>, 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>, Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>, Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>
**Subject:** Harris County Consent Decree

Good afternoon,

As you may be aware, a Harris County Deputy Constable was shot on Monday. The individual accused of shooting Deputy Jones was released on April 16 on a general order bond. He did not go in front a magistrate for bail consideration before his release, as required by Texas law. Please provide me the legal authority you rely on to perpetuate the decree despite state law that requires all class A and B misdemeanor arrestees to have an individualized bail hearing. Thank you for your consideration in this matter.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net