EXHIBIT

5

**From:** Allan Van Fleet <allanvanfleet@gmail.com>
**Sent:** Friday, May 30, 2025 3:43 PM CDT
**To:** Brandon Garrett <bgarrett@law.duke.edu>; Elizabeth Rossi <elizabeth@civilrightscorps.org>; allanvanfleet@icloud.com; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; cody@civilrightscorps.org; Dustin Rynders <dustin@texascivilrightsproject.org>; Kirsten Budwine <kirsten@texascivilrightsproject.org>; travis <travis@texascivilrightsproject.org>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; matthewgarcia@civilrightscorps.org
**CC:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Thompson, Sandra G <sguerrat@central.uh.edu>
**Subject:** Re: Request for Modification

I do not represent these four judges.
Best regards,
avf

**G. Allan Van Fleet, P.C.**

2228 Ship's Mechanic Row, Suite 307
Galveston, Texas 77550

6218 Elm Heights Lane, Suite 201
Houston, Texas 77081

713.826.1954
allanvanfleet@gmail.com
Linkedin

**From:** Brandon Garrett <bgarrett@law.duke.edu>
**Sent:** Friday, May 30, 2025 1:14 PM
**To:** Elizabeth Rossi <elizabeth@civilrightscorps.org>; Allan Van Fleet <allanvanfleet@gmail.com>; allanvanfleet@icloud.com <allanvanfleet@icloud.com>; Rachel Fraser <rachel.fraser@harriscountytx.gov>; Seth Hopkins <seth.hopkins@harriscountytx.gov>; cody@civilrightscorps.org <cody@civilrightscorps.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kirsten Budwine <kirsten@texascivilrightsproject.org>; Travis Fife <travis@texascivilrightsproject.org>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; matthewgarcia@civilrightscorps.org <matthewgarcia@civilrightscorps.org>
**Cc:** Jonathan Fombonne <jonathan.fombonne@harriscountytx.gov>; Thompson, Sandra G <sguerrat@central.uh.edu>
**Subject:** FW: Request for Modification

FYI – you all weren't included on this request. Perhaps we can have a call early next week to discuss?

All the best,

Brandon Garrett



HC - 950739

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Date:** Friday, May 30, 2025 at 2:08 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>, 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** CTY Criminal Judges (CCL) <CTYCriminalJudgesCCL@ccl.hctx.net>, Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>, Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>, Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>, Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>
**Subject:** Request for Modification

Good afternoon,

Please find attached a request to modify the federal consent decree in *Maranda Lynn Odonnell, et al. v. Harris County Texas et al.*.

We look forward to your response.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net