EXHIBIT

6

| | |
|---|---|
| **From:** | Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov> |
| **Sent:** | Monday, June 2, 2025 2:12 PM CDT |
| **To:** | Allan Van Fleet <allanvanfleet@gmail.com>; travis <travis@texascivilrightsproject.org>; Brandon Garrett <bgarrett@law.duke.edu> |
| **CC:** | Elizabeth Rossi <elizabeth@civilrightscorps.org>; allanvanfleet@icloud.com; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; cody@civilrightscorps.org; Dustin Rynders <dustin@texascivilrightsproject.org>; Kirsten Budwine <kirsten@texascivilrightsproject.org>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; matthewgarcia@civilrightscorps.org; Thompson, Sandra G <sguerrat@central.uh.edu> |
| **Subject:** | RE: Request for Modification |

Right – I meant the judges who asked for the modification. They are also parties to the consent decree.


***Jonathan G. C. Fombonne***
Deputy County Attorney & First Assistant
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002

cao.harriscountytx.gov


*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

---

**From:** Allan Van Fleet <allanvanfleet@gmail.com>
**Sent:** Monday, June 2, 2025 10:09 AM
**To:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; travis <travis@texascivilrightsproject.org>; Brandon Garrett <bgarrett@law.duke.edu>
**Cc:** Elizabeth Rossi <elizabeth@civilrightscorps.org>; allanvanfleet@icloud.com; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; cody@civilrightscorps.org; Dustin Rynders <dustin@texascivilrightsproject.org>; Kirsten Budwine <kirsten@texascivilrightsproject.org>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; matthewgarcia@civilrightscorps.org; Thompson, Sandra G <sguerrat@central.uh.edu>
**Subject:** Re: Request for Modification

The judges I represent will not be on the call. I am meeting with them Tuesday afternoon.

Best,

avf



**HC - 950778**

**G. Allan Van Fleet, P.C.**

2228 Ship's Mechanic Row, Suite 307
Galveston, Texas 77550

6218 Elm Heights Lane, Suite 201
Houston, Texas 77081

713.826.1954
allanvanfleet@gmail.com
Linkedin

---

**From:** Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>
**Sent:** Monday, June 2, 2025 10:06 AM
**To:** travis <travis@texascivilrightsproject.org>; Brandon Garrett <bgarrett@law.duke.edu>
**Cc:** Allan Van Fleet <allanvanfleet@gmail.com>; Elizabeth Rossi <elizabeth@civilrightscorps.org>; allanvanfleet@icloud.com <allanvanfleet@icloud.com>; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; cody@civilrightscorps.org <cody@civilrightscorps.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kirsten Budwine <kirsten@texascivilrightsproject.org>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; matthewgarcia@civilrightscorps.org <matthewgarcia@civilrightscorps.org>; Thompson, Sandra G <sguerrat@central.uh.edu>
**Subject:** RE: Request for Modification

Also works for CAO. Will these judges be present? For everyone's information, CAO agreed to provide them with a high-level opinion on a few issues related to the consent decree, but we've let them know that CAO can't represent them in any modification proceedings given the position of the County in this litigation. These judges requested outside counsel last year, but commissioners court did not approve that request.

***Jonathan G. C. Fombonne***
Deputy County Attorney & First Assistant
E: jonathan.fombonne@harriscountytx.gov
P: 713.274.5102
C: 346.354.7475

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002
cao.harriscountytx.gov

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.*

**From:** Travis Fife <travis@texascivilrightsproject.org>
**Sent:** Sunday, June 1, 2025 6:09 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>
**Cc:** Allan Van Fleet <allanvanfleet@gmail.com>; Elizabeth Rossi <elizabeth@civilrightscorps.org>; allanvanfleet@icloud.com; Fraser, Rachel (CAO) <Rachel.Fraser@harriscountytx.gov>; Hopkins, Seth (CAO) <Seth.Hopkins@harriscountytx.gov>; cody@civilrightscorps.org; Dustin Rynders <dustin@texascivilrightsproject.org>; Kirsten Budwine <kirsten@texascivilrightsproject.org>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; matthewgarcia@civilrightscorps.org; Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>; Thompson, Sandra G <sguerrat@central.uh.edu>
**Subject:** Re: Request for Modification

Brandon,

Thank you for sharing. Yes, 10:30 on Tuesday works for Plaintiffs.

**Travis Fife**

Pronouns: He/Him/His

*Staff Attorney, Criminal Legal Program*
Texas Civil Rights Project

M: 817.991.4607

www.txcivilrights.org

Facebook | Twitter | Instagram

Donate Now!

On Fri, May 30, 2025 at 4:50 PM Brandon Garrett <bgarrett@law.duke.edu> wrote:

Hello all,

Might our usual Tuesday morning time work for a call?

All the best,

Brandon

**From:** Allan Van Fleet <allanvanfleet@gmail.com>
**Date:** Friday, May 30, 2025 at 4:44 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>, Elizabeth Rossi <elizabeth@civilrightscorps.org>, allanvanfleet@icloud.com <allanvanfleet@icloud.com>, Rachel Fraser <rachel.fraser@harriscountytx.gov>, Seth Hopkins <seth.hopkins@harriscountytx.gov>, cody@civilrightscorps.org <cody@civilrightscorps.org>, Dustin Rynders <dustin@texascivilrightsproject.org>, Kirsten Budwine <kirsten@texascivilrightsproject.org>, Travis Fife <travis@texascivilrightsproject.org>, Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>, matthewgarcia@civilrightscorps.org <matthewgarcia@civilrightscorps.org>
**Cc:** Jonathan Fombonne <jonathan.fombonne@harriscountytx.gov>, Thompson, Sandra G <sguerrat@central.uh.edu>
**Subject:** Re: Request for Modification

I do not represent these four judges.

Best regards,

avf

**G. Allan Van Fleet, P.C.**

2228 Ship's Mechanic Row, Suite 307
Galveston, Texas 77550

6218 Elm Heights Lane, Suite 201
Houston, Texas 77081

713.826.1954
allanvanfleet@gmail.com
Linkedin

---

**From:** Brandon Garrett <bgarrett@law.duke.edu>
**Sent:** Friday, May 30, 2025 1:14 PM
**To:** Elizabeth Rossi <elizabeth@civilrightscorps.org>; Allan Van Fleet <allanvanfleet@gmail.com>; allanvanfleet@icloud.com <allanvanfleet@icloud.com>; Rachel Fraser <rachel.fraser@harriscountytx.gov>; Seth Hopkins <seth.hopkins@harriscountytx.gov>; cody@civilrightscorps.org <cody@civilrightscorps.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kirsten Budwine <kirsten@texascivilrightsproject.org>; Travis Fife <travis@texascivilrightsproject.org>; Certain, Arlisa (CAO) <Arlisa.Certain@harriscountytx.gov>; matthewgarcia@civilrightscorps.org <matthewgarcia@civilrightscorps.org>

**Cc:** Jonathan Fombonne <jonathan.fombonne@harriscountytx.gov>; Thompson, Sandra G <sguerrat@central.uh.edu>
**Subject:** FW: Request for Modification

FYI – you all weren't included on this request. Perhaps we can have a call early next week to discuss?

All the best,

Brandon Garrett

---

**From:** Goodhart, Judge Paula (CCL) <Paula_Goodhart@ccl.hctx.net>
**Date:** Friday, May 30, 2025 at 2:08 PM
**To:** Brandon Garrett <bgarrett@law.duke.edu>, 'sgthompson@central.uh.edu' <sgthompson@central.uh.edu>
**Cc:** CTY Criminal Judges (CCL) <CTYCriminalJudgesCCL@ccl.hctx.net>, Wells, Ed (CCL) <Ed_Wells@ccl.hctx.net>, Cherry, Sylvia (CCL) <Sylvia_Cherry@ccl.hctx.net>, Fombonne, Jonathan (CAO) <Jonathan.Fombonne@harriscountytx.gov>, Stott, Cory (CCL) <Cory_Stott@ccl.hctx.net>
**Subject:** Request for Modification

Good afternoon,

Please find attached a request to modify the federal consent decree in *Maranda Lynn Odonnell, et al. v. Harris County Texas et al.*.

We look forward to your response.

The Honorable Paula Goodhart
Presiding Judge, Harris County Criminal Court at Law No. 2

1201 Franklin St., 8th Floor, Houston, Texas 77002
832-927-3125 | www.ccl.hctx.net