EXHIBIT 7

Results of the Commissioners Court Meeting of 09-18-25
All agenda items approved as presented with the following exceptions:
Harris County Commissioners Court
Exceptions to September 18, 2025 Agenda

| Page | Item | Department | Exception |
|---|---|---|---|
| 2 | 2 | County Administration | No Action |
| 2 | 3 | County Administration | No Action |
| 3 | 12 | County Engineer | No Action |
| 13 | 117 | Flood Control District | To direct Flood Control to maintain the public 2018 Flood Bond dashboard – which includes but is not limited to project schedules, prioritization scores, budget, location, and lifecycle stage for all projects – and to update the dashboard quarterly in advance of Commissioners Court meetings; and to direct the Flood Control District to continue working with Court Offices and the community to improve the dashboard's user friendliness including but not limited to providing Bond ID previews, improved language accessibility, incorporating the ability to filter projects by features such as partnership projects, quartile score, project status, and project precinct, and opportunities for the community to be engaged on testing the dashboard and relevant applications.<br>**********<br>To direct Flood Control to provide quarterly updates to Commissioners Court on the progress of all bond projects including spending and lifecycle stage.<br>**********<br>To direct the Flood Control District to use the 2022 Prioritization Framework scores to allocate any 2018 Flood Bond funds that become available to Bond IDs that are paused and other bond projects where the scope and funds identified in the Updated Bond Package need to be increased. Funds shall be considered available when the bond reserve contingency exceeds 15% of the total remaining funds left to be spent. Any deviation from the Framework shall require prior approval by a majority vote of Commissioners Court.<br>**********<br>To direct Flood Control District to add the 2022 Prioritization Framework scores to every Bond ID and associated projects where feasible and with the exceptions of buyout projects and countywide projects as noted in the 2022 Prioritization Framework transmittal.<br>********** |

| | | | |
|---|---|---|---|
| 13 | 117 | Flood Control District | To approve the allocation of the 2018 Flood Bond funds for each Bond ID and all associated projects, as presented in the Updated Bond Package and as directed by Commissioners Court, funding current and future needs for all projects in Quartile 1 of the 2022 Prioritization Framework and projects with secured partnerships; and to direct Flood Control to convene the 2018 Flood Bond Working Group – composed of staff from the Court Offices – at least quarterly in advance of Court updates. The Working Group will be consulted on the following: project progress, schedules and spending, new partnerships opportunities that may arise, unneeded/excess funds that may be freed up for reallocation; for projects completing lifecycle stage where the estimated budget exceeds 15% of the allocated amount for that project or the proposed scope materially shifts from what was originally identified and agreed to, approval by Court will be required. The Working Group will work with Flood Control to define what constitutes a material shift and transmit the agreement to the Court. |
| 19 | 159 | County Library | Change to "Request that the County Judge execute the first amendment to an agreement with Cypress Creek Friends of the Library d/b/a Barbara Bush Library Friends (BBLF) to provide all funding and painting/renovation services and materials of certain interior spaces necessary to complete a project at an HCPL facility. Directing OCE to install and maintain the custom carpet and paint, with attic stock from the project. Neither the County nor HCPL will provide any funding for the project." |
| 22 | 188 | County Attorney | No Action |
| 23 | 196 | Justices of the Peace | No Action |
| 23 | 197 | County Courts | For approval of individual judges for outside counsel representing their interests as elected judges in the O'Donnell v Harris County litigation in response to the AG filing of a Motion to Intervene, if the Attorney General's Motion to Intervene in the O'Donnell case is granted. |
| 23 | 199 | Travel & Training | To approve all items except 8, 14, 20 and 22.<br>**********<br>To approve items 8, 14, 20 and 22. |
| 29 | 235 | Grants | Change to "Request by the Commissioner of Precinct 4 for approval to accept from the U.S. Department of Housing and Urban Development grant funds in the amount of $750,000, with no required match, for a playground and amenities project (B-23-CP-TX-1422)." |
| 30 | 243 | ARPA | Change to "Request by the Sheriff's Office for approval to transfer $200,000 to the FLEX Fund (1040) for already approved startup funds for the Women's Empowerment Center program." |

| | | | |
|---|---|---|---|
| 41 | 332 | Commissioner, Precinct 1 | No Action |
| 43 | 361 | Public Hearings | Delete "the Harris County Toll Road Authority and" |
| 44 | 366 | Public Hearings | No Action |
| 44 | 367 | Tax Rates | For the Harris County Flood Control District, that the property tax rate be increased by the adoption of a tax rate of 0.04966, which is effectively a 3.87 percent increase in the tax rate; this consists of 0.03826 for maintenance and operations and 0.01140 for debt service. |
| 44 | 368 | Tax Rates | For Harris County Hospital District dba Harris Health System, that the property tax rate be increased by the adoption of a tax rate of 0.18761, which is effectively a 16.63 percent increase in the tax rate; this rate consists of 0.17876 for maintenance and operations and 0.00885 for debt service. |
| 44 | 369 | Tax Rates | For Port of Houston Authority of Harris County, that the property tax rate be adopted at a tax rate of 0.00590; this rate is for debt service. |
| 44-45 | 370-381 | Transmittals | Accepted |
| 45 | 382 | Transmittals | No Action |
| 45-47 | 383-402 | Transmittals | Accepted |
| 48 | 404 | Executive Session | No Action |
| 48 | 405 | Executive Session | To recommend Tracy Jones for both the Flood Control District and Harris County for the Board of Directors of the Harris Central Appraisal District. |
| 48 | 406 | Executive Session | No Action |
| 48 | 407 | Executive Session | For approval of settlement offers from Purdue and eight (8) Certain Manufacturer Defendants (Alvogen, Inc., Amneal Pharmaceuticals LLC, Apotex Corp., Hikma Pharmaceuticals USA, Inc., Indivior Inc., Mylan, Sun Pharmaceutical Industries, Inc., and Zydus Pharmaceuticals (USA) Inc.) in connection with Texas opioid multidistrict litigation in the matter of County of Harris v. Purdue Pharma, Inc., et al., MDL PRETRIAL CAUSE NO. 2017-82618, in the 152nd District Court of Harris County, Texas, and authorization to execute the related Settlement Participation and Release forms. |
| 48 | 408 | Executive Session | To approve the recommended course of action by the County Attorney. |
| 49 | 410 | Emergency/Supplemental Items | No Action |
| 49 | 411 | Emergency/Supplemental Items | No Action |
| 49 | 414 | Emergency/Supplemental Items | No Action |
| 51 | 430 | Emergency/Supplemental Items | No Action |
| 53 | 449 | Emergency/Supplemental Items | Change to "in the amount of $272,727" |
| 55 | 462 | Emergency/Supplemental Items | No Action |

| | | | |
|---|---|---|---|
| 56 | 466 | Emergency/Supplemental Items | Change to "Request by the Office of the Purchasing Agent for approval of an award on the basis of lowest complete bids to Tejas Office Products, Inc.; Imperial Dade; Sam Tell & Son, Inc.; and Atlantic Tape and Packaging in the amount of $1,600,000 based on estimated quantities and fixed unit pricing for bathroom and kitchen paper products for Harris County for the period of September 18, 2025 – September 17, 2026 with four (4) one-year renewal options (250127), Justification for 0% MWBE Participation Goal: 0% - Drop Shipped." |
| 58 | 481 | Emergency/Supplemental Items | To start the Commissioners Court meetings at 9:00 A.M. instead of 10:00 A.M. beginning on the 2026 calendar year.<br><br>**********<br><br>That press conferences should not take place in the Commissioners Courtroom or the Commissioners Court Lobby on the day of Court any later than 30 minutes before the start of Court.<br><br>**********<br><br>That on Commissioners Court days during the lunch break, there will be no press conferences in the Commissioners Courtroom or in the Commissioners Court Lobby. |
| 59 | 487 | Resolutions | Change to "34 years" |