UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, ET AL.<br>*Plaintiffs*, | § § § | |
| v. | § | Case No. 4:16-cv-01414 |
| HARRIS COUNTY, TEXAS, ET AL.<br>*Defendants*. | § § § | |

**INTERVENOR'S CONDITIONAL JOINDER IN THE FOUR JUDGES' RENEWED REQUEST FOR *YOUNGER* ABSTENTION**

TO THE HONORABLE LEE H. ROSENTHAL:

Intervenor, the Attorney General of Texas, conditionally joins and adopts the Renewed Request for *Younger* Abstention filed contemporaneously by Hon. Paula Goodhart, Hon. Jessica Padilla, Hon. Leslie Johnson, and Hon. Linda Garcia (the "Four Judges"), if the Court grants his pending motion to reconsider the order denying leave to intervene to assert *Younger*. Dkt. 861. The consent decree should be vacated for the reasons set forth in the Four Judges' Renewed Request.

Intervenor prays for such relief sought by the Four Judges and for such other legal or equitable relief to which he may be entitled.

August 31, 2026

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Texas Bar No. 24032916
Southern Dist. No. 30168
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 475-4072
Fax: (512) 320-0667
Joe.Nwaokoro@oag.texas.gov

COUNSEL FOR THE ATTORNEY GENERAL
OF TEXAS

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2026, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Assistant Attorney General