**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:16-cv-01414 (Consolidated Class Action) |
| v. | § | |
| HARRIS COUNTY, TEXAS, *et. al.*, | § | |
| Defendants. | § | |

**<u>OPPOSED JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER</u>**

Plaintiffs, Harris County, Sheriff Ed Gonzalez, and the twelve Non-Moving Judges (together, "Non-Movants"), jointly file this motion for entry of a Proposed Scheduling Order.

On September 1, 2026, the Court held a status conference at which it set a schedule for considering the Four Judges' and Attorney General's ("Movants") motions to vacate the *ODonnell* Consent Decree, as well as the Attorney General's motion to reconsider. Dkt. 863. The Court instructed "[t]he parties [to] submit a scheduling order consistent with the court's resolution of the issues the parties raised." *Id.*

Counsel for the parties have conferred by email. Non-Movants submit the attached proposed scheduling order. Ex. A. The parties' only concrete disagreement concerns Non-Movants' characterization of the in-person proceeding on September 22 as a hearing. Movants object that "[t]he 'hearing' was described by Judge Rosenthal as oral argument, we need to be clear that the scope of the hearing is not evidentiary, which is what she indicated yesterday," and further state that they object "to any use of the scheduling order to imply that a particular standard

applies, since it's already clear the parties dispute the applicability/extent of a 60(b) analysis at this stage." Non-Movants' position, shared with opposing counsel, is that they cannot agree "to any schedule that conceivably prejudges the scope of the hearing," and the attached "proposal lets the Court decide on the appropriate scope of a hearing . . . based on the briefing."

Non-Movants respectfully request that the Court grant their motion and enter the attached proposed scheduling order.

(signatures on following page)

Date: September 1, 2026

Respectfully Submitted,

/s/ Jeremy D. Cutting
Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Jeremy D. Cutting
cody@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

Dustin Rynders
Texas Bar No. 24048005
dustin@texascivilrightsproject.org
Sarah Beebe
Texas Bar No. 24069362
sbeebe@texascivilrightsproject.org
Travis Walker Fife
Texas Bar No. 24126956
travis@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
1500 McGowen, Suite 220
Houston, TX 77004
Telephone: (512) 474-5073

Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
Abbey E. McNaughton
Texas Bar No. 2411675
SUSMAN GODFREY L.L.P.
11000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

Morgan McCollum
(*admitted pro hac vice*)
mmccollum@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330

*Attorneys for Plaintiffs*

/s/ Seth Hopkins (by express permission)
Seth Hopkins
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5383
Facsimile: (713) 755-8823
Seth.Hopkins@harriscountytx.gov

*Attorney for Defendant Harris County*

/s/ Murray Fogler (by express permission)
Murray J. Fogler
FOGLER, BRAR, O'NEIL & GRAY LLP
909 Fannin St, Suite 1640
2 Houston Center
Houston, TX 77002
713-481-1010
Fax: 713-574-3224
mfogler@foglerbrar.com

*Attorney for Defendant Sheriff Ed Gonzalez*

/s/ Allan Van Fleet (by express permission)
Allan Van Fleet
G. ALLAN VAN FLEET, P.C.
Texas Bar No. 20494700
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com

*Attorney for Defendants 12 County*
*Criminal Court at Law Judges*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2026, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jeremy D. Cutting*
Jeremy D. Cutting