**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRIS COUNTY, TEXAS, et al.,<br><br>Defendants. | ) | No. 4:16-cv-01414<br>(Consolidated Class Action)<br>Honorable Lee H. Rosenthal<br>U.S. District Judge |

**[PROPOSED] SCHEDULING ORDER**

After consideration and good cause appearing, the Court enters the following scheduling order and deadlines in the above-captioned case:

| | |
|---|---|
| **August 31, 2026** | Deadline for moving parties to file amended motions to vacate or modify the Consent Decree on the basis of *Younger* abstention. |
| **September 4, 2026** | Deadline for non-moving parties to file responses in opposition to Attorney General's motion for reconsideration. |
| **September 8, 2026** | Deadline for Attorney General to file reply in support of his motion for reconsideration. |
| **September 18, 2026** | Deadline for non-moving parties to file responses to the motions to vacate based on *Younger* abstention. |
| **September 21, 2026**<br>2pm CST | Deadline for moving parties to file replies in support of their motions to vacate based on *Younger* abstention. |
| **September 22, 2026**<br>1pm CST<br>Courtroom 11 D | Hearing on motions to vacate on the basis of *Younger* abstention. |
| **September 24, 2026** | Deadline for parties' post-hearing filings. |

DATED this _______ day of ____________, 2026.

_______________________
Hon. Lee H. Rosenthal
U.S. District Judge