United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al.*, on behalf of themselves and all others similarly situated, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-16-1414 |
| v. | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| Defendants. | § | |

**SCHEDULING ORDER**

On August 31, 2026, the court held a pre-motion conference, at which the parties discussed scheduling matters. (Docket Entry No. 863). The court essentially adopts and enters the proposed scheduling order and deadlines.[1] (*See* Docket Entry No. 866-1 at 1).

| | |
|---|---|
| **August 31, 2026** | Deadline for moving parties to file amended motions to vacate or modify the Consent Decree on the basis of *Younger* abstention. |
| **September 4, 2026** | Deadline for non-moving parties to file responses in opposition to Attorney General's motion for reconsideration. |
| **September 8, 2026** | Deadline for Attorney General to file reply in support of the motion for reconsideration. |
| **September 18, 2026** | Deadline for non-moving parties to file responses to the motions to vacate based on *Younger* abstention. |
| **September 21, 2026** | Deadline for moving parties to file replies in support of their motions to vacate based on *Younger* abstention. (**2pm CDT).** |
| **September 22, 2026** | In-person proceeding on motions to vacate on the basis of *Younger* abstention. (**1pm CDT**, Courtroom 11D, United States Courthouse, 515 Rusk Street, Houston, Texas). |

[1] The parties dispute whether the in-person proceeding should be characterized as an "oral argument" or "hearing." (Docket Entry No. 866 at 1–2). The court does not prejudge the scope of the in-person proceeding.

**September 24, 2026** Deadline for parties' post-in-person-proceeding filings.

SIGNED on September 1, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge