**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 16-cv-01414<br>(Consolidated Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

**TWELVE HARRIS COUNTY CRIMINAL COURT AT LAW JUDGES' POST-HEARING SUPPLEMENTAL BRIEF**

The Twelve non-moving Harris County Criminal Court at Law Judges oppose vacatur based on abstention and conditionally request a stay for the reasons stated in the post-hearing supplemental briefs of Plaintiffs and Harris County (reviewed in draft).

G. Allan Van Fleet, P.C.
Texas Bar No. 20494700
Federal ID 5282496
6218 Elm Heights LN, Suite 201
Houston, TX 77081-2409
(713) 826-1954
allanvanfleet@gmail.com
Attorney for Defendants
Twelve Harris County
Criminal Courts at Law Judges

September 24, 2026