**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| MARANDA LYNN ODONNELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 4:16-cv-01414<br>(Consolidated Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

**SHERIFF'S POST-HEARING NOTE ON ABSTENTION**

The Sheriff continues to support the Consent Decree, for its benefits to public safety and the protection of the constitutional rights of Harris County citizens. For that reason, he joins the Plaintiffs and Harris County in opposing abstention and opposing the vacatur of the Decree.

One alternative way to preserve the Decree, while at the same time abiding by the mandate of the Fifth Circuit, came from a question posed by the Court at the September 22, 2026 hearing. At the behest of the Movants, the Fifth Circuit commanded the Court to consider *Younger* abstention expeditiously. The Fifth Circuit practically directed this Court to abstain. What happens if the Court gives the Movants what they wish for? If the Court takes up abstention first and abstains, what else is the Court permitted to do?

The implication of the Court's question is clear. A court that abstains before entering judgment simply dismisses the case without prejudice. There is no precedent, however, for abstention *after* entry of final judgment. Neither the Plaintiffs nor the Fifth Circuit can wish away a final judgment *sub silentio* by waving an abstention wand. Abstain, and the Consent Decree still stands.

The Court should take pride that the Consent Decree has done its job well. The Sheriff urges the Court to proceed in a manner that has the best chance to preserve the Decree.

Respectfully submitted,

**FOGLER, O'NEIL & GRAY, LLP**

By: */s/ Murray Fogler*
Murray Fogler
State Bar No. 07207300
mfogler@foglerlaw.com
2 Houston Center
909 Fannin Street, Suite 1640
Houston, TX 77010
T: (713) 481-1010 | F: (713) 574.3224

**ATTORNEY FOR SHERIFF ED GONZALEZ**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record via email on September 24, 2026.

*/s/ Murray Fogler*
Murray Fogler