**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARANDA LYNN ODONNELL, *et. al.*, On behalf of themselves and all others similarly situated** | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 4:16-cv-1414** |
| **v.** | § | |
| **HARRIS COUNTY, TEXAS, *et. al.*** | § | |
| **Defendants.** | § | |

**JOINT MOTION TO SUSPEND BRIEFING DEADLINES**

TO THE HONORABLE JUDGE OF THIS COURT:

Intervenor, the Texas Attorney General, and Judges Paula Goodhart, Jessica Padilla, Leslie Johnson, and Linda Garcia (the "Judges") file this motion to suspend briefing deadlines. *See* Dkt. 820. Counsel for Plaintiffs and Harris County are UNOPPOSED to this request. Counsel for the 12 Judges and Sherriff did not provide their position prior to filing this motion.

At the Court's last conference on August 27th, the parties and Court discussed how to align the October 1, 2026 amended motion to vacate deadline with the expedited *Younger* schedule. Considering the need to expeditiously address *Younger*, and the Fifth Circuit's recent opinion, the parties placed additional discovery on hold, including requests for data from the Monitor. At the conclusion of the conference, the Court advised that the briefing deadlines set in Dkt. 820 would stay in place, subject to reconsideration after the Court rules on *Younger* abstention. Dkt. 886-1 at 71. Considering the ceased discovery and

alternate, expedited briefing, Intervenor and the Judges ask that the Court enter an order suspending tomorrow's briefing deadline, to be reconsidered after the Court's ruling on *Younger* abstention.

Respectfully submitted,


**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**WILLIAM WASSDORF**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief - General Litigation Division

*/s/ Joe Nwaokoro*
**JOE NWAOKORO**
Attorney-in-Charge
Assistant Attorney General
Texas Bar No. 24032916
Southern Dist. No. 30168
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 979-5382 | FAX: (512) 477-2348
Joe.Nwaokoro@oag.texas.gov

**ATTORNEYS FOR THE ATTORNEY GENERAL OF TEXAS**

**GREER, HERZ & ADAMS, L.L.P.**

By: */s/ Joseph R. Russo, Jr.*
**Joseph R. Russo, Jr.**
Federal I.D. No. 22559
State Bar No. 24002879
jrusso@greerherz.com
**Angie Olalde**
Fed. ID No. 690133
State Bar No. 24049015
aolalde@greerherz.com
123 Rosenberg Street, Suite 3000
Galveston, Texas 77550
(409) 797-3200 (Telephone)
(866) 456-0170 (Fax)

**ATTORNEYS FOR DEFENDANTS HON. PAULA GOODHART, HON. JESSICA PADILLA, HON. LESLIE JOHNSON, AND HON. LINDA GARCIA**

**CERTIFICATE OF SERVICE**

I certify that on the 30th day of September, 2026, a true and correct copy of the foregoing document was delivered to all counsel of record via the CM/ECF system and served by electronic notice to all parties of record.

*/s/ Joseph R. Russo, Jr.*

**CERTIFICATE OF CONFERENCE**

I certify that counsel for the Four Judges has conferred with counsel of record in this case, and that counsel for the Plaintiffs and Harris County are UNOPPOSED to the relief requested in this Motion. As of the time of filing, counsel for the 12 Judges and Sherriff had not indicated their position.

*/s/ Joseph R. Russo, Jr.*