**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARANDA LYNN ODONNELL, *et. al.*, On behalf of themselves and all others similarly situated** | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 4:16-cv-1414** |
| **v.** | § | |
| **HARRIS COUNTY, TEXAS, *et. al.*** | § | |
| **Defendants.** | § | |

**ORDER REGARDING BRIEFING DEADLINES**

On this day, the Court considered its Scheduling Order (Dkt. 820) and the motion of Intervenor and the Four Judges to suspend the deadline to file amended motions to vacate. The Court orders that the amended motion to vacate briefing deadlines are suspended. The Court will revisit these deadlines following a ruling on the *Younger* abstention issue.

Signed this ______ day of ____________________, 2026

__________________________________
Hon. Lee H. Rosenthal
United States District Judge