United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al*, on behalf of themselves and all others similarly situated, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-16-1414 |
| v. | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| Defendant. | § | |

**ORDER**

The Texas Attorney General and the Four Judges have moved to suspend the briefing deadlines. (Docket Entry No. 897 (referencing Docket Entry No. 820). Some parties have not yet indicated whether they oppose this motion. These parties must inform the court about their position by 3:00 p.m. CDT on October 1, 2026. The current briefing deadlines set out in Docket Entry No. 820 are temporarily suspended, pending the court's resolution of this motion.

SIGNED on October 1, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge