United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MARANDA LYNN ODONNELL, *et al*, on behalf of themselves and all others similarly situated, | § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-16-1414 |
| v. | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| Defendant. | § | |

## ORDER

Plaintiffs have moved to extend the deadline for a bill of costs and attorneys' fees, under Local Rule 54.2, to fourteen days after the Fifth Circuit issues the mandate in this case. (Docket Entry No. 917). "The Four Judges, Harris County, Sherriff Gonzalez, and the Twelve Non-Moving Judges agree with the relief sought." (*Id.* at 1). The "Attorney General does not oppose Plaintiffs' motion to extend the Local Rule 54.2 deadline for a bill of costs and attorneys' fees until fourteen days after the Fifth Circuit issues its mandate." (Docket Entry No. 919 at 1).

The motion to extend the deadline for a bill of costs and attorneys' fees, (Docket Entry No. 917), is granted. Any party seeking costs or fees must file its bill of costs and must move for attorneys' fees no later than fourteen days after the Fifth Circuit's mandate issues.

SIGNED on October 21, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge